**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

VIRAL KOTHARI, Individually and on behalf
of all other similarly situated,

Plaintiff,

v.

HARBOR DIVERSIFIED, INC., CHRISTINE
R. DEISTER, and LIAM MACKAY,

Defendants.

Case No. 1:24-cv-00556-WCG

---

**DECLARATION OF WESLEY HORTON IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

---

I, Wesley Horton, declare under penalty of perjury as follows:

1.     I am an adult resident of the State of California and make this Declaration based on my personal knowledge of the facts and circumstances set forth herein.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Form 10-Q filed by Harbor Diversified, Inc. on May 9, 2022.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the Form 10-Q filed by Harbor Diversified, Inc. on August 10, 2022.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the Form 10-Q filed by Harbor Diversified, Inc. on November 21, 2022.

5.     Attached hereto as Exhibit 4 is a true and correct copy of the Form 10-K filed by Harbor Diversified, Inc. on December 31, 2022.

6.     Attached hereto as Exhibit 5 is a true and correct copy of the Form 8-K filed by Harbor Diversified, Inc. on March 29, 2024.

Dated this 7th day of June, 2024.

/s/ Wesley Horton_____

Wesley Horton

2

4866-2273-2230v1/101468-0015

31327092.1