**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| VIRAL KOTHARI, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HARBOR DIVERSIFIED, INC., CHRISTINE R. DEISTER, and LIAM MACKAY <br><br> Defendants, | Case No. 1:24-cv-00556 <br><br> **DECLARATION OF PHILLIP KIM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Phillip Kim, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner of The Rosen Law Firm. P.A, and am counsel for Plaintiff Viral Kothari in the above-captioned action. I am a member of good standing of the bar of this Court.

2.      I hereby submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint.

3.      Attached as Exhibit 1 is a true and correct copy of the PSLRA early notice issued on May 7, 2024.

Executed on: June 28, 2024                              /s/Phillip Kim
                                                                      Phillip Kim