| | |
|---|---|
| VIRAL KOTHARI, Individually and on behalf of all others similarly situated, | Case No: 1:24-cv-00556-WCG |
| Plaintiff, | Judge: William C. Griesbach |
| v. | |
| HARBOR DIVERSIFIED, INC., CHRISTINE R. DEISTER, and LIAM MACKAY, | |
| Defendants. | |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF VIRAL KOTHARI FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

I, Phillip Kim, declare;

1.      I am a Partner at The Rosen Law Firm, P.A. ("Rosen Law"), counsel for Viral Kothari ("Movant"). I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein.

2.      I make this declaration in support of Movant's motion to be appointed Lead Plaintiff for the Class and for approval of Lead Plaintiff's selection of Rosen Law as Lead Counsel for the Class.

3.      Attached hereto as Exhibit 1 is a true and correct copy of a Private Securities Litigation Reform Act of 1995 ("PSLRA") early notice.

4.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

5.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

6.      Attached hereto as Exhibit 4 is a copy of the Rosen Law's firm resume.

1

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2024.


*/s/ Phillip Kim*
Phillip Kim

Case 1:24-cv-00556-WCG    Filed 07/08/24    Page 2 of 3    Document 15

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Phillip Kim*
Phillip Kim