# EXHIBIT 3

**Harbor Diversified, Inc. Loss Chart**
**Class Period: May 10, 2022 through March 29, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $1.66 |
| Viral Kothari | 5/18/2022 | 750 | ($2.29) | ($1,717.50) | | | | | | | | |
| Account 1 | 5/18/2022 | 250 | ($2.29) | ($572.50) | | | | | | | | |
| | 10/12/2022 | 500 | ($2.48) | ($1,240.00) | | | | | | | | |
| | 10/12/2022 | 500 | ($2.48) | ($1,240.00) | | | | | | | | |
| | | 2000 | | ($4,770.00) | | | | | 2000 | $3,326.16 | ($1,443.84) | |
| | | | | | | | | | | | | |
| Account 2 | 9/8/2022 | 300 | ($2.67) | ($801.00) | | | | | | | | |
| | 9/19/2022 | 500 | ($2.62) | ($1,310.00) | | | | | | | | |
| | 9/23/2022 | 1000 | ($2.52) | ($2,520.00) | | | | | | | | |
| | 9/23/2022 | 311 | ($2.53) | ($786.83) | | | | | | | | |
| | 9/29/2022 | 500 | ($2.51) | ($1,255.00) | | | | | | | | |
| | 11/17/2022 | 400 | ($2.51) | ($1,004.00) | | | | | | | | |
| | 12/28/2023 | 200 | ($2.51) | ($502.00) | | | | | | | | |
| | | 3211 | | ($8,178.83) | | | | | 3211 | $5,340.15 | ($2,838.68) | |
| | | | | | | | | | | | | |
| **TOTAL** | | **5211** | | **($12,948.83)** | | | | | **5211** | | **($4,282.52)** | |