UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| VIRAL KOTHARI, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>HARBOR DIVERSIFIED, INC., CHRISTINE R. DEISTER, and LIAM MACKAY,<br><br>  Defendants. | No.: 1:24-cv-00556-WCG<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF JON ARNE TOFT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Jon Arne Toft ("Toft") and proposed Lead Counsel for the putative Class in this litigation.

2. I make this Declaration in support of Toft's motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") and approval of Toft's selection of Pomerantz as Lead Counsel for the Class in the Action.

3. Attached hereto as the exhibits indicated are true and correct copies of the following:

  Exhibit A: Chart setting forth Toft's financial interest in this litigation;

  Exhibit B: Press release published via *Business Wire* on May 7, 2024, announcing the pendency of the Action;

Exhibit C:     Shareholder Certification executed by Toft;

Exhibit D:     Declaration executed by Toft; and

Exhibit E:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 8, 2024.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman