# EXHIBIT A

**Harbor Diversified, Inc. (HRBR)**
**Class Period: May 10, 2022 to March 29, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $1.6621 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jon Arne Toft | 7/21/2023 | 10,000 | $2.2000 | ($22,000) | 4/26/2024 | (20,000) | $1.7200 | $34,400 | | | | |
| Jon Arne Toft | 7/25/2023 | 5,800 | $2.1800 | ($12,644) | | | | | | | | |
| Jon Arne Toft | 7/27/2023 | 4,200 | $2.1800 | ($9,156) | | | | | | | | |
| **Jon Arne Toft** | | **20,000** | | **($43,800)** | | **(20,000)** | | **$34,400** | **20,000** | **0** | **$0** | **($9,400)** |

*Avg Closing Prices from April 1, 2024 to June 28, 2024