**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

JON ARNE TOFT, Individually and on behalf
of all other similarly situated,

Case No. 1:24-cv-00556-WCG

Plaintiff,

v.

HARBOR DIVERSIFIED, INC., CHRISTINE
R. DEISTER, and LIAM MACKAY,

Defendants.

## DEFENDANTS' MOTION FOR SANCTIONS UNDER RULE 11

Defendants Harbor Diversified, Inc., Christine R. Deister, and Liam Mackay

(collectively, the "Defendants") by their attorneys, Godfrey & Kahn, S.C., and pursuant to Rule

11 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1927, move for sanctions against

Plaintiff Viral Kothari and his counsel for (i) failing to perform a reasonable pre-suit

investigation, (ii) filing a patently deficient complaint, (iii) submitting a complaint with obvious

factual misrepresentations to the Court, (iv) filing a complaint for an improper purpose, and

(v) refusing to withdraw their frivolous complaint within the safe harbor period following notice

of this Rule 11 motion. In support of their motion, Defendants rely on their Memorandum of

Law in Support of Their Motion for Sanctions filed simultaneously with this motion.

WHEREFORE, Defendants request an order for monetary sanctions against Plaintiff and

his counsel and granting such other relief as the Court deems appropriate.

Dated this 18th day of July, 2024.

By: **s/ David R. Konkel**
John L. Kirtley
State Bar No. 1011577
David R. Konkel
State Bar No. 1097244
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
Fax: 414-273-5198
Email: jkirtley@gklaw.com
Email: dkonkel@gklaw.com

Jason de Brettville (*application for admission forthcoming*)
Wesley Horton (*application for admission forthcoming*)
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Phone: 949-725-4000
Fax: 949-725-4100
Email: jdebretteville@stradlinglaw.com
Email: whorton@stradlinglaw.com

*Attorneys for Defendants Harbor Diversified, Inc., Christine R. Deister, and Liam Mackay*

2