# Exhibit 3

# Comparison of Initial Complaints and Amended Complaints

| Case name/Number | Jurisdiction | Pages of Initial Complaint | Pages of Amended Complaint |
|---|---|---|---|
| Jiang v. Avaya Holdings Corp., 23-cv-01258 | SDNY | 43 | 80 |
| Peete v. BioLineRx Ltd., et al., 23-cv-00041 | DNJ | 20 | 54 |
| Twitchell v. Enovix Corporation et al., 3:23-cv-00071 | N.D. Cal. | 27 | 48 |
| Teroganesian v. Southwest Airlines Co., et al., 23-cv-00115 | S.D. Texas | 32 | 174 |
| Ciarciello v. Bioventus Inc., et al., 1:23-cv-00032 | M.D. North Carolina | 30 | 107 |
| Corwin v. Y-mAbs Therapeutics, Inc., 1:23-cv-00431 | SDNY | 26 | 53 |
| Ali Hadian v. Fate Therapeutics, Inc. et al., 3:23-cv-00111 | S.D. California | 37 | 37 |
| Digital Asset Loans Securities Litigation-McGreevy et al. v. Digital Currency Group, Inc., 3:23-cv-00082. Genesis Global Capital digital assets- | D. Connecticut | 50 | 89 |
| Oakland Cty. Employees Ret. Sys. and Oakland County Voluntary Employees Beneficiary Association v. Sotera Health Company et al., 1:23-cv-00143 | N.D. Ohio | 41 | 192 |
| Murphy v. Argo Blockchain PLC et al., 1:23-cv-00572- | SDNY | 30 | 80 |
| City of Southfield General Employees' Retirement System v. National Vision Holdings Inc., 1:23-cv-00425 | N.D. Ga. | 43 | 178 |
| Brill v. Invivyd, Inc. et al., 1:23-cv-10254 | D. Mass. | 22 | 29 |
| Weir v. Allianz SE, et al., 23-cv-00719 | C.D. Cal. | 41 | 88 |
| Cullen v. Ryvyl Inc. et al., 23-cv-00185 | S.D. Cal. | 22 | 43 |
| Baylor v. Honda Motor Co., Ltd., et al., 2:23-cv-00794 | C.D. Cal. | 28 | 47 |
| City of Hollywood Firefighters' Pension Fund, et al., v. Atlassian Corporation, et al., 2:23-cv-00519 | N.D. Cal | 20 | 50 |
| Olsson, et al. v. PLDT, Inc., et al., 2:23-cv-00885 | C.D. Cal. | 44 | 204 |
| Shafer v. Global Payments, Inc., et al., 23-cv-00577 | N.D. Ga. | 35 | 77 |
| Doug Greenhalgh v. Caribou Biosciences, Inc. et al, 3:23-cv-00609; Bergman v. Caribou Biosciences, Inc. et al, 4:23-cv-01742 | N.D. Cal. | 26 | 67 |
| Pelham et al v. VBit Technologies Corp., et al., 1:23-cv-00162 | D. Delaware | 35 | 53 |

