# Exhibit 5

| Date | Volume |
|---|---|
| 5/9/2022 | 647,100 |
| 5/16/2022 | 544,000 |
| 5/23/2022 | 347,900 |
| 5/30/2022 | 195,200 |
| 6/6/2022 | 280,000 |
| 6/13/2022 | 510,000 |
| 6/20/2022 | 192,800 |
| 6/27/2022 | 204,800 |
| 7/4/2022 | 232,500 |
| 7/11/2022 | 225,500 |
| 7/18/2022 | 206,600 |
| 7/25/2022 | 287,800 |
| 8/1/2022 | 186,000 |
| 8/8/2022 | 277,400 |
| 8/15/2022 | 151,800 |
| 8/22/2022 | 1,417,700 |
| 8/29/2022 | 231,300 |
| 9/5/2022 | 394,900 |
| 9/12/2022 | 221,000 |
| 9/19/2022 | 181,000 |
| 9/26/2022 | 215,400 |
| 10/3/2022 | 128,900 |
| 10/10/2022 | 165,500 |
| 10/17/2022 | 160,000 |
| 10/24/2022 | 385,500 |
| 10/31/2022 | 107,600 |
| 11/7/2022 | 176,500 |
| 11/14/2022 | 208,700 |
| 11/21/2022 | 575,100 |
| 11/28/2022 | 400,900 |
| 12/5/2022 | 166,100 |
| 12/12/2022 | 301,800 |
| 12/19/2022 | 221,900 |
| 12/26/2022 | 188,600 |
| 1/2/2023 | 118,700 |
| 1/9/2023 | 123,400 |
| 1/16/2023 | 212,600 |
| 1/23/2023 | 118,000 |
| 1/30/2023 | 360,400 |
| 2/6/2023 | 312,600 |
| 2/13/2023 | 250,700 |
| 2/20/2023 | 41,000 |
| 2/27/2023 | 70,600 |

| | |
|---|---|
| 3/6/2023 | 203,000 |
| 3/13/2023 | 161,500 |
| 3/20/2023 | 278,400 |
| 3/27/2023 | 350,000 |
| 4/3/2023 | 877,900 |
| 4/10/2023 | 854,400 |
| 4/17/2023 | 634,200 |
| 4/24/2023 | 139,900 |
| 5/1/2023 | 406,500 |
| 5/8/2023 | 310,400 |
| 5/15/2023 | 374,300 |
| 5/22/2023 | 350,700 |
| 5/29/2023 | 235,100 |
| 6/5/2023 | 527,400 |
| 6/12/2023 | 210,000 |
| 6/19/2023 | 192,700 |
| 6/26/2023 | 62,400 |
| 7/3/2023 | 97,800 |
| 7/10/2023 | 200,500 |
| 7/17/2023 | 95,700 |
| 7/24/2023 | 150,900 |
| 7/31/2023 | 62,400 |
| 8/7/2023 | 103,600 |
| 8/14/2023 | 153,000 |
| 8/21/2023 | 173,700 |
| 8/28/2023 | 147,900 |
| 9/4/2023 | 180,400 |
| 9/11/2023 | 108,000 |
| 9/18/2023 | 135,200 |
| 9/25/2023 | 214,300 |
| 10/2/2023 | 111,700 |
| 10/9/2023 | 46,800 |
| 10/16/2023 | 115,700 |
| 10/23/2023 | 74,900 |
| 10/30/2023 | 63,200 |
| 11/6/2023 | 104,000 |
| 11/13/2023 | 210,300 |
| 11/20/2023 | 70,600 |
| 11/27/2023 | 137,500 |
| 12/4/2023 | 180,300 |
| 12/11/2023 | 152,400 |
| 12/18/2023 | 89,600 |
| 12/25/2023 | 199,300 |
| 1/1/2024 | 110,500 |

| | | |
|---|---|---|
| 1/8/2024 | | 106,100 |
| 1/15/2024 | | 116,400 |
| 1/22/2024 | | 175,400 |
| 1/29/2024 | | 326,500 |
| 2/5/2024 | | 229,100 |
| 2/12/2024 | | 168,400 |
| 2/19/2024 | | 79,300 |
| 2/26/2024 | | 229,100 |
| 3/4/2024 | | 150,400 |
| 3/11/2024 | | 131,700 |
| 3/18/2024 | | 183,700 |
| 3/25/2024 | | 185,900 |
| | | 239,261 |
| | float | 23,050,000 |
| | Turnover | 1.04% |