UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| JON ARNE TOFT, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR DIVERSIFIED, INC., CHRISTINE R. DEISTER, LIAM MACKAY, and GREGG GARVEY,<br><br>Defendants. | Case No. 1:24-cv-00556-WCG |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants Harbor Diversified, Inc., Christine R. Deister, Liam Mackay, and Gregg Garvey (collectively, the "Defendants") by their attorneys, Godfrey & Kahn, S.C., and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss Plaintiff Jon Arne Toft's First Amended Complaint. In support of their motion, Defendants rely on their Memorandum of Law in Support of Their Motion to Dismiss the Complaint and Declaration of Wesley Horton filed simultaneously with this motion.

WHEREFORE, Defendants request an order dismissing the claims against them in their entirety with prejudice and granting such other relief as the Court deems appropriate.

Dated this 24th day of September, 2024.

By: */s/ David R. Konkel*
John L. Kirtley
State Bar No. 1011577
David R. Konkel
State Bar No. 1097244
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
Fax: 414-273-5198
Email: jkirtley@gklaw.com
Email: dkonkel@gklaw.com

Jason de Bretteville
Wesley Horton
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Phone: 949-725-4000
Fax: 949-725-4100
Email: jdebretteville@stradlinglaw.com
Email: whorton@stradlinglaw.com

*Attorneys for Defendants Harbor Diversified, Inc., Christine R. Deister, Liam Mackay, and Gregg Garvey*