**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

---

JON ARNE TOFT, Individually and on behalf
of all other similarly situated,

        Plaintiff,

    v.

HARBOR DIVERSIFIED, INC., CHRISTINE
R. DEISTER, LIAM MACKAY, and GREGG
GARVEY

        Defendants.

Case No. 1:24-cv-00556-WCG

---

**DECLARATION OF WESLEY HORTON IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**

---

I, Wesley Horton, declare under penalty of perjury as follows:

1.      I am an adult resident of the State of California and make this Declaration based on my personal knowledge of the facts and circumstances set forth herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Form 10-Q filed by Harbor Diversified, Inc. on May 9, 2022.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Form 10-Q filed by Harbor Diversified, Inc. on August 10, 2022.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Form 10-Q filed by Harbor Diversified, Inc. on November 21, 2022.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Form 10-K filed by Harbor Diversified, Inc. on December 31, 2022.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Form 8-K filed by Harbor Diversified, Inc. on March 29, 2024.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Form 10-K filed by Harbor Diversified, Inc. on July 10, 2020.


Dated this 24th day of September, 2024.

/s/ Wesley Horton _____
Wesley Horton

2