UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JON ARNE TOFT, Individually
and on behalf of all others
similarly situated,

     Plaintiff,

     v.

HARBOR DIVERSIFIED, INC.,
CHRISTINE R. DEISTER, LIAM
MACKAY, and GREGG
GARVEY.

     Defendants.

**Case No: 24-C-556**

## DECLARATION OF TAMAR A. WEINRIB

I, Tamar A. Weinrib, declare as follows pursuant to 28 U.S.C. ¶ 1746.

1.     I am a member of the New York Bar admitted to practice before this Court and am a partner with the law firm of Pomerantz LLP ("Pomerantz" or the "Firm"), Lead Counsel in this matter. I make this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

2.     Attached as Exhibit A is a true and correct copy of the Certification of Principal Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, signed by Christine R. Deister, and filed by Harbor Diversified, Inc. ("Harbor") with the Securities and Exchange Commission ("SEC") on March 30, 2022.

3.     Attached as Exhibit B is a true and correct copy of the Certification of Principal Financial Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, signed by Liam Mackay, and filed by Harbor with the SEC on March 30, 2022.

4.	Attached as Exhibit C is a Form 8-K filed by Harbor with the SEC on November 3, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2024

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib

2