JON ARNE TOFT, Individually and on behalf
of all other similarly situated,

        Plaintiff,

        v.

HARBOR DIVERSIFIED, INC., CHRISTINE
R. DEISTER, LIAM MACKAY, and GREGG
GARVEY,

        Defendants.

Case No. 1:24-cv-00556-WCG

---

**DEFENDANTS' RENEWED MOTION FOR SANCTIONS UNDER FEDERAL RULE**
**OF CIVIL PROCEDURE 11 & U.S.C. § 78u-4**

---

Defendants Harbor Diversified, Inc., Christine R. Deister, Liam Mackay, and Gregg Garvey (collectively, the "Defendants") by their attorneys, Godfrey & Kahn, S.C. and Stradling Yocca Carlson & Rauth, LLP, and pursuant to Rule 11 of the Federal Rules of Civil Procedure and 15 U.S.C. § 78u-4, move for sanctions against plaintiffs and their counsel for (i) failing to perform a reasonable pre-suit investigation, (ii) filing patently deficient complaints, (iii) submitting complaints with obvious factual misrepresentations to the Court, (iv) filing complaints for an improper purpose, and (v) refusing to withdraw their frivolous complaints within the safe harbor period following notice of this Rule 11 motion. Per the notice filed by Plaintiff's counsel, it does not intend to file a second amended complaint—despite the opportunity to do so from the Court when it dismissed the Amended Complaint—and instead seeks the entry of final judgment. Per the Court's order dated January 30, 2025, denying Defendants' previous motion for sanctions without prejudice, Defendants renew their motion as the issues are ripe for decision with the final

4863-7904-4306v1/101468-0015

adjudication of the case. In support of their motion, Defendants rely on their Memorandum of Law in Support of Their Motion for Sanctions filed simultaneously with this motion.

WHEREFORE, Defendants request an order for monetary sanctions against plaintiffs and their counsel and granting such other relief as the Court deems appropriate.

Dated this 3rd day of March, 2025.

By: **s/ David R. Konkel**
John L. Kirtley
State Bar No. 1011577
David R. Konkel
State Bar No. 1097244
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
Fax: 414-273-5198
Email: jkirtley@gklaw.com
Email: dkonkel@gklaw.com

Jason de Bretteville
Wesley Horton
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Phone: 949-725-4000
Fax: 949-725-4100
Email: jdebretteville@stradlinglaw.com
Email: whorton@stradlinglaw.com

*Attorneys for Defendants Harbor Diversified, Inc., Christine R. Deister, Liam Mackay, and Gregg Garvey*

2