## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JON ARNE TOFT, Individually and on behalf of all others similarly situated, | Case No: 1:24-cv-00556-WCG |
| Plaintiff, | Judge: William C. Griesbach |
| v. | |
| HARBOR DIVERSIFIED, INC., CHRISTINE R. DEISTER, LIAM MACKAY, and GREGG GARVEY, | |
| Defendants. | |

## CROSS-MOTION OF VIRAL KOTHARI FOR RULE 11 SANCTIONS AGAINST DEFENSE COUNSEL

Plaintiff Viral Kothari ("Plaintiff"), by and through his attorneys, The Rosen Law Firm, P.A. ("RLF"), herby moves this Court for sanctions pursuant to Fed. R. Civ. P. 11 against defense counsel, Stradling Yocca Carlson & Rauth LLP ("Stradling Yocca"), as a result of their willful misrepresentations about RLF and its complaint that were made in the first Rule 11 Motion (the "First Motion") (Dkt. Nos. 30-31) and the Renewed Motion for Sanctions (the "Renewed Motion") (Dkt. Nos. 49-50).

In support of this cross-motion, Plaintiff files herewith the Memorandum in Opposition to Defendants' Motion or Sanctions Under Rule 11 and in Support of Plaintiff's Cross-Motion for Rule 11 Sanctions, the Declaration of Phillip Kim, and exhibits thereto.

Wherefore, Plaintiff requests an order for monetary sanctions against Stradling Yocca and granting such other relief the Court deems appropriate.

1

Dated: March 31, 2025                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Viral Kothari*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<span style="margin-left:35%">*/s/ Phillip Kim*<br>Phillip Kim</span>

Case 1:24-cv-00556-WCG    Filed 03/31/25    Page 3 of 3    Document 55