UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JON ARNE TOFT, Individually
and on behalf of all others
similarly situated,

      Plaintiff,

      v.

HARBOR DIVERSIFIED, INC.,
CHRISTINE R. DEISTER, LIAM
MACKAY, and GREGG
GARVEY.

      Defendants.

**Case No: 1:24-cv-00556-WCG**

**LEAD PLAINTIFF'S MOTION
FOR SANCTIONS AGAINST
DEFENDANTS AND THEIR
COUNSEL**

Lead Plaintiff Jon Arne Toft ("Lead Plaintiff"), by and through his counsel, will and does hereby move this Court, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(c), Rule 11 of the Federal Rules of Civil Procedure, and 28 U.S.C. §1927, for the imposition of sanctions against Defendants Harbor Diversified, Inc., Christine R. Deister, Liam Mackay, and Gregg Garvey ("Defendants") and their counsel, Stradling Yocca Carlson & Rauth LLP, on the grounds set forth in the Memorandum of Law In Support Of Lead Plaintiff's Motion For Sanctions against Defendants, submitted contemporaneously herewith.

In support of this motion, Lead Plaintiff also respectfully refers the Court to the Declaration of Tamar A. Weinrib In Support Of Lead Plaintiff's Motion For Sanctions Against Defendants and accompanying exhibits submitted herewith.

WHEREFORE, Lead Plaintiff requests an order for monetary sanctions against Defendants and their counsel, and granting such other relief as the Court deems just and appropriate.

Dated: March 31, 2025

**POMERANTZ LLP**

By: *s/ Tamar A. Weinrib*
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:   (212) 661-1100
Facsimile:   (917) 463-1044
Email: jalieberman@pomlaw.com
Email: taweinrib@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Class*

2