JON ARNE TOFT, Individually and on behalf of all others similarly situated,

      Plaintiff,

      v.

HARBOR DIVERSIFIED, INC., CHRISTINE R. DEISTER, LIAM MACKAY, and GREGG GARVEY.

      Defendants.

**Case No: 1:24-cv-00556-WCG**

### DECLARATION OF TAMAR A. WEINRIB IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL

I, Tamar A. Weinrib, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I, Tamar A. Weinrib, am an attorney admitted to practice *pro hac vice* in this Court and a Partner at Pomerantz LLP ("Pomerantz"), Lead Counsel in the above-captioned action (the "Action") on behalf of Lead Plaintiff Jon Arne Toft and all others similarly situated ("Lead Plaintiff"). I am a member in good standing of the bar of the State of New York and I am admitted to practice in the Southern and Eastern Districts of New York, as well as the United States Court of Appeals for the Second, Third, Fourth, and Ninth Circuits. I submit this Declaration in support of Lead Plaintiff's Motion For Sanctions Against Defendants.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt from the docket sheet in *Walling v. Generac Holdings Inc.*, 24-cv-00240 (E.D. Wis.).

3. Attached as Exhibit 2 is a true and correct copy of an excerpt from the docket sheet in *Shanaphy v. Kohls Corp.*, 22-cv-01016 (E.D. Wis.).

4. Attached as Exhibit 3 is a true and correct copy of an excerpt from the docket sheet in *Duncan v. Joy Glob. Inc.*, 16-cv-01229 (E.D. Wis.).

5. Attached as Exhibit 4 is a true and correct copy of an excerpt from the docket sheet in *Gumm v. Molinaroli*, 16-cv-01093 (E.D. Wis.).

6. Attached as Exhibit 5 is a true and correct copy of an excerpt from the docket sheet in *Pub. Emps.' Ret. Sys. of Miss. v. Roadrunner Transp. Sys. Inc.*, 17-cv-00144 (E.D. Wis.).

7. Attached as Exhibit 6 is a true and correct copy of an excerpt from the docket sheet in *Allison v. Oak St. Health, Inc.*, 22-cv-00149 (N.D. Ill.).

8. Attached as Exhibit 7 is a true and correct copy of an excerpt from the docket sheet in *Chandler v. Ulta Beauty, Inc.*, 18-cv-01577 (N.D. Ill.).

9. Attached as Exhibit 8 is a true and correct copy of an excerpt from the docket sheet in *Burbige v. ATI Physical Therapy, Inc.*, 21-cv-04349 (N.D. Ill.).

10. Attached as Exhibit 9 is a true and correct copy of an excerpt from the docket sheet in *Construction Workers Pension Tr. Fund -- Lake Cnty. & Vicinity v. Navistar Int'l Corp.*, 13-cv-02111 (N.D. Ill.).

11. Attached as Exhibit 10 is a true and correct copy of an Order in *Spiegal v. Tenfold Corp.*, No. 00-cv-00652 (D. Utah Jan. 3, 2001), ECF No. 36.

12. Attached as Exhibit 11 is a true and correct copy of an Order in *Casey v. Windmere-Durable Holdings, Inc.*, No. 98-cv-02273 (S.D. Fla. Jan. 26, 1999), ECF No. 40.

2

13. Attached as Exhibit 12 is a true and correct copy of an Order in *City of Fort Lauderdale Gen. Emps.' Ret. Sys. v. VeriSign, Inc.*, No. 13-cv-00060 (E.D. Va. Mar. 11, 2013), ECF No. 26.

14. Attached as Exhibit 13 is a true and correct copy of an Order in *Autumn Partners LLC v. Remec, Inc.*, No. 04-cv-01973 (S.D. Cal. Nov. 12, 2004), ECF No. 20.

15. Attached as Exhibit 14 is a true and correct copy of an excerpt from the docket sheet in *Plumbers & Pipefitters Loc. Union No, 630 Pension Annuity Tr. Fund v. Kenexa Corp.*, No. 09-2642 (E.D. Pa.).

16. Attached as Exhibit 15 is a true and correct copy of an excerpt from the docket sheet in *Shash v. Biogen Inc.*, 21-cv-10479 (D. Mass.).

17. Attached as Exhibit 16 is a true and correct copy of an excerpt from the docket sheet in *Birnbaum v. Gen. Elec. Co.*, 19-cv-01013 (S.D.N.Y.).

18. Attached as Exhibit 17 is a true and correct copy of an excerpt from the docket sheet in *Bettis v. Envision Healthcare Corp.*, 17-cv-01112 (M.D. Tenn.).

19. Attached as Exhibit 18 is a true and correct copy of an excerpt from the docket sheet in *Beaver Cnty. Emps.' Ret. Fund v. Tile Shop Holdings, Inc.*, 14-CV-00786 (D. Minn.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of March, 2025.

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib

3