# Exhibit 1

**United States District Court**
**Eastern District of Wisconsin (Milwaukee)**
**CIVIL DOCKET FOR CASE #: 2:24-cv-00240-PP**

Walling v. Generac Holdings Inc et al
Assigned to: Chief Judge Pamela Pepper
Case in other court:  Wisconsin Western, 3:23-cv-00808
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 02/22/2024
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Christopher Walling**
*Individually and on behalf of All Others Similarly Situated*

represented by **Adam Marc Apton**
Levi & Korsinsky LLP
33 Whitehall St - 17th Floor
New York, NY 10004
212-363-7500
Email: aapton@zlk.com
*ATTORNEY TO BE NOTICED*

**Andrew Gerritt Frank**
Mallery SC
731 N Jackson St - Ste 900
Milwaukee, WI 53202-4697
414-271-2424
Fax: 414-271-8678
Email: afrank@mallerysc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Generac Holdings Inc**

represented by **Glenn Vanzura**
Willkie Farr & Gallagher LLP
2029 Century Park E - Ste 2900
Los Angeles, CA 90067-2905
310-728-8319
Email: gvanzura@willkie.com
*ATTORNEY TO BE NOTICED*

**Jacqueline M Vallette**
Mayer Brown LLP
700 Louisiana St - Ste 3400
Houston, TX 77002-2730
713-238-3000
Email: jvallette@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Joseph De Simone**
Mayer Brown LLP
1221 Ave of the Americas
New York, NY 10020
212-506-2500
Email: jdesimone@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Kevin Charles Kelly**
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3705
Email: kckelly@cahill.com
*ATTORNEY TO BE NOTICED*

**Thomas Vangel Panoff**
Mayer Brown LLP
71 S. Wacker Drive

Chicago, IL 60606
312-701-8821
Fax: 312-706-8297
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aaron P Jagfeld**                                         represented by **Glenn Vanzura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline M Vallette**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph De Simone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Charles Kelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Vangel Panoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**York A Ragen**                                         represented by **Glenn Vanzura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline M Vallette**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph De Simone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Charles Kelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Vangel Panoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2023 | 1 | COMPLAINT against All Defendants. ( Filing fee $ 402 receipt number AWIWDC-3339653.), filed by Christopher Walling. (Attachments: # 1 JS-44 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons) (Frank, Andrew) Modified on 11/21/2023: Deleted addresses of defendants. Changed Jagfield to Jagfeld. (lak) [Transferred from wiwd on 2/22/2024.] |
| 11/21/2023 | 2 | Certification of Named Plaintiff Pursuant to Federal Security Laws and Attachment, filed by Christopher Walling. (Frank, Andrew) Modified on 11/22/2023. (lak) [Transferred from wiwd on 2/22/2024.] |
| 11/21/2023 | | Case randomly assigned to District Judge William M. Conley and Magistrate Judge Stephen L. Crocker. (lak) [Transferred from wiwd on 2/22/2024.] |
| 11/21/2023 | | Standard attachments for Judge William M. Conley required to be served on all parties with summons or waiver of service: NORTC, Corporate Disclosure Statement. (lak) [Transferred from wiwd on 2/22/2024.] |
| 11/21/2023 | 3 | Summons Issued as to Defendants. (lak) [Transferred from wiwd on 2/22/2024.] |
| 12/27/2023 | 4 | Stipulated Motion for Extension of Time to File Answer re 1 Complaint, by Plaintiff Christopher Walling. Response due 1/3/2024. (Attachments: # 1 Text of Proposed Order) (Frank, Andrew) [Transferred from wiwd on 2/22/2024.] |
| 12/28/2023 | 5 | **ORDER** granting 4 Stipulated Motion for Extension of Time to File Answer. Signed by District Judge William M. Conley on 12/28/23. (jat) [Transferred from wiwd on 2/22/2024.] |
| 01/22/2024 | 6 | Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel by Plaintiff Christopher Walling. Response due 1/29/2024. (Frank, Andrew) Modified on 1/23/2024. (lak) [Transferred from wiwd on 2/22/2024.] |

