# Exhibit 2

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:22-cv-01016-LA

Shanaphy v. Kohls Corporation et al
Assigned to: Judge Lynn Adelman
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 09/02/2022
Date Terminated: 11/06/2024
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Lead Plaintiff**

**Thomas Frame**                                   represented by  **K Scott Wagner**
Attolles Law SC
222 E Erie St - Ste 210
Milwaukee, WI 53202
414-254-7526
Email: swagner@attolles.com
*ATTORNEY TO BE NOTICED*

**Kim E Miller**
Kahn Swick & Foti LLC
250 Park Ave - 7th Fl
New York, NY 10177
212-696-3730
Fax: 504-455-1498
Email: kim.miller@ksfcounsel.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Shanaphy**                                   represented by  **Joseph Alexander Hood , II**
*Individually and on Behalf of All Others Similarly Situated*
Pomerantz LLP
600 Third Ave 20th Floor
600 THIRD AVE, Floor 20
New York, NY 10016
212-661-1100
Fax: 917-463-1044
Email: ahood@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy A Lieberman**
Pomerantz LLP
600 Third Ave - 20th Fl
New York, NY 10016
212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kohls Corporation**                              represented by  **Christie B Carrino**
Godfrey & Kahn SC
833 E Michigan St - Ste 1800
Milwaukee, WI 53202-5615
414-273-3500
Fax: 414-287-5198
Email: ccarrino@gklaw.com
*ATTORNEY TO BE NOTICED*

**Colleen Smith**
Latham & Watkins
12670 High Bluff Dr
San Diego, CA 92130

*ATTORNEY TO BE NOTICED*

**John L Kirtley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew M Wuest**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michele D Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary L Rowen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Robert Adams**                                    represented by
**Phillip Kim**
The Rosen Law Firm
275 Madison Ave - 40th Fl
New York, NY 10016
212-686-1060
Fax: 212-202-3827
Email: philkim@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Nova Scotia Health Employees' Pension Plan**          represented by
**Jeremy A Lieberman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew L Tuccillo**
Pomerantz LLP
600 Third Ave - 20th Fl
New York, NY 10016
212-661-1100
Fax: 917-463-1044
Email: mltuccillo@pomlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2022 | 1 | COMPLAINT with Jury Demand; against Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H. Charles Floyd, Michelle Gass, Margaret Jenkins, Thomas Kingsbury, Kohls Corporation, Robbin Mitchell, Jonas Prising, John E. Schlifske, Adrianne Shapira, Stephanie A. Streeter, Jill Timm by Sean Shanaphy. ( Filing Fee PAID $402 receipt number AWIEDC-4201945) (Attachments: # 1 Certification, # 2 Schedule A, # 3 Civil Cover Sheet, # 4 Proposed Summons)(Lieberman, Jeremy) |
| 09/02/2022 | 2 | DISCLOSURE Statement by Sean Shanaphy. (Lieberman, Jeremy) |
| 09/02/2022 |  | NOTICE Regarding assignment of this matter to Magistrate Judge William E Duffin; Consent/refusal forms for Magistrate Judge Duffin to be filed within 21 days; the consent/refusal form is available here. Pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (cmb) |
| 09/02/2022 |  | Summons Issued as to All Defendants. (lz) |
| 09/27/2022 |  | SECOND NOTICE from the clerk to Plaintiff requesting that the Consent/Refusal form to Magistrate Judge William E Duffin be filed within 14 days; the form is available here. (lz) |
| 09/28/2022 | 3 | Magistrate Judge Jurisdiction Form filed by Sean Shanaphy. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Lieberman, Jeremy) |
| 09/29/2022 |  | Case reassigned to Judge Lynn Adelman. Magistrate Judge William E Duffin no longer assigned to the case. (mlm) |
| 10/28/2022 | 4 | NOTICE of Appearance by Christie B Carrino on behalf of All Defendants. Attorney(s) appearing: Christie B. Carrino (Carrino, Christie) |
| 10/28/2022 | 5 | Joint MOTION for Stipulated Scheduling Order Related to Pleadings by All Defendants. (Attachments: # 1 Text of Proposed Order Stipulated Scheduling Order Related to Pleadings)(Carrino, Christie) |

