# Exhibit 3

## United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:16-cv-01229-PP

Duncan v. Joy Global Inc et al
Assigned to: Chief Judge Pamela Pepper
related Cases: 2:16-cv-01136-PP
                 2:16-cv-01148-PP
                 2:16-cv-01153-PP
                 2:18-cv-02034-LA
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 09/13/2016
Date Terminated: 03/26/2018
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Lead Plaintiff**

**Steven Duncan**

represented by **David T Wissbroecker**
Robbins Geller Rudman & Dowd LLP
655 W Broadway - Ste 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: dwissbroecker@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward M Gergosian**
Robbins Geller Rudman & Dowd LLP
655 W Broadway - Ste 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank J Johnson**
Johnson & Weaver LLP
600 W Broadway - Ste 1540
San Diego, CA 92101
619-230-0063
Fax: 619-255-1856
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shimon Yiftach**
Bronstein Gewirtz & Grossman LLC
60 E 42nd St - Ste 4600
New York, NY 10165
212-697-6484
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Scott Holleman**
Johnson & Weaver LLP
99 Madison Ave - 5th Fl
New York, NY 10016
212-802-1486
Fax: 212-602-1592
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Knotts**
Robbins Geller Rudman & Dowd LLP
655 W Broadway - Ste 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: dknotts@rgrdlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter C Hein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip C Babler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Shriner , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan B House**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2016 | 1 | COMPLAINT with Jury Demand; against All Defendants by Steven Duncan. ( Filing Fee PAID $400 receipt number 0757-2422304) (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Civil Cover Sheet)(Wagner, K) |
| 09/13/2016 | | NOTICE Regarding assignment of this matter to Magistrate Judge Nancy Joseph; Consent/refusal forms for Magistrate Judge Joseph to be filed within 21 days; the consent/refusal form is available on our website; pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (lls) |
| 09/14/2016 | 2 | DISCLOSURE Statement by Steven Duncan. (Wagner, K) |
| 09/14/2016 | | Case Opening Modification(s); The following modification(s) have been made to your case entry: One or more party names have been modified - please remember to follow the Party Name Guidelines found on our website. Party names should not include punctuation. Also, please search for a party name before adding a new entry to CM/ECF. All of the party names in this case were existing entries. Please refer to the attorney case opening instructions and the party name guidelines found in the user manual for further guidance. (blr) |
| 09/14/2016 | | Summons Issued as to All Defendants. (blr) |
| 09/14/2016 | 3 | ATTACHMENTS *Certification of Named Plaintiff* by Steven Duncan re 1 Complaint,. (Wagner, K) |
| 09/16/2016 | 4 | NOTICE of Appearance by Bryan B House on behalf of Edward L Doheny, II, Steven L Gerard, Mark J Gliebe, John T Gremp, John Nils Hanson, Joy Global Inc, Gale E Klappa, Richard B Loynd, P Eric Siegert, James H Tate. Attorney(s) appearing: Thomas L. Shriner, Jr., Bryan B. House, Philip C. Babler, Kate E. Gehl (House, Bryan) |
