# Exhibit 4

## United States District Court
### Eastern District of Wisconsin (Milwaukee)
### CIVIL DOCKET FOR CASE #: 2:16-cv-01093-PP

Gumm et al v. Molinaroli et al
Assigned to: Chief Judge Pamela Pepper
Case in other court: 21-03234
        USCA; Smykla; 12-00001-21, 21-03234
        21-03308
        USCA; All Defendants; 12-00014-2021, 21-03308
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 08/16/2016
Date Terminated: 11/04/2021
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Arlene D Gumm**                              represented by **Gregg M Fishbein**
Lockridge Grindal Nauen PLLP
100 Washington Ave S - Ste 2200
Minneapolis, MN 55401-2179
612-339-6900
Fax: 612-339-0900
Email: gmfishbein@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vernon J Vander Weide**
Lockridge Grindal Nauen PLLP
100 Washington Ave S - Ste 2200
Minneapolis, MN 55401-2179
612-596-4026
Fax: 612-339-0981
Email: vjvanderweide@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shauna D Manion**
Mallery SC
731 N Jackson St - Ste 900
Milwaukee, WI 53202-4697
414-271-2424
Email: shauna.manion@quarles.com
*ATTORNEY TO BE NOTICED*

**K Scott Wagner**
Mallery SC
731 N Jackson St - Ste 900
Milwaukee, WI 53202-4697
414-271-2424
Email: swagner@attolles.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul J Pontier**                              represented by **Gregg M Fishbein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vernon J Vander Weide**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shauna D Manion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**K Scott Wagner**

**Justin Kuehn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence P Eagel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lionel Z Glancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert V Prongay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd H Henderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lester A Pines**
(See above for address)
*TERMINATED: 02/22/2017*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2016 | 1 | COMPLAINT with Jury Demand; against All Defendants by Paul J. Pontier, Arlene D. Gumm, Cynthia Pontier, Danny High, Michael F. Holzhauer. ( Filing Fee PAID $400 receipt number 0757-2403293) (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(Wagner, K) |
| 08/16/2016 | | NOTICE Regarding assignment of this matter to Magistrate Judge Nancy Joseph; Consent/refusal forms for Magistrate Judge Joseph to be filed within 21 days; the consent/refusal form is available on our website; pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (lls) |
| 08/17/2016 | | Case Opening Modification(s); The following modification(s) have been made to your case entry: The county code has been modified - please remember to choose the county for the first named plaintiff. One or more party names have been modified. Party names should not include punctuation when added. Please remember to follow the Party Name Guidelines found on our website. Please refer to the attorney case opening instructions and the party name guidelines found in the user manual for further guidance. (blr) |
| 08/17/2016 | | Summons Issued as to All Defendants. (blr) |
| 08/17/2016 | 2 | Refusal to Jurisdiction by US Magistrate Judge by All Plaintiffs. (Wagner, K) |
| 08/18/2016 | | Due to the non-consent of the parties, this case has been randomly reassigned to Judge Pamela Pepper. Magistrate Judge Nancy Joseph no longer assigned to the case. (blr) |
