# Exhibit 5

**United States District Court**
**Eastern District of Wisconsin (Milwaukee)**
**CIVIL DOCKET FOR CASE #: 2:17-cv-00144-LA**

Public Employees' Retirement System of Mississippi et al v. Roadrunner Transportation Systems Inc et al
Assigned to: Judge Lynn Adelman
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 01/31/2017
Date Terminated: 09/26/2019
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Lead Plaintiff**

**Public Employees' Retirement System of Mississippi**    represented by    **Jeffrey A Barrack**
Barrack Rodos & Bacine
2 Commerce Sq
2001 Market St - Ste 3300
Philadelphia, PA 19103
215-963-0600
Fax: 215-963-0838
Email: jbarrack@barrack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel M Ward**
Barrack Rodos & Bacine
600 W Broadway - Ste 900
San Diego, CA 92101
619-230-0800
Fax: 619-230-1874
Email: sward@barrack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R Basser**
Barrack Rodos & Bacine
600 W Broadway - Ste 900
San Diego, CA 92101
619-230-0800
Fax: 619-230-1874
Email: sbasser@barrack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary C Flanner**
Cross Law Firm SC
505 Arcadian Ave
Waukesha, WI 53186
414-224-0000
Fax: 414-279-7055
Email: mflanner@crosslawfirm.com
*ATTORNEY TO BE NOTICED*

**Nola J Hitchcock Cross**
Cross Law Firm SC
Lawyers Building
845 N 11th St
Milwaukee, WI 53233
414-224-0000
Fax: 414-273-7055
Email: njhcross@crosslawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Goss**    represented by    **Alexander A Krot , III**
Levi & Korsinsky LLP
1101 30th St NW - Ste 115

*ATTORNEY TO BE NOTICED*

**Denise L Morris**
(See above for address)
*TERMINATED: 11/02/2017*

**Hui M Chang**
Pomerantz LLP
600 Third Ave - 20th Fl
New York, NY 10016
212-661-1100
Fax: 212-661-8665
*ATTORNEY TO BE NOTICED*

**Jeremy A Lieberman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John D Blythin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Alexander Hood , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark A Eldridge**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Goldberg**
Goldberg Law PC
1999 Ave of the Stars - Ste 1100
Los Angeles, CA 90067
800-977-7401
Fax: 800-536-0065
*ATTORNEY TO BE NOTICED*

**Patrick V Dahlstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherin Mahdavian**
Goldberg Law PC
1999 Ave of the Stars - Ste 1100
Los Angeles, CA 90067
800-977-7401
Fax: 800-536-0065
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2017 | 1 | COMPLAINT *for Violation of the Federal Securities Laws* with Jury Demand; against Peter R Armbruster, Mark A Diblasi, Roadrunner Transportation Systems, Inc. by Robert Goss. ( Filing Fee PAID $400 receipt number 0757-2509946) (Attachments: # 1 Exhibit A, # 2 Summons Summons.Armbruster, # 3 Summons Summons.Diblasi, # 4 Summons Summons.Roadrunner, # 5 Civil Cover Sheet)(Wagner, K) |
| 01/31/2017 | | NOTICE Regarding assignment of this matter to Judge Pamela Pepper ;Consent/refusal forms for Magistrate Judge Duffin to be filed within 21 days;the consent/refusal form is available on our website ;pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed (jcl) |
| 01/31/2017 | 2 | DISCLOSURE Statement by Robert Goss. (Wagner, K) |
| 02/01/2017 | | Summons Issued as to All Defendants (vkb) |
| 02/01/2017 | | The court advises the plaintiff that if, within forty-five (45) days of the filing of the complaint, either no answer has been filed or the plaintiff has not filed a certificate of service demonstrating that the plaintiff has properly executed the summons and served the complaint, the court will require the plaintiff to appear at a status conference regarding the delay. (kgw) |

