# Exhibit 6

## United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:22-cv-00149

| | |
|---|---|
| Allison v. Oak Street Health, Inc. et al | Date Filed: 01/10/2022 |
| Assigned to: Honorable Jeffrey I Cummings | Date Terminated: 12/12/2024 |
| Cause: 28:1331 Fed. Question: Securities Violation | Jury Demand: Both |
| | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Reginald T. Allison**
*Individually and on Behalf of All Others Similarly Situated*

represented by **Marvin Alan Miller**
Miller Law LLC
53 W Jackson Boulevard
Suite 1320
Chicago, IL 60604
312-332-3400
Email: Mmiller@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Dearborn Police & Fire Revised Retirement
System**

represented by **City of Dearborn Police & Fire Revised Retirement
System**
PRO SE

V.

**Defendant**

**Oak Street Health, Inc.**

represented by **Alison Rebecca Benedon**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Fax: Pro Hac Vice
Email: abenedon@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Ehrlich**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3166
Fax: Pro Hac Vice
Email: aehrlich@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3394
Fax: Pro Hac Vice
Email: dsinnreich@paulweiss.com
*TERMINATED: 10/12/2023*
*PRO HAC VICE*

**Lisa Michelle Mazzone**
Smith, Gambrell & Russell, LLP
311 S Wacker Dr
Ste 3000
Chicago, IL 60606
312-264-1011
Fax: 312-264-2631

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Fee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Marie Fox**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle S. Myers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Francis P. Mcconville**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frank Anthony Richter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Guillaume Buell**
Labaton Keller Sucharow LLP
140 Broadway
10005
New York City, NY 10005
212-907-0700
Email: gbuell@labaton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jake E. Bissell-Linsk**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E Barz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Gardner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2022 | 1 | COMPLAINT filed by Reginald T. Allison; Jury Demand. Filing fee $ 402, receipt number 0752-19041126.(Miller, Marvin) (Entered: 01/10/2022) |
| 01/10/2022 | 2 | CIVIL Cover Sheet (Miller, Marvin) (Entered: 01/10/2022) |
| 01/10/2022 | 3 | ATTORNEY Appearance for Plaintiff Reginald T. Allison by Marvin Alan Miller (Miller, Marvin) (Entered: 01/10/2022) |
| 01/10/2022 | | CASE ASSIGNED to the Honorable Matthew F. Kennelly. Designated as Magistrate Judge the Honorable Gabriel A. Fuentes. Case assignment: Random assignment. (ey, ) (Entered: 01/11/2022) |
| 01/11/2022 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (ey, ) (Entered: 01/11/2022) |
| 01/11/2022 | | SUMMONS Issued as to Defendant Oak Street Health, Inc. (lxk, ) (Entered: 01/11/2022) |

