# Exhibit 7

Case 1:24-cv-00556-WCG    Filed 03/31/25    Page 1 of 6    Document 60-7

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3) (Chicago)
### CIVIL DOCKET FOR CASE #: 1:18-cv-01577

| | |
|---|---|
| Chandler v. Ulta Beauty, Inc. et al | Date Filed: 03/02/2018 |
| Assigned to: Honorable Martha M. Pacold | Date Terminated: 05/12/2022 |
| related Cases: 1:18-cv-03606 | Jury Demand: Both |
| 1:18-cv-04137 | Nature of Suit: 850 Securities/Commodities |
| Cause: 15:78m(a) Securities Exchange Act | Jurisdiction: Federal Question |

**Plaintiff**

**Barbara Chandler**
*Individually and On Behalf of All Others Similarly Situated*

represented by **Patrick Vincent Dahlstrom**
Pomerantz LLP
Ten South La Salle Street, Suite 3505
Suite 3505
Chicago, IL 60603
312-377-1181
Email: pdahlstrom@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood , II**
Pomerantz Llp
600 Third Avenue, Floor 20
New York, NY 10016
(212) 661-1100
Fax: Not a member
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Louis Carey Ludwig**
Pomerantz LLP
10 S. LaSalle Street
Suite 3505
Chicago, IL 60603
312-377-1181
Fax: Not a member
Email: lcludwig@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue
20th Fl
New York, NY 10016
(212) 661-1100
Fax: Pro Hac Vice
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ulta Beauty, Inc.**

represented by **Craig Christopher Martin**
Willkie Farr & Gallagher LLP
300 North LaSalle
Chicago, IL 60654
(312) 728-9000
Fax: Active
Email: cmartin@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda S Amert**
Willkie Farr & Gallagher LLP

**Lesley F. Portnoy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marielise Fraioli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Benjamin Goldberg**
(See above for address)
*TERMINATED: 09/20/2021*

**Peter E. Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Vincent Prongay**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Iron Workers Locals 40, 361 & 417 – Union Security Funds**

**Movant**

**Iron Workers Local 580 – Joint Funds**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2018 | 1 | COMPLAINT filed by Barbara Chandler; Jury Demand. Filing fee $ 400, receipt number 0752-14186001. (Attachments: # 1 Exhibit Certification, # 2 Exhibit Schedule A)(Lieberman, Jeremy) (Entered: 03/02/2018) |
| 03/02/2018 | 2 | CIVIL Cover Sheet (Lieberman, Jeremy) (Entered: 03/02/2018) |
| 03/02/2018 | | CASE ASSIGNED to the Honorable Robert M. Dow, Jr. Designated as Magistrate Judge the Honorable Sheila Finnegan. (meg, ) (Entered: 03/02/2018) |
| 03/02/2018 | | SUMMONS Issued as to Defendants Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc. (pg, ) (Entered: 03/02/2018) |
| 03/02/2018 | 3 | MINUTE entry before the Honorable Robert M. Dow, Jr: Initial status hearing is set for 4/23/2018 at 10:30 a.m. and parties are to report the following: (1) Possibility of settlement in the case; (2) If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the courts action herein. Lead counsel is directed to appear at this status hearing. The parties are requested to file a joint status report at least two days prior to the initial status. For further details see the Court's website available at www.ilnd.uscourts.gov. Mailed notice (cdh, ) (Entered: 03/02/2018) |
| 03/05/2018 | 4 | NOTICE TO THE PARTIES - The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) Standing Order and a Checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third-Party Complaint is served. (tt, ) (Entered: 03/05/2018) |
| 03/26/2018 | 5 | CERTIFICATE of Service by Plaintiff Barbara Chandler regarding summons issued, complaint 1 , civil cover sheet 2 (Lieberman, Jeremy) (Entered: 03/26/2018) |
| 03/29/2018 | 6 | ATTORNEY Appearance for Defendants Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc. by Craig Christopher Martin (Martin, Craig) (Entered: 03/29/2018) |
| 03/29/2018 | 7 | ATTORNEY Appearance for Defendants Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc. by Matt D. Basil (Basil, Matt) (Entered: 03/29/2018) |
| 03/29/2018 | 8 | ATTORNEY Appearance for Defendants Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc. by Paul Benjamin Rietema (Rietema, Paul) (Entered: 03/29/2018) |
| 03/29/2018 | 9 | ATTORNEY Appearance for Defendants Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc. by Howard Steven Suskin (Suskin, Howard) (Entered: 03/29/2018) |
| 03/29/2018 | 10 | STIPULATION *and (Proposed) Order Regarding Scheduling* (Suskin, Howard) (Entered: 03/29/2018) |
| 04/03/2018 | 11 | MINUTE entry before the Honorable Robert M. Dow, Jr: The Court accepts the parties' stipulation and proposed order regarding scheduling 10 . The deadline for filing a motion to be appointed lead plaintiff is 5/1/2018. In view of the stipulation |

