# Exhibit 8

**United States District Court**
**Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3) (Chicago)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-04349**

Burbige et al v. ATI Physical Therapy, Inc.
Assigned to: Honorable Edmond E. Chang
related Cases: 1:21-cv-06415
              1:22-cv-02466
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 08/16/2021
Date Terminated: 09/24/2024
Jury Demand: Both
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Kevin Burbige**
*Individually and On Behalf of All Others Similarly Situated*

represented by **J. Alexander Hood , II**
Pomerantz Llp
600 Third Avenue, Floor 20
New York, NY 10016
(212) 661-1100
Fax: Not a member
Email: ahood@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Carey Ludwig**
Pomerantz LLP
10 S. LaSalle Street
Suite 3505
Chicago, IL 60603
312-377-1181
Fax: Not a member
Email: lcludwig@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue
20th Fl
New York, NY 10016
(212) 661-1100
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ziyang Nie**
*Individually and On Behalf of All Others Similarly Situated*

represented by **J. Alexander Hood , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Carey Ludwig**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melbourne Firefighters' Retirement System**

represented by **Jasmine Cooper-Little**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400
Fax: Pro Hac Vice
Email: jasmine.little@blbglaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2021 | 1 | COMPLAINT filed by Ziyang Nie, Kevin Burbige; Jury Demand. Filing fee $ 402, receipt number 0752-18569103. (Attachments: # 1 Certification and Schedule A - Kevin Burbige, # 2 Certification and Schedule A - Ziyang Nie)(Lieberman, Jeremy) (Entered: 08/16/2021) |
| 08/16/2021 | 2 | CIVIL Cover Sheet (Lieberman, Jeremy) (Entered: 08/16/2021) |
| 08/16/2021 | | CASE ASSIGNED to the Honorable Edmond E. Chang. Designated as Magistrate Judge the Honorable Young B. Kim. Case assignment: Random assignment. (crl, ) (Entered: 08/16/2021) |
| 08/17/2021 | | SUMMONS Issued as to Defendants ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II, Leslee Cowen, Labeed Diab, Marc Furstein, Sunil Gulati, Aaron F. Hood, Joseph Jordan, Andrew A. McKnight, Joshua A. Pack, Carmen A. Policy, Rakefet Russak-Aminoach (mxo, ) (Entered: 08/17/2021) |
| 08/17/2021 | 3 | ATTORNEY Appearance for Plaintiffs Kevin Burbige, Ziyang Nie by J. Alexander Hood, II (Hood, J. Alexander) (Entered: 08/17/2021) |
| 08/25/2021 | 4 | MINUTE entry before the Honorable Edmond E. Chang: Initial tracking status hearing set for 10/08/2021 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). Instead, the Court will set the case schedule after reviewing the written status report. The parties must file a joint initial status report with the content described in the attached status report requirements by 09/29/2021. Plaintiff must still file the report even if Defendant has not responded to requests to craft a joint report. If not all Defendants have been served, then Plaintiff must complete the part of the report on the progress of service. Also, counsel (or the parties, if proceeding pro se) must carefully review Judge Chang's Case Management Procedures, available online at ilnd.uscourts.gov (navigate to Judges / District Judges / Judge Edmond E. Chang). Because the Procedures are occasionally revised, counsel (or the party, if proceeding pro se) must read them anew even if the counsel or the party has appeared before Judge Chang in other cases. Emailed notice (Attachments: # 1 Status Report Requirements) (mw, ) (Entered: 08/25/2021) |
