# Exhibit 9

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3) (Chicago)
### CIVIL DOCKET FOR CASE #: 1:13-cv-02111

Construction Workers Pension Trust Fund -- Lake County and Vicinity v. Navistar International Corporation et al
Assigned to: Honorable Sara L. Ellis
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 03/19/2013
Date Terminated: 11/01/2016
Jury Demand: Both
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Construction Workers Pension Trust Fund -- Lake County and Vicinity**
*Individually and on Behalf of All Others Similarly Situated*

represented by **Construction Workers Pension Trust Fund -- Lake County and Vicinity**
PRO SE

**James E Barz**
Robbins Geller Rudman & Dowd LLP
200 S. Wacker Drive
Suite 3100
Chicago, IL 60606
(312) 674-4674
Fax: Active
Email: jbarz@rgrdlaw.com
*TERMINATED: 10/01/2013*
*LEAD ATTORNEY*

**Danielle S. Myers**
Robbins Geller Rudman & Dowd Llp
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: Not a member
Email: dmyers@rgrdlaw.com
*TERMINATED: 10/01/2013*

**Plaintiff**

**Jacksonville Police and Fire Pension Fund**

represented by **Matthew Thomas Heffner**
Susman Heffner & Hurst LLP
30 North LaSalle Street
Suite 1210
Chicago, IL 60602
(312) 346-3466
Fax: Active
Email: mheffner@shhllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugenio Clariond**

V.

**Defendant**

**Navistar International Corporation**

represented by **Robin M. Hulshizer**
Latham & Watkins LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
(312) 876-7700
Fax: Active
Email: robin.hulshizer@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean M. Berkowitz**

*ATTORNEY TO BE NOTICED*

**Badge Humphries**
Griffin Humphries LLC
2113 Middle Street, Suite 305
Sullivan's Island, SC 29482
(843) 883-7444
Fax: Pro Hac Vice
Email: bhumphries@griffinhumphries.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian O O'Mara**
DiCello Levitt LLP
4747 Executive Dr
Ste 240
San Diego, CA 92121
619-923-3939
Email: briano@dicellolevitt.com
*TERMINATED: 10/01/2013*

**Joshua C Littlejohn**
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9447
Fax: Pro Hac Vice
Email: jlittlejohn@motleyrice.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**Sheet Metal Workers' National Pension Fund**     represented by **Michael W. Stocker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Badge Humphries**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian O O'Mara**
(See above for address)
*TERMINATED: 10/01/2013*

**Joshua C Littlejohn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**Harold M. DeNardi**

V.

<u>Intervenor</u>

**Fulton County Employees Retirement Systems**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2013 | 1 | COMPLAINT filed by Construction Workers Pension Trust Fund -- Lake County and Vicinity; Jury Demand. Filing fee $ 350, receipt number 0752-8158139. (Attachments: # 1 Plaintiff Certification)(Barz, James) (Entered: 03/19/2013) |
| 03/19/2013 | 2 | CIVIL Cover Sheet (Barz, James) (Entered: 03/19/2013) |
| 03/19/2013 | 3 | ATTORNEY Appearance for Plaintiff Construction Workers Pension Trust Fund -- Lake County and Vicinity by James E Barz (Barz, James) (Entered: 03/19/2013) |

