# Exhibit 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-2273-CV-LENARD

**RALPH CASEY**, on behalf
of himself and all
others similarly situated,

     Plaintiffs,

vs.

**WINDMERE-DURABLE HOLDINGS,
INC., DAVID M. FRIEDSON,
HARRY D. SCHULMAN** and
**NATIONSBANC MONTGOMERY
SECURITIES LLC,**

     Defendants.

_____/



FILED by _____ D.C.

JAN 2 2 1999

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER STAYING MOTION TO DISMISS PENDING RESOLUTION OF STATUS AND DETERMINATION OF LEAD PLAINTIFF AND COUNSEL ISSUES

**THIS CAUSE** is before the Court <u>sua sponte</u>. Defendant Nationsbanc Montgomery Securities filed a Motion to Dismiss on January 19, 1999. Several predicate issues must be determined prior to a consideration of this motion, including whether a lead plaintiff should be appointed, and if so, what counsel should be appointed to represent such plaintiff. Therefore, it is

**ORDERED AND ADJUDGED** that Defendant's motion to dismiss is hereby **STAYED**. No response need be filed by plaintiffs until the Court has determined these predicate issues. At that point, if a lead plaintiff is designated, a reasonable amount of time to respond to the motion will be granted.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day

of January, 1999.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:    Jeffrey A. Klafter, Esq.
Bernstein Litowitz et al.
1285 6th Ave.
New York, NY 10019

Mark C. Gardy, Esq.
Abbey Gardy et al.
212 E. 39th St.
New York, NY 10016

Michael J. Pucillo, Esq.
Burt & Pucillo
222 Lakeview Ave., Ste. 300
W. Palm Beach, FL 33401

Jules Brody, Esq.
Stull Stull et al.
6 E. 45th St.
New York, NY 10017

Curtis V. Trinko, Esq.
310 Madison Ave., 14th Floor
New York, NY 10017

Gregory A. Markel, Esq.
Brobeck, Phleger et al.
1633 Broadway, 47th Fl.
New York, NY 10019

Richard G. Garrett, Esq.
Greenberg Traurig
1221 Brickell Ave.
Miami, FL 33131

Alan Mansfield, Esq.
Greenberg Traurig
200 Park Ave.
New York, NY 10166

Parker Thomson, Esq.
Thomson Muraro et al.
1 S.E. 3rd Ave., 17th Fl.
Miami, FL 33131

Steven G. Schulman, Esq.
Samuel H. Rudman, Esq.
Milberg Weiss
One Pennsylvania Plaza
New York, NY 10119

Stanley M. Grossman, Esq.
Pomerantz Haudek et al.
100 Park Ave., 26th Floor
New York, NY 10017

Vincent Capucci
Entwistle & Capucci
330 Madison Ave.
New York, NY 10017

2