# Exhibit 12

MAR 1 1 2013

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

RICHARD GLASER,                              )
                                             )
          Plaintiff,                         )
                                             )
v.                                           )        Case No. 1:13-cv-0060
                                             )
VERISIGN, INC., D. JAMES BIDZOS              )
AND GORGE E. KILGUSS, III,                   )
                                             )
          Defendants.                        )

### ORDER

This matter comes before the Court on Plaintiff Glaser's Emergency Motion to Stay and Extend the Time to Respond (Dkt. No. 14) to Defendants' Motion to Dismiss (Dkt. No. 9). For the reasons stated in open court and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion to Stay (Dkt. No. 14) is GRANTED.

ORDERED that Defendants' Motion to Dismiss (Dkt. No. 9) is STAYED pending appointment of Lead Plaintiff and Lead Counsel.

ORDERED that forthwith after the period for moving to serve as Lead Plaintiff has elapsed, Plaintiff shall notice a hearing for appointment of Lead Plaintiff. Any additional Motions shall be noticed following the appointment of Lead Plaintiff and Lead Counsel.

March 11, 2013                          /s/
Alexandria, Virginia                    Liam O'Grady
                                        United States District Judge