# Exhibit 13

















TKL    11/12/04    14:33

3:04-CV-01973   AUTUMN PARTNERS LLC V. REMEC INCORPORATED

*20*

*O.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

AUTUMN PARTNERS, LLC,

                    Plaintiff,

vs.

REMEC, INC., RONALD E. RAGLAND, DAVID L. MORASH, H. CLARK HICKOCK, WINSTON E. HICKMAN, JACK A. GILES and DENNY E. MORGAN,

                    Defendants.

CASE NO. 04 CV 1973 JM (LSP)

ORDER TAKING MOTIONS TO DISMISS OFF CALENDAR

Cases 04cv1948, 04cv1971, and 04cv1973 all involve similar securities class action claims against Remec, Inc. and various individual defendants. Plaintiff Autumn Partners, joined by plaintiffs Anthony Evans in case 04cv1948 and Nipul Patel in case 04cv1971, moved for an order removing Defendants' motions to dismiss the complaint from the court's calendar.

After considering the papers filed and conducting a telephonic conference on November 3, 2004, the court finds that the interests of judicial economy will be best served by (1) consolidating these actions on the court's own motion, and (2) deferring a decision on the pending motions to dismiss until the lead plaintiff(s) and lead counsel are determined by the court. The parties are to submit a stipulation and proposed order for the calendaring and briefing of appointment of lead plaintiff(s) and counsel. Accordingly the request to take Defendants' motions to dismiss off calendar is granted. All three actions are consolidated with case number 04cv1948, designated as the lead file

//

for further filings, with the following caption to appear on all further filings: In re REMEC INCORPORATED SECURITIES LITIGATION.

**IT IS SO ORDERED.**

DATE: _____11/9_____, 2004

JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

cc:      all parties

- 2 -