| | | | |
|---|---|---|---|
| Genesee County Employees' Retirement System v. Kornit Digital Ltd. et al., 2:23-cv-00888 | DNJ | 25 | 113 |
| Koch v. Inspirato Incorporated, 23-cv-00438 | D. Colorado | 29 | 39 |
| Mullen, et al. v. Terran Orbital, Inc., et al., 23-cv-01394 | SDNY | 38 | 36 |
| City of Warwick Retirement System v. Catalent, Inc., 3:23-cv-01108 | DNJ | 41 | 186 |
| Lamontagne v. Tesla, Inc. et al., 3:23-cv-00869 | ND Cal. | 29 | 139 |
| Peacock v. Dutch Bros, Inc., et al., 23-cv-01794 | SDNY | 21 | 58 |
| City of Omaha Police and Firefighters Retirement System v. Cognyte Software Ltd., et al., 1:23-cv-01769 | SDNY | 14 | 47 |
| Passmore v. Vertex Energy, Inc., 4:24-cv-00290 | SD Texas | 22 | 55 |
| Voigt v. Lumen Technologies, Inc., 3:23-cv-00286 | WD LA | 28 | 87 |
| Bardaji v. Match Group, Inc., 1:23-cv-00245 | D. Del. | 22 | 80 |
| Palm Beach Police and Firefighters' Pension Fund v. Fidelity National Information Services, Inc. et al., 3:23-cv-00252 | M.D. Fla. | 31 | 122 |
| Credit Suisse-<br>Calhoun v. Credit Suisse Group AG, 1:23-cv-01297 | SDNY | 25 | 214 |
| Dufoe v. DraftKings Inc., et al, 1:23-cv-10524 | D. Mass. | 47 | 55 |
| In re SVB Financial Group Securities Litigation<br><br>Current case- 3:23-cv-01097 | ND Cal | 16 | 290 |
| Roofers Local No. 149 Pension Fund v. Amgen Inc. et al., 1:23-cv-02138 | SDNY | 22 | 98 |
| Sjunde AP-Fonden v. Joseph Depaolo et al, 1:23-cv-01921 | EDNY | 15 | 158 |
| Bucks County Employees Retirement System v. Norfolk Southern Corporation, 1:23-cv-04175 (ND GA) | N.D. Georgia | 33 | 289 |
| AMI – Government Employees Provident Fund Management Company Ltd. v. Alphabet Inc., 5:23-cv-01186 | ND Cal. | 27 | 82 |
| Bailey and Franklin v. Zendesk, Inc. et al., 3:23-cv-01243. Section 14 merger case. | ND Cal | 30 | 51 |
| Sills v. United Natural Foods, Inc. et al., 1:23-cv-02364 | SDNY | 25 | 92 |
| Ouranitsas v. Tupperware Brands Corporation et al., 6:23-cv-00511 | M.D. Fla. | 36 | 64 |
| Holland v. Rite Aid Corp., et al, 2:23-cv-02962 | ED Pa | 50 | 162 |
| Dickerson v. UserTesting, Inc. et al, 23-cv-01320<br>Section 14 complaint | ND Cal | 15 | 52 |
| Jaramillo v. Dish Network Corporation et al.,1:23-cv-00734 | D. Colorado | 21 | 133 |

2

| | | | |
|---|---|---|---|
| Naresh Vissa Rammohan v. Stanley Black & Decker, Inc., 3:23-cv-00369 | D. Conn. | 26 | 60 |
| Barclays- Exchange Traded Notes | SDNY | 14 | 67 |
| Perez v. Target Corporation, 0:23-cv-00769 | D. Minnesota | 25 | 84 |
| Lewandowski v. TAL Education Group et al., 2:23-cv-01769 | DNJ | 18 | 67 |
| Moreno v. Marathon Digital Holdings, Inc., et al, 2:23-cv-00470 | Nevada | 22 | 53 |
| Melton v. Plug Power Inc., 1:23-cv-00409; now in re: Plug Power Inc. Securities Litigation | D. Delaware | 17 | 110 |
| Sward v. Medical Properties Trust, Inc., 1:23-cv-03070 (SDNY) | SDNY, | 19 | 83 |
| Shnayder v. Allbirds, Inc., et al., 3:23-cv-01811 | ND Cal | 24 | 87 |
| The Lee Goodman Trust, et al., v. Wheels Up Experience Inc., et al, 1:23-cv-02900 | ED NY | 19 | 40 |
| City of Warren General Employees' Retirement System v. Teleperformance SE, 1:23-cv-00181 | SD FLA | 55 | 53 |
| West Hills Capital- Silver Deposit Account Lease Agreement Securities Litigation Glahn v. West Hills Capital, 6:23-cv-01064 | Kansas | 18 | 18 |
| Key v. Horizon Bancorp, Inc., 1:23-cv-02961 | EDNY | 25 | 51 |
| Damri v. LivePerson, 1:23-cv-10517 | SDNY | 20 | 88 |
| City of Hollywood Police Officers' Retirement System v. First Republic Bank et al., 3:23-cv-01993 | ND Cal | 27 | 197 |
| Esfandiari v. Edgio, Inc. f/k/a Limelight Networks, Inc., 2:23-cv-00691 | Arizona | 18 | 58 |
| Newtyn Partners, LP, et al. v. Alliance Data Systems Corporation, et al., 23-cv-01451 | SD Ohio | 27 | 65 |
| Celano v. Fulcrum Therapeutics, Inc., 1:23-cv-02360 | D. Mass. | 34 | 55 |
| HRSA-ILA Funds v. Adidas ag et al, 3:23-cv-00629 | Oregon | 23 | 52 |
| United States Cellular Corporation- Telephone and Data Systems, Inc. securities litigation, 1:23-cv-02753 | ND Illinois | 40 | 85 |
| Li v. Spirit AeroSystems Holdings, Inc., et al, 23-cv-03722 | SDNY | 38 | 98 |
| Okaro v. Icahn Enterprises L.P., 1:23-cv-21773 | SD Fla | 27 | 171 |
| Mislav Basic v. BProtocol Foundation et al, 1:23-cv-00533 BProtocol Foundation- BNT Tokens | WD Texas | 55 | 79 |
| Retail Wholesale Department Store Union Local 338 Retirement Fund v. Beyond Meat, Inc. et al., 2:23-cv-03602 | CD Cal | 15 | 84 |
| Taylor v. Viatris Inc., et al., 2:23-cv-00817 | WD PA | 37 | 117 |
| Local 272 Labor-Management Pension Fund v. Disney, 2:23-cv-03661 | CD Cal | 38 | 185 |