| | | |
|---|---|---|
| 01/22/2024 | 7 | Brief in Support of 6 Motion for Miscellaneous Relief by Plaintiff Christopher Walling (Frank, Andrew) [Transferred from wiwd on 2/22/2024.] |
| 01/22/2024 | 8 | Declaration of Andrew G. Frank filed by Plaintiff Christopher Walling re: 6 Motion for Miscellaneous Relief (Attachments: # 1 Exhibit A - Certification of Plaintiff attaching transactions made in Generac Holdings Inc. ("Generac" or the "Company") during the Class Period, # 2 Exhibit B - Table of the calculated losses incurred by Plaintiff as a result of his transactions in Generac stock, # 3 Exhibit C - Press release published November 21, 2023 on Globe Newswire, # 4 Exhibit D - Firm resume of Levi & Korsinsky, # 5 Text of Proposed Order) (Frank, Andrew) Modified on 1/23/2024: Corrections made and e-mail sent to counsel. (lak) [Transferred from wiwd on 2/22/2024.] |
| 01/29/2024 | 9 | Disregard. Modified on 1/29/2024. (lak) [Transferred from wiwd on 2/22/2024.] |
| 01/29/2024 | 10 | Brief in Reply by Plaintiff Christopher Walling in Support of 6 Motion for Miscellaneous Relief *in Further Support of His Motion for Appointment as Lead Plaintiff and Selection of Lead Counsel* (Frank, Andrew) [Transferred from wiwd on 2/22/2024.] |
| 02/01/2024 | 11 | Notice by Plaintiff Christopher Walling re 6 Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel . (Frank, Andrew) [Transferred from wiwd on 2/22/2024.] |
| 02/07/2024 | 12 | ORDER granting 6 Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. IT IS ORDERED that: 1) Christopher Walling is APPOINTED to serve as lead plaintiff. 2) The court APPROVES lead plaintiff's choice of Levi & Korsinsky, LLP as lead counsel and the law firm Mallery S.C. as liaison counsel. Signed by District Judge William M. Conley on 2/7/2024. (voc) [Transferred from wiwd on 2/22/2024.] |
| 02/21/2024 | 13 | Joint Stipulation to Transfer Venue by Defendants Generac Holdings, Inc., Aaron P. Jagfeld, York A. Ragen. (Panoff, Thomas) [Transferred from wiwd on 2/22/2024.] |
| 02/22/2024 | 14 | ** TEXT ONLY ORDER ** Before the court is the parties' joint stipulation to transfer this action to the U.S. District Court for the Eastern District of Wisconsin in Milwaukee, which it construes as a motion for a change of venue. (Dkt. 13 .) Because defendant Generac Holdings, Inc. maintains its principal place of business in Waukesha County, the court recognizes that venue would be proper in the Eastern District of Wisconsin and that transfer of this action will serve the interests of justice and judicial economy. 28 U.S.C. § 1404(a). Accordingly, the parties' motion is GRANTED. The clerk of court is directed to TRANSFER this action to the U.S. District Court for the Eastern District of Wisconsin. Signed by District Judge William M. Conley on 2/22/2021. (rks) [Transferred from wiwd on 2/22/2024.] |
| 02/22/2024 | 15 | Case transferred in from District of Wisconsin Western; Case Number 3:23-cv-00808. Original file certified copy of transfer order and docket sheet received. |
| 02/22/2024 | | NOTICE Regarding assignment of this matter to Chief Judge Pamela Pepper. Consent/refusal forms for Magistrate Judge Nancy Joseph to be filed within 21 days. The consent/refusal form is available here. Pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (mew) |
| 02/22/2024 | 16 | LETTER to Thomas Vangel Panoff from the Clerk's Office re admission and ECF registration (mailed via USPS). (mew) |
| 02/26/2024 | 17 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 2/26/2024. On February 7, 2024, prior to the transfer of the case to this district, Judge Conley of the Western District of Wisconsin issued an order granting the plaintiff's motion for appointment as lead plaintiff and approval of selection of counsel. Dkt. No. 12. In their stipulated motion for extension of time to respond to the complaint, the parties indicated that once selected, the lead plaintiff would "identify an operative complaint or file a consolidated complaint that becomes the operative complaint." Dkt. No. 4 at 2. The court **ORDERS** that if, by the end of the day on March 27, 2024, an operative complaint has not been identified or a consolidated complaint has not been filed, the parties must file a joint report updating the court as to the status of the case and their proposed next steps. **Note: there is no document linked to this text only order.** (cc: all counsel)(cb) |
| 02/28/2024 | 18 | STIPULATION *Setting Time to File Amended Complaint and Motion to Dismiss Deadlines* by All Plaintiffs. (Attachments: # 1 Text of Proposed Order Proposed Order)(Frank, Andrew) |
| 02/29/2024 | 19 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 2/29/2024 re 18 Stipulation Setting Time to File Amended Complaint and Motion to Dismiss Deadlines. The court **APPROVES** the parties' stipulation. The court **ORDERS** that the plaintiff must file an amended complaint by the end of the day on April 22, 2024; the defendants must file an answer or responsive pleading to the amended complaint by the end of the day on June 21, 2024; if the defendants move to dismiss, the plaintiff's response is due by the end of the day on August 20, 2024 and the defendants' reply, if they choose to file one, is due by the end of the day on October 4, 2024. **Note: there is no document linked to this text only order.** (cc: all counsel)(cb) |
| 03/07/2024 | 20 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 3/7/2024 re 5 Joint Stipulation to Stay this Action. The parties jointly stipulate to stay Case No. 24-cv-208-pp (E.D. Wis.) pending the court's resolution of "any forthcoming motion to dismiss" in Case No. 24-cv-240-pp (E.D. Wis.). As the parties' use of the word "forthcoming" indicates, there is no pending motion to dismiss in that case; the plaintiff's amended complaint is not due until April 22, 2024, and briefing on any motion to dismiss will not be completed until October 4, 2024. Case No. 24-cv-240, Dkt. No. 19. The court will not indefinitely stay Case No. 24-cv-208 based on the possibility that a motion to dismiss may be filed in Case No. 24-cv-240. The court **DECLINES TO APPROVE** the parties' stipulation. The court **ORDERS** that the parties in both Case No. 24-cv-208 and Case No. 24-cv-240 must appear for a telephonic status conference on May 13, 2024 at 10:00 AM (Central Time). The parties are to call the court's conference line at 551-285-1373 and enter Meeting ID 161 4901 8989 and Passcode 190021 when prompted. **Note: there is no document linked to this text only order.** (cc: all counsel)(cb) |