| 10/28/2022 | 6 | DISCLOSURE Statement by All Defendants. (Carrino, Christie) |
|---|---|---|
| 10/28/2022 | 7 | NOTICE of Appearance by Matthew M Wuest on behalf of All Defendants. Attorney(s) appearing: Matthew M. Wuest (Wuest, Matthew) |
| 10/28/2022 | 8 | NOTICE of Appearance by John L Kirtley on behalf of All Defendants. Attorney(s) appearing: John L. Kirtley (Kirtley, John) |
| 10/28/2022 | 9 | NOTICE of Appearance by Michele D Johnson on behalf of All Defendants. Attorney(s) appearing: Michele D. Johnson (Johnson, Michele) |
| 10/28/2022 | 10 | NOTICE of Appearance by Colleen Smith on behalf of All Defendants. Attorney(s) appearing: Colleen C. Smith (Smith, Colleen) |
| 11/01/2022 | 11 | MOTION to Appoint Thomas Frame as Lead Plaintiff , MOTION to Appoint Counsel by Thomas Frame. (Attachments: # 1 Text of Proposed Order)(Wagner, K) |
| 11/01/2022 | 12 | BRIEF in Support filed by Thomas Frame re 11 MOTION to Appoint Thomas Frame as Lead Plaintiff MOTION to Appoint Counsel . (Wagner, K) |
| 11/01/2022 | 13 | DECLARATION of Kim E. Miller *in support of Thomas Frame's Motion for Appointment as Lead Plaintiff, Approval of his Selection of Lead Counsel* (Attachments: # 1 Exhibit A, PSLRA Certificate, # 2 Exhibit B, Loss Chart, # 3 Exhibit C, Statutory Notice, # 4 Exhibit D, Frame Declaration, # 5 Exhibit E, KSF Firm Resume)(Wagner, K) |
| 11/01/2022 | 14 | MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*, MOTION to Appoint Robert Adams as Lead Plaintiff by Robert Adams. (Attachments: # 1 Text of Proposed Order)(Kim, Phillip) |
| 11/01/2022 | 15 | BRIEF in Support filed by Robert Adams re 14 MOTION to Appoint Counsel *The Rosen Law Firm, P.A.* MOTION to Appoint Robert Adams as Lead Plaintiff . (Kim, Phillip) |
| 11/01/2022 | 16 | DECLARATION of Phillip Kim *in Support of Motion of Robert Adams for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Dkt. No. 14)* (Attachments: # 1 Exhibit 1 - PSLRA Early Notice, # 2 Exhibit 2 - PSLRA Certification, # 3 Exhibit 3 - Loss Chart, # 4 Exhibit 4 - Rosen Law Firm Resume)(Kim, Phillip) |
| 11/01/2022 | 17 | MOTION to Appoint Lead Plaintiff , MOTION to Appoint Counsel by Nova Scotia Health Employees' Pension Plan. (Attachments: # 1 Text of Proposed Order)(Lieberman, Jeremy) |
| 11/01/2022 | 18 | BRIEF in Support filed by Nova Scotia Health Employees' Pension Plan re 17 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel . (Lieberman, Jeremy) |
| 11/01/2022 | 19 | DECLARATION of Jeremy A. Lieberman *in Support of Motion Of The Nova Scotia Health Employees' Pension Plan For Appointment As Lead Plaintiff And Approval Of Lead Counsel* (Attachments: # 1 Exhibit A - Damages Analysis, # 2 Exhibit B - Press Release, # 3 Exhibit C - Certification, # 4 Exhibit D - Firm Resume)(Lieberman, Jeremy) |