| 09/16/2016 | 5 | Refusal to Jurisdiction by US Magistrate Judge by Edward L Doheny, II, Steven L Gerard, Mark J Gliebe, John T Gremp, John Nils Hanson, Joy Global Inc, Gale E Klappa, Richard B Loynd, P Eric Siegert, James H Tate. (House, Bryan) |
| 09/16/2016 | | Due to the non-consent of the parties, this case has been reassigned to Judge Pamela Pepper. Magistrate Judge Nancy Joseph no longer assigned to the case. (blr) |
| 10/19/2016 | | Notice of Status Hearing: A status hearing is set for 12/13/2016 at 2:00 PM by telephone before Judge Pamela Pepper. The parties may appear by calling the court's conference line at 888-557-8511 and using the access code 4893665#. (cc: all counsel) (pwm) |
| 10/25/2016 | 6 | NOTICE of Appearance by Michael B Apfeld on behalf of Komatsu America Corp, Pine Solutions Inc. Attorney(s) appearing: Michael B. Apfeld, Howard A. Pollack, Zachery R. Willenbrink, Scott B. Schreiber, and Elissa J. Preheim (Apfeld, Michael) |
| 10/25/2016 | 7 | DISCLOSURE Statement by Komatsu America Corp, Pine Solutions Inc. (Apfeld, Michael) |
| 10/26/2016 | 8 | STIPULATION *Joint Stipulation on Time to Answer or Respond to Complaint* by Edward L Doheny, II, Steven L Gerard, Mark J Gliebe, John T Gremp, John Nils Hanson, Joy Global Inc, Gale E Klappa, Richard B Loynd, P Eric Siegert, James H Tate. (House, Bryan) |
| 11/01/2016 | 9 | ORDER signed by Judge Pamela Pepper on 11/1/2016 APPROVING 8 the defendants' stipulation on time to answer or respond to the complaint. Please refer to the order for the timeline for the responses. (cc: all counsel)(pwm) |
| 11/04/2016 | 10 | SUMMONS Returned Executed by Steven Duncan. Komatsu America Corp served on 10/6/2016, answer due 10/27/2016. (Wissbroecker, David) |
| 11/04/2016 | 11 | SUMMONS Returned Executed by Steven Duncan. Pine Solutions Inc served on 10/6/2016, answer due 10/27/2016. (Wissbroecker, David) |

| | | |
|---|---|---|
| 11/04/2016 | 12 | WAIVER OF SERVICE Returned Executed by Edward L Doheny, II waiver sent on 10/5/2016, answer due 12/5/2016. (Wissbroecker, David) |
| 11/04/2016 | 13 | WAIVER OF SERVICE Returned Executed by Steven L Gerard waiver sent on 10/5/2016, answer due 12/5/2016. (Wissbroecker, David) |
| 11/04/2016 | 14 | WAIVER OF SERVICE Returned Executed by Mark J Gliebe waiver sent on 10/5/2016, answer due 12/5/2016. (Wissbroecker, David) |
| 11/04/2016 | 15 | WAIVER OF SERVICE Returned Executed by John T Gremp waiver sent on 10/5/2016, answer due 12/5/2016. (Wissbroecker, David) |
| 11/04/2016 | 16 | WAIVER OF SERVICE Returned Executed by John Nils Hanson waiver sent on 10/5/2016, answer due 12/5/2016. (Wissbroecker, David) |
| 11/04/2016 | 17 | WAIVER OF SERVICE Returned Executed by Joy Global Inc waiver sent on 10/5/2016, answer due 12/5/2016. (Wissbroecker, David) |
| 11/04/2016 | 18 | WAIVER OF SERVICE Returned Executed by Gale E Klappa waiver sent on 10/5/2016, answer due 12/5/2016. (Wissbroecker, David) |
| 11/04/2016 | 19 | WAIVER OF SERVICE Returned Executed by Richard B Loynd waiver sent on 10/5/2016, answer due 12/5/2016. (Wissbroecker, David) |
| 11/04/2016 | 20 | WAIVER OF SERVICE Returned Executed by P Eric Siegert waiver sent on 10/5/2016, answer due 12/5/2016. (Wissbroecker, David) |