| 08/19/2016 | | The court advises the plaintiffs that if, within forty-five (45) days of the filing of the complaint, either no answer has been filed or the plaintiffs have not filed a certificate of service demonstrating that the plaintiffs have properly executed the summons and served the complaint, the court will require the plaintiffs to appear at a status conference regarding the delay. (kgw) |
| 08/19/2016 | 3 | NOTICE of Appearance by Philip C Babler on behalf of Johnson Controls Inc. Attorney(s) appearing: Philip C. Babler, Thomas L. Shriner, Jr., Bryan B. House, Kate E. Gehl (Babler, Philip） |
| 08/19/2016 | 4 | DISCLOSURE Statement by Johnson Controls Inc. (Babler, Philip) |
| 08/19/2016 | 5 | CERTIFICATE OF SERVICE by Johnson Controls Inc *on Non-ECF Participants* (Babler, Philip) |
| 08/24/2016 | 6 | NOTICE of Appearance by Bryan B House on behalf of David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Richard Goodman, Greg Guyett, Jeffrey A Joerres, William H Lacy, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena. Attorney(s) appearing: Thomas L. Shriner, Jr., Bryan B. House, Philip C. Babler, Kate E. Gehl (House, Bryan) |
| 08/24/2016 | 7 | STIPULATION *Joint Stipulation on Time to Answer* by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Richard Goodman, Greg Guyett, Jeffrey A Joerres, Johnson Controls Inc, William H Lacy, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena. (House, Bryan) |
| 08/24/2016 | 8 | CERTIFICATE OF SERVICE by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Richard Goodman, Greg Guyett, Jeffrey A Joerres, Johnson Controls Inc, William H Lacy, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena (House, Bryan) |

| | | |
|---|---|---|
| 08/25/2016 | 9 | REQUEST for Issuance of Summons by All Plaintiffs (Wagner, K) |
| 08/25/2016 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 08/25/2016 re 7 Stipulation, filed by Johnson Controls Inc, Juan Pablo del Valle Perochena, Brian J Stief, Alex A Molinaroli, William H Lacy, Jeffrey A Joerres, Natalie A Black, Raymond L Conner, Julie L Bushman, Greg Guyett, Mark P Vergnano, David P Abney, Richard Goodman: The court APPROVES the parties' stipulation asking the court to extend the deadline for the JCI Defendants to answer or otherwise respond to the complaint. The court ORDERS that the deadline for the JCI Defendants to answer or otherwise respond to the complaint is EXTENDED to the end of the day on October 24, 2016. (cc: all counsel)(Pepper, Pamela) |
| 08/25/2016 | | NOTICE of Electronic Filing Error re 8 Certificate of Service and 7 Stipulation filed by defendants; All documents should contain the s/signature of the attorney who files the document. This document does not need to be re-filed; Please refer to the policies and procedures for electronic case filing and the user manual found at www.wied.uscourts.gov (amb) |
| 08/25/2016 | | Summons Issued as to Tyco International PLC. (amb) |
| 08/25/2016 | 10 | REQUEST for Issuance of Summons by All Plaintiffs *on Defendant Jagara Merger Sub, LLC* (Wagner, K) |
| 08/26/2016 | | Summons Issued as to Jagara Merger Sub LLC. (amb) |
| 08/26/2016 | 11 | DISCLOSURE Statement by Jagara Merger Sub LLC. (Neider, Barbara) |
| 08/26/2016 | 12 | STIPULATION *on Time for Jagara Merger Sub LLC to Answer Complaint* by Jagara Merger Sub LLC. (Neider, Barbara) |
| 09/02/2016 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 09/02/2016 re 12 Stipulation filed by Jagara Merger Sub LLC: The court APPROVES that portion of the stipulation in which the parties agree to ask the court to extend the deadline for defendant Jagara Merger Sub LLC to answer or otherwise respond to the complaint. The court ORDERS that defendant Jagara Merger Sub LLC shall answer or otherwise respond to the complaint by the end of the day on October 24, 2016. (cc: all counsel) (Pepper, Pamela) |