| 02/06/2017 | 3 | SUMMONS Returned Executed by Robert Goss. Roadrunner Transportation Systems Inc served on 2/2/2017. (Wagner, K) |
|---|---|---|
| 02/06/2017 | 4 | SUMMONS Returned Executed by Robert Goss. Mark A Diblasi served on 2/2/2017. (Wagner, K) |
| 02/06/2017 | 5 | SUMMONS Returned Executed by Robert Goss. Peter R Armbruster served on 2/2/2017. (Wagner, K) |
| 02/16/2017 | 6 | Refusal to Jurisdiction by US Magistrate Judge by Robert Goss. (Wagner, K) |
| 03/10/2017 | 7 | NOTICE of Appearance by Brett M Doran on behalf of Roadrunner Transportation Systems Inc. Attorney(s) appearing: Brett M. Doran (Doran, Brett) |
| 03/10/2017 | 8 | STIPULATION *Regarding Time to Move, Plead or Otherwise Respond to the Complaint* by Robert Goss. (Attachments: # 1 Text of Proposed Order)(Wagner, K) |
| 03/10/2017 | 9 | STIPULATION *(Revised) Regarding Time to Move, Plead or Otherwise Respond to the Complaint* by Robert Goss. (Attachments: # 1 Text of Proposed Order)(Wagner, K) |
| 03/21/2017 | 10 | ORDER signed by Judge Pamela Pepper on 3/21/2017 APPROVING 9 Stipulation regarding time to move, plead or otherwise respond to the complaint. Please see the court's order for the details. (cc: all counsel)(pwm) |
| 04/03/2017 | 11 | MOTION to Consolidate Cases , MOTION to Appoint Movant to serve as Lead Plaintiff in this action , MOTION to Appoint Counsel *: approving his selection of The Rosen Law Firm, P.A. as Lead Counsel and Ademi & OReilly, LLP as Liaison Counsel for the litigation and all subsequently filed related litigations* by Michael Easley. (Attachments: # 1 Text of Proposed Order consolidating the related actions; appointing Movant to serve as Lead Plaintiff in this action; and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel and Ademi & OReilly, LLP as Liaison Counsel for the litigation and all subsequently filed related litigations)(Ademi, Shpetim) |
| 04/03/2017 | 12 | BRIEF in Support filed by Michael Easley re 11 MOTION to Consolidate Cases MOTION to Appoint Movant to serve as Lead Plaintiff in this action MOTION to Appoint Counsel *: approving his selection of The Rosen Law Firm, P.A. as Lead Counsel and Ademi & OReilly, LLP as Liaison Counsel for the litigation and all subsequently filed related litigations* . (Ademi, Shpetim) |
| 04/03/2017 | 13 | DECLARATION of Shpetim Ademi *in support of Movant's motion to consolidate actions, appoint Lead Plaintiff and approve Movant's selection of Lead Counsel and Liason Counsel* (Attachments: # 1 Exhibit 1: PSLRA early notice, # 2 Exhibit 2: Movants PSLRA certification, # 3 Exhibit 3: Movants loss chart, # 4 Exhibit 4: firm resume of The Rosen Law Firm, P.A., # 5 Exhibit 5: firm resume of Ademi & OReilly, LLP)(Ademi, Shpetim) |
| 04/03/2017 | 14 | MOTION to Consolidate Cases *, To Be Appointed Lead Plaintiff, and to Approve Proposed Lead Plaintiff's Choice of Counsel* by Bryan Reifsnyder. (Plichta, Anne). Added MOTION to Appoint, MOTION for Order on 4/13/2017 (vkb) |
| 04/03/2017 | 15 | BRIEF in Support filed by Bryan Reifsnyder re 14 MOTION to Consolidate Cases *, To Be Appointed Lead Plaintiff, and to Approve Proposed Lead Plaintiff's Choice of Counsel* . (Plichta, Anne) |