| | | |
|---|---|---|
| 01/12/2022 | | SUMMONS Issued as to Defendants Timothy Cook, Michael Pykosz (jmk, ) (Entered: 01/12/2022) |
| 02/03/2022 | 4 | SUMMONS Returned Executed by Reginald T. Allison as to Oak Street Health, Inc. on 1/31/2022, answer due 2/21/2022. (Miller, Marvin) (Entered: 02/03/2022) |
| 03/14/2022 | 5 | MOTION by Plaintiff Reginald T. Allison for Appointment as Lead Plaintiff and Approval of Counsel (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Miller, Marvin) (Entered: 03/14/2022) |
| 03/14/2022 | 6 | MEMORANDUM by Reginald T. Allison in support of motion for miscellaneous relief 5 *Memorandum of Law in Support of Motion of Reginald T. Allison for Appointment as Lead Plaintiff and Approval of Counsel* (Miller, Marvin) (Entered: 03/14/2022) |
| 03/14/2022 | 7 | ATTORNEY Appearance for Movants Employees Retirement System of the City of Baltimore, Employees Retirement System of the City of Kansas City, Missouri by Carol V Gilden (Gilden, Carol) (Entered: 03/14/2022) |
| 03/14/2022 | 8 | MOTION by Movants Employees Retirement System of the City of Baltimore, Employees Retirement System of the City of Kansas City, Missouri for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Gilden, Carol) (Entered: 03/14/2022) |
| 03/14/2022 | 9 | ATTORNEY Appearance for Movants Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, Boston Retirement System by Danielle S. Myers (Myers, Danielle) (Entered: 03/14/2022) |
| 03/14/2022 | 10 | NOTICE of Motion by Carol V Gilden for presentment of (Gilden, Carol) (Entered: 03/14/2022) |
| 03/14/2022 | 11 | MOTION by Movants Boston Retirement System, Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987 for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel (Attachments: # 1 Exhibit A - PSLRA Notice, # 2 Exhibit B - Certifications, # 3 Exhibit C - Estimate of losses, # 4 Exhibit D - Joint Declaration in Support)(Myers, Danielle) (Entered: 03/14/2022) |
| 03/14/2022 | 12 | MEMORANDUM by Employees Retirement System of the City of Baltimore, Employees Retirement System of the City of Kansas City, Missouri in support of motion for miscellaneous relief 8 *Appointment as Lead Plaintiff and Approval of Selection of Counsel* (Gilden, Carol) (Entered: 03/14/2022) |
| 03/14/2022 | 13 | MEMORANDUM by Boston Retirement System, Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987 in support of motion for miscellaneous relief, 11 (Myers, Danielle) (Entered: 03/14/2022) |
| 03/14/2022 | 14 | DECLARATION of CAROL V GILDEN regarding motion for miscellaneous relief 8 *for Appointment as Lead Plaintiff and Approval of Selection of Counsel* (Attachments: # 1 Exhibit A - Certifications, # 2 Exhibit B - Loss Chart, # 3 Exhibit C- Joint Declaration, # 4 Exhibit D- Notice, # 5 Exhibit E - Resume-Saxena White, # 6 Exhibit F- Resume - Cohen Milstein)(Gilden, Carol) (Entered: 03/14/2022) |
| 03/15/2022 | 15 | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing and hearing on motions to appoint lead plaintiff (etc.) 5 8 11 is set for 3/25/2022 at 8:55 AM, using call-in number 888-684-8852, access code 746-1053. Counsel should wait for the case to be called before announcing themselves. Any objections to any of the pending motions are to be filed by 3/22/2022. The parties are directed to confer and attempt to agree regarding an appropriate pretrial and discovery schedule and are to file a joint status report in this regard on 3/23/2022. (mk) (Entered: 03/15/2022) |
| 03/18/2022 | 16 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19259714. (Mcconville, Francis) (Entered: 03/18/2022) |
| 03/19/2022 | 17 | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Francis McConville to appear pro hac vice 16 is granted. (mk) (Entered: 03/19/2022) |
| 03/21/2022 | 18 | NOTICE by Employees Retirement System of the City of Baltimore, Employees Retirement System of the City of Kansas City, Missouri *NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL* (Gilden, Carol) (Entered: 03/21/2022) |
| 03/22/2022 | 19 | ATTORNEY Appearance for Defendants Timothy Cook, Oak Street Health, Inc., Michael Pykosz by Peter A. Silverman (Silverman, Peter) (Entered: 03/22/2022) |
| 03/22/2022 | 20 | MOTION by Defendants Timothy Cook, Oak Street Health, Inc., Michael Pykosz for extension of time to file answer *AGREED MOTION FOR ENTRY OF AN ORDER ACCEPTING SERVICE OF PROCESS AND EXTENDING TIME TO RESPOND TO COMPLAINT* (Silverman, Peter) (Entered: 03/22/2022) |
| 03/22/2022 | 21 | ATTORNEY Appearance for Defendants Timothy Cook, Oak Street Health, Inc., Michael Pykosz by Rebecca Rejeanne Kaiser (Kaiser, Rebecca) (Entered: 03/22/2022) |
| 03/22/2022 | 22 | ATTORNEY Appearance for Movants Boston Retirement System, Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987 by James E Barz (Barz, James) (Entered: 03/22/2022) |
| 03/22/2022 | 23 | ATTORNEY Appearance for Movants Boston Retirement System, Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987 by Frank Anthony Richter (Richter, Frank) (Entered: 03/22/2022) |
| 03/22/2022 | 24 | NOTICE by Reginald T. Allison *Notice of Non-Opposition of Reginald T. Allison to Competing Motions for Appointment as Lead Plaintiff and Approval of Counsel* (Miller, Marvin) (Entered: 03/22/2022) |