| | | |
|---|---|---|
| | | and the deadlines set forth therein, the initial status hearing set for 4/23/2018 is stricken and reset to 5/10/2018 at 10:30 a.m. Mailed notice (cdh, ) (Entered: 04/03/2018) |
| 04/06/2018 | 12 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Ulta Beauty, Inc. (Basil, Matt) (Entered: 04/06/2018) |
| 05/01/2018 | 13 | ATTORNEY Appearance for Movants Ulta Investor Group, Danny Hurlbut, Marlene Hurlbut, Cynthia Busse, Lawrence Banker by Jeffrey Michael Salas (Salas, Jeffrey) (Entered: 05/01/2018) |
| 05/01/2018 | 14 | MOTION by Movants Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut, Ulta Investor GroupFOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL (Salas, Jeffrey) (Entered: 05/01/2018) |
| 05/01/2018 | 15 | NOTICE of Motion by Jeffrey Michael Salas for presentment of motion for miscellaneous relief 14 before Honorable Robert M. Dow Jr. on 5/8/2018 at 09:15 AM. (Salas, Jeffrey) (Entered: 05/01/2018) |
| 05/01/2018 | 16 | MEMORANDUM OF LAW IN SUPPORT OF ULTA INVESTOR GROUP'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND SELECTION OF COUNSEL by Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut, Ulta Beauty, Inc. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Text of Proposed Order)(Salas, Jeffrey) (Entered: 05/01/2018) |
| 05/01/2018 | 17 | ATTORNEY Appearance for Movant Lehigh County Employees Retirement Fund by Danielle S. Myers (Myers, Danielle) (Entered: 05/01/2018) |
| 05/01/2018 | 18 | ATTORNEY Appearance for Movants Asha Ullah, Ahmad Ullah, Vaijinath Chakote by Peter E. Cooper (Cooper, Peter) (Entered: 05/01/2018) |
| 05/01/2018 | 19 | MOTION by Movant Lehigh County Employees Retirement Fund for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (Attachments: # 1 Exhibit A - PSLRA Notice, # 2 Exhibit B - Certification, # 3 Exhibit C - Estimate of losses, # 4 Exhibit D - Robbins Geller Rudman & Dowd LLP firm resume)(Myers, Danielle) (Entered: 05/01/2018) |
| 05/01/2018 | 20 | NOTICE of Motion by Danielle S. Myers for presentment of motion for miscellaneous relief, 19 before Honorable Robert M. Dow Jr. on 5/8/2018 at 09:15 AM. (Myers, Danielle) (Entered: 05/01/2018) |
| 05/01/2018 | 21 | MEMORANDUM by Lehigh County Employees Retirement Fund in support of motion for miscellaneous relief, 19 (Myers, Danielle) (Entered: 05/01/2018) |
| 05/01/2018 | 22 | MOTION by Movant Ahmad Ullah appointment of Movants as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 (PSLRA), 15 U.S.C. § 78u-4, and (b) approval of Movants selection of Glancy Prongay & Murray LLP as Lead Counsel and Lawrence, Kamin, Saunders & Uhlenhop LLC as Liaison Counsel for the class (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Press release published March 2, 2018, # 3 Declaration Signed Certification of Movants, # 4 Exhibit Table of Movants calculated losses, # 5 Exhibit Firm rsum of Glancy Prongay & Murray LLP, # 6 Exhibit Firm rsum of Lawrence, Kamin, Saunders & Uhlenhop LLC,)(Cooper, Peter) (Entered: 05/01/2018) |