| 10/07/2021 | 5 | MINUTE entry before the Honorable Edmond E. Chang: The Plaintiffs did not file a status report, missing the deadline of 09/29/2021. R. 4. The deadline is reset to 10/14/2021. If no report is filed, then the case might be dismissed for lack of prosecution. The tracking status hearing of 10/08/2021 is reset to 10/22/2021 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, ) (Entered: 10/07/2021) |
| 10/07/2021 | 6 | ATTORNEY Appearance for Defendants Leslee Cowen, Marc Furstein, Sunil Gulati, Aaron F. Hood, Andrew A. McKnight, Joshua A. Pack, Carmen A. Policy, Rakefet Russak-Aminoach by Charles F. Smith, Jr (Smith, Charles) (Entered: 10/07/2021) |
| 10/07/2021 | 7 | MOTION by Defendants Leslee Cowen, Marc Furstein, Sunil Gulati, Aaron F. Hood, Andrew A. McKnight, Joshua A. Pack, Carmen A. Policy, Rakefet Russak-Aminoach for extension of time to file response/reply *to Plaintiffs' Complaint (Joint)* (Attachments: # 1 Exhibit Joint Stipulation and Proposed Order)(Smith, Charles) (Entered: 10/07/2021) |
| 10/08/2021 | 8 | ATTORNEY Appearance for Plaintiffs Kevin Burbige, Ziyang Nie by Louis Carey Ludwig (Ludwig, Louis) (Entered: 10/08/2021) |
| 10/08/2021 | 9 | STATUS Report *(Joint)* by Kevin Burbige, Ziyang Nie (Ludwig, Louis) (Entered: 10/08/2021) |
| 10/15/2021 | 10 | MOTION by Movants Phillip Goldstein, The Freedom and Justice Foundation to consolidate cases *, for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel* (Carroll, Katrina) (Entered: 10/15/2021) |
| 10/15/2021 | 11 | MEMORANDUM by Phillip Goldstein, The Freedom and Justice Foundation in support of motion to consolidate cases 10 (Attachments: # 1 Exhibit Morris Declaration, # 2 Exhibit A to Morris Declaration - Notice, # 3 Exhibit B to Morris Declaration - Loss Report, # 4 Exhibit C to Morris Declaration - Goldstein Certification, # 5 Exhibit D to Morris Declaration - Goldstein Declaration, # 6 Exhibit E to Morris Declaration - Block & Leviton Resume, # 7 Exhibit F to Morris Declaration - Morris Kandinov Resume, # 8 Exhibit G to Morris Declaration - Carlson Lynch Resume)(Carroll, Katrina) (Entered: 10/15/2021) |
| 10/15/2021 | 12 | MOTION by Movant David Turk for Consolidation of Related Actions; Appointment as Lead Plaintiff; and Approval of Lead Plaintiff's Selection of Counsel (Malmstrom, Carl) (Entered: 10/15/2021) |
| 10/15/2021 | 13 | MEMORANDUM by David Turk in support of motion for miscellaneous relief 12 *(Memorandum of Law in Support of Motion of David Turk for Consolidation of Related Cases; Appointment of Lead Plaintiff; and Approval of Lead Plaintiff's Selection of Counsel)* (Malmstrom, Carl) (Entered: 10/15/2021) |
| 10/15/2021 | 14 | ATTORNEY Appearance for Movant David Turk by Carl V. Malmstrom (Malmstrom, Carl) (Entered: 10/15/2021) |
| 10/15/2021 | 15 | DECLARATION of Carl V. Malmstrom regarding motion for miscellaneous relief 12 , memorandum in support of motion, 13 *(Declaration of Carl V. Malmstrom in Support of Motion of David Turk for Consolidation of Related Cases; Appointment as Lead Plaintiff; and Approval of Lead Plaintiff's Selection of Counsel)* (Attachments: # 1 Exhibit 1, # 2 2, # 3 3, # 4 4, # 5 5) (Malmstrom, Carl) (Entered: 10/15/2021) |
| 10/15/2021 | 16 | NOTICE by Brent Gatacre *of Filing Motion for (1) Consolidation; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel and Liaison Counsel* (Fanning, Lori) (Entered: 10/15/2021) |
| 10/15/2021 | 17 | MOTION by Movant Brent Gatacre to consolidate cases *; Appointment as Lead Plaintiff; and Approval of Lead Counsel and Liaison Counsel* (Attachments: # 1 Text of Proposed Order)(Fanning, Lori) (Entered: 10/15/2021) |
| 10/15/2021 | 18 | MEMORANDUM by Brent Gatacre in support of motion to consolidate cases 17 (Fanning, Lori) (Entered: 10/15/2021) |