| | | |
|---|---|---|
| 03/19/2013 | 4 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Construction Workers Pension Trust Fund -- Lake County and Vicinity (Barz, James) (Entered: 03/19/2013) |
| 03/19/2013 | | CASE ASSIGNED to the Honorable Samuel Der-Yeghiayan. Designated as Magistrate Judge the Honorable Geraldine Soat Brown. (jn, ) (Entered: 03/19/2013) |
| 03/19/2013 | | SUMMONS Issued as to Defendants Andrew J. Cederoth, Navistar International Corporation, Daniel C. Ustian (cft, ) (Entered: 03/20/2013) |
| 03/21/2013 | 5 | WAIVER OF SERVICE returned executed by Construction Workers Pension Trust Fund -- Lake County and Vicinity. Navistar International Corporation waiver sent on 3/20/2013, answer due 5/20/2013. (Barz, James) (Entered: 03/21/2013) |
| 03/21/2013 | 6 | WAIVER OF SERVICE returned executed by Construction Workers Pension Trust Fund -- Lake County and Vicinity. Daniel C. Ustian waiver sent on 3/20/2013, answer due 5/20/2013. (Barz, James) (Entered: 03/21/2013) |
| 03/21/2013 | 7 | WAIVER OF SERVICE returned executed by Construction Workers Pension Trust Fund -- Lake County and Vicinity. Andrew J. Cederoth waiver sent on 3/20/2013, answer due 5/20/2013. (Barz, James) (Entered: 03/21/2013) |
| 03/22/2013 | 8 | MINUTE entry before Honorable Samuel Der-Yeghiayan: Initial status hearing set for 05/28/13 at 9:00 a.m. At least four working days before the initial status hearing, the parties shall conduct a FRCP 26(f) conference and file a joint written Initial Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report and deliver courtesy copies to this Court's Courtroom Deputy in Room 1908. The Court's standing orders on the Initial Status Report and Joint Jurisdictional Status Report maybe obtained from Judge Der-Yeghiayan's web page or from this Court's Courtroom Deputy. Counsel for the Plaintiff is warned that failure to serve summons and complaint on Defendants will result in a dismissal of the action and/or a dismissal of that Defendant not properly served pursuant to FRCP 4. Counsel for Plaintiff is further directed to file with the Clerk of Court, the appropriate returns of service and/or waivers of service. Mailed notice (mw, ) (Entered: 03/22/2013) |
| 03/25/2013 | 9 | ATTORNEY Appearance for Plaintiff Construction Workers Pension Trust Fund -- Lake County and Vicinity by Danielle S. Myers (Myers, Danielle) (Entered: 03/25/2013) |
| 05/08/2013 | 10 | ATTORNEY Appearance for Defendants Andrew J. Cederoth, Navistar International Corporation, Daniel C. Ustian by Sean M. Berkowitz (Berkowitz, Sean) (Entered: 05/08/2013) |
| 05/08/2013 | 11 | ATTORNEY Appearance for Defendants Andrew J. Cederoth, Navistar International Corporation, Daniel C. Ustian by Robin M. Hulshizer (Hulshizer, Robin) (Entered: 05/08/2013) |