3

| | | | |
|---|---|---|---|
| Petersen v. Stem, Inc. fka Star Peak Energy Transition, 3:23-cv-02329 | ND Cal | 34 | 134 |
| Ohio Carpenters Pension Fund and City of Pontiac Reestablished General Employees' Retirement System v. Norfolk Southern Corporation, 1:23-cv-04068 | SDNY | 29 | 107 |
| In re Virtu Financial, Inc. Securities Litigation | EDNY | 26 | 65 |
| State Teachers Ret. Sys. of Ohio v. Charles River Laboratories International, Inc. et al. | Mass. | 21 | 127 |
| The Arbitrage Fund v. The-Toronto-Dominion Bank et al., 1:23-cv-02763 | DNJ | 47 | 169 |
| Shaquille O'Neal litigation- ASTRALs NFTs, Galaxy tokens Harper v. O'Neal, 1:23-cv-21912 | SD Fla | 53 | 66 |
| Turpel v. Canopy Growth Corporation, 23-cv-04302; | SDNY | 22 | 73 |
| Erie County Employees' Retirement System v. Cutera, Inc., 3:23-cv-02560 | ND Cal | 21 | 135 |
| Jastram v. NextEra Energy, Inc., 9:23-cv-80833 | SD Fla. | 20 | 87 |
| Johnson v. Luminar Technologies, Inc. et al, 6:23-cv-00982 | MD Fla | 26 | 58 |
| Studen v. Funko, Inc., 2:23-cv-00824 | WD Wash. | 32 | 84 |
| Johansson v. SentinelOne, Inc. et al., 3:23-cv-02786 | ND Cal. | 20 | 39 |
| Solomon v. Peloton Interactive, Inc. et al., 1:23-cv-04279 | EDNY | 22 | 96 |
| Rigo Fernandez v. DouYu International Holdings Limited et al., 2:23-cv-03161 | DNJ | 27 | 67 |
| Henry v. Futu Holdings Limited et al., 2:23-cv-03222 | DNJ | 33 | 56 |
| Levy v. Jason Luo et al., 1:23-cv-00653 | D. Delaware | 42 | 54 |
| Petersen v. TriplePoint Venture Growth BDC Corp., et al., 23-cv-02980 | ND Cal | 32 | 93 |
| Bazzelle, Sr. v. NovoCure Limited, et al., 23-cv-05146 | SDNY | 27 | 59 |
| Burns v. UP Fintech Holding Limited, et al., 24-cv-01632 | SDNY | 47 | 43 |
| Bergmann v. GDS Holdings Limited, et al., 23-cv-04900 | CD Cal | 17 | 29 |
| Ashe v. Arrow Financial Corporation et al, 23-cv-00764 | N.D. NY | 24 | 42 |
| Water Island Merger Arbitrage Institutional Commingled Master Fund, LP v. Cornerstone Building Brands, 23-cv-00701 14(a) merger case | D. Delaware | 50 | 56 |
| Salzman v. ImmunityBio, Inc., et al., 23-cv-01216 | S.D. Cal. | 26 | 75 |
| Efrat Investments LLC, v. Hub Cyber Security Ltd. et al. | SDNY | 13 | 54 |