| 03/11/2024 | 21 | Magistrate Judge Jurisdiction Form filed by All Plaintiffs. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Frank, Andrew) |
|---|---|---|
| 03/11/2024 | 22 | DISCLOSURE Statement by All Plaintiffs. (Frank, Andrew) |
| 03/11/2024 | 23 | DISCLOSURE Statement by Generac Holdings Inc, Aaron P Jagfeld, York A Ragen. (Vanzura, Glenn) |
| 04/01/2024 | 24 | NOTICE of **CHANGE OF** Hearing: Status Conference **re-set for 5/17/2024 at 1:00 PM** by telephone before Chief Judge Pamela Pepper. The parties are to appear by calling the court's conference line at 551-285-1373 and entering Meeting ID 161 4901 8989 and Passcode 190021 when prompted. Note: this status conference was originally set for 5/13/2024 and is being rescheduled due to a conflict on the court's calendar. (cc: all counsel) (cb) |
| 04/22/2024 | 25 | AMENDED COMPLAINT with Jury Demand against Generac Holdings Inc, Aaron P Jagfeld, York A Ragen filed by Christopher Walling.(Apton, Adam) |
| 05/14/2024 | | Set/Reset Hearings: Status Conference **re-set for 5/24/2024 at 12:30 PM (Central Time)** by telephone before Chief Judge Pamela Pepper. The parties are to appear by calling the court's conference line at 551-285-1373 and entering Meeting ID 161 4901 8989 and Passcode 190021 when prompted. Note: this hearing was set for 5/17/2024 and is being rescheduled at the request of the parties. (cb) |
| 05/24/2024 | 26 | 🔊 Audio of Status Conference held on 5/24/2024 at 12:36 p.m.; File Size (26.3 MB) (kgw) |
| 05/24/2024 | 27 | Court Minutes RE: Status Conference held on 5/24/2024 before Chief Judge Pamela Pepper. (kgw) (Entered: 05/28/2024) |
| 05/31/2024 | 28 | NOTICE of Appearance by Jacqueline M Vallette on behalf of Generac Holdings Inc, Aaron P Jagfeld, York A Ragen. Attorney(s) appearing: Jacqueline M. Vallette (Vallette, Jacqueline) |
| 06/06/2024 | 29 | NOTICE of Appearance by Kevin Charles Kelly on behalf of Generac Holdings Inc, Aaron P Jagfeld, York A Ragen. Attorney(s) appearing: Kevin C. Kelly (Kelly, Kevin) |
| 06/21/2024 | 30 | MOTION to Dismiss *The Amended Complaint* by Generac Holdings Inc, Aaron P Jagfeld, York A Ragen. (Vanzura, Glenn) |
| 06/21/2024 | 31 | BRIEF in Support filed by Generac Holdings Inc, Aaron P Jagfeld, York A Ragen re 30 MOTION to Dismiss *The Amended Complaint* . (Vanzura, Glenn) |