| 11/04/2022 | 20 | NOTICE by Robert Adams *of Withdrawal of Motion to Appoint Counsel and Appoint Lead Plaintiff (Dkt. No. 14)* (Kim, Phillip) |
| 11/22/2022 | 21 | NOTICE of Appearance by Kim E Miller on behalf of Thomas Frame. Attorney(s) appearing: Kim E. Miller (Miller, Kim) |
| 11/22/2022 | 22 | BRIEF in Opposition filed by Thomas Frame re 17 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel *and in Further Support of Mr. Frame's Motion for Appointment as Lead Plaintiff and Approval of his Selection of Counsel*. (Wagner, K) |
| 11/22/2022 | 23 | DECLARATION of Kim E. Miller *in Further Support of Mr. Frame's Motion for Appointment as Lead Plaintiff and Approval of his Selection of Counsel* (Attachments: # 1 Exhibit A - 11/11/22 Letter, # 2 Exhibit B - 11/21/22 Letter, # 3 Exhibit C - Supplemental Frame Declaration)(Wagner, K) |
| 11/22/2022 | 24 | BRIEF in Support filed by Nova Scotia Health Employees' Pension Plan re 17 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel . (Tuccillo, Matthew) |
| 11/22/2022 | 25 | DECLARATION of Matthew L. Tuccillo (Attachments: # 1 Exhibit A - November 11, 2022 Letter sent by Pomerantz, # 2 Exhibit B - November 21, 2022 Letter sent by KSF)(Tuccillo, Matthew) |
| 11/28/2022 | 26 | NOTICE of Appearance by Matthew L Tuccillo on behalf of Nova Scotia Health Employees' Pension Plan. Attorney(s) appearing: Matthew L. Tuccillo (Tuccillo, Matthew) |
| 12/06/2022 | 27 | REPLY BRIEF in Support filed by Thomas Frame re 11 MOTION to Appoint Thomas Frame as Lead Plaintiff MOTION to Appoint Counsel . (Miller, Kim) |
| 12/06/2022 | 28 | DECLARATION of Kim E. Miller *in Further Support of Mr. Frame's Motion for Appointment as Lead Plaintiff and Approval of his Selection of Counsel* (Attachments: # 1 Exhibit A, Cert of formation Vienna Forest, LP, # 2 Exhibit B, Cert of formation Vienna Forest Management, LLC)(Miller, Kim) |
| 12/06/2022 | 29 | REPLY BRIEF in Support filed by Nova Scotia Health Employees' Pension Plan re 17 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel . (Tuccillo, Matthew) |
| 12/06/2022 | 30 | DECLARATION of Matthew L. Tuccillo *in Further Support of Motion to Appoint Lead Plaintiff and Approve Lead Counsel* (Attachments: # 1 Exhibit A - Vienna Forest Certificate of Formation Limited Partnership, # 2 Exhibit B- Vienna Forest LP Tax Public Information Reports, # 3 Exhibit C- Vienna Forest Management LLC Certificate of Formation, # 4 Exhibit D- Wienaa Forest Management LLC Tax Public Information Reports, # 5 Exhibit E- Damages Analysis - Thomas Frame, # 6 Exhibit F - Certification of Thomas Frame)(Tuccillo, Matthew) |
| 12/06/2022 |  | NOTICE of Electronic Filing Error re 27 Reply Brief in Support of Motion filed by Thomas Frame ; All documents should contain the s/signature of the attorney who files the document. This document does not need to be re-filed; Please refer to the |