| 11/04/2016 | 21 | WAIVER OF SERVICE Returned Executed by James H Tate waiver sent on 10/5/2016, answer due 12/5/2016. (Wissbroecker, David) |
| 11/07/2016 | 22 | MOTION to Appoint Lead Plaintiff by Charles Caparelli, Peter Cahill. (Attachments: # 1 Text of Proposed Order To Appoint Movants Cahill and Caparelli as Lead Plaintiffs)(Bykhovsky, Eugene) |
| 11/07/2016 | 23 | BRIEF in Support filed by Peter Cahill, Charles Caparelli re 22 MOTION to Appoint Lead Plaintiff . (Bykhovsky, Eugene) |
| 11/07/2016 | 24 | DECLARATION of Eugene Bykhovsky *in Support of Movants' Cahill and Caparelli Motion to be Appointed Lead Plaintiff* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Bykhovsky, Eugene) |
| 11/07/2016 | 25 | MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* by Steven Duncan. (Attachments: # 1 Text of Proposed Order)(Wissbroecker, David) |
| 11/07/2016 | 26 | BRIEF in Support filed by Steven Duncan re 25 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* . (Attachments: # 1 Attachment - Unpublished Cases)(Wissbroecker, David) |
| 11/07/2016 | 27 | DECLARATION of David T. Wissbroecker *in Support of Motion for Appointment as Lead Plaintiff* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Wissbroecker, David) |
| 11/09/2016 | 28 | ORDER signed by Judge Pamela Pepper on 11/9/2016 APPROVING 8 Stipulation on time to answer or respond to complaint. Please refer to the order for responsive deadlines. (cc: all counsel)(pwm) |
| 11/22/2016 | 29 | STIPULATION *and [Proposed] Order Appointing Lead Plaintiff and Lead Counsel Pursuant to the PSLRA* by Steven Duncan. (Wissbroecker, David) |
| 11/22/2016 | | NOTICE of Electronic Filing Error re 29 Stipulation filed by Steven Duncan ; The proposed order should be filed as an attachment to the stipulation. Please ensure that the proposed order has been emailed to the proposed email box for the assigned judge in Word or WordPerfect format. This document does not need to be re-filed; Please refer to the policies and procedures for electronic case filing and the user manual found at www.wied.uscourts.gov (amb) |
| 11/28/2016 | 30 | ORDER signed by Judge Pamela Pepper on 11/28/2016 APPROVING 29 Stipulation appointing lead plaintiff and lead counsel pursuant to the PSLRA. (cc: all counsel)(pwm) |
| 12/12/2016 | | The status hearing scheduled for 12/13/2016 has been removed from the court's calendar as "unnecessary." (cc: all counsel) (pwm) |
| 12/27/2016 | 31 | STIPULATION *On Time to Answer or Respond to Complaint* by Peter Cahill, Charles Caparelli, Edward L Doheny, II, Steven Duncan, Steven L Gerard, Mark J Gliebe, John T Gremp, John Nils Hanson, Joy Global Inc, Gale E Klappa, Komatsu America Corp, Komatsu Ltd, Richard B Loynd, Pine Solutions Inc, P Eric Siegert, James H Tate. (Attachments: # 1 Text of Proposed Order)(House, Bryan) |
| 12/27/2016 | 32 | ORDER signed by Judge Pamela Pepper on 12/27/2016 APPROVING 31 Stipulation on time to answer or respond to the complaint. (cc: all counsel)(pwm) |
| 04/26/2017 | 33 | AMENDED COMPLAINT *for Violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934* with Jury Demand against Edward L Doheny, II, Steven L Gerard, Mark J Gliebe, John T Gremp, John Nils Hanson, Joy Global Inc, Gale E Klappa, Richard B Loynd, P Eric Siegert, James H Tate filed by Charles Caparelli, Steven Duncan, Peter Cahill.(Wissbroecker, David) |