| 09/12/2016 | 13 | STIPULATION *Joint Stipulation on Time to Answer Complaint* by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Richard Goodman, Greg Guyett, Jeffrey A Joerres, Johnson Controls Inc, William H Lacy, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena. (Attachments: # 1 Certificate of Service)(House, Bryan) |
| 09/14/2016 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 09/14/2016 re 13 Stipulation, filed by Johnson Controls Inc, Juan Pablo del Valle Perochena, Brian J Stief, Alex A Molinaroli, William H Lacy, Jeffrey A Joerres, Natalie A Black, Raymond L Conner, Julie L Bushman, Greg Guyett, Mark P Vergnano, David P Abney, Richard Goodman: The court APPROVES the stipulation to extend the deadline for answering or otherwise responding to the complaint. The court VACATES its order requiring the defendants to answer or otherwise respond by October 24, 2016. The court ORDERS that, no later than thirty (30) days from the date the court signs an order appointing the lead plaintiff and counsel, the plaintiffs shall file an amended complaint. The court further ORDERS that the defendants shall answer or otherwise respond to that amended complaint no later than forty-five (45) days from either the date that the amended complaint is filed, or the date that counsel for the lead plaintiff provides notice that the plaintiffs do not intend to file an amended complaint (whichever is later). (cc: all counsel)(Pepper, Pamela) |
| 09/30/2016 | 14 | MOTION for Preliminary Injunction by All Plaintiffs. (Wagner, K) |
| 09/30/2016 | 15 | BRIEF in Support filed by All Plaintiffs re 14 MOTION for Preliminary Injunction . (Wagner, K) |
| 09/30/2016 | 16 | DECLARATION of Vernon J. Vander Weide in Support of Plaintiffs' Motion For a Preliminary Injunction (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16, # 17 Exhibit Exhibit 17, # 18 Exhibit Exhibit 18, # 19 Exhibit Exhibit 19, # 20 Exhibit Exhibit 20, # 21 Exhibit Exhibit 21, # 22 Exhibit Exhibit 22, # 23 Exhibit Exhibit 23, # 24 Exhibit Exhibit 24, # 25 Exhibit Exhibit 25, # 26 Exhibit Exhibit 26, # 27 Exhibit Exhibit 27, # 28 Exhibit Exhibit 28, # 29 Exhibit Exhibit 29, # 30 Exhibit Exhibit 30, # 31 Exhibit Exhibit 31, # 32 Exhibit Exhibit 32, # 33 Exhibit Exhibit 33, # 34 Exhibit Exhibit 34, # 35 Exhibit Exhibit 35, # 36 Exhibit Exhibit 36, # 37 Exhibit Exhibit 37, # 38 Exhibit Exhibit 38, # 39 Exhibit Exhibit 39, # 40 Exhibit Exhibit 40, # 41 Exhibit Exhibit 41, # 42 Exhibit Exhibit 42, # 43 Exhibit Exhibit 43, # 44 Exhibit Exhibit 44, # 45 Exhibit Exhibit 45, # 46 Exhibit Exhibit 46, # 47 Exhibit Exhibit 47)(Wagner, K) |
| 09/30/2016 | | NOTICE of Electronic Filing Error re 16 Declaration. The description of the attachments contains duplicate text. In the future, when attaching documents to the main document you may select a description from the category drop-down list but then you should not repeat that word in the description text box. For example, if you choose Exhibit from the drop-down list, then you may simply type A in the description text box and Exhibit A will appear on the docket. This document does not need to be re-filed; Please refer to the policies and procedures for electronic case filing and the user manual found at www.wied.uscourts.gov (amb) |