| 04/03/2017 | 16 | DECLARATION of Kim E. Miller *in Support of the Motion of Bryan Reifsnyder to Consolidate Related Actions, to be Appointed Lead Plaintiff, and to Approve Proposed Lead Plaintiff's Choice of Counsel* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Plichta, Anne) |
| 04/03/2017 | 17 | MOTION to Consolidate Cases , MOTION to Appoint Movant Leuze as Lead Plaintiff , MOTION to Appoint Counsel *approving Lead Plaintiffs selection of Pomerantz LLP as Lead Counsel and Ademi & OReilly, LLP as Liaison Counsel for the Class* by Armin Leuze. (Attachments: # 1 Text of Proposed Order For consolidation, appointment as lead plaintiff, and approval of counsel)(Ademi, Shpetim) |
| 04/03/2017 | 18 | MOTION to Consolidate Cases *and Appoint Lead Plaintiff* by Public Employees Retirement System Of Mississippi. (Attachments: # 1 Text of Proposed Order Granting Motion)(Flanner, Mary). Added MOTION to Appoint, MOTION for Order on 4/13/2017 (vkb) |
| 04/03/2017 | 19 | BRIEF in Support filed by Armin Leuze re 17 MOTION to Consolidate Cases MOTION to Appoint Movant Leuze as Lead Plaintiff MOTION to Appoint Counsel *approving Lead Plaintiffs selection of Pomerantz LLP as Lead Counsel and Ademi & OReilly, LLP as Liaison Counsel for the Class* . (Ademi, Shpetim) |
| 04/03/2017 | 20 | BRIEF in Support filed by Public Employees Retirement System Of Mississippi re 18 MOTION to Consolidate Cases *and Appoint Lead Plaintiff* . (Flanner, Mary) |
| 04/03/2017 | 21 | DECLARATION of Samuel M Ward *In Support of Motion* (Attachments: # 1 Exhibit FIFO LIFO, # 2 Exhibit Goss Notice, # 3 Exhibit MPERS Notice, # 4 Exhibit Ray Certification, # 5 Exhibit Firm Bio)(Flanner, Mary) |
| 04/03/2017 | 22 | DECLARATION of Jeremy A. Lieberman *in support of the motion by Leuze for consolidation of the above captioned related actions, appointment as Lead Plaintiff for the Class, and approval of Leuze's selection of Pomerantz, LLP as Lead Counsel and Ademi & OReilly, LLP as Liaison Counsel for the Class* (Attachments: # 1 Exhibit A: Press release published over Globe Newswire on January 31, 2017, announcing the pendency of the first of the above-captioned actions to be filed, # 2 Exhibit B: Shareholder Certification executed by Leuze, # 3 Exhibit C: Loss Chart of Leuze, # 4 Exhibit D: Firm resume of Pomerantz, # 5 Exhibit E: Firm resume of Ademi)(Ademi, Shpetim) |
| 04/13/2017 | 23 | NOTICE by Michael Easley *OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF MICHAEL EASLEY* (Ademi, Shpetim) |
| 04/14/2017 | 24 | NOTICE of Withdrawal of Motion *to Consolidate Related Actions, to be Appointed Lead Plaintiff, and to Approve Proposed Lead Plaintiff's Choice of Counsel* by Bryan Reifsnyder. (Plichta, Anne) Modified on 4/17/2017 (vkb) |
| 04/17/2017 | 25 | NOTICE by Armin Leuze *OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF ARMIN LEUZE* (Ademi, Shpetim) |
| 04/24/2017 | 26 | SUPPLEMENTAL BRIEF in Support filed by Public Employees Retirement System Of Mississippi re 18 MOTION to Consolidate Cases *and Appoint Lead Plaintiff* MOTION to Appoint MOTION for Order . (Attachments: # 1 Certificate of |