| | | |
|---|---|---|
| 03/22/2022 | 25 | RESPONSE by Boston Retirement System, Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987 to MOTION by Movants Boston Retirement System, Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987 for Appointment as Lead Plaintiff and for Approval of Lead Plaintif 11 *Notice of Unopposed Motion* (Myers, Danielle) (Entered: 03/22/2022) |
| 03/23/2022 | 26 | STATUS Report *Joint Status Report Regarding Pretrial and Discovery Schedule* by Timothy Cook, Oak Street Health, Inc., Michael Pykosz (Silverman, Peter) (Entered: 03/23/2022) |
| 03/24/2022 | 27 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19279311. (Ehrlich, Andrew) (Entered: 03/24/2022) |
| 03/25/2022 | 28 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19280573. (Sinnreich, Daniel) (Entered: 03/25/2022) |
| 03/25/2022 | 29 | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 3/25/2022. Attorneys Andrew Ehrlich and Daneil Sinnreich's motions for pro hac vice are granted 27 28 . Plaintiff's motion for appointment of lead plaintiff and lead counsel 5 is denied. Movant's motion for lead plaintiff and lead counsel 8 is denied. Movants' motion for appointment as lead plaintiff and approval of lead counsel 11 is granted. Enter order for lead plaintiff and approval of lead counsel. Defendants' agreed motion for entry of an order accepting service of process and extending time to respond to complaint 20 is granted. By no later than 5/25/2022, lead plaintiff is directed to either advise the Court that they are gong to proceed on the original complaint or they are to file an amended or consolidated complaint. Defendant's response to the complaint is due 7/25/2022. Plaintiffs' response to the motion to dismiss is due 9/26/2022; defendant's reply is due 10/26/2022. These are final dates. Discovery is stayed pending determination of any motion to dismiss. A telephonic status hearing is set for 5/31/2022 at 8:45 a.m. The following call-in number will be used for the hearing: 888-684-8852, access code 746-1053. Mailed notice. (mma, ) (Entered: 03/25/2022) |
| 03/25/2022 | 30 | ORDER Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Lead Counsel: Signed by the Honorable Matthew F. Kennelly on 3/25/2022. Mailed notice. (mma, ) (Entered: 03/25/2022) |
| 03/29/2022 | 31 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Timothy Cook, Oak Street Health, Inc., Michael Pykosz (Silverman, Peter) (Entered: 03/29/2022) |
| 04/01/2022 | 32 | NOTICE by Rebecca Rejeanne Kaiser of Change of Address (Kaiser, Rebecca) (Entered: 04/01/2022) |
| 04/01/2022 | 33 | NOTICE by Peter A. Silverman of Change of Address (Silverman, Peter) (Entered: 04/01/2022) |
| 05/11/2022 | 34 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19453662. (Villegas, Carol) (Entered: 05/11/2022) |
| 05/11/2022 | 35 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19453722. (Fox, Christine) (Entered: 05/11/2022) |
| 05/11/2022 | 36 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19453772. (Bissell-Linsk, Jake) (Entered: 05/11/2022) |
| 05/11/2022 | 37 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19453793. (Buell, Guillaume) (Entered: 05/11/2022) |
| 05/12/2022 | 38 | MINUTE entry before the Honorable Matthew F. Kennelly: Motions of Carol Villegas, Christine Fox, Jake Bissell-Linsk, and Guillaume Buell to appear pro hac vice are granted. (mk) (Entered: 05/12/2022) |
| 05/25/2022 | 39 | ATTORNEY Appearance for Movants Boston Retirement System, Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987 by Cameran Gilliam (Gilliam, Cameran) (Entered: 05/25/2022) |
| 05/25/2022 | 40 | AMENDED complaint by Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, Boston Retirement System, Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, City of Dearborn Police & Fire Revised Retirement System against All Defendants *Lead Plaintiffs' Complaint For Violations of The Federal Securities Laws* (Richter, Frank) (Entered: 05/25/2022) |
| 05/27/2022 | | SUMMONS Issued as to Defendants Regina Benjamin, Carl Daley, Cheryl Dorsey, General Atlantic (OSH) Interholdco, L.P., General Atlantic LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Mohit Kaushal, Kim Keck, Julie Klapstein, Paul Kusserow, Morgan Stanley & Co. LLC, Griffin Myers, Newlight Partners LP, Piper Sandler & Co., Geoff Price, Robbert Vorhoff, Srdjan Vukovic, William Blair & Company, L.L.C (jk2, ) (Entered: 05/27/2022) |
| 05/27/2022 | | SUMMONS Issued as to Defendant Newlight Harbour Point SPV (ak, ) (Entered: 05/27/2022) |
| 05/31/2022 | 41 | MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 5/31/2022 and continued to 10/27/2022 at 9:00 a.m. The following call-in number will be used for the hearing: 888-684-8852, access code 746-1053. Mailed notice. (mma, ) (Entered: 05/31/2022) |
| 06/22/2022 | 42 | ATTORNEY Appearance for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Piper Sandler & Co., William Blair & Company, L.L.C by Marcella Louise Lape (Lape, Marcella) (Entered: 06/22/2022) |
| 06/22/2022 | 43 | ATTORNEY Appearance for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Piper Sandler & Co., William Blair & Company, L.L.C by Clare Lilek (Lilek, Clare) (Entered: 06/22/2022) |
| 06/22/2022 | 44 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19584784. (Musoff, Scott) (Entered: 06/22/2022) |