| 05/01/2018 | 23 | MOTION by Movants Iron Workers Locals 40, 361 & 417 - Union Security Funds, Iron Workers Local 580 - Joint FundsFOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL (Ludwig, Louis) (Entered: 05/01/2018) |
| 05/01/2018 | 24 | MEMORANDUM by Iron Workers Local 580 - Joint Funds, Iron Workers Locals 40, 361 & 417 - Union Security Funds in support of motion for miscellaneous relief 23 (Ludwig, Louis) (Entered: 05/01/2018) |
| 05/01/2018 | 25 | NOTICE of Motion by Louis Carey Ludwig for presentment of motion for miscellaneous relief 23 before Honorable Robert M. Dow Jr. on 5/8/2018 at 09:15 AM. (Ludwig, Louis) (Entered: 05/01/2018) |
| 05/01/2018 | 26 | DECLARATION of Louis C. Ludwig regarding motion for miscellaneous relief 23 (Attachments: # 1 Exhibit A - Press Release, # 2 Exhibit B - Certifications, # 3 Exhibit C - Loss Chart, # 4 Exhibit D - Firm Resume)(Ludwig, Louis) (Entered: 05/01/2018) |
| 05/01/2018 | 27 | NOTICE of Motion by Peter E. Cooper for presentment of motion for miscellaneous relief,, 22 before Honorable Robert M. Dow Jr. on 5/8/2018 at 09:15 AM. (Cooper, Peter) (Entered: 05/01/2018) |
| 05/01/2018 | 28 | MEMORANDUM by Vaijinath Chakote, Ahmad Ullah, Asha Ullah in support of motion for miscellaneous relief,, 22 *appointing Movants as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 (PSLRA), 15 U.S.C. § 78u-4, and (b) approving Movants selection of Glancy Prongay & Murray LLP as Lead Counsel and Lawrence, Kamin, Saunders & Uhlenhop LLC as Liaison Counsel for the class* (Cooper, Peter) (Entered: 05/01/2018) |
| 05/01/2018 | 29 | ATTORNEY Appearance for Movants Vaijinath Chakote, Ahmad Ullah, Asha Ullah by Mitchell Benjamin Goldberg (Goldberg, Mitchell) (Entered: 05/01/2018) |
| 05/01/2018 | 30 | ATTORNEY Appearance for Movants Vaijinath Chakote, Ahmad Ullah, Asha Ullah by John Scott Monical (Monical, John) (Entered: 05/01/2018) |
| 05/01/2018 | 31 | ATTORNEY Appearance for Movants Vaijinath Chakote, Ahmad Ullah, Asha Ullah by Marielise Fraioli (Fraioli, Marielise) (Entered: 05/01/2018) |
| 05/01/2018 | 32 | MOTION by Movants Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut, Ulta Investor GroupMOTION OF THE ULTA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL (CORRECTED) (Salas, Jeffrey) (Entered: 05/01/2018) |
| 05/01/2018 | 33 | NOTICE of Motion by Jeffrey Michael Salas for presentment of motion for miscellaneous relief 32 before Honorable Robert M. Dow Jr. on 5/8/2018 at 09:15 AM. (Salas, Jeffrey) (Entered: 05/01/2018) |
| 05/01/2018 | 34 | MEMORANDUM OF LAW IN SUPPORT OF ULTA INVESTOR GROUP'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND SELECTION OF COUNSEL (CORRECTED) by Lawrence Banker, Cynthia Busse, Danny Hurlbut, |