| 10/15/2021 | 19 | DECLARATION of Lori A. Fanning regarding motion to consolidate cases 17 (Attachments: # 1 Exhibit A - First Notice of Pendency of a Class Action, # 2 Exhibit B - Gatacre's PSLRA Certification, # 3 Exhibit C - Firm Resume of Faruqi & Faruqi, |

| | | |
|---|---|---|
| | | LLP, # [4](#) Exhibit D - Women's Business Enterprise National Council Certificate, # [5](#) Exhibit E - Firm Resume of Miller Law LLC)(Fanning, Lori) (Entered: 10/15/2021) |
| 10/15/2021 | [20](#) | NOTICE by Brent Gatacre *of Filing Motion for Briefing Schedule Regarding Competing Motions for: (1) Consolidation; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel and Liaison Counsel* (Fanning, Lori) (Entered: 10/15/2021) |
| 10/15/2021 | [21](#) | MOTION by Movant Brent Gatacre to set a briefing schedule *regarding competing motions for: (1) Consolidation; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel and Liaison Counsel* (Attachments: # [1](#) Text of Proposed Order)(Fanning, Lori) (Entered: 10/15/2021) |
| 10/15/2021 | [22](#) | MOTION by Movants The Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds to consolidate cases , MOTION by Movants The Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL (Lieberman, Jeremy) (Entered: 10/15/2021) |
| 10/15/2021 | [23](#) | MEMORANDUM by The Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds in support of motion to consolidate cases,, motion for miscellaneous relief, [22](#) (Lieberman, Jeremy) (Entered: 10/15/2021) |
| 10/15/2021 | [24](#) | MOTION by Movant New York City District Council of Carpenters Pension Fund for Appointment as Lead Plaintiff, Approval of Its Selection of Lead Counsel, and Consolidation of Related Actions (Attachments: # [1](#) Text of Proposed Order)(Josefson, Avi) (Entered: 10/15/2021) |
| 10/15/2021 | [25](#) | DECLARATION of Jeremy A. Lieberman regarding motion to consolidate cases,, motion for miscellaneous relief, [22](#) (Attachments: # [1](#) Exhibit A - Loss Chart, # [2](#) Exhibit B - Press Release, # [3](#) Exhibit C - Certification, # [4](#) Declaration D - Joint Declaration, # [5](#) Exhibit E - Firm Resume)(Lieberman, Jeremy) (Entered: 10/15/2021) |
| 10/15/2021 | [26](#) | MEMORANDUM by New York City District Council of Carpenters Pension Fund in support of motion for miscellaneous relief, [24](#) (Josefson, Avi) (Entered: 10/15/2021) |
| 10/15/2021 | [27](#) | ATTORNEY Appearance for Movants Construction Industry Laborers Pension Fund, Local 353, I.B.E.W. Pension Fund, Local 295 IBT Employer Group Pension Trust and Welfare Funds by Danielle S. Myers (Myers, Danielle) (Entered: 10/15/2021) |
| 10/15/2021 | [28](#) | MOTION by Movants Construction Industry Laborers Pension Fund, Local 295 IBT Employer Group Pension Trust and Welfare Funds, Local 353, I.B.E.W. Pension Fund for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel (Attachments: # [1](#) Exhibit A - PSLRA Notice, # [2](#) Exhibit B - Certifications, # [3](#) Exhibit C - Estimate of losses, # [4](#) Exhibit D- Joint Declaration, # [5](#) Text of Proposed Order)(Myers, Danielle) (Entered: 10/15/2021) |
| 10/15/2021 | [29](#) | MEMORANDUM by Construction Industry Laborers Pension Fund, Local 295 IBT Employer Group Pension Trust and Welfare Funds, Local 353, I.B.E.W. Pension Fund in support of motion for miscellaneous relief, [28](#) (Myers, Danielle) (Entered: 10/15/2021) |
| 10/15/2021 | [30](#) | DECLARATION of Avi Josefson regarding motion for miscellaneous relief, [24](#) (Attachments: # [1](#) Exhibit A - Certification, # [2](#) Exhibit B - Loss Chart, # [3](#) Exhibit C - Notice of Burbige Action, # [4](#) Exhibit D - Notice of City of Melbourne Action, # [5](#) Exhibit E - Bernstein Litowitz Resume, # [6](#) Exhibit F - Symantec Order, # [7](#) Exhibit G - Exxon Order, # [8](#) Exhibit H - James River Order)(Josefson, Avi) (Entered: 10/15/2021) |