| 05/08/2013 | 12 | ATTORNEY Appearance for Defendants Andrew J. Cederoth, Navistar International Corporation, Daniel C. Ustian by Matthew Lawrence Kutcher (Kutcher, Matthew) (Entered: 05/08/2013) |
| 05/08/2013 | 13 | ATTORNEY Appearance for Defendants Andrew J. Cederoth, Navistar International Corporation, Daniel C. Ustian by Eric Robert Swibel (Swibel, Eric) (Entered: 05/08/2013) |
| 05/20/2013 | 14 | MOTION by Plaintiff Jacksonville Police and Fire Pension Fund to consolidate cases *and appt of lead plaintiff* (Heffner, Matthew) (Entered: 05/20/2013) |
| 05/20/2013 | 15 | NOTICE of Motion by Matthew Thomas Heffner for presentment of motion to consolidate cases 14 before Honorable Samuel Der-Yeghiayan on 5/23/2013 at 09:00 AM. (Heffner, Matthew) (Entered: 05/20/2013) |
| 05/20/2013 | 16 | MEMORANDUM by Jacksonville Police and Fire Pension Fund in support of motion to consolidate cases 14 *and appointment of lead plaintiff* (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Heffner, Matthew) (Entered: 05/20/2013) |
| 05/20/2013 | 17 | MOTION by Intervenor Fulton County Employees Retirement Systems to consolidate cases *Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Lead and Liaison Counsel* (Wexler, Kenneth) (Entered: 05/20/2013) |
| 05/20/2013 | 18 | MEMORANDUM by Fulton County Employees Retirement Systems in support of motion to consolidate cases 17 *Memorandum in Support of Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Lead and Liaison Counsel* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Wexler, Kenneth) (Entered: 05/20/2013) |
| 05/20/2013 | 19 | NOTICE of Motion by Kenneth A. Wexler for presentment of motion to consolidate cases 17 before Honorable Samuel Der-Yeghiayan on 5/28/2013 at 09:00 AM. (Wexler, Kenneth) (Entered: 05/20/2013) |
| 05/20/2013 | 20 | MOTION by Movant Jane C. Purnell FBO Purnell Family Trust to consolidate cases *Appoint Lead Plaintiff and Approval of Selection of Counsel* (Fanning, Lori) (Entered: 05/20/2013) |
| 05/20/2013 | 21 | NOTICE of Motion by Lori Ann Fanning for presentment of motion to consolidate cases 20 before Honorable Samuel Der-Yeghiayan on 5/30/2013 at 09:00 PM. (Fanning, Lori) (Entered: 05/20/2013) |
| 05/20/2013 | 22 | ATTORNEY Appearance for Movant Central States, Southeast and Southwest Areas Pension Fund by Carol V Gilden (Gilden, Carol) (Entered: 05/20/2013) |
| 05/20/2013 | 23 | MEMORANDUM by Jane C. Purnell FBO Purnell Family Trust in support of motion to consolidate cases 20 *Appoint Lead Plaintiff And Approve Selection of Counsel* (Attachments: # 1 Text of Proposed Order Proposed Order)(Fanning, Lori) (Entered: 05/20/2013) |
| 05/20/2013 | 24 | MOTION by Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund to reassign case , MOTION by Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund to consolidate cases , |