4

| | | | |
|---|---|---|---|
| Continental General Insurance Company v. Mallinckrodt plc et al., 23-cv-03662 | D. NJ. | 34 | 90 |
| Martin v. BioXcel Therapeutics, inc. et al, 23-cv-00915 | D. Conn | 27 | 77 |
| UA Local 38 Defined Contribution Pension Plan v. Seagate Technology Holdings PLC, 3:23-cv-03431 | N.D. Cal. | 17 | 90 |
| Thant v. Rain Oncology Inc. et al, 23-cv-03518 | ND Cal | 20 | 62 |
| Villanueva v. Proterra Inc. et al., 23-cv-03519 | ND Cal | 19 | 196 |
| Hawkins v. Danaher Corporation et al., 23-cv-02055 | D. District of Columbia | 24 | 83 |
| Muraweh v. Sea Limited et al., 2:23-cv-01455 | D. Arizona | 24 | 71 |
| Michel v. Sumo Logic, Inc. et al., 23-cv-03665 Section 14. | N.D. Cal. | 25 | 27 |
| Lim v. Hightower and Adam Kroll, 4:23-cv-01454 | N.D. Ohio | 25 | 104 |
| Kelk v. Bausch Health Companies Inc., et al., 3:23-cv-03996 | DNJ | 25 | 95 |
| United Ass'n of Plumbers and Pipefitters, Journeymen, Local # 38 Defined Pension Plan v. Syneos Health, Inc., 1:23-cv-06548 | SDNY | 41 | 45 |
| AT&T Securities Litigation. | ND Texas | 43 | 196 |
| Paice v. Aldeyra Therapeutics, Inc. et al, 1:23-cv-11737 | D. Mass | 23 | 148 |
| General Retirement System of the City of Detroit v. Verizon et al, 2:23-cv-05218 | DNJ | 52 | 168 |
| Shulman v. Weston, Vogensen, 2:23-cv-04121 | DNJ | 39 | 61 |
| Houck v. EOS Energy Enterprises, Inc., 3:23-cv-04113 | DNJ | 30 | 48 |
| City of Southfield Fire and Police Ret. System v. Hayward Holdings, Inc., 2:23-cv-04146 | DNJ | 33 | 79 |
| Soderberg v. Apellis Pharmaceuticals, Inc., 23-cv-00834 | D. Del. | 18 | 58 |
| Peneycad v. RTX Corporation et al, 23-cv-01035 | D. Conn. | 19 | 152 |
| Donley v. Live Nation Entertainment, Inc., 23-cv-06343 | C.D. Cal. | 27 | 67 |
| McConnell v. Applied Digital Corporation, 3:23-cv-01805 | N.D. Texas | 27 | 91 |
| O'Meara v. Shift4 Payments, Inc., 5:23-cv-03206 | ED PA | 26 | 59 |
| Ramos v. Comerica Incorporated et al., 23-cv-06843 | CD Cal. | 32 | 171 |
| Vazquez v. Masimo Corporation et al., 23-cv-01546 | S.D. California | 27 | 114 |
| Bhangal v. Hawaiian Electric Industries, Inc., et al, 23-cv-04332 | N.D. Cal. | 31 | 71 |
| Soto v. Origin Materials, Inc., et al., 23-cv-01816 | E.D. Cal. | 24 | 66 |