| 06/21/2024 | 32 | DECLARATION of Jacqueline M. Vallette *in Support of Defendants' Motion to Dismiss the Amended Complaint* (Attachments: # 1 Exhibit 1 - 10-K(FY 2022), # 2 Exhibit 2 - May 2022 Earnings Call Transcript, # 3 Exhibit 3 - May 2023 Earnings Transcript, # 4 Exhibit 4 - Generac May 2023 Press release, # 5 Exhibit 5 - August 2023 Earnings Call Transcript, # 6 Exhibit 6 - Baird - 5.3.23, # 7 Exhibit 7 - 23-06-02 Form 4 for Jagfeld Aa, # 8 Exhibit 8 - 23-07-03 Form 4 for Jagfeld Aa, # 9 Exhibit 9 - 23-08-03 Form 4 for Jagfeld Aa, # 10 Exhibit 10 - 2023-04-05 Form 4 for Jagfeld, # 11 Exhibit 11 - 23-05-03 Form 4 for Jagfeld Aaron)(Vanzura, Glenn) |
| 06/21/2024 | 33 | MOTION for Consideration - *DEFENDANTS MOTION TO CONSIDER DOCUMENTS UNDER THE INCORPORATION-BY-REFERENCE DOCTRINE OR BY JUDICIAL NOTICE* by Generac Holdings Inc, Aaron P Jagfeld, York A Ragen. (Attachments: # 1 Text of Proposed Order)(Vanzura, Glenn) |
| 06/21/2024 | 34 | BRIEF in Support filed by Generac Holdings Inc, Aaron P Jagfeld, York A Ragen re 33 MOTION for Consideration - *DEFENDANTS MOTION TO CONSIDER DOCUMENTS UNDER THE INCORPORATION-BY-REFERENCE DOCTRINE OR BY JUDICIAL NOTICE* . (Vanzura, Glenn) |
| 08/20/2024 | 35 | BRIEF in Opposition filed by Christopher Walling re 30 MOTION to Dismiss *The Amended Complaint* . (Frank, Andrew) |
| 08/26/2024 | 36 | NOTICE by Generac Holdings Inc, Aaron P Jagfeld, York A Ragen *of Filing Appendix* (Attachments: # 1 Appendix 1)(Vanzura, Glenn) |
| 10/04/2024 | 37 | REPLY BRIEF in Support filed by Generac Holdings Inc, Aaron P Jagfeld, York A Ragen re 30 MOTION to Dismiss *The Amended Complaint* . (Attachments: # 1 Appendix 1)(Vanzura, Glenn) |
| 10/24/2024 | 38 | NOTICE of Hearing: Motion Hearing on 30 defendant's motion to dismiss set for 2/4/2025 at 10:00 AM by telephone before Chief Judge Pamela Pepper. The parties are to appear by calling the court's conference line at 551-285-1373 and entering Meeting ID 161 4901 8989 and Passcode 190021 when prompted.(cc: all counsel) (cb) |
| 02/03/2025 | 39 | NOTICE of Appearance by Joseph De Simone on behalf of Generac Holdings Inc, Aaron P Jagfeld, York A Ragen. Attorney(s) appearing: Joseph De Simone (De Simone, Joseph) |
| 02/04/2025 | 40 | 🔊 Audio of arguments on the motion to dismiss hearing held on 02/04/2025; File Size (48.3 MB) (kgw) |
| 02/04/2025 | 41 | Court Minutes RE: 30 Motion to Dismiss the Amended Complaint Hearing held on 2/4/2025 before Chief Judge Pamela Pepper. (kgw) (Entered: 02/10/2025) |
| 02/12/2025 | 42 | TRANSCRIPT of Motion Hearing held on February 4, 2025 before Judge Pamela Pepper Court Reporter/Transcriber Susan Armbruster, Contact at 4142902641. Tape Number: Liberty. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 3/10/2025. Redacted Transcript Deadline set for 3/20/2025. Release of Transcript Restriction set for 5/16/2025. (Armbruster, Susan) |