| | | |
|---|---|---|
| | | policies and procedures for electronic case filing and the user manual found at www.wied.uscourts.gov (jcl) (Entered: 12/07/2022) |
| 12/12/2022 | 31 | MOTION for Leave to File *Surreply Memorandum* by Thomas Frame. (Attachments: # 1 Exhibit A - Proposed Surreply)(Miller, Kim) |
| 12/15/2022 | 32 | BRIEF in Opposition filed by Nova Scotia Health Employees' Pension Plan re 31 MOTION for Leave to File *Surreply Memorandum and Cross-Motion Seeking Leave To File Sur-Reply Memorandum*. (Attachments: # 1 [Proposed] Sur-Reply Brief) (Tuccillo, Matthew) Modified on 12/16/2022 (jcl). |
| 05/23/2023 | 33 | DECISION AND ORDER signed by Judge Lynn Adelman on 05/23/23. IT IS ORDERED that the motion to appoint Thomas Frame as lead plaintiff at ECF no. 11 is GRANTED. IT IS FURTHER ORDERED that the motions to appoint NSHEPP and Robert Adams as lead plaintiff at ECF nos. 14 and 17 are DENIED. IT IS FURTHER ORDERED that the motions to file sur-replies at ECF no. 31 and 32 are DENIED. (cc: all counsel)(kmr) |
| 05/25/2023 | 34 | LETTER from Matthew L. Tuccillo *to Hon. Lynn Adelman dated May 25, 2023*. (Tuccillo, Matthew) |
| 06/09/2023 | 35 | MOTION for Reconsideration by Nova Scotia Health Employees' Pension Plan. (Attachments: # 1 Text of Proposed Order) (Tuccillo, Matthew) |
| 06/09/2023 | 36 | BRIEF in Support filed by Nova Scotia Health Employees' Pension Plan re 35 MOTION for Reconsideration . (Tuccillo, Matthew) (Entered: 06/10/2023) |
| 06/16/2023 | 37 | BRIEF in Opposition filed by Thomas Frame re 35 MOTION for Reconsideration . (Miller, Kim) |
| 06/27/2023 | 38 | Joint MOTION for Order *for Stipulated Scheduling Order Related to Amended Complaint* by Kohls Corporation. (Attachments: # 1 Text of Proposed Order on Stipulated Scheduling Order related to Amended Complaint)(Wuest, Matthew) |
| 06/29/2023 | 39 | BRIEF in Opposition filed by Nova Scotia Health Employees' Pension Plan re 38 Joint MOTION for Order *for Stipulated Scheduling Order Related to Amended Complaint Opposition of the Nova Scotia Health Employees Pension Plan to Joint Motion for Stipulated Scheduling Order Related to Amended Complaint (ECF 38)*. (Hood, Joseph) |
| 06/29/2023 | 40 | REPLY BRIEF in Support filed by Nova Scotia Health Employees' Pension Plan re 35 MOTION for Reconsideration . (Tuccillo, Matthew) |
| 07/14/2023 | 41 | NOTICE by Nova Scotia Health Employees' Pension Plan *of Post-Motion Facts Supporting Motion For Reconsideration* (Attachments: # 1 Exhibit 1 - Stem Brief, # 2 Exhibit 2 - Stem Certification, # 3 Exhibit 3 - Stem Loss Chart)(Tuccillo, Matthew) |
| 08/17/2023 | 42 | LETTER from Matthew L. Tuccillo *re Request for Status Conference and Stay of Case Deadlines*. (Tuccillo, Matthew) |
| 08/21/2023 | 43 | NOTICE of Hearing: IT IS ORDERED that a telephonic status conference will be held on August 31, 2023 at 10:00 a.m. The court will initiate the call. Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide contact information. (cc: all counsel)(kmr) |