| 04/27/2017 | 34 | NOTICE of Appearance by David A Knotts on behalf of Peter Cahill, Charles Caparelli, Steven Duncan. Attorney(s) appearing: David A. Knotts (Knotts, David) |
| 06/26/2017 | 35 | MOTION to Dismiss *the Amended Class Action Complaint* by All Defendants. (House, Bryan) |
| 06/26/2017 | 36 | BRIEF in Support filed by All Defendants re 35 MOTION to Dismiss *the Amended Class Action Complaint* . (House, Bryan) |

| | | |
|---|---|---|
| 06/26/2017 | 37 | DECLARATION of Bryan House *in Support of Defendants' Motion to Dismiss Amended Class Action Complaint* (Attachments: # 1 Exhibit A - Joy Global proxy, # 2 Exhibit B - Joy Global supplemental proxy (9/29/16), # 3 Exhibit C - Joy Global supplemental proxy (10/3/16), # 4 Exhibit D - BofA Merrill Lyncb, # 5 Exhibit E - William Blair Annual Growth, # 6 Exhibit F - RBC Capital Market, # 7 Exhibit G - Baird, # 8 Exhibit H - Company update, # 9 Exhibit I - JG Form 8-K (10/19/16), # 10 Exhibit J - Excerpt JG Form 10-K (12/21/15), # 11 Exhibit K - Excerpt JG Form 10-K (12/16/16), # 12 Exhibit L - Excerpt JG Form 10-Q, # 13 Exhibit M - Excerpt JG Form 8-K, # 14 Exhibit N - Himmel, # 15 Exhibit O - Goldfinger, # 16 Exhibit P - Western Penn., # 17 Exhibit Q - Simonetti, # 18 Exhibit R - Check Free, # 19 Exhibit S - PNB, # 20 Exhibit T - Montanio, # 21 Exhibit U - Globis Partners)(House, Bryan) |
| 08/10/2017 | 38 | BRIEF in Opposition filed by Peter Cahill, Charles Caparelli, Steven Duncan re 35 MOTION to Dismiss *the Amended Class Action Complaint Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint*. (Knotts, David) |
| 08/10/2017 | 39 | APPENDIX by Peter Cahill, Charles Caparelli, Steven Duncan *Appendix of Non-Published Authorities in Support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint*. (Attachments: # 1 Tab 1, # 2 Tab 2, # 3 Tab 3, # 4 Tab 4, # 5 Tab 5, # 6 Tab 6, # 7 Tab 7, # 8 Tab 8, # 9 Tab 9, # 10 Tab 10, # 11 Tab 11, # 12 Tab 12, # 13 Tab 13, # 14 Tab 14, # 15 Tab 15, # 16 Tab 16, # 17 Tab 17, # 18 Tab 18, # 19 Tab 19, # 20 Tab 20, # 21 Tab 21, # 22 Tab 22)(Knotts, David) |
| 09/11/2017 | 40 | REPLY BRIEF in Support filed by All Defendants re 35 MOTION to Dismiss *the Amended Class Action Complaint* . (House, Bryan) |
| 09/11/2017 | 41 | APPENDIX by All Defendants *to reply memorandum in support of defendants' motion to dismiss amended class action complaint*. (House, Bryan) |
| 09/11/2017 | 42 | DECLARATION of Bryan B. House *Supplemental Declaration in Support of Defendants' Motion to Dismiss Amended Class Action Complaint* (Attachments: # 1 Exhibit V - excerpts Annual Report (10-K), # 2 Exhibit W - excerpts Quarterly Report (10-Q), # 3 Exhibit X - Montanio, # 4 Exhibit Y - Azar, # 5 Exhibit Z - Hot Topic, # 6 Exhibit AA - Next Level, # 7 Exhibit BB - Bushansky, # 8 Exhibit CC - Braun)(House, Bryan) |
| 10/06/2017 | 43 | NOTICE by Peter Cahill, Charles Caparelli, Steven Duncan *Notice of Recent Authority in Support of Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint* (Attachments: # 1 Exhibit A)(Knotts, David) |
| 10/13/2017 | 44 | RESPONSE filed by Edward L Doheny, II, Steven L Gerard, Mark J Gliebe, John T Gremp, John Nils Hanson, Joy Global Inc, Gale E Klappa, Richard B Loynd, P Eric Siegert, James H Tate re 43 Notice, *Response to Lead Plaintiffs' Notice of Recent Authority* (House, Bryan) |