| 10/06/2016 | | NOTICE of Status Hearing: The court will hold a status conference on Thursday, October 6, 2016 at 3:00 PM by telephone. The parties may appear for the hearing by calling the court's conference line at 888-557-8511 and using the access code 4893665#. (cc: all counsel)(pwm) |
| 10/06/2016 | 17 | Court Minutes for proceedings held on 10/6/2016 before Judge Pamela Pepper: Status Conference, ( Motion For Preliminary Injunction Hearing set for 1/4/2017 09:30 AM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper.) (kgw) (Entered: 10/11/2016) |
| 10/17/2016 | 18 | MOTION Appointment of Lead Plaintiff and Approval of Its Selection of Lead Counsel by All Plaintiffs. (Wagner, K) |

| 10/17/2016 | 19 | BRIEF in Support filed by All Plaintiffs re 18 MOTION Appointment of Lead Plaintiff and Approval of Its Selection of Lead Counsel . (Wagner, K) |
|---|---|---|
| 10/17/2016 | 20 | AFFIDAVIT of Vernon J. Vander Weide *in Support of the Motion of the JCI Shareholders' Group For Appointment As Lead Plaintiff and Approval of Its Selection of Lead Counsel*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Wagner, K) |
| 10/17/2016 | 21 | MOTION Appointment as Lead Plaintiff and Approval of Lead Counsel by John Fifrick, Vivian Fifrick. (Attachments: # 1 Text of Proposed Order)(Pines, Lester) |
| 10/17/2016 | 22 | DECLARATION of Lester Pines *in support of Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel* (Attachments: # 1 Exhibit A - Press Release, # 2 Exhibit B - Movants' Certifications, # 3 Exhibit C - GPM Firm Resume, # 4 Exhibit D - Bragar Firm Resume)(Pines, Lester) |
| 10/18/2016 | 23 | BRIEF in Support filed by John Fifrick, Vivian Fifrick re 21 MOTION Appointment as Lead Plaintiff and Approval of Lead Counsel . (Pines, Lester) |
| 10/18/2016 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 10/18/2016 re 21 MOTION Appointment as Lead Plaintiff and Approval of Lead Counsel filed by John Fifrick, Vivian Fifrick: Due to the timing requirements of 15 U.S.C. section 78u-4(3)(B)(i), the court ORDERS that a truncated briefing schedule will apply. The court ORDERS that responses to the motions to appoint and approve lead counsel are due by the end of the day on November 1, 2016. The court ORDERS that replies are due by the end of the day on November 8, 2016. (cc: all counsel)(Pepper, Pamela) |
| 10/19/2016 | 24 | STIPULATION *Joint Stipulation on Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction* by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Richard Goodman, Greg Guyett, Jeffrey A Joerres, Johnson Controls Inc, William H Lacy, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena. (House, Bryan) |
| 10/20/2016 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 10/20/2016 re 24 Stipulation, filed by Johnson Controls Inc, Juan Pablo del Valle Perochena, Brian J Stief, Alex A Molinaroli, William H Lacy, Jeffrey A Joerres, Natalie A Black, Raymond L Conner, Julie L Bushman, Greg Guyett, Mark P Vergnano, David P Abney, Richard Goodman: The court APPROVES the parties' stipulation, filed on October 19, 2016. The court ORDERS that the deadline for the defendants to file briefs in opposition to the motion for a preliminary injunction is EXTENDED to the end of the day on November 11, 2016. The court further ORDERS that the deadline for the plaintiffs to file their reply brief in support of the motion for preliminary injunction is EXTENDED to the end of the day on December 1, 2016. (cc: all counsel)(Pepper, Pamela) |
| 10/27/2016 | 25 | LETTER from Peter Baumbusch requesting copy of complaint. $13.00 payment received (Receipt #: MK4689062015). Sent complaint to Peter Baumbusch via US Mail. (amb) (Entered: 10/28/2016) |