| | | |
|---|---|---|
| | | Service)(Basser, Stephen) |
| 05/19/2017 | 27 | ORDER signed by Judge Pamela Pepper on 5/19/2017 GRANTING 18 Motion of the Employees' Retirement System of Mississippi for consolidation of related actions, appointment as lead plaintiff, and approval of lead plaintiff's selection of lead counsel. (cc: all counsel) (pwm) |
| 06/05/2017 | 28 | STIPULATION /Joint Stipulation Regarding Proposed Schedule by Roadrunner Transportation Systems Inc. (Attachments: # 1 Text of Proposed Order)(Doran, Brett) |
| 06/07/2017 | 29 | ORDER signed by Judge Pamela Pepper on 6/7/2017 APPROVING 28 Stipulation Regarding Proposed Schedule. See order for details. (cc: all counsel)(cb) |
| 06/20/2017 | 30 | MOTION to Withdraw as Attorney of Record by Robert Goss. (Wagner, K) |
| 10/03/2017 | 31 | STIPULATION Second Joint - Regarding Proposed Schedule by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Text of Proposed Order Second Proposed Scheduling Order)(Flanner, Mary) |
| 10/12/2017 | 32 | ORDER signed by Judge Pamela Pepper on 10/12/2017 APPROVING 31 Second Joint Stipulation Regarding Proposed Schedule. See order for details. (cc: all counsel)(cb) |
| 11/01/2017 | 33 | NOTICE by Michael Easley, Armin Leuze, Robert Strougo of withdrawal of counsel (Eldridge, Mark) |
| 11/21/2017 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 11/21/2017 re 30 motion for withdrawal as counsel of record filed by the plaintiff. The court GRANTS the motion for withdrawal as counsel of record, dkt. no. 30. The court ORDERS that attorneys Anne M. Plichta and K. Scott Wagner are allowed to WITHDRAW as counsel of record for any party in this case. (cc: all counsel) (cb) |
| 03/12/2018 | 34 | AMENDED COMPLAINT with Jury Demand against All Defendants filed by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons)(Basser, Stephen) |
| 03/12/2018 | 35 | REQUEST for Issuance of Summons by Public Employees' Retirement System of Mississippi (Basser, Stephen) |
| 03/12/2018 | 36 | REQUEST for Issuance of Summons by Public Employees' Retirement System of Mississippi (Basser, Stephen) |
| 03/12/2018 | 37 | REQUEST for Issuance of Summons by Public Employees' Retirement System of Mississippi (Basser, Stephen) |
| 03/13/2018 | | Summons Issued as to HCI Equity Management LP, HCI Equity Partners LLC and Scott D. Rued. (vkb) |
| 04/06/2018 | 38 | WAIVER OF SERVICE Returned Executed by HCI Equity Management LP - Waiver sent on 3/14/2018. (Basser, Stephen) |
| 04/06/2018 | 39 | WAIVER OF SERVICE Returned Executed by HCI Equity Partners LLC - Waiver sent on 3/14/2018. (Basser, Stephen) |
| 04/06/2018 | 40 | WAIVER OF SERVICE Returned Executed by Scott D. Rued - Waiver sent on 3/14/2018. (Basser, Stephen) |
| 05/10/2018 | 41 | STIPULATION Third Joint - Regarding Proposed Schedule by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Text of Proposed Order Third Proposed Scheduling Order)(Flanner, Mary) |
| 05/15/2018 | 42 | TEXT ONLY ORDER signed by Judge Pamela Pepper on 5/15/2018 re 41 Third Joint Stipulation Regarding Proposed Schedule. The court APPROVES the stipulated amendment of the scheduling order. The court ORDERS that the defendants shall respond to the class action complaint within 45 days after the May 7, 2018 mediation before Judge Philips, or by June 21, 2018; the lead plaintiff shall file its response, if any, to the defendants' response by August 20, 2018; the defendants shall file their reply, if any, to the lead plaintiff's response by September 19, 2018. (cc: all counsel)(cb) |
| 06/19/2018 | 43 | STIPULATION - Fourth Joint Stipulation Regarding Proposed Schedule by Peter R Armbruster, Mark A Diblasi, Roadrunner Transportation Systems Inc. (Attachments: # 1 Text of Proposed Order Fourth Joint)(Fox, Paul) |
| 06/20/2018 | 44 | TEXT ONLY ORDER signed by Judge Pamela Pepper on 6/20/2018 re 43 Fourth Joint Stipulation Regarding Proposed Schedule. The court APPROVES the stipulated amendment of the scheduling order. The court ORDERS that the defendants shall respond to the class action complaint by July 23, 2018; the lead plaintiff shall file its response, if any, to the defendants' response by September 21, 2018; the defendants shall file their reply, if any, to the lead plaintiff's response by October 19, 2018. **Note: there is no document associated with this text only order.** (cc: all counsel)(cb) |
| 07/20/2018 | 45 | NOTICE of Appearance by Michael W Lieberman on behalf of Mark A Diblasi. Attorney(s) appearing: Michael W. Lieberman (Lieberman, Michael) |
| 07/23/2018 | 46 | NOTICE of Appearance by Nina Ruvinsky on behalf of Peter R Armbruster. Attorney(s) appearing: Nina Ruvinsky (Ruvinsky, Nina) |
| 07/23/2018 | 47 | NOTICE of Appearance by Julian A Lamm on behalf of Scott D. Rued. Attorney(s) appearing: Julian A. Lamm (Lamm, Julian) |
| 07/23/2018 | 48 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Roadrunner Transportation Systems Inc. (Fox, Paul) |
| 07/23/2018 | 49 | BRIEF in Support filed by Roadrunner Transportation Systems Inc re 48 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Fox, Paul) |
| 07/23/2018 | 50 | MOTION to Dismiss the Consolidated Amended Class Action Complaint by Scott D. Rued. (Attachments: # 1 Memorandum in Support of Motion to Dismiss)(Lamm, Julian) |
| 07/23/2018 | 51 | MOTION to Dismiss The Consolidated Amended Class Action Complaint by HCI Equity Management LP, HCI Equity Partners LLC. (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(Baish, Anthony) |
| 07/23/2018 | 52 | BRIEF in Support filed by HCI Equity Management LP, HCI Equity Partners LLC re 51 MOTION to Dismiss The Consolidated Amended Class Action Complaint . (Attachments: # 1 Supplement Compendium of Unpublished Opinions, # 2 |