| | | |
|---|---|---|
| 06/23/2022 | 45 | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Scott Musoff to appear pro hac vice 44 is granted. (mk) (Entered: 06/23/2022) |
| 07/18/2022 | 46 | MOTION by Movants Boston Retirement System, Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, Plaintiff City of Dearborn Police & Fire Revised Retirement System to Adopt and Align Briefing Schedule for All Defendants *(Joint)* (Fox, Christine) (Entered: 07/18/2022) |
| 07/19/2022 | 47 | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to adopt and align briefing schedule for all defendants 46 is granted; the briefing schedule previously set applies to all defendants. Defendants are directed to file by the close of business on 7/19/2022 a status report stating the number of pages of briefs they propose to file in support of any motion(s) to dismiss, so that the Court can assess this. The case is set for a telephonic status hearing on 7/22/2022 at 9:10 AM, using call-in number 888-684-8852, access code 746-1053. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. (mk) (Entered: 07/19/2022) |
| 07/19/2022 | 48 | STATUS Report by Timothy Cook, Oak Street Health, Inc., Michael Pykosz (Silverman, Peter) (Entered: 07/19/2022) |
| 07/20/2022 | 49 | MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the status report and hereby vacates the telephone conference set for 7/22/2022. As proposed in the status report, the briefs in support of the defendants' motions to dismiss may total up to 45 pages in the aggregate; plaintiffs' response brief may be up to 45 pages; and defendants' replies may be up to 25 pages in the aggregate. (mk) (Entered: 07/20/2022) |
| 07/20/2022 | 50 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19666317. (Fee, James) (Entered: 07/20/2022) |
| 07/20/2022 | 51 | ATTORNEY Appearance for Defendants Regina Benjamin, Carl Daley, Cheryl Dorsey, General Atlantic (OSH) Interholdco, L.P., General Atlantic LLC, Mohit Kaushal, Kim Keck, Julie Klapstein, Paul Kusserow, Griffin Myers, Newlight Harbour Point SPV, Newlight Partners LP, Geoff Price, Robbert Vorhoff, Srdjan Vukovic by Andrew Ehrlich (Ehrlich, Andrew) (Entered: 07/20/2022) |
| 07/20/2022 | 52 | ATTORNEY Appearance for Defendants Regina Benjamin, Carl Daley, Cheryl Dorsey, General Atlantic (OSH) Interholdco, L.P., General Atlantic LLC, Mohit Kaushal, Kim Keck, Julie Klapstein, Paul Kusserow, Griffin Myers, Newlight Harbour Point SPV, Newlight Partners LP, Geoff Price, Robbert Vorhoff, Srdjan Vukovic by Daniel Shiah Sinnreich (Sinnreich, Daniel) (Entered: 07/20/2022) |
| 07/21/2022 | 53 | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of James Fee to appear pro hac vice 50 is granted. (mk) (Entered: 07/21/2022) |