Case 1:24-cv-00556-WCG     Filed 03/31/25     Page 4 of 6     Document 60-7

| | | |
|---|---|---|
| | | Marlene Hurlbut, Ulta Investor Group (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Text of Proposed Order)(Salas, Jeffrey) (Entered: 05/01/2018) |
| 05/03/2018 | 35 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14426615. (Prongay, Robert) (Entered: 05/03/2018) |
| 05/03/2018 | 36 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14426905. (Hopkins, Shannon) (Entered: 05/03/2018) |
| 05/04/2018 | 37 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14432854. (Portnoy, Lesley) (Entered: 05/04/2018) |
| 05/07/2018 | 38 | MINUTE entry before the Honorable Robert M. Dow, Jr: Robert V. Prongay and Lesley F. Portnoy's motions for leave to appear pro hac vice on behalf of Asha Ullah, Ahmad Ullah, and Dr. Vaijinath Chakote 35 and 37 are granted. Shannon L. Hopkins' motion for leave to appear pro hac vice on behalf of Lawrence Banker, Cynthia Busse, Danny Hurlbut, and Marlene Hurlbut 36 is granted. Mailed notice (cdh, ) (Entered: 05/07/2018) |
| 05/07/2018 | 39 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14438849. (Linehan, Charles) (Entered: 05/07/2018) |
| 05/07/2018 | 40 | MOTION by Movant Lehigh County Employees Retirement Fund to withdraw motion for miscellaneous relief, 19 (Myers, Danielle) (Entered: 05/07/2018) |
| 05/07/2018 | 41 | MINUTE entry before the Honorable Robert M. Dow, Jr: Due to the Court's trial calendar, motions 14 , 19 , 22 , 23 , and 32 are reset to Thursday, 5/10/2018 at 10:30 a.m. Notice of motion date of 5/8/2018 is stricken and no appearances are necessary on that date. Mailed notice (cdh, ) (Entered: 05/07/2018) |
| 05/07/2018 | 42 | ATTORNEY Appearance for Plaintiff Barbara Chandler by J. Alexander Hood, II (Hood, J. Alexander) (Entered: 05/07/2018) |
| 05/08/2018 | 43 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14442764. (Potrepka, Gregory) (Entered: 05/08/2018) |
| 05/08/2018 | 44 | ATTORNEY Appearance for Plaintiff Barbara Chandler by Patrick Vincent Dahlstrom (Dahlstrom, Patrick) (Entered: 05/08/2018) |
| 05/08/2018 | 45 | ATTORNEY Appearance for Plaintiff Barbara Chandler by Louis Carey Ludwig (Ludwig, Louis) (Entered: 05/08/2018) |
| 05/10/2018 | 46 | ORDER: Motion hearing held on motion for appointment as lead Plaintiff and approval of selection of lead counsel 19 ; response due 5/24/2018; reply is due 5/31/2018; motion is taken under advisement and the Court will issue a ruling by mail. Signed by the Honorable Robert M. Dow, Jr on 5/10/2018. Mailed notice(gcy, ) (Entered: 05/17/2018) |
| 05/24/2018 | 47 | MEMORANDUM by Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut in Opposition to motion for miscellaneous relief 23 , motion for miscellaneous relief,, 22 (Attachments: # 1 Declaration, # 2 Exhibit A to Declaration, # 3 Exhibit B to Declaration)(Hopkins, Shannon) (Entered: 05/24/2018) |
| 05/24/2018 | 48 | RESPONSE by Iron Workers Local 580 - Joint Funds, Iron Workers Locals 40, 361 & 417 - Union Security Fundsin Support of MOTION by Movants Iron Workers Locals 40, 361 & 417 - Union Security Funds, Iron Workers Local 580 - Joint FundsFOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL 23 - *Memorandum of Law in Further Support of Motion of Iron Workers Locals 40, 361 & 417 Union Security Funds and Iron Workers Local 580 Joint Funds for Appointment as Lead Plaintiffs and Approval of Counsel, and in Opposition to Competing Motions* (Ludwig, Louis) (Entered: 05/24/2018) |
| 05/24/2018 | 49 | RESPONSE by Movants Ahmad Ullah, Asha Ullah to motion for miscellaneous relief, 19 , motion for miscellaneous relief 23 (Attachments: # 1 Declaration Exh A)(Goldberg, Mitchell) (Entered: 05/24/2018) |
| 05/31/2018 | 50 | REPLY by Movant Ulta Investor Group to motion for miscellaneous relief 14 *REPLY IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL* (Hopkins, Shannon) (Entered: 05/31/2018) |
| 05/31/2018 | 51 | REPLY by Movant Iron Workers Local 580 - Joint Funds to motion for miscellaneous relief 23 *Reply Memorandum of Law in Further Support of Motion of IW 580 Local 580 Joint Funds for Appointment as Lead Plaintiff and Approval of Counsel, and in Opposition to Competing Motions* (Ludwig, Louis) (Entered: 05/31/2018) |
| 05/31/2018 | 52 | REPLY by Movants Ahmad Ullah, Asha Ullah to motion for miscellaneous relief,, 22 *Reply Memorandum in Further Support of Asha Ullah, Ahmad Ullah and Dr. Vaijinath Chakote's Motion for Appointment for Lead Plaintiff and Approval of Lead Counsel* (Goldberg, Mitchell) (Entered: 05/31/2018) |
| 06/04/2018 | 53 | MOTION by Movants Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut for leave to file *MOTION OF THE ULTA INVESTOR GROUP FOR LEAVE TO FILE A SURREPLY IN RESPONSE TO IRON WORKERS LOCAL 580JOINT FUNDS REPLY* (Attachments: # 1 Exhibit A - Surreply)(Hopkins, Shannon) (Entered: 06/04/2018) |
| 06/04/2018 | 54 | NOTICE by Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut re MOTION by Movants Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut for leave to file *MOTION OF THE ULTA INVESTOR GROUP FOR LEAVE TO FILE A SURREPLY IN RESPONSE TO IRON WORKERS LOCAL 580JOINT FUNDS REPLY* 53 (Hopkins, Shannon) (Entered: 06/04/2018) |
| 06/04/2018 | 55 | NOTICE of Motion by Shannon Hopkins for presentment of motion for leave to file, 53 before Honorable Robert M. Dow Jr. on 6/7/2018 at 09:15 AM. (Hopkins, Shannon) (Entered: 06/04/2018) |
| 06/05/2018 | 56 | MINUTE entry before the Honorable Robert M. Dow, Jr: Movants' motion for leave to file sur-reply 53 is taken under advisement. The Court will review the briefing as a whole and if it determines that a sur-reply is warranted, it will consider the |