| 10/15/2021 | [31](#) | ATTORNEY Appearance for Movant New York City District Council of Carpenters Pension Fund by Avi Josefson (Josefson, Avi) (Entered: 10/15/2021) |
| 10/20/2021 | [32](#) | MINUTE entry before the Honorable Edmond E. Chang: This entry is being posted in both Case No. 1:21-cv-04349 (Burbige) and Case No. 1:21-cv-05345 (Melbourne). Future filings should be posted only on the Burbige docket, unless solely specific to the Melbourne case. In Burbige, the defense's unopposed motion [7](#) to suspend the answer deadline is granted, given the pending decision on a lead plaintiff and the associated possibility of an amended complaint. The 60-day period for filing competing motions for appointment as lead plaintiff under the PSLRA, 15 U.S.C. 78u-4(a)(3), ended on 10/15/2021 (based on the 08/16/2021 notice date). On the competing motions [10](#) [12](#) [17](#) [22](#) [24](#) [28](#) for appointment, any cross-responses shall be filed on 10/29/2021. Any cross-replies are due on 11/05/2021. To track the case only (no appearance is required, the case will not be called), a tracking status hearing is set for 11/19/2021 at 8:30 a.m. on both of the dockets. R. 21 is terminated as unnecessary given the setting of the schedule. In 1:21-cv-05345, R. 5 and R. 9 are terminated without prejudice in light of R. 17 on the Burbige docket and the setting of the schedule. Emailed notice (mw, ) (Entered: 10/20/2021) |
| 10/26/2021 | [33](#) | NOTICE by Phillip Goldstein, The Freedom and Justice Foundation *Notice of Non-Opposition* (Carroll, Katrina) (Entered: 10/26/2021) |
| 10/29/2021 | [34](#) | Notice by David Turk *of Non-Opposition to the Competing Motions for 1) Consolidation of Related Actions; 2) Appointment as Lead Plaintiff; and 3) Approval of Lead Plaintiff's Selection of Counsel* (Malmstrom, Carl) (Entered: 10/29/2021) |
| 10/29/2021 | [35](#) | RESPONSE by Construction Industry Laborers Pension Fund, Local 295 IBT Employer Group Pension Trust and Welfare Funds, Local 353, I.B.E.W. Pension Fund to MOTION by Movant New York City District Council of Carpenters Pension Fund for Appointment as Lead Plaintiff, Approval of Its Selection of Lead Counsel, and Consolidation of Related Actions [24](#) , MOTION by Movant David Turk for Consolidation of Related Actions; Appointment as Lead Plaintiff; and Approval of Lead Plaintiff's Selection of Counsel [12](#) , MOTION by Movant Brent Gatacre to consolidate cases *; Appointment as Lead Plaintiff; and Approval of Lead Counsel and Liaison Counsel* [17](#) , MOTION by Movants Phillip Goldstein, The Freedom and Justice Foundation to consolidate cases *, for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel* [10](#) , MOTION by Movants The Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds to consolidate cases MOTION by Movants The Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL [22](#) (Myers, Danielle) (Entered: 10/29/2021) |

| | | |
|---|---|---|
| 10/29/2021 | 36 | Notice of Non-Opposition by New York City District Council of Carpenters Pension Fund (Josefson, Avi) (Entered: 10/29/2021) |
| 10/29/2021 | 37 | MEMORANDUM motion to consolidate cases 17 , motion to consolidate cases,, motion for miscellaneous relief, 22 by The Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds *Memorandum of Law: (1) in Further Support of Motion of the Phoenix Insurance Company Ltd. and the Phoenix Pension & Provident Funds for Consolidation, Appointment as Lead Plaintiffs, and Approval of Lead Counsel; and (2) in Opposition to Competing Motion* (Lieberman, Jeremy) (Entered: 10/29/2021) |