Case 1:24-cv-00556-WCG    Filed 03/31/25    Page 4 of 8    Document 60-9

| | | |
|---|---|---|
| | | MOTION by Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension FundAppointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel (Attachments: # 1 Exhibit A - Proposed Order, # 2 Exhibit B - Certifications, # 3 Exhibit C - Table of Transactions and Losses, # 4 Exhibit D - Joint Declaration, # 5 Exhibit E - Notice, # 6 Exhibit F - Labaton Sucharow Firm Resume, # 7 Exhibit G - Motley Rice Firm Resume)(Barz, James) (Entered: 05/20/2013) |
| 05/20/2013 | 25 | MOTION by Movant Central States, Southeast and Southwest Areas Pension Fund to consolidate cases *Appoint Lead Plaintiff and Approve Selection of Lead Counsel* (Gilden, Carol) (Entered: 05/20/2013) |
| 05/20/2013 | 26 | NOTICE of Motion by James E Barz for presentment of motion to reassign case, motion to consolidate cases, motion for miscellaneous relief,,,,,, 24 before Honorable Samuel Der-Yeghiayan on 5/28/2013 at 09:00 AM. (Barz, James) (Entered: 05/20/2013) |
| 05/20/2013 | 27 | DECLARATION of Lori A. Fanning regarding memorandum in support of motion 23 *Of Jane C. Purnell FBO Purnell Family Trust For Consolidation, Appointment As Lead Plaintiff, And Approval of Selection of Counsel* (Attachments: # 1 Exhibit First Notice Published Pursuant to the PSLRA, # 2 Exhibit Certification of Jane Purnell FBO the Purnell Family Trust, # 3 Exhibit Loss Calculation for Jane Purnell FBO the Purnell Family Trust, # 4 Exhibit Firm resume of Finkelstein & Krinsk, # 5 Exhibit Firm Resume Miller Law LLC)(Fanning, Lori) (Entered: 05/20/2013) |
| 05/20/2013 | 28 | NOTICE of Motion by Carol V Gilden for presentment of motion to consolidate cases 25 before Honorable Samuel Der-Yeghiayan on 5/23/2013 at 09:00 AM. (Gilden, Carol) (Entered: 05/20/2013) |
| 05/20/2013 | 29 | MEMORANDUM by Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund in support of motion to reassign case, motion to consolidate cases, motion for miscellaneous relief,,,,,, 24 (Barz, James) (Entered: 05/20/2013) |
| 05/20/2013 | 30 | MEMORANDUM by Central States, Southeast and Southwest Areas Pension Fund in support of motion to consolidate cases 25 *Appoint Lead Plaintiff and Approve Selection of Lead Counsel* (Gilden, Carol) (Entered: 05/20/2013) |
| 05/20/2013 | 31 | MOTION by Movant Harold M. DeNardi to consolidate cases *Motion for Consolidation, Appointment As Lead Plaintiff And Approval of Lead Counsel* (Fanning, Lori) (Entered: 05/20/2013) |
| 05/20/2013 | 32 | DECLARATION of Carol V. Gilden regarding motion to consolidate cases 25 *Appoint Lead Plaintiff and Approve Selection of Lead Counsel* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gilden, Carol) (Entered: 05/20/2013) |
| 05/20/2013 | 33 | MEMORANDUM by Harold M. DeNardi in support of motion to consolidate cases 31 *Appoint Lead Plaintiff and Approve Lead Counsel* (Attachments: # 1 Exhibit A - [Proposed] Order, # 2 Exhibit B- Press Release published on March 19, 2013, # 3 Exhibit C - Sworn Certification of Harold M. DeNardi, # 4 Exhibit D - Table reflecting the calculated losses incurred by Movant as a result of the transactions in Navistar International Corporation securities, # 5 Exhibit E Firm resume of Glancy Binkow & Goldberg LLP, # 6 Exhibit F - Firm Resume of Miller Law LLC)(Fanning, Lori) (Entered: 05/20/2013) |