5

| | | | |
|---|---|---|---|
| Zornberg v. Security Technologies, Inc. et al, 1:23-cv-06465 | EDNY | 19 | 59 |
| Water Island Event-Driven Fund v. MaxLinear, Inc., 3:23-cv-01607 | SD Cal. | 24 | 60 |
| Mannacio v. Discover Financial Services et al, 1:23-cv-06788 | N.D. Ill. | 25 | 139 |
| Gera v. UiPath, Inc. et al, 1:23-cv-07908 | SDNY | 38 | 76 |
| Lowe v. Tandem Diabetes Care, Inc., 3:23-cv-01657 | SD Cal. | 23 | 42 |
| West Palm Beach Police Pension Fund v. Leslie's, Inc., et al., 2:23-cv-01887 | D. Arizona | 30 | 48 |
| Tan v. PacWest Bancorp et al., 8:23-cv-01685 | CD Cal | 39 | 71 |
| Dhatt v. Enviva, Inc., et al., 8:23-cv-02474 | D. Maryland | 31 | 72 |
| Zappia v. Myovant Sciences Ltd. et al, 1:23-cv-08097 | SDNY | 53 | 59 |
| McLemore v. Lumen Technologies, Inc. FKA Centurylink, Inc. et al, 3:23-cv-01290 | WD LA | 30 | 165 |
| Gambrill v. CS Disco, Inc., 1:23-cv-08270 | WD Texas | 14 | 37 |
| Southgate v. PureCycle Technologies, Inc. et al, 1:23-cv-08605 | SDNY | 17 | 86 |
| In re GigaCloud Technology Inc. Securities Litigation- 1:23-cv-10645 | SDNY | 33 | 65 |
| S/M Merger Arbitrage, L.P. v. Emisphere Technologies, Inc., 2:23-cv-20898 | DNJ | 64 | 113 |
| Francis v. DLocal Limited, 1:23-cv-07501 | EDNY | 23 | 50 |
| Hammon v. Kenvue Inc. et al., 23-cv-20998 | DNJ | 33 | 80 |
| Suarez v. Advance Auto Parts, Inc. et al, 5:23-cv-00563 | ED NC | 16 | 63 |
| Tenneson v. Nikola Corporation et al., 2:23-cv-02131 | D. Arizona | 27 | 63 |
| Spitzer v. Robert Flexon et al., 2:23-cv-08659 | CD Cal | 22 | 67 |
| Bagheri v. Dermtech, Inc. et al, 3:23-cv-01885 | SD Cal | 17 | 97 |
| In Re Farfetch Limited Securities Litigation, 1:23-cv-10982-ER-KHP (S.D.N.Y.) | SDNY | 27 | 186 |
| Pembroke Pines Firefighters & Police Officers Pension Fund and the City of Hollywood Police Officers' Retirement System v. Adobe Inc. et al., 1:23-cv-09260 | SDNY | 26 | 124 |
| Allegheny County Employees' Ret. Sys. v. AdaptHealth Corp. et al, 2:23-cv-04104 | EDPA | 34 | 176 |
| Craven v. Sunpower Corporation et al, 3:23-cv-05544 | ND Cal. | 19 | 36 |
| Naclerio v. DocGo Inc., 1:23-cv-09476 | SDNY | 26 | 38 |
| Sporn v. Brainstorm Cell Therapeutics Inc. et al., 23-cv-09630 | SDNY | 28 | 98 |
| Merritt v. Barclays PLC et al, 2:23-cv-09217 | CD Cal | 28 | 55 |
| Daphne Shen v. SolarEdge Technologies, Inc. et al, 1:23-cv-09748 | SDNY | 22 | 80 |
| Alsaidi v. Outlook Therapeutics, Inc., 2:23-cv-21862 | DNJ | 29 | 84 |