| 08/31/2023 | 44 | Minute Entry for proceedings held before Judge Lynn Adelman: Status Conference held on 8/31/2023. The Court heard arguments on Movant Nova Scotia Health Employees Pension Plans Motion for Reconsideration and on Plaintiff Frame and Defendants Joint Motion for Stipulated Scheduling Order. (amh) |
| 10/04/2023 | 45 | NOTICE by Nova Scotia Health Employees' Pension Plan *Second Notice of Post-Motion Facts Supporting NSHEPPs Motion For Reconsideration (ECF 35)* (Attachments: # 1 Exhibit 4 - Opinion and Order Granting in Part and Denying in Part Motion to Dismiss - Emergent Litigation)(Tuccillo, Matthew) |
| 10/05/2023 | 46 | ORDER signed by Judge Lynn Adelman on 10/5/2023. T IS ORDERED that NSHEPPs Motion for Reconsideration at ECF No. 35 is DENIED. (cc: all counsel)(amh) |
| 10/12/2023 | 47 | NOTICE of Hearing: IT IS ORDERED that a telephonic Fed. R. Civ. P. 16(b) scheduling conference will be held on November 20, 2023 at 10:00 a.m. Participants need to call in for the conference as follows: dial access number 1-877-336-1839. You will be prompted for an access code (4144803) and a security code (1234). Once that information is entered participants will be placed on hold until we access the call. The participation of the attorney who will be handling the case is required and their telephone number should be provided in the Rule 26(f) report. (cc: all counsel)(amh) |
| 10/18/2023 | 48 | TEXT ONLY ORDER signed by Judge Lynn Adelman on 10/18/2023 GRANTING 38 Joint MOTION for Order for Stipulated Scheduling Order Related to Amended Complaint. (cc: all counsel)(amh) |
| 10/19/2023 | 49 | AMENDED COMPLAINT with Jury Demand against Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H Charles Floyd, Michelle Gass, Kohls Corporation, Robbin Mitchell, Jonas Prising, John E Schlifske, Adrianne Shapira, Stephanie A Streeter, Jill Timm filed by Thomas Frame. (Attachments: # 1 Exhibit A - Frame Certification)(Miller, Kim) |
| 10/30/2023 | 50 | *JOINT* REPORT of Rule 26(f) Plan by Thomas Frame. (Miller, Kim) |
| 11/17/2023 | | NOTICE of Cancellation of Hearing: At the request of the parties, the hearing scheduled for 11/20/2023 has been removed from the Court's calendar. The parties are to follow the dates as set forth in 38 Stipulated Scheduling Order. (cc: all counsel) (amh) |
| 12/04/2023 | 51 | MOTION to Dismiss *the Amended Class Action Complaint for Violations of Federal Securities Laws* by Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H Charles Floyd, Michelle Gass, Kohls Corporation, Robbin Mitchell, Jonas Prising, John E Schlifske, Adrianne Shapira, Stephanie A Streeter, Jill Timm. (Attachments: # 1 Text of Proposed Order)(Smith, Colleen) |
| 12/04/2023 | 52 | BRIEF in Support filed by Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H Charles Floyd, Michelle Gass, Kohls Corporation, Robbin Mitchell, Jonas Prising, John E Schlifske, Adrianne Shapira, Stephanie A Streeter, Jill Timm re 51 MOTION to Dismiss *the Amended Class Action Complaint for Violations of Federal Securities Laws* . (Smith, Colleen) |