| 01/30/2018 | 45 | SUPPLEMENT by Peter Cahill, Charles Caparelli, Steven Duncan *Supplemental Notice of Recent Authority in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint*. (Attachments: # 1 Exhibit A) (Knotts, David) |
| 02/02/2018 | 46 | Rule 7(h) Expedited Non-Dispositive MOTION for Leave to File *Supplemental Authority* by Edward L Doheny, II, Steven L Gerard, Mark J Gliebe, John T Gremp, John Nils Hanson, Joy Global Inc, Gale E Klappa, Richard B Loynd, P Eric Siegert, James H Tate. (Attachments: # 1 Exhibit Opinion and Order City of Hialeah v FEI)(House, Bryan) |
| 02/09/2018 | 47 | RESPONSE filed by Peter Cahill, Charles Caparelli, Steven Duncan re 46 Rule 7(h) Expedited Non-Dispositive MOTION for Leave to File *Supplemental Authority* (Knotts, David) |
| 03/23/2018 | 48 | NOTICE of Settlement by Edward L Doheny, II, Steven L Gerard, Mark J Gliebe, John T Gremp, John Nils Hanson, Joy Global Inc, Gale E Klappa, Richard B Loynd, P Eric Siegert, James H Tate. (Babler, Philip) |
| 03/26/2018 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 3/26/2018. On March 23, 2018, the parties filed a notice of settlement, dkt. no. 48, indicating that they have reached a settlement in principle and that they anticipate filing settlement documents within 30 days. The court ORDERS that the clerk's office shall close this case administratively pending the filing of those documents. The court further ORDERS that when the parties file settlement documents, the court will convert the closure to the resolution required by the pleading. (cc: all counsel)(cb) |
| 03/26/2018 | | Case administratively closed pursuant to 03/26/2018 Text Only Order. (amb) (Entered: 03/27/2018) |
| 04/19/2018 | 49 | Rule 7(h) Expedited Non-Dispositive MOTION for Extension of Time *to File Settlement Papers* by Peter Cahill, Charles Caparelli, Edward L Doheny, II, Steven Duncan, Steven L Gerard, Mark J Gliebe, John T Gremp, John Nils Hanson, Joy Global Inc, Gale E Klappa, Komatsu America Corp, Komatsu Ltd, Richard B Loynd, Pine Solutions Inc, P Eric Siegert, James H Tate. (Babler, Philip) |
| 04/23/2018 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 4/23/2018 re 49 Joint Expedited Non-Dispositive Motion for Extension of Time to File Settlement Papers Under Civil Local Rule 7(h). The court GRANTS the parties' joint motion for an extension of time. The court ORDERS that the time for the parties to file their settlement papers is EXTENDED until the end of the day on May 23, 2018. (cc: all counsel) (cb) |
| 05/23/2018 | 50 | Unopposed MOTION for Settlement *for Preliminary Approval* by Peter Cahill, Charles Caparelli, Steven Duncan. (Attachments: # 1 Text of Proposed Order Preliminarily Approving Settlement and Providing for Notice)(Knotts, David) |
| 05/23/2018 | 51 | BRIEF in Support filed by Peter Cahill, Charles Caparelli, Steven Duncan re 50 Unopposed MOTION for Settlement *for Preliminary Approval* . (Knotts, David) |
| 05/23/2018 | 52 | SETTLEMENT AGREEMENT by Peter Cahill, Charles Caparelli, Steven Duncan. (Attachments: # 1 Exhibit A (Proposed Order Preliminarily Approving Settlement and Providing for Notice), # 2 Exhibit A-1 (Notice of Pendency and Proposed Settlement of Class Action), # 3 Exhibit A-2 (Proof of Claim and Release), # 4 Exhibit A-3 (Summary Notice), # 5 Exhibit B (Proposed Final Judgment and Order of Dismissal with Prejudice))(Knotts, David) |