| 10/31/2016 | 26 | STIPULATION *Stipulation Requesting Order Permitting Substitution of Counsel for Jagara Merger Sub LLC* by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Richard Goodman, Greg Guyett, Jeffrey A Joerres, Johnson Controls Inc, William H Lacy, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena. (House, Bryan) |
| 11/01/2016 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 11/01/2016 re 26 Stipulation, filed by Johnson Controls Inc, Juan Pablo del Valle Perochena, Brian J Stief, Alex A Molinaroli, William H Lacy, Jeffrey A Joerres, Natalie A Black, Raymond L Conner, Julie L Bushman, Greg Guyett, Mark P Vergnano, David P Abney, Richard Goodman: The court APPROVES the October 31, 2016 stipulation requesting an order for substitution of counsel for defendant Jagara Merger Sub, LLC. The court ORDERS that Barbara A. Neider, Jeffrey A. Mandell, Rhonda Maier and Vicki Eyers (and the law firm of Stafford Rosenbaum LLP) are TERMINATED as counsel for defendant Jagara Merger Sub, LLC, and ORDERS that the clerk's office REMOVE those names from the utility lists and the docket. The court further ORDERS that Thomas L. Shriner, Jr., Bryan B. House, Kate E. Gehl and Philip C. Babler of the law firm of Foley & Lardner, LLP are SUBSTITUTED as counsel for defendant Jagara Merger Sub, LLC, and ORDERS that the clerk's office shall add their names as counsel of record for that defendant. (cc: all counsel)(Pepper, Pamela) |
| 11/01/2016 | 27 | BRIEF in Opposition filed by Arlene D Gumm, Danny High, Michael F Holzhauer, Cynthia Pontier, Paul J Pontier re 21 MOTION Appointment as Lead Plaintiff and Approval of Lead Counsel . (Wagner, K) |
| 11/01/2016 | 28 | DECLARATION of Vernon J. Vander Weide in Support of the Motion of the JCI Shareholders' Group for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Wagner, K) |
| 11/01/2016 | 29 | BRIEF in Support filed by John Fifrick, Vivian Fifrick re 21 MOTION Appointment as Lead Plaintiff and Approval of Lead Counsel . (Pines, Lester) |
| 11/08/2016 | 30 | REPLY BRIEF in Support filed by Arlene D Gumm, Danny High, Michael F Holzhauer, Cynthia Pontier, Paul J Pontier re 18 MOTION Appointment of Lead Plaintiff and Approval of Its Selection of Lead Counsel . (Wagner, K) |
| 11/08/2016 | 31 | DECLARATION of Vernon J. Vander Weide in Support of the Motion of the JCI Shareholders' Group for Appointment As Lead Plaintiff and Approval of Its Selection of Lead Counsel *(Third)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC)(Wagner, K) |
| 11/08/2016 | 32 | RESPONSE to Motion filed by John Fifrick, Vivian Fifrick re 21 MOTION Appointment as Lead Plaintiff and Approval of Lead Counsel . (Attachments: # 1 Exhibit A Declaration of McGowen)(Pines, Lester) |

| | | |
|---|---|---|
| 11/08/2016 | 33 | DECLARATION of Lester A. Pines (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Pines, Lester) |
| 11/09/2016 | 34 | STATEMENT by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Richard Goodman, Greg Guyett, Jagara Merger Sub LLC, Jeffrey A Joerres, Johnson Controls Inc, William H Lacy, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena *Statement of Defendants Regarding Lead Plaintiff Selection*. (House, Bryan) |
| 11/11/2016 | 35 | JOINDER by John Fifrick, Vivian Fifrick re 14 MOTION for Preliminary Injunction , 15 Brief in Support of Motion *Notice of Joinder and Joinder to Plaintiffs' Notice of Motion and Motion for a Preliminary Injunction*. (Pines, Lester) |