| 07/22/2022 | 54 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by General Atlantic (OSH) Interholdco, L.P., General Atlantic LLC (Silverman, Peter) (Entered: 07/22/2022) |
| 07/22/2022 | 55 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Newlight Harbour Point SPV, Newlight Partners LP (Silverman, Peter) (Entered: 07/22/2022) |
| 07/25/2022 | 56 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Goldman Sachs & Co. LLC (Lape, Marcella) (Entered: 07/25/2022) |
| 07/25/2022 | 57 | MOTION by Defendants General Atlantic (OSH) Interholdco, L.P., Julie Klapstein, Piper Sandler & Co., Oak Street Health, Inc., Kim Keck, Geoff Price, Mohit Kaushal, Morgan Stanley & Co. LLC, Newlight Harbour Point SPV, Robbert Vorhoff, Michael Pykosz, Goldman Sachs & Co. LLC, Srdjan Vukovic, Regina Benjamin, J.P. Morgan Securities LLC, General Atlantic LLC, Timothy Cook, Paul Kusserow, Newlight Partners LP, Cheryl Dorsey, Carl Daley, Griffin Myers, William Blair & Company, L.L.C to dismiss *Lead Plaintiffs' Complaint for Violation of the Federal Securities Laws* (Ehrlich, Andrew) (Entered: 07/25/2022) |
| 07/25/2022 | 58 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by J.P. Morgan Securities LLC (Lape, Marcella) (Entered: 07/25/2022) |
| 07/25/2022 | 59 | MEMORANDUM by Regina Benjamin, Timothy Cook, Carl Daley, Cheryl Dorsey, General Atlantic (OSH) Interholdco, L.P., General Atlantic LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Mohit Kaushal, Kim Keck, Julie Klapstein, Paul Kusserow, Morgan Stanley & Co. LLC, Griffin Myers, Newlight Harbour Point SPV, Newlight Partners LP, Oak Street Health, Inc., Piper Sandler & Co., Geoff Price, Michael Pykosz, Robbert Vorhoff, Srdjan Vukovic, William Blair & Company, L.L.C in support of motion to dismiss,, 57 (Attachments: # 1 Declaration of Daniel S. Sinnreich, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X)(Ehrlich, Andrew) (Entered: 07/25/2022) |
| 07/25/2022 | 60 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Morgan Stanley & Co. LLC (Lape, Marcella) (Entered: 07/25/2022) |
| 07/25/2022 | 61 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by William Blair & Company, L.L.C (Lape, Marcella) (Entered: 07/25/2022) |
| 07/26/2022 | 62 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Piper Sandler & Co. (Lape, Marcella) (Entered: 07/26/2022) |
| 09/26/2022 | 63 | RESPONSE by Boston Retirement System, Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, City of Dearborn Police & Fire Revised Retirement Systemin Opposition to MOTION by Defendants General Atlantic (OSH) Interholdco, L.P., Julie Klapstein, Piper Sandler & Co., Oak Street Health, Inc., Kim Keck, Geoff Price, Mohit Kaushal, Morgan Stanley & Co. LLC, Newlight Harbour Point SPV, Robbert Vorhoff, Michael Pykosz, 57 (Fox, Christine) (Entered: 09/26/2022) |