| | | |
|---|---|---|
| | | brief that Movants have filed. Notice of motion date of 5/7/2018 is stricken and no appearances are necessary on that date. Mailed notice (cdh, ) (Entered: 06/05/2018) |
| 06/26/2018 | 57 | ORDER: For the reasons stated in the Memorandum Opinion and Order, Lehigh County Employees Retirement Fund's motion to withdraw 40 is granted and its motion for appointment as lead plaintiff and approval of selection of lead counsel 19 is stricken. For the reasons set forth below, the Hurlbut Group's motion to for leave to file a sur-reply 53 is granted. The Court grants the motion 14 ; 32 of Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut for appointment as lead plaintiffs and approves their selection of Levi & Korsinsky, LLP as lead counsel and Salas Wang LLC as liaison counsel. The Court denies the remaining motions 22 ; 23 for appointment as lead plaintiff. The case is set for further status on July 17, 2018 at 10:00 a.m. Signed by the Honorable Robert M. Dow, Jr on 6/26/2018. Mailed notice (tt, ) (Entered: 06/27/2018) |
| 06/26/2018 | 58 | MEMORANDUM Opinion and Order. Signed by the Honorable Robert M. Dow, Jr on 6/26/2018. Mailed notice (tt, ) (Entered: 06/27/2018) |
| 06/29/2018 | 59 | MINUTE entry before the Honorable Robert M. Dow, Jr: Motions to appear pro hac vice 39 and 43 are granted; Mailed notice (cdh, ) (Entered: 06/29/2018) |
| 07/02/2018 | 60 | MINUTE entry before the Honorable Robert M. Dow, Jr: By agreement of the parties, status hearing set for 7/17/2018 is cancelled and reset to 8/16/2018 at 9:00 a.m. Mailed notice (cdh, ) (Entered: 07/02/2018) |
| 07/30/2018 | 61 | MOTION by Defendants Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc. to reassign case / Unopposed Motion to Reassign Related Matters (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Martin, Craig) (Entered: 07/30/2018) |
| 07/30/2018 | 62 | NOTICE of Motion by Craig Christopher Martin for presentment of motion to reassign case 61 before Honorable Robert M. Dow Jr. on 8/7/2018 at 09:45 AM. (Martin, Craig) (Entered: 07/30/2018) |
| 08/06/2018 | 63 | ATTORNEY Appearance for Defendants Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc. by Amanda S Amert (Amert, Amanda) (Entered: 08/06/2018) |
| 08/06/2018 | 64 | STIPULATION AND ORDER REGARDING SCHEDULING Signed by the Honorable Robert M. Dow, Jr. on 8/6/2018. Plaintiffs' amended complaint is due 8/27/2017; Defendants' responsive pleadings are due 10/26/2018; Plaintiffs' opposition, if necessary, is due 12/10/2018; and Defendants' reply brief, if necessary, is due 1/9/2019. Note: This case remains on the call for 6/7/2018 at 9:45 a.m. on motion 61 . Mailed notice(cdh, ) (Entered: 08/06/2018) |
| 08/07/2018 | 65 | MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Unopposed motion to reassign related matters: Sbriglio v. Philippin, et al., No. 18-cv-03606, pending before Judge Gettleman, and Zamarin v. Dillon, et al., No. 18-cv-04137, pending before Judge Ellis 61 is granted; the two cases will be consolidated as one derivited action and will proceed under the lower number 18-cv-3606; and the cases are stayed until further order of court. As to No. 18-cv-1577, the briefing schedule is modified as follows: Plaintiffs' amended complaint is due September 10, 2018; Defendants' responsive pleadings are due November 9, 2018; Plaintiffs' opposition, if necessary, is due January 8, 2019; and Defendants' reply brief, if necessary, is due February 7, 2019; the Court will issue a ruling by mail and set the cases for a further status hearing. Mailed notice (cdh, ) (Entered: 08/08/2018) |