| 10/29/2021 | 38 | NOTICE by Brent Gatacre *of Non-Opposition to Competing Lead Plaintiff Motions* (Fanning, Lori) (Entered: 10/29/2021) |
| 11/08/2021 | 39 | Notice of Non-Opposition to Motion of The Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds for Consolidation, Appointment as Lead Plaintiffs, and Approval of Lead Counsel by The Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds (Lieberman, Jeremy) (Entered: 11/08/2021) |
| 11/18/2021 | 40 | MINUTE entry before the Honorable Edmond E. Chang: This entry is being posted in both Case No. 1:21-cv-04349 (Burbige) and Case No. 1:21-cv-05345 (Melbourne). The motion 22 of Movant Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds to consolidate the cases is granted in light of the overlap of the factual and legal issues presented by the two cases. Also, Phoenix Insurance and Phoenix Pension are together deemed the Lead Plaintiffs given their financial interest, which exceeds that of any other proposed lead plaintiff. 15 U.S.C. 78u-4(a)(3)(B)(iii). Phoenix Insurance and Phoenix Pension also otherwise satisfy the requirements of Civil Rule 23 as applicable at this point. Their choice of experienced lead counsel, Pomerantz LLP, is also approved. Accordingly, 1:21-cv-05345 is consolidated into 1:21-cv-04349; Phoenix Insurance and Phoenix Pension are deemed the Lead Plaintiffs; and Pomerantz LLP is deemed the Lead Counsel. All of the prior competing motions are denied. The Lead Plaintiffs shall confer with the Defendants and file the joint initial status report by 12/06/2021. The report shall propose a deadline for the filing of a Consolidated Amended Complaint and a response schedule. All filings shall be posted only on the Burbige docket (1:21-cv-04349), and the Melbourne case docket is terminated without prejudice to the claims in that case (which will be superseded by the Consolidated Amended Complaint). The tracking status hearing of 11/19/2021 is reset to 12/10/2021 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the Court will review the status report and set the schedule. Emailed notice (mw, ) (Entered: 11/18/2021) |
| 11/30/2021 | 41 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18918824. (Van, Austin) (Entered: 11/30/2021) |
| 12/01/2021 | 42 | MINUTE entry before the Honorable Edmond E. Chang: Austin Van's motion to appear pro hac vice for for The Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds 41 is granted. Emailed notice (mw, ) (Entered: 12/01/2021) |
| 12/06/2021 | 43 | STATUS Report *Joint Initial Status Report* by The Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds (Van, Austin) (Entered: 12/06/2021) |
| 12/09/2021 | 44 | MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 43, the operative pleading (whether a consolidated amended complaint or designation of an existing complaint) is due from the Lead Plaintiffs on 02/08/2022. The defense's dismissal motion or other response is due on 04/11/2022. The Lead Plaintiffs' response to the anticipated dismissal motion is due on 06/10/2022. The defense reply is due on 07/25/2022. The tracking status hearing of 12/10/2021 is reset to 02/18/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, ) (Entered: 12/09/2021) |
| 12/14/2021 | 45 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18968582. (Powell, Michael) (Entered: 12/14/2021) |
| 12/14/2021 | 46 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18968757. (Musoff, Scott) (Entered: 12/14/2021) |
| 12/15/2021 | 47 | MINUTE entry before the Honorable Edmond E. Chang: Michael Powell's and Scott Musoff's motions to appear pro hac vice for Defendants McKnight, Pack, Furstein, Cowen, Hood, Policy, Russak-Aminoach, and Gulati 45 , 46 are granted. Emailed notice (mw, ) (Entered: 12/15/2021) |