| 05/20/2013 | 34 | NOTICE of Motion by Lori Ann Fanning for presentment of motion to consolidate cases 31 before Honorable Samuel Der-Yeghiayan on 5/30/2013 at 09:00 AM. (Fanning, Lori) (Entered: 05/20/2013) |
| 05/20/2013 | 35 | NOTICE of Motion by James E Barz for presentment of motion to reassign case, motion to consolidate cases, motion for miscellaneous relief,,,,,, 24 before Honorable Samuel Der-Yeghiayan on 5/23/2013 at 09:00 AM. (Barz, James) (Entered: 05/21/2013) |
| 05/21/2013 | 36 | ATTORNEY Appearance for Plaintiff Jacksonville Police and Fire Pension Fund by Matthew Thomas Heffner (Heffner, Matthew) (Entered: 05/21/2013) |
| 05/21/2013 | 37 | NOTICE by Central States, Southeast and Southwest Areas Pension Fund *of RE-FILING OF EXHIBIT B TO THE DECLARATION OF CAROL V. GILDEN* (Gilden, Carol) (Entered: 05/21/2013) |
| 05/21/2013 | 38 | EXHIBIT B to the DECLARATION OF CAROL V. GILDEN (Doc. No. 32) by Central States, Southeast and Southwest Areas Pension Fund (Gilden, Carol) (Entered: 05/21/2013) |
| 05/21/2013 | 39 | ATTORNEY Appearance for Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund by Brian O O'Mara (O'Mara, Brian) (Entered: 05/21/2013) |
| 05/23/2013 | 40 | MINUTE entry before Honorable Samuel Der-Yeghiayan: Motion hearing held. Motions to consolidate cases 14 , 17 , 20 , 24 , 25 , 31 are granted. Cases 13 C 2639 and 13 C 2691 are hereby reassigned and consolidated for all purposes with this instant action. Noticed motions dates of 05/28/13 and 05/30/13 are stricken as moot. Responses to motions for appointment of Lead Plaintiff and Lead and Liaison Counsel are to be filed by 06/06/13 and replies are to be filed by 06/13/13. Status hearing reset to 07/31/13 at 9:00 a.m. Status hearing set for 05/28/13 is stricken. Mailed notice (mw, ) (Entered: 05/23/2013) |
| 05/23/2013 | 41 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8375873. (Rehns, Kenneth) (Entered: 05/23/2013) |
| 06/05/2013 | 42 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8414249. (Humphries, Badge) (Entered: 06/05/2013) |
| 06/05/2013 | 43 | MINUTE entry before Honorable Samuel Der-Yeghiayan: Kenneth M. Rehns' motion for leave to appear pro hac vice for Central States, Southeast and Southwest Areas Pension Fund 41 is granted and Badge Humphries' motion for leave to appear pro hac vice for National Pension Fund 42 is granted. Mailed notice. (ym, ) (Entered: 06/06/2013) |
| 06/06/2013 | 44 | Withdrawal of Motion by Jane C. Purnell FBO Purnell Family Trust *for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel* (Fanning, Lori) (Entered: 06/06/2013) |
| 06/06/2013 | 45 | ATTORNEY Appearance for Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund by Badge Humphries (Humphries, Badge) (Entered: 06/06/2013) |