6

| | | | |
|---|---|---|---|
| City of Fort Lauderdale General Employees Retirement System v. Holley Inc. FKA Empower LTD, 1:23-cv-00148 | WD Ky | 38 | 107 |
| Davis v. Li-Cycle Holdings Corp., et al, 1:23-cv-09894 | SDNY | 21 | 54 |
| Grossman v. David Sin et al, 2:23-cv-09501 SC Health case | CD Cal | 47 | 108 |
| Heeg v. FMC Corporation et al, 2:23-cv-04398 | EDPA | 23 | 185 |
| Ventrillo Jr. v. Paycom Software, Inc. et al, 5:23-cv-01019 | WD Oklahoma | 20 | 142 |
| Kangas v. Illumina, Inc. et al, 3:23-cv-02082 | SD Cal | 17 | 156 |
| Glantz v. James River Group Holdings, Ltd., 1:23-cv-10000 | SDNY | 19 | 37 |
| Sigman v. NuScale Power Corporation, 3:23-cv-01689-MO | Oregon | 24 | 31 |
| Aramouni v. Acelyrin, Inc. et al, 2:23-cv-09672 | CD Cal | 30 | 108 |
| Alghazwi v. The Beauty Health Company et al, 2:23-cv-09733 | CD Cal | 23 | 122 |
| Walling v. Generac Holdings, Inc. et al, 3:23-cv-00808 | WD Wisc. | 17 | 42 |
| Erwin v. Veradigm Inc. et al, 1:23-cv-16205 | ND Ill. | 30 | 31 |
| DeKalb County Pension Fund v. Roblox Corporation, 1:23-cv-10347 (SDNY)- ND Cal-23-cv-06618 | ND Cal | 27 | 93 |
| Washtenaw County Employees' Retirement System v. Dollar General Corporation et al, 3:23-cv-01250 | MD Tenn. | 54 | 181 |
| Wilhite v. Expensify, Inc. et al, 3:23-cv-01784 | Oregon | 20 | 60 |
| Khan v. ChargePoint Holdings, Inc. et al, 5:23-cv-06172 | ND Cal | 19 | 79 |
| Watership Township Police & Fire Retirement System v. National Instruments Corp., 1:23-cv-10488 | SDNY | 27 | 47 |
| Schelling v. Microvast Holdings, Inc. et al, 4:23-cv-04565 | SD Texas | 30 | 68 |
| Hunter v. Blue Ridge Bankshares, Inc. 1:23-cv-08994 | EDNY | 25 | 50 |
| McAlice v. The Estee Lauder Companies, Inc. et al, 1:23-cv-10669; In re The Estee lauder Co., Inc. Securities Litigation | SDNY | 25 | 103 |
| Shamoon v. General Motors Company et al, 2:23-cv-13132 | ED Michigan | 34 | 200 |
| Hubacek v. ON Semiconductor Corporation et al, 1:23-cv-01429 | D. Del. transferred to Arizona | 20 | 107 |
| North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., 1:23-cv-13065 | D. Mass. | 31 | 57 |
| Lida DAO- LDO Tokens Samuels v. Lido DAO, 4:23-cv-06492 | ND Cal | 24 | 34 |

7

| | | | |
|---|---|---|---|
| Gutknecht v. The Lovesac Company, 3:23-cv-01640 | D. Conn. | 21 | 57 |
| In re Golden Heaven Group Holdings Ltd. Securities Litigation, 2:23-cv-10619-HDV-SK | CD Cal | 27 | 193 |
| City of Hollywood Firefighters Pension Fund v. Inspire Medical Systems, Inc., 0:23-cv-03884 | D. Minnesota | 24 | 59 |
| Genesee County Employees v. Driven Brands Holdings Inc., 3:23-cv-00895 | WD NC | 23 | 66 |
| Semerak v. VNet Group, Inc., 1:23-cv-11187 | SDNY | 20 | 56 |
| Altshares Event-Driven ETF v. Focus Financial Partners, Inc., 1:23-cv-01466 | D. Del. | 56 | 88 |

8