| Date | Doc | Description |
|---|---|---|
| 12/04/2023 | 53 | APPENDIX by Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H Charles Floyd, Michelle Gass, Kohls Corporation, Robbin Mitchell, Jonas Prising, John E Schlifske, Adrianne Shapira, Stephanie A Streeter, Jill Timm - *Appendix A to Defendants' Memorandum in Support of Motion to Dismiss the Amended Class Action Complaint for Violations of Federal Securities Laws*. (Smith, Colleen) |
| 12/04/2023 | 54 | DECLARATION of Jordan D. Cook *in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of Federal Securities Laws* (Attachments: # 1 Exhibit A - 2020 Form 10K (EXCERPTS), # 2 Exhibit B - October 10, 2020 Form 8K, # 3 Exhibit C - March 17, 2022 Proxy 2022 (EXCERPTS), # 4 Exhibit D - February 22, 2021 Press Release, # 5 Exhibit E - April 14, 2021 Press Release, # 6 Exhibit F - January 18, 2022 Press Release, # 7 Exhibit G - January 24, 2022 Press Release, # 8 Exhibit H - February 4, 2022 Press Release, # 9 Exhibit I - February 10, 2022 Press Release, # 10 Exhibit J - March 1, 2022 Press Release, # 11 Exhibit K - March 21, 2022 Press Release, # 12 Exhibit L - April 21, 2022 Investor Presentation, # 13 Exhibit M - May 19, 2022 Press Release, # 14 Exhibit N - June 6, 2022 Press Release, # 15 Exhibit O - July 1, 2022 Press Release, # 16 Exhibit P - May 19, 2022 Earnings Call Transcript, # 17 Exhibit Q - May 19, 2022 Press Release, # 18 Exhibit R - March 31, 2022 Form 14(a), # 19 Exhibit S - May 19, 2020 Form 8-K, # 20 Exhibit T - May 20, 2021 Form 8-K, # 21 Exhibit U - March 22, 2023 Press Release)(Smith, Colleen) |
| 12/04/2023 | 55 | MOTION to Consider Documents Under the Incorporation-By-Reference Doctrine or by Judicial Notice by Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H Charles Floyd, Michelle Gass, Kohls Corporation, Robbin Mitchell, Jonas Prising, John E Schlifske, Adrianne Shapira, Stephanie A Streeter, Jill Timm. (Attachments: # 1 Text of Proposed Order)(Smith, Colleen) |
| 12/04/2023 | 56 | BRIEF in Support filed by Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H Charles Floyd, Michelle Gass, Kohls Corporation, Robbin Mitchell, Jonas Prising, John E Schlifske, Adrianne Shapira, Stephanie A Streeter, Jill Timm re 55 MOTION to Consider Documents Under the Incorporation-By-Reference Doctrine or by Judicial Notice . (Smith, Colleen) |
| 01/18/2024 | 57 | BRIEF in Opposition filed by Thomas Frame re 51 MOTION to Dismiss *the Amended Class Action Complaint for Violations of Federal Securities Laws*, 55 MOTION to Consider Documents Under the Incorporation-By-Reference Doctrine or by Judicial Notice . (Miller, Kim) |
| 02/20/2024 | 58 | REPLY BRIEF in Support filed by Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H Charles Floyd, Michelle Gass, Kohls Corporation, Robbin Mitchell, Jonas Prising, John E Schlifske, Adrianne Shapira, Stephanie A Streeter, Jill Timm re 51 MOTION to Dismiss *the Amended Class Action Complaint for Violations of Federal Securities Laws* . (Smith, Colleen) |
| 02/20/2024 | 59 | REPLY BRIEF in Support filed by Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H Charles Floyd, Michelle Gass, Kohls Corporation, Robbin Mitchell, Jonas Prising, John E Schlifske, Adrianne Shapira, Stephanie A Streeter, Jill Timm re 55 MOTION to Consider Documents Under the Incorporation-By-Reference Doctrine or by Judicial Notice . (Smith, Colleen) |
| 09/30/2024 | 60 | DECISION AND ORDER signed by Judge Lynn Adelman on 9/30/2024. IT IS ORDERED that defendants' motion to dismiss (ECF No. 51 ) is GRANTED. Plaintiff may file a motion for leave to amend by November 1, 2024. IT IS FURTHER ORDERED that defendants' motion to consider documents under the incorporation by reference doctrine or by judicial notice (ECF No. 55 ) is GRANTED. Additional details in order. (cc: all counsel)(amh) |
| 11/05/2024 | 61 | ORDER signed by Judge Lynn Adelman on 11/5/2024. IT IS ORDERED that this action is hereby DISMISSED. The Clerk of Court shall enter final judgment. Details in order. (cc: all counsel)(amh) |
| 11/05/2024 | 62 | JUDGMENT signed by Deputy Clerk on 11/5/2024. (cc: all counsel)(amh) |
| 11/06/2024 | | Case Terminated (jcl) |

**PACER Service Center**

**Transaction Receipt**

03/24/2025 10:42:06

| PACER Login: | Pomlaw0004 | Client Code: | HARBORDI-VS |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:22-cv-01016-LA |
| Billable Pages: | 17 | Cost: | 1.70 |