| 11/11/2016 | 36 | BRIEF in Opposition filed by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Richard Goodman, Greg Guyett, Jagara Merger Sub LLC, Jeffrey A Joerres, Johnson Controls Inc, William H Lacy, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena re 14 MOTION for Preliminary Injunction . (House, Bryan) |
| 11/11/2016 | 37 | DECLARATION of Steven Janowski *in Support of Defendants' Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction* (House, Bryan) |
| 11/11/2016 | 38 | DECLARATION of H. David Rosenbloom *in Support of Defendants' Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction* (House, Bryan) |
| 11/11/2016 | 39 | DECLARATION of Kate Gehl *in Support of Defendants' Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M (Part 1), # 14 Exhibit M (Part 2), # 15 Exhibit M (Part 3), # 16 Exhibit M (Part 4), # 17 Exhibit M (Part 5), # 18 Exhibit M (Part 6), # 19 Exhibit M (Part 7))(House, Bryan) |
| 11/14/2016 | 40 | DECISION AND ORDER signed by Judge Pamela Pepper on 11/14/2016 GRANTING 18 the Motion of the JCI Shareholders' Group for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel; DENYING 21 the Motion of John and Vivian Fifrick for Appointment as Plaintiff and Approval of Lead Counsel; and APPOINTING Lead Plaintiff, Lead Counsel and Liaison Counsel. (cc: all counsel) (pwm) |
| 12/01/2016 | 41 | REPLY BRIEF in Support filed by Arlene D Gumm, Danny High, Michael F Holzhauer, Cynthia Pontier, Paul J Pontier re 14 MOTION for Preliminary Injunction . (Wagner, K) |
| 12/01/2016 | 42 | *Second* AFFIDAVIT of Vernon J. Vander Weide *in Support of Plaintiffs' Motion for a Preliminary Injunction*. (Attachments: # 1 Exhibit 48, # 2 Exhibit 49, # 3 Exhibit 50, # 4 Exhibit 51, # 5 Exhibit 52, # 6 Exhibit 53, # 7 Exhibit 54, # 8 Exhibit 55, # 9 Exhibit 56, # 10 Exhibit 57, # 11 Exhibit 58, # 12 Exhibit 59, # 13 Exhibit 60)(Wagner, K) |
| 12/07/2016 | 43 | Rule 7(h) Expedited Non-Dispositive MOTION to Cancel Preliminary Injunction Hearing and Confirm Schedule by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Richard Goodman, Greg Guyett, Jagara Merger Sub LLC, Jeffrey A Joerres, Johnson Controls Inc, William H Lacy, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena. (Attachments: # 1 Text of Proposed Order)(House, Bryan) |
| 12/07/2016 | 44 | Rule 7(h) Expedited Non-Dispositive MOTION for Extension of Time *to Amend Complaint* by Arlene D Gumm, Danny High, Michael F Holzhauer, Cynthia Pontier, Paul J Pontier. (Wagner, K) |
| 12/07/2016 | 45 | DECLARATION of K. Scott Wagner *in Support of Plaintiffs' Civil L.R. 7(h) Expedited Non-Dispositive Motion to Extend Due Date for Amended Complaint* (Wagner, K) |
| 12/08/2016 | 46 | RESPONSE to Motion filed by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Richard Goodman, Greg Guyett, Jagara Merger Sub LLC, Jeffrey A Joerres, Johnson Controls Inc, William H Lacy, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena re 44 Rule 7(h) Expedited Non-Dispositive MOTION for Extension of Time *to Amend Complaint Defendants' Response to Plaintiffs' Civil LR. 7(h) Expedited Non-Dispositive Motion to Extend Date for Amended Complaint*. (House, Bryan) |
| 12/08/2016 | 47 | BRIEF in Opposition filed by Arlene D Gumm, Danny High, Michael F Holzhauer, Cynthia Pontier, Paul J Pontier re 43 Rule 7(h) Expedited Non-Dispositive MOTION to Cancel Preliminary Injunction Hearing and Confirm Schedule . (Wagner, K) |
| 12/08/2016 | 48 | DECLARATION of Vernon J. Vander Weide in Opposition to Defendants' Civil L.R. 7(h) Expedited Non-Dispositive Motion (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Wagner, K) |
| 12/08/2016 | 49 | MOTION to Withdraw as Attorney by John Fifrick, Vivian Fifrick. (Pines, Lester) |