| 08/14/2018 | 66 | MINUTE entry before the Honorable Robert M. Dow, Jr: In light of the Court's most recent minute order 65 , the status hearing currently set for 8/16/18 at 9:00 a.m. is stricken and no appearances are necessary on that date. Mailed notice (cdh, ) (Entered: 08/14/2018) |
| 09/10/2018 | 67 | ATTORNEY Appearance for Movants Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut, Ulta Investor Group by Shannon Hopkins (Hopkins, Shannon) (Entered: 09/10/2018) |
| 09/10/2018 | 68 | AMENDED complaint by Cynthia Busse, Lawrence Banker, Marlene Hurlbut, Danny Hurlbut against Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc., Ulta Salon, Cosmetics & Fragrance, Inc. (Hopkins, Shannon) (Entered: 09/10/2018) |
| 09/11/2018 | | SUMMONS Issued as to Defendant Ulta Salon, Cosmetics & Fragrance, Inc. (jjr, ) (Entered: 09/11/2018) |
| 10/19/2018 | 69 | WAIVER OF SERVICE returned executed by Ulta Salon, Cosmetics & Fragrance, Inc.. (Rietema, Paul) (Entered: 10/19/2018) |
| 11/09/2018 | 70 | MOTION by Defendants Mary N. Dillon, Ulta Salon, Cosmetics & Fragrance, Inc., Ulta Beauty, Inc., Scott M. Settersten to dismiss - Defendants' Motion to Dismiss the Amended Class Action Complaint (Martin, Craig) (Entered: 11/09/2018) |
| 11/09/2018 | 71 | MEMORANDUM by Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc., Ulta Salon, Cosmetics & Fragrance, Inc. in support of motion to dismiss 70 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Martin, Craig) (Entered: 11/09/2018) |
| 01/08/2019 | 72 | MEMORANDUM by Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut in Opposition to motion to dismiss 70 (Attachments: # 1 Declaration, # 2 Exhibit 1 to Declaration)(Hopkins, Shannon) (Entered: 01/08/2019) |
| 02/07/2019 | 73 | REPLY by Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc., Ulta Salon, Cosmetics & Fragrance, Inc. to memorandum in opposition to motion 72 - Reply Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Martin, Craig) (Entered: 02/07/2019) |
| 02/21/2019 | 74 | NOTICE by Shannon Hopkins of Change of Address (Hopkins, Shannon) (Entered: 02/21/2019) |
| 08/06/2019 | 75 | MOTION by Movants Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut for leave to file Instanter Supplemental Authority (Attachments: # 1 Exhibit 1)(Hopkins, Shannon) (Entered: 08/06/2019) |
| 08/06/2019 | 76 | NOTICE of Motion by Shannon Hopkins for presentment of motion for leave to file 75 before Honorable Robert M. Dow Jr. on 8/20/2019 at 09:15 AM. (Hopkins, Shannon) (Entered: 08/06/2019) |
| 08/15/2019 | 77 | RESPONSE by Mary N. Dillon, Scott M. Settersten, Ulta Beauty, Inc., Ulta Salon, Cosmetics & Fragrance, Inc. to MOTION by Movants Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut for leave to file Instanter Supplemental Authority |