| 12/15/2021 | 48 | ATTORNEY Appearance for Defendants Leslee Cowen, Marc Furstein, Sunil Gulati, Aaron F. Hood, Andrew A. McKnight, Joshua A. Pack, Carmen A. Policy, Rakefet Russak-Aminoach by Scott D. Musoff (Musoff, Scott) (Entered: 12/15/2021) |
| 12/15/2021 | 49 | ATTORNEY Appearance for Defendants Leslee Cowen, Marc Furstein, Sunil Gulati, Aaron F. Hood, Andrew A. McKnight, Joshua A. Pack, Carmen A. Policy, Rakefet Russak-Aminoach by Michael M. Powell (Powell, Michael) (Entered: 12/15/2021) |
| 02/01/2022 | 50 | MOTION by Movant Hamza Ghaith to reassign case *Pursuant to Local Rule 40.4 (Joint)* (Attachments: # 1 Exhibit A) (Malmstrom, Carl) (Entered: 02/01/2022) |
| 02/03/2022 | 51 | MEMORANDUM by The Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds in Opposition to motion to reassign case 50 (Van, Austin) (Entered: 02/03/2022) |
| 02/04/2022 | 52 | MINUTE entry before the Honorable Edmond E. Chang: On the reassignment motion of the parties in Ghaith v. Diab, et al., 1:21-cv-06415, the Lead Plaintiffs filed its response in opposition. The Ghaith parties may file a reply by 02/09/2022. The tracking status hearing of 02/18/2022 remains in place. Emailed notice (mw, ) (Entered: 02/04/2022) |
| 02/04/2022 | 53 | ATTORNEY Appearance for Defendants ATI Physical Therapy, Inc., Labeed Diab, Joseph Jordan by Jason M. Rosenthal (Rosenthal, Jason) (Entered: 02/04/2022) |
| 02/07/2022 | 54 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19128464. (Neuwirth, John) (Entered: 02/07/2022) |

| | | |
|---|---|---|
| 02/07/2022 | 55 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19128564. (Venezia, Stefania) (Entered: 02/07/2022) |
| 02/07/2022 | 56 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19128631. (Amsel, Joshua) (Entered: 02/07/2022) |
| 02/08/2022 | 57 | MINUTE entry before the Honorable Edmond E. Chang: John Neuwirth's, Stefania Venezia's, and Joshua Amsel's motions for leave to appear pro hac vice for Defendants ATI Physical Therapy, Inc., Labeed Diab, and Joseph Jordan 54 , 55 , 56 are granted. Emailed notice (mw, ) (Entered: 02/08/2022) |
| 02/08/2022 | 58 | *Consolidated* AMENDED complaint by The Phoenix Pension & Provident Funds, The Phoenix Insurance Company Ltd., Melbourne Firefighters' Retirement System against ATI Physical Therapy, Inc., Leslee Cowen, Labeed Diab, Marc Furstein, Sunil Gulati, Aaron F. Hood, Joseph Jordan, Andrew A. McKnight, Joshua A. Pack, Carmen A. Policy, Rakefet Russak-Aminoach (Attachments: # 1 Exhibit A - Certification)(Van, Austin) (Entered: 02/08/2022) |
| 02/09/2022 | 59 | REPLY by Hamza Ghaith to memorandum in opposition to motion 51 *(Joint Reply in Support of Motion to Reassign Case Pursuant to L.R. 40.4)* (Malmstrom, Carl) (Entered: 02/09/2022) |
| 02/10/2022 | 60 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19142265. (Robinson, Jeremy) (Entered: 02/10/2022) |
| 02/11/2022 | 61 | MINUTE entry before the Honorable Edmond E. Chang: Jeremy P. Robinson's motion to appear pro hac vice for Plaintiff Melborne Firefighters' Retirement System 60 is granted. Emailed notice (mw, ) (Entered: 02/11/2022) |
| 02/17/2022 | 62 | MINUTE entry before the Honorable Edmond E. Chang: On the Local Rule 40.4 reassignment motion 50 , the tracking status hearing of 02/18/2022 is reset to 03/04/2022 at 8:30 a.m., but to track this motion only (no appearance is required, the case will not be called). The Court will endeavor to decide the motion before the next tracking status hearing. Emailed notice (mw, ) (Entered: 02/17/2022) |
| 03/03/2022 | 63 | MINUTE entry before the Honorable Edmond E. Chang: The Court has the Local Rule 40.4 reassignment motion 50 under consideration. The tracking status hearing of 03/04/2022 is reset to 03/18/2022 at 8:30 a.m., but to track this motion only (no appearance is required, the case will not be called). Emailed notice (mw, ) (Entered: 03/03/2022) |