| | | |
|---|---|---|
| 06/06/2013 | 46 | RESPONSE by Intervenor Fulton County Employees Retirement Systems *Fulton County Employees Retirement System's Notice of Response to the Competing Motions for Consolidation of Related Actions, Appointment As Lead Plaintiff, and Approval of Selection of Co-Lead Counsel* (Goulet, Dawn) (Entered: 06/06/2013) |
| 06/06/2013 | 47 | RESPONSE by Movant Central States, Southeast and Southwest Areas Pension Fund *in Further Support of Central States Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and in Opposition to the Competing Motions* (Gilden, Carol) (Entered: 06/06/2013) |
| 06/06/2013 | 48 | RESPONSE by Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund *Memorandum of Law in Further Support of the Retirement Funds' Motion for Appointment as Lead Plaintiff and in Opposition to the Competing Motions* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Humphries, Badge) (Entered: 06/06/2013) |
| 06/13/2013 | 49 | REPLY by Jacksonville Police and Fire Pension Fund to MOTION by Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund to reassign case MOTION by Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund to consolidate cases MOTION by Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension FundAppointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel 24 , MOTION by Intervenor Fulton County Employees Retirement Systems to consolidate cases *Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Lead and Liaison Counsel* 17 , MOTION by Movant Central States, Southeast and Southwest Areas Pension Fund to consolidate cases *Appoint Lead Plaintiff and Approve Selection of Lead Counsel* 25 , MOTION by Movant Harold M. DeNardi to consolidate cases *Motion for Consolidation, Appointment As Lead Plaintiff And Approval of Lead Counsel* 31 , MOTION by Plaintiff Jacksonville Police and Fire Pension Fund to consolidate cases *and appt of lead plaintiff* 14 , MOTION by Movant Jane C. Purnell FBO Purnell Family Trust to consolidate cases *Appoint Lead Plaintiff and Approval of Selection of Counsel* 20 (Heffner, Matthew) (Entered: 06/13/2013) |
| 06/13/2013 | 50 | REPLY by Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund to MOTION by Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund to reassign case MOTION by Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund to consolidate cases MOTION by Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension FundAppointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel 24 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Humphries, Badge) (Entered: 06/13/2013) |
| 06/13/2013 | 51 | REPLY by Movant Central States, Southeast and Southwest Areas Pension Fund to notice of motion 28 *REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF THE CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND FOR: 1) APPOINTMENT AS LEAD PLAINTIFF; AND 2) APPROVAL OF ITS SELECTION OF LEAD COUNSEL* (Gilden, Carol) (Entered: 06/13/2013) |
| 07/23/2013 | 52 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8562883. (Littlejohn, Joshua) (Entered: 07/23/2013) |
| 07/25/2013 | 53 | ORDER: Joshua Littlejohn's motion for leave to appear pro hac vice for Movants Arkansas Teacher Retirement System and Sheet Metal Workers' National Pension Fund 52 is granted. Signed by the Honorable Samuel Der-Yeghiayan. (gcy, ) (Entered: 07/26/2013) |
| 07/26/2013 | 54 | ATTORNEY Appearance for Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund by Joshua C Littlejohn (Littlejohn, Joshua) (Entered: 07/26/2013) |
| 07/30/2013 | 55 | MEMORANDUM Opinion signed by the Honorable Samuel Der-Yeghiayan on 7/30/2013: The Court hereby appoints Central States, Southeast and Southwest Areas Pension Fund as Lead Plaintiff, and Cohen Milstein Sellers & Toll PLLC as lead counsel. Mailed notice (mw, ) (Entered: 07/30/2013) |
| 07/30/2013 | 56 | ATTORNEY Appearance for Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund by Michael W. Stocker (Stocker, Michael) (Entered: 07/30/2013) |
| 07/31/2013 | 57 | MINUTE entry before Honorable Samuel Der-Yeghiayan: Status hearing held and continued to 12/04/13 at 9:00 a.m. As stated on the record, Plaintiffs are given leave until 09/30/13 to file an amended complaint. Defendants are to answer or otherwise plead to Plaintiffs' amended complaint by 11/29/13. As further stated on the record, the parties are given leave to file their briefs in excess of 15 pages but not more than 25 pages. Mailed notice (mw, ) (Entered: 07/31/2013) |
| 09/25/2013 | 58 | NOTICE of Voluntary Dismissal by Construction Workers Pension Trust Fund -- Lake County and Vicinity *Notice of Voluntary Dismissal and Withdrawal of Counsel* (Barz, James) (Entered: 09/25/2013) |
| 09/25/2013 | 59 | Notice of Withdrawal of Appearance by Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund (O'Mara, Brian) (Entered: 09/25/2013) |
| 09/25/2013 | 60 | MOTION by Movant Central States, Southeast and Southwest Areas Pension Fund to amend/correct *Scheduling Order* (Gilden, Carol) (Entered: 09/25/2013) |
| 09/25/2013 | 61 | NOTICE of Motion by Carol V Gilden for presentment of motion to amend/correct 60 before Honorable Samuel Der-Yeghiayan on 10/1/2013 at 09:00 AM. (Gilden, Carol) (Entered: 09/25/2013) |
| 09/26/2013 | 62 | MINUTE entry before Honorable Samuel Der-Yeghiayan: Lead Plaintiff's motion amend/correct scheduling order 60 is granted as follows: Plaintiffs are given leave until 10/10/13 to file an amended complaint. Defendants are to answer or otherwise plead to Plaintiffs' amended complaint by 12/17/13. Status hearing reset to 01/09/14 at 9:00 a.m. Noticed motion date of 10/01/13 and status hearing date of 12/04/13 are stricken. Mailed notice (mw, ) (Entered: 09/26/2013) |
| 09/26/2013 | 63 | MOTION by counsel for Movants Arkansas Teacher Retirement System, Sheet Metal Workers' National Pension Fund, Plaintiff Construction Workers Pension Trust Fund -- Lake County and Vicinity to withdraw as attorney (Attachments: # 1 Text of Proposed Order)(O'Mara, Brian) (Entered: 09/26/2013) |