| 12/12/2016 | 50 | ORDER signed by Judge Pamela Pepper on 12/12/2016 DENYING 43 Defendants' Rule 7(h) motion to cancel preliminary injunction hearing and confirm schedule and GRANTING 44 Plaintiffs' motion for an extension of time to file an amended complaint. The court ORDERS that the plaintiffs shall file the amended complaint no later than 21 days after the court issues its decision on the motion for preliminary injunction. (cc: all counsel)(pwm) |
| 01/04/2017 | 51 | Court Minutes for proceedings held before Judge Pamela Pepper held on 1/4/2017: re 14 MOTION for Preliminary Injunction filed by Danny High, Michael F Holzhauer, Cynthia Pontier, Paul J Pontier, Arlene D Gumm. (kgw) (Entered: 01/06/2017) |
| 01/25/2017 | 52 | ORDER signed by Judge Pamela Pepper on 1/25/2017 DENYING 14 Plaintiffs' Motion for Preliminary Injunction. (cc: all counsel) (pwm) |
| 02/15/2017 | 53 | AMENDED COMPLAINT with Jury Demand against All Defendants filed by Paul J Pontier, Arlene D Gumm, Cynthia Pontier, Danny High, Michael F Holzhauer.(Wagner, K) |
| 02/16/2017 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 02/16/2017 re 49 MOTION to Withdraw as Attorney filed by John Fifrick, Vivian Fifrick: For the reasons stated in Pine Bach, LLP's motion to withdraw, the court GRANTS the motion, and ORDERS that the clerk of court shall remove that firm from the court's ECF notification list for this case. (cc: all counsel) (Pepper, Pamela) |

| | | |
|---|---|---|
| 03/24/2017 | 54 | Joint MOTION for Leave to File Excess Pages *and Set Briefing Schedule for Memoranda Related to Defendants' Motion to Dismiss* by All Defendants. (Attachments: # 1 Text of Proposed Order)(House, Bryan) |
| 03/31/2017 | | TEXT-ONLY ORDER signed by Judge Pamela Pepper on 3/31/2017 GRANTING 54 the parties' joint motion for leave to file excess pages and set briefing schedule. The court ORDERS that defendants shall file their motion to dismiss the amended complaint, along with a supporting memorandum by the end of the day on April 3, 2017. The page limit for the brief is EXTENDED to 40 pages. The plaintiffs shall file their response within 45 days of the date the defendants file their motion to dismiss the amended complaint. The page limit for their response is EXTENDED to 40 pages. The defendants shall file their reply within 28 days of the date the plaintiffs file their response. The page limit for the reply is EXTENDED to 20 pages.(cc: all counsel) (pwm) |
| 04/03/2017 | 55 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by All Defendants. (House, Bryan) |
| 04/03/2017 | 56 | BRIEF in Support filed by All Defendants re 55 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . (Attachments: # 1 Exhibit 1 - Schedule 14A, # 2 Exhibit 2 - FORM 8-K, # 3 Exhibit 3 - FORM 10, # 4 Exhibit 4 - Restated Articles, # 5 Exhibit 5 - FORM 8937)(House, Bryan) |
| 04/03/2017 | 57 | DECLARATION of Philip C. Babler *in Support of Defendants' Motion to Dismiss under Rule 12(b)(6)* (Attachments: # 1 Exhibit A - Goldfinger (2014), # 2 Exhibit B - Tomotherapy, # 3 Exhibit C - Gumm transcript prel. injunc. hrg., # 4 Exhibit D - The Business Judgment Rule in Wis. (Davis), # 5 Exhibit E - Beck, # 6 Exhibit F - Cavoto, # 7 Exhibit G - Conlee, # 8 Exhibit H - Constr. Workers Pension Fund-Lake Cty., # 9 Exhibit I - Frank v. Elgamal, # 10 Exhibit J - Garden City Employees' Ret. Sys., # 11 Exhibit K - Gilbert, # 12 Exhibit L - Goldfinger (2015), # 13 Exhibit M - Goldkrantz, # 14 Exhibit N - Hegel, # 15 Exhibit O - Himmel, # 16 Exhibit P - Plains Expl., # 17 Exhibit Q - TIBCO, # 18 Exhibit R - Latesco, # 19 Exhibit S - Lenz, # 20 Exhibit T - Mogell, # 21 Exhibit U - Monroe Cty. Em[ployees' Ret. Sys., # 22 Exhibit V - OFI Risk Arbitrages, # 23 Exhibit W - Starr, # 24 Exhibit X - Washington Bancorporation)(House, Bryan) |