| 03/17/2022 | 64 | MINUTE entry before the Honorable Edmond E. Chang: The Local Rule 40.4 reassignment motion 50 remains under consideration. The tracking status hearing of 03/14/2022 is reset to 04/01/2022 at 8:30 a.m., but to track this motion only (no appearance is required, the case will not be called). Emailed notice (mw, ) (Entered: 03/17/2022) |
| 03/31/2022 | 65 | MINUTE entry before the Honorable Edmond E. Chang: The Court is still considering the Local Rule 40.4 reassignment motion 50 , and thanks the parties for their patience. The tracking status hearing of 04/01/2022 is reset to 04/15/2022 at 8:30 a.m., but to track this motion only (no appearance is required, the case will not be called). Emailed notice (mw, ) (Entered: 03/31/2022) |
| 04/04/2022 | 66 | MOTION by Defendants ATI Physical Therapy, Inc., Labeed Diab, Joseph Jordan for leave to file excess pages *UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZE BRIEF IN SUPPORT OF THE ATI DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* (Rosenthal, Jason) (Entered: 04/04/2022) |
| 04/07/2022 | 67 | MINUTE entry before the Honorable Edmond E. Chang: Defendants ATI Physical Therapy, Inc, Labeed Diab, and Joseph Jordan's unopposed motion for leave to brief in support of their motion to dismiss in excess of 15 pages but no more than 30 pages and for Plaintiffs' to be given leave to file their opposition brief in excess of 15 pages but not more than 30 pages 66 is granted. Emailed notice (mw, ) (Entered: 04/07/2022) |
| 04/11/2022 | 68 | MOTION by Defendants ATI Physical Therapy, Inc., Labeed Diab, Joseph Jordan to dismiss *THE ATI DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* (Rosenthal, Jason) (Entered: 04/11/2022) |
| 04/11/2022 | 69 | MEMORANDUM by ATI Physical Therapy, Inc., Labeed Diab, Joseph Jordan in support of motion to dismiss 68 *MEMORANDUM OF LAW IN SUPPORT OF THE ATI DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* (Rosenthal, Jason) (Entered: 04/11/2022) |
| 04/11/2022 | 70 | DECLARATION of STEFANIA D. VENEZIA regarding motion to dismiss 68 *DECLARATION OF STEFANIA D. VENEZIA IN SUPPORT OF THE ATI DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Rosenthal, Jason) (Entered: 04/11/2022) |
| 04/11/2022 | 71 | MOTION by Defendants Carmen A. Policy, Joshua A. Pack, Sunil Gulati, Andrew A. McKnight, Leslee Cowen, Rakefet Russak-Aminoach, Marc Furstein, Aaron F. Hood to dismiss *the Amended Complaint* (Smith, Charles) (Entered: 04/11/2022) |
| 04/11/2022 | 72 | MEMORANDUM by Leslee Cowen, Marc Furstein, Sunil Gulati, Aaron F. Hood, Andrew A. McKnight, Joshua A. Pack, Carmen A. Policy, Rakefet Russak-Aminoach in support of motion to dismiss 71 (Smith, Charles) (Entered: 04/11/2022) |
| 04/11/2022 | 73 | DECLARATION of Charles F. Smith regarding memorandum in support of motion 72 , motion to dismiss 71 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Smith, Charles) (Entered: 04/11/2022) |
| 04/14/2022 | 74 | MINUTE entry before the Honorable Edmond E. Chang: The Local Rule 40.4 reassignment motion 50 remains under advisement, so the tracking status hearing of 04/15/2022 is reset to 05/06/2022 at 8:30 a.m., but to track this motion only (no appearance is required, the case will not be called). Emailed notice (mw, ) (Entered: 04/14/2022) |
| 05/05/2022 | 75 | MINUTE entry before the Honorable Edmond E. Chang: The Local Rule 40.4 reassignment motion 50 remains under advisement. The tracking status hearing of 05/06/2022 is reset to 05/27/2022 at 8:30 a.m., but to track this motion only (no |