| | | |
|---|---|---|
| 09/26/2013 | 64 | NOTICE of Motion by Brian O O'Mara for presentment of motion to withdraw as attorney, 63 before Honorable Samuel Der-Yeghiayan on 10/2/2013 at 09:00 AM. (O'Mara, Brian) (Entered: 09/26/2013) |
| 10/01/2013 | 65 | ORDER: James E. Barz, Danielle S. Myers and Brian O. O'Mara's motion for leave to withdraw as counsel for Plaintiffs and movants 63 is granted. Noticed motions date of 10/02/13 is stricken. All other dates previously set on 09/26/13 are to stand. Signed by the Honorable Samuel Der-Yeghiayan (gcy, ) (Entered: 10/01/2013) |
| 10/10/2013 | 66 | *CONSOLIDATED* AMENDED complaint by Central States, Southeast and Southwest Areas Pension Fund against All Defendants (Gilden, Carol) (Entered: 10/10/2013) |
| 10/23/2013 | 67 | EXECUTIVE COMMITTEE ORDER: It appearing that, pursuant to the Executive Committee Order entered on October 15, 2013, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Sara L. Ellis, therefore IT IS HEREBY ORDERED that the attached list of 291 cases be reassigned to the Honorable Sara L. Ellis. IT IS FURTHER ORDERED that this order shall become effective on Thursday, October 24, 2013. Case reassigned to the Honorable Sara Lee Ellis for all further proceedings. Signed by Executive Committee on 10/23/2013. (td, ) (Entered: 10/25/2013) |
| 10/25/2013 | 68 | MINUTE entry before Honorable Sara L. Ellis: This case has been re-assigned to the calendar of Judge Sara L. Ellis. All previously set status dates are stricken. All previously set discovery schedules remain intact. All previously set briefing schedules remain intact. Parties will not be required to file proposed orders along with their motions. All noticed motion dates are vacated. The Court will set new dates for filed but un-noticed motions at the reassignment joint status conference. The parties are directed not to notice any motions, with the exception of emergency motions, prior to appearing at the reassignment joint status conference. For all emergency motions arising prior to the date scheduled for the reassignment joint status conference, the parties are directed to contact chambers. To help the Court learn about the case, it is hereby ordered that within 10 calendar days of this order's entry, counsel are to confer, prepare, and file a joint status report, not to exceed five pages. If the defendant's counsel has not yet filed an appearance, the status report should be prepared by the plaintiff's counsel. The report shall contain the information requested in the attached Initial Status Report For Reassigned Case in the format provided.Mailed notice (Attachments: # 1 Initial Status Report) (kef, ) (Entered: 10/25/2013) |
| 11/04/2013 | 69 | ATTORNEY Appearance for Defendants Jack Allen, John D. Correnti, Diane H Gulyas, Michael N. Hammes, David Harrison, James H. Keyes, Steven J Klinger, Stanley A Mcchrystal, William H Osborne, Richard C Tarapchak, Eric Tech, Dennis D Williams, Eugenio Cariond by Matthew Lawrence Kutcher (Kutcher, Matthew) (Entered: 11/04/2013) |
| 11/04/2013 | 70 | ATTORNEY Appearance for Defendants Jack Allen, Eugenio Cariond, John D. Correnti, Diane H Gulyas, Michael N. Hammes, David Harrison, James H. Keyes, Steven J Klinger, Stanley A Mcchrystal, William H Osborne, Richard C Tarapchak, Eric Tech, Dennis D Williams by Sean M. Berkowitz (Berkowitz, Sean) (Entered: 11/04/2013) |
| 11/04/2013 | 71 | ATTORNEY Appearance for Defendants Jack Allen, Eugenio Cariond, John D. Correnti, Diane H Gulyas, Michael N. Hammes, David Harrison, James H. Keyes, Steven J Klinger, Stanley A Mcchrystal, William H Osborne, Richard C Tarapchak, Eric Tech, Dennis D Williams by Robin M. Hulshizer (Hulshizer, Robin) (Entered: 11/04/2013) |
| 11/04/2013 | 72 | STATUS Report - *Joint Initial Status Report for Reassigned Case* by Jack Allen, Eugenio Cariond, Andrew J. Cederoth, Construction Workers Pension Trust Fund -- Lake County and Vicinity, John D. Correnti, Diane H Gulyas, Michael N. Hammes, David Harrison, James H. Keyes, Steven J Klinger, Stanley A Mcchrystal, Navistar International Corporation, William H Osborne, Richard C Tarapchak, Eric Tech, Daniel C. Ustian, Dennis D Williams (Kutcher, Matthew) (Entered: 11/04/2013) |
| 11/04/2013 | 73 | ATTORNEY Appearance for Defendants Jack Allen, Eugenio Cariond, John D. Correnti, Diane H Gulyas, Michael N. Hammes, David Harrison, James H. Keyes, Steven J Klinger, Stanley A Mcchrystal, William H Osborne, Richard C Tarapchak, Eric Tech, Dennis D Williams by Eric Robert Swibel (Swibel, Eric) (Entered: 11/04/2013) |
| 11/08/2013 | 74 | MINUTE entry before Honorable Sara L. Ellis: Reassignment Joint Status Conference set for 11/18/2013 at 09:00 AM. Mailed notice (rj, ) (Entered: 11/08/2013) |
| 11/14/2013 | 75 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8929564. (Bunch, Stephen) (Entered: 11/14/2013) |
| 11/14/2013 | 76 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8930741. (Fontan, Genevieve) (Entered: 11/14/2013) |
| 11/14/2013 | 77 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. David Harrison waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 78 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. Stanley A Mcchrystal waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 79 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. Diane H Gulyas waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 80 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. Steven J Klinger waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 81 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. James H. Keyes waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 82 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. John D. Correnti waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |

| | | |
|---|---|---|
| 11/14/2013 | 83 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. Eugenio Cariond waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 84 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. Jack Allen waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 85 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. Dennis D Williams waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 86 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. Eric Tech waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 87 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. Richard C Tarapchak waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 88 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. Michael N. Hammes waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/14/2013 | 89 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. William H Osborne waiver sent on 10/28/2013, answer due 12/27/2013. (Gilden, Carol) (Entered: 11/14/2013) |
| 11/15/2013 | 90 | ORDER: Motion by S. Douglas Bunch for leave to appear pro hac vice 75 is granted. Motion by Genevieve Fontan for leave to appear pro hac vice 76 is granted. (gcy, ) (Entered: 11/15/2013) |
| 11/18/2013 | 91 | MINUTE entry before the Honorable Sara L. Ellis:Status hearing held on 11/18/2013. Status hearing set for 12/10/2013 at 09:30 AM. Briefing schedule on motion to dismiss: Defendant's brief due by 12/17/2013. Plaintiff's response due by 1/31/2014. Reply due by 3/3/2014. Ruling date set for 7/23/2014 at 09:30 AM. Defendant's opening brief and Plaintiff's response are limited to 50 pages each. Defendant's reply is limited to 25 pages. Mailed notice (rj, ) (Entered: 11/20/2013) |
| 11/21/2013 | 92 | WAIVER OF SERVICE returned executed by Central States, Southeast and Southwest Areas Pension Fund. John Waldron waiver sent on 11/18/2013, answer due 1/17/2014. (Gilden, Carol) (Entered: 11/21/2013) |
| 11/26/2013 | 93 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8974264. (Toll, Steven) (Entered: 11/26/2013) |
| 12/03/2013 | 94 | ORDER: Motion by Steven J. Toll for leave to appear pro hac vice 93 is granted. Signed by the Honorable Sara L. Ellis (gcy, ) (Entered: 12/03/2013) |
| 12/10/2013 | 95 | MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 12/10/2013 and continued to 7/23/2014 at 09:30 AM. Briefing schedule as to motion to dismiss 91 to stand. Counsel for Defendant John Waldron to file an appearance, forthwith. Mailed notice (rj, ) Modified on 12/10/2013 (rj, ). (Entered: 12/10/2013) |
| 12/17/2013 | 96 | ATTORNEY Appearance for Defendant John Waldron by Peter G. Rush (Rush, Peter) (Entered: 12/17/2013) |
| 12/17/2013 | 97 | ATTORNEY Appearance for Defendant John Waldron by Paul J. Walsen (Walsen, Paul) (Entered: 12/17/2013) |
| 12/17/2013 | 98 | ATTORNEY Appearance for Defendant John Waldron by Todd Edward Pentecost (Pentecost, Todd) (Entered: 12/17/2013) |
| 12/17/2013 | 99 | MOTION by Defendants Jack Allen, Navistar International Corporation, Daniel C. Ustian, Andrew J. Cederoth, Eric Tech to dismiss - *Defendants Navistar International Corporation, Daniel C. Ustian, Andrew J. Cederoth, Jack Allen and Eric Tech's Motion to Dismiss Lead Plaintiff's Amended Class Action Complaint Pursuant to Rules 9(B) and 12(B)(6)* (Berkowitz, Sean) (Entered: 12/17/2013) |
| 12/17/2013 | 100 | MEMORANDUM by Jack Allen, Andrew J. Cederoth, Navistar International Corporation, Eric Tech, Daniel C. Ustian in support of motion to dismiss, 99 (Attachments: # 1 Exhibit A - Part 1, # 2 Exhibit A - Part 2)(Berkowitz, Sean) (Entered: 12/17/2013) |
| 12/17/2013 | 101 | MOTION by Defendants Dennis D Williams, James H. Keyes, Steven J Klinger, Stanley A Mcchrystal, Richard C Tarapchak, David Harrison, John D. Correnti, William H Osborne, Diane H Gulyas, Michael N. Hammes, Eugenio Clariond to dismiss - *Defendants Clariond, Correnti, Gulyas, Hammes, Harrison, Keyes, Klinger, Osborne, Williams, McChrystal, and Tarapchak's Motion to Dismiss Lead Plaintiff's Amended Class Action Complaint Pursuant to Rules 9(B) and 12(B)(6)* (Berkowitz, Sean) (Entered: 12/17/2013) |
| 12/17/2013 | 102 | MEMORANDUM by Eugenio Clariond, John D. Correnti, Diane H Gulyas, Michael N. Hammes, David Harrison, James H. Keyes, Steven J Klinger, Stanley A Mcchrystal, William H Osborne, Richard C Tarapchak, Dennis D Williams in support of motion to dismiss, 101 (Berkowitz, Sean) (Entered: 12/17/2013) |
| 12/17/2013 | 103 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Rush, Peter) (Entered: 12/17/2013) |
| 12/17/2013 | 104 | MEMORANDUM by John Waldron in support of Motion to Dismiss for Failure to State a Claim 103 (Rush, Peter) (Entered: 12/17/2013) |
| 12/19/2013 | 105 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Navistar International Corporation (Swibel, Eric) (Entered: 12/19/2013) |
| 01/31/2014 | 106 | MOTION by Movant Central States, Southeast and Southwest Areas Pension Fund for leave to file , *Unopposed, Instanter an Oversized Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss* (Attachments: # 1 Exhibit A) (Gilden, Carol) (Entered: 01/31/2014) |
| 01/31/2014 | 107 | NOTICE of Motion by Carol V Gilden for presentment of motion for leave to file, 106 before Honorable Sara L. Ellis on 2/6/2014 at 09:30 AM. (Gilden, Carol) (Entered: 01/31/2014) |