| 05/18/2017 | 58 | BRIEF in Opposition filed by All Plaintiffs re 55 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . (Wagner, K) |
| 05/18/2017 | 59 | DECLARATION of Vernon J. VanderWeide *in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45)(Wagner, K) |
| 06/15/2017 | 60 | REPLY BRIEF in Support filed by All Defendants re 55 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . (House, Bryan) |
| 06/15/2017 | 61 | DECLARATION of Kate E. Gehl in Support of Reply Brief in Support of Defendants' Motion to Dismiss (Attachments: # 1 Exhibit A - Amended Complaint, City of Lakeland Employees Pension Plan v. Baxter Intern. Inc)(House, Bryan) |
| 08/23/2017 | 62 | MOTION for Leave to File *Paper pursuant to Civil L.R. 7(i)* by All Plaintiffs. (Wagner, K) |
| 08/28/2017 | 63 | RESPONSE to Motion filed by All Defendants re 62 MOTION for Leave to File *Paper pursuant to Civil L.R. 7(i) Defendants' Response to Plaintiffs' Civil L.R. 7(i) Motion Requesting Leave to File Paper*. (House, Bryan) |
| 09/21/2017 | 64 | CERTIFICATE OF SERVICE by All Plaintiffs *on Tyco International* (Wagner, K) |
| 10/31/2017 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 10/31/2017 re 62 plaintiffs' Civil L.R. 7(i) motion requesting leave to file paper. The court GRANTS the plaintiffs' motion for leave to file paper, dkt. no. 62. The court ORDERS, under Civil L.R. 7(i) that the clerk's office shall FILE the paper (case) attached to the plaintiffs' motion at pages 4-11. (cc: all counsel) (cb) |
| 10/31/2017 | 65 | DOCUMENTS RECEIVED from Albin Casneris Kaczmarek. Supreme Court of Minnesota case documents. (amb) (Entered: 11/01/2017) |
| 03/12/2019 | 66 | NOTICE of Hearing: Motion Hearing on 55 defendants' motion to dismiss set for 10/17/2019 at 9:30 AM by telephone before Judge Pamela Pepper. Parties wishing to appear by phone may do so by calling the court's conference line at 888-557-8511 and using access code 4893665#. (cc: all counsel)(cb) |
| 10/17/2019 | 67 | 🔊 Audio of motion to dismiss hearing held on 10/17/2019 at 9:42 a.m.; File Size(67.0 MB) 1 of 2. (kgw) |
| 10/17/2019 | 68 | 🔊 Audio of motion to dismiss hearing held on 10/17/2019 at 9:42 a.m.; File Size(60.9 MB) 2 of 2. (kgw) |
| 10/17/2019 | 69 | Court Minutes for proceedings held before Judge Pamela Pepper on 10/17/2019 re 55 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by all the defendants. (kgw) (Entered: 10/18/2019) |
| 10/21/2019 | 70 | NOTICE of Appearance by K Scott Wagner on behalf of Arlene D Gumm. Attorney(s) appearing: Shauna D. Manion (Wagner, K) |
| 10/21/2019 | 71 | MOTION for Leave to File *Supplemental Brief* by Arlene D Gumm. (Attachments: # 1 Supplement Brief re MTD)(Wagner, K) |
| 10/24/2019 | 72 | RESPONSE to Motion filed by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Estate of William H Lacy, Richard Goodman, Greg Guyett, Jagara Merger Sub LLC, Steven Janowski, Jeffrey A Joerres, Johnson Controls Inc, Johnson Controls International PLC, Alex A Molinaroli, Brian J Stief, Mark P Vergnano, Juan Pablo del Valle Perochena re 71 MOTION for Leave to File *Supplemental Brief* . (House, Bryan) |
| 02/07/2020 | 73 | MOTION to Withdraw as Attorney *Cecilia A. Glass* by David P Abney, Natalie A Black, Julie L Bushman, Raymond L Conner, Estate of William H Lacy, Richard Goodman, Greg Guyett, Jagara Merger Sub LLC, Steven Janowski, Jeffrey A Joerres, |