# Exhibit 14

CLOSED,SPECIAL

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:09-cv-02642-JS**

| | |
|---|---|
| BUILDING TRADES UNITED PENSION TRUST FUND v. KENEXA CORPORATION et al | Date Filed: 06/11/2009 |
| Assigned to: DISTRICT JUDGE JUAN R. SANCHEZ | Date Terminated: 09/27/2010 |
| Cause: 15:78m(a) Securities Exchange Act | Jury Demand: Defendant |
| | Nature of Suit: 850 Other Statutes: Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**BUILDING TRADES UNITED PENSION TRUST FUND**
*Individually and on Behalf of All Others Similarly Situated*

represented by **DANIELLE S. MYERS**
ROBBINS GELLER RUDMAN & DOWD LLP
655 WEST BROADWAY SUITE 1900
SAN DIEGO, CA 92101
619-231-1058
Email: danim@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JACK REISE**
ROBBINS GELLER RUDMAN & DOWD LLP
120 EAST PALMETTO PARK RD
SUITE 500
BOCA RATON, FL 33432
561/750-3000
Email: jreise@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONAH H. GOLDSTEIN**
COUGHLIN STOIA GELLER RUDMAN ROBBINS LLP
655 W BROADWAY STE 1900
SAN DIEGO, CA 92101
619-231-1058
Email: JonahG@csgrr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LAURA ANDRACCHIO**
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 WEST BROADWAY
SUITE 1900
SAN DIEGO, CA 92101
619-231-1058
Fax: 619-231-7423
Email: lauraa@csgrr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MAUREEN E. MUELLER**
ROBBINS, GELLER, RUDMAN & DOWD, LLP
POST MONTGOMERY CENTER
ONE MONTGOMERY STREET
SUITE 1800
SAN FRANCISCO, CA 94104
415-288-4545
Email: MMueller@csgrr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DEBORAH R. GROSS**
PENNSYLVANIANS FOR MODERN COURTS
TWO PENN CENTER SUITE 1140
1500 JFK BOULEVARD

**Defendant**

**DONALD VOLK**                                    represented by  **GAY BARLOW PARKS RAINVILLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN LAWRENCE SCHWEDER , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT L. HICKOK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS T. WATKINSON , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2009 | 1 | COMPLAINT against KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK ( Filing fee $ 350 receipt number PPE002422.), filed by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND.(jeb, ) (Additional attachment(s) added on 1/20/2012: # 1 Designation Form) (er, ). (Entered: 06/11/2009) |
| 06/11/2009 | | Summons Issued as to KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK. Three Forwarded To: Counsel on 6/11/09 (jeb, ) (Entered: 06/11/2009) |
| 06/11/2009 | | DEMAND for Trial by Jury by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND. (jeb, ) (Entered: 06/11/2009) |
| 07/14/2009 | 2 | WAIVER OF SERVICE Returned Executed by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND. KENEXA CORPORATION waiver sent on 6/15/2009, answer due 8/14/2009. (GROSS, DEBORAH) (Entered: 07/14/2009) |
| 07/14/2009 | 3 | WAIVER OF SERVICE Returned Executed by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND. NOORUDDIN S. KARSAN waiver sent on 6/15/2009, answer due 8/14/2009. (GROSS, DEBORAH) (Entered: 07/14/2009) |
| 07/14/2009 | 4 | WAIVER OF SERVICE Returned Executed by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND. DONALD VOLK waiver sent on 6/15/2009, answer due 8/14/2009. (GROSS, DEBORAH) (Entered: 07/14/2009) |
| 07/14/2009 | 5 | NOTICE of Appearance by JOHN LAWRENCE SCHWEDER on behalf of KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK with Certificate of Service(SCHWEDER, JOHN) (Entered: 07/14/2009) |
| 07/14/2009 | 6 | NOTICE of Appearance by THOMAS T. WATKINSON, II on behalf of KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK with Certificate of Service(WATKINSON, THOMAS) (Entered: 07/14/2009) |
| 07/14/2009 | 7 | NOTICE of Appearance by ROBERT L. HICKOK on behalf of KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK with Certificate of Service(HICKOK, ROBERT) (Entered: 07/14/2009) |
| 07/14/2009 | 8 | NOTICE of Appearance by GAY BARLOW PARKS RAINVILLE on behalf of KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK with Certificate of Service(RAINVILLE, GAY) (Entered: 07/14/2009) |
| 07/16/2009 | 9 | ORDER THAT A HEARING ON MOTION FOR DESIGNATION WILL BE HELD ON 9/9/2009 09:00 AM IN COURTROOM BEFORE HONORABLE JUAN R. SANCHEZ. ANY AMENDED COMPLAINT DUE BY 9/30/2009., DISCOVERY REGARDING CLASS CERTIFICATION DUE BY 10/21/2009, DISCOVERY DUE BY 2/1/2011, MOTIONS IN LIMINE DUE BY 6/17/2011., PLAINTIFF PRETRIAL MEMO DUE BY 7/1/2011, DEFENDANT PRETRIAL MEMO DUE BY 7/1/2011., FINAL PRETRIAL CONFERENCE SET FOR 7/7/2011 10:00 AM BEFORE HONORABLE JUAN R. SANCHEZ., TRIAL POOL SET FOR 7/11/2011, RESPONSES TO MOTIONS DUE BY 1/15/2010.,. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 7/16/2009. 7/17/2009 ENTERED AND COPIES E-MAILED.(ap, ) (Entered: 07/17/2009) |
| 08/10/2009 | 10 | MOTION to Consolidate Cases , *to Appoint Building Trades United Pension Trust Fund as Lead Plaintiff*, MOTION to Appoint Counsel filed by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND.Certificate of Service. (Attachments: # 1 Text of Proposed Order)(GROSS, DEBORAH) (Entered: 08/10/2009) |
| 08/10/2009 | 11 | Memorandum in Support re 10 MOTION to Consolidate Cases , *to Appoint Building Trades United Pension Trust Fund as Lead Plaintiff* MOTION to Appoint Counsel filed by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND. (GROSS, DEBORAH) (Entered: 08/10/2009) |
| 08/10/2009 | 12 | Declaration re 10 MOTION to Consolidate Cases , *to Appoint Building Trades United Pension Trust Fund as Lead Plaintiff* MOTION to Appoint Counsel by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND. (Attachments: # 1 Exhibit A - notice, # 2 Exhibit B - certification, # 3 Exhibit C - loss chart, # 4 Exhibit D - CSGRR resume)(GROSS, DEBORAH) (Entered: 08/10/2009) |

| 08/21/2009 | 13 | Memorandum Regarding The Court's Appointment Of Lead Plaintiff by KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK. (SCHWEDER, JOHN) (Entered: 08/21/2009) |
|---|---|---|
| 08/28/2009 | 14 | Reply Memorandum of law in further support of its 10 MOTION to Consolidate Cases , *to Appoint Building Trades United Pension Trust Fund as Lead Plaintiff* MOTION to Appoint Counsel filed by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Certificate of Service. (Attachments: # 1 Exhibit A) (GROSS, DEBORAH) Modified on 9/1/2009 (fh) (Entered: 08/28/2009) |
| 09/03/2009 | 15 | APPLICATION Pro Hac Vice by Danielle S. Myers by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND. SPONSOR'S STATEMENT, CERTIFICATE OF SERVICE (FILING FEE RECEIVED, $40.00, 008330) (ap, ) (Entered: 09/03/2009) |
| 09/03/2009 | 16 | APPLICATION Pro Hac Vice by Jack Reise by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND. SPONSOR'S STATEMENT, CERTIFICATE OF SERVICE (FILING FEE RECEIVED, $40.00, 008330) (ap, ) (Entered: 09/03/2009) |
| 09/03/2009 | 17 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by KENEXA CORPORATION.(RAINVILLE, GAY) Modified on 9/4/2009 (lisad, ). (Entered: 09/03/2009) |
| 09/09/2009 | 18 | APPLICATION Pro Hac Vice by Maureen E. Mueller by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND. with SPONSOR'S STATEMENT, CERTIFICATE OF SERVICE (FILING FEE RECEIVED, $80.00, #008615) (ap, ) (Entered: 09/09/2009) |
| 09/09/2009 | 19 | APPLICATION Pro Hac Vice Jonah H. Goldstein by PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND. with SPONSOR'S STATEMENT, CERTIFICATE OF SERVICE (FILING FEE RECEIVED, $80.00, #008615) (ap, ) (Entered: 09/09/2009) |
| 09/09/2009 | 20 | ORDER THAT THE APPLICATION OF DANIELLE S. MYERS TO PRACTICE IN THIS COURT IS GRANTED. ATTORNEY DANIELLE S. MYERS for PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND ADDED.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/8/2009. 9/9/2009 ENTERED AND COPIES MAILED, E-MAILED.(ap, ) (Entered: 09/09/2009) |
| 09/09/2009 | 21 | ORDER THAT THE APPLICATION OF JACK REISE TO PRACITCE IN THIS COURT IS GRANTED. ATTORNEY JACK REISE for PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND ADDED., MOTIONS TERMINATED:. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/8/2009. 9/9/2009 ENTERED AND COPIES MAILED, E-MAILED.(ap, ) (Entered: 09/09/2009) |
| 09/10/2009 | 22 | ORDER THE THE APPLICATION OF MAUREEN E. MUELLER, ESQ. TO PRACTICE IN THIS COURT IS GRANTED. ATTORNEY MAUREEN E. MUELLER for PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND ADDED.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/9/2009. 9/11/2009 ENTERED AND COPIES MAILED, E-MAILED.(ap, ) (Entered: 09/11/2009) |
| 09/10/2009 | 23 | ORDER THAT THE APPLICATION OF JONAH H. GOLDSTEIN, ESQ. TO PRACTICE IN THIS COURT IS GRANTED. ATTORNEY JONAH H. GOLDSTEIN for PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND ADDED.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/9/2009. 9/11/2009 ENTERED AND COPIES MAILED, E-MAILED.(ap, ) (Entered: 09/11/2009) |
| 09/11/2009 | 24 | ORDER THAT THE MOTION FOR CONSOLIDATION AND APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL IS GRANTED IN PART AND DENIED IN PART; THE MOTION IS GRANTED INSOFAR AS IT RELATES TO THE APPOINTMENT OF LEAD PLAINTIFFS AND SELECTION OF LEAD COUNSEL; THE MOTION IS DENIED AS MOOT INSOFAR AS IT RELATES TO CONSOLIDATIONG OF CASES, ETC.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/9/2009. 9/11/2009 ENTERED AND COPIES MAILED, E-MAILED.(ap, ) (Entered: 09/11/2009) |
| 09/17/2009 | 25 | AMENDED ORDER THAT ANY AMENDED PLEADINGS DUE BY 10/26/2009., DEFENDANT'S MOTION TO DISMISS DUE BY 12/14/2009., PLAINTIFF'S MOTION FOR CLASS CERTIFICATION DUE BY 4/5/2010., EXPERT DISCOVERY DUE BY 4/22/2011., DEFENDANTS' MOTION FOR SUMMARY JUDGMENT SHALL BE FILED NO LATER THN 5/22/2011., MOTIONS IN LIMINE DUE BY 8/19/2011., PLAINTIFF PRETRIAL MEMO DUE BY 9/22/2011., DEFENDANT PRETRIAL MEMO DUE BY 9/22/2011., FINAL PRETRIAL CONFERENCE SET FOR 9/26/2011 10:00 AM BEFORE HONORABLE JUAN R. SANCHEZ., TRIAL POOL SET FOR 10/3/2011.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/17/2009. 9/17/2009 ENTERED AND COPIES MAILED, E-MAILED.(ap, ) (Entered: 09/17/2009) |
| 09/18/2009 | 26 | NOTICE of Appearance by LAURA ANDRACCHIO on behalf of BUILDING TRADES UNITED PENSION TRUST FUND with Certificate of Service(ANDRACCHIO, LAURA) (Entered: 09/18/2009) |
| 09/30/2009 | 27 | Minute Entry for proceedings held before HONORABLE JUAN R. SANCHEZ: Hearing held on 9/9/2009 (ap, ) (Entered: 09/30/2009) |
| 10/26/2009 | 28 | AMENDED COMPLAINT against KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK, filed by BUILDING TRADES UNITED PENSION TRUST FUND. CERTIFICATE OF SERVICE, JURY DEMAND(ap, ) (Entered: 10/27/2009) |
| 11/24/2009 | 29 | Joint MOTION for Leave to File *Memoranda of Law in Support of and in Opposition to Defendants' Motion to Dismiss in Excess of Fifteen Pages.* filed by KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK.Certificate of Service. (RAINVILLE, GAY) (Entered: 11/24/2009) |
| 11/30/2009 | 30 | ORDER THAT THE JOINT MOTION TO FILE MEMORANDA OF LAW IN SUPPORT OF AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN EXCESS OF 15 PAGES IS GRANTED; DEFENDANTS MEMORANDUM OF |

| | | |
|---|---|---|
| | | LAW SHALL NOT EXCEED 50 PAGES, ETC.; PLAINTIFF'S MEMORANDUM OF ALW IN OPPOSITION SHALL NOT EXCEED 50 PAGES, ETC.; DEFENDANTS' REPLY MEMORANDUM OF LAW SHALL NOT EXCEED 30 PAGES, ETC.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 11/25/2009. 12/1/2009 ENTERED AND COPIES MAILED, E-MAILED.(ap, ) (Entered: 12/01/2009) |
| 12/14/2009 | 31 | MOTION to Dismiss *Amended Complaint* filed by KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK.Memorandum, Certificate of Service.(HICKOK, ROBERT) (Entered: 12/14/2009) |
| 12/14/2009 | 32 | Appendix to Memorandum of Law in Support of Defendants' Motion to Dismiss Amended Complaint by KENEXA CORPORATION, NOORUDDIN S. KARSAN, DONALD VOLK. (FILED IN HARD COPY, EXCESS 50 PAGES)(ap, ) (Entered: 12/15/2009) |
| 02/01/2010 | 33 | MOTION to Strike *Defendants'Extrinsic evidence or in the alternative to convert Defendants' motion to dismiss into a motion for summary judgment* filed by BUILDING TRADES UNITED PENSION TRUST FUND.Memorandum,Proposed Order and Certificate of Service.(GROSS, DEBORAH) (Entered: 02/01/2010) |
| 02/01/2010 | 34 | Memorandum in Support of 33 MOTION to Strike *Defendants' Extrinsic evidence or in the alternative to convert Defendants' motion to dismiss into a motion for summary judgment* filed by BUILDING TRADES UNITED PENSION TRUST FUND, memorandum in support of motion to strike, proposed order, certificate of service. (Attachments: # 1 memorandum, # 2 certificate of service, # 3 Text of Proposed Order) (GROSS, DEBORAH) Modified on 2/2/2010 (nd). (Entered: 02/01/2010) |
| 02/01/2010 | 35 | RESPONSE in Opposition re 31 MOTION to Dismiss *Amended Complaint* filed by BUILDING TRADES UNITED PENSION TRUST FUND. (Attachments: # 1 certif of service, # 2 declaration, # 3 plaintiffs' opposition to defendants' motion to dismiss) (GROSS, DEBORAH) (Entered: 02/01/2010) |
| 02/04/2010 | 36 | ORDER THAT AN ORAL ARGUMENT ON THE MOTION TO DISMISS SHALL TAKE PLACE ON 2/18/2010 09:00 AM IN COURTROOM BEFORE HONORABLE JUAN R. SANCHEZ.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 2/4/10. 2/4/10 ENTERED AND COPIES MAILED AND E-MAILED.(kk, ) Modified on 2/5/2010 (ap, ). (ORDER VACATED PER DOC. NO. 37, ORDER DATED 2/5/2010) (Entered: 02/04/2010) |
| 02/05/2010 | 37 | ORDER THAT THE COURT'S ORDER DATED 2/4/2010 IS HEREBY VACATED. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 2/4/2010. 2/5/2010 ENTERED AND COPIES MAILED, E-MAILED.(ap, ) (Entered: 02/05/2010) |
| 02/22/2010 | 38 | APPLICATION FOR PRO HAC VICE ELI R. GREENSTEIN, FILED BY BUILDING TRADES UNITED PENSION TRUST FUND. PAID $80.00 RECEIPT NUMBER: PPE018037 (dp, ) (Entered: 02/22/2010) |
| 02/22/2010 | 39 | APPLICATION FOR PRO HAC VICE FRANCIS A. DIGIACCO, FILED BY BUILDING TRADES UNITED PENSION TRUST FUND. PAID $80.00, RECEIPT NUMBER: PPE018037 (dp, ) (Entered: 02/22/2010) |
| 02/23/2010 | 40 | ORDER THAT THE APPLICATION OF ELI GREENSTEIN, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b) IS GRANTED.. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 2/21/10. 2/23/10 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 02/23/2010) |
| 02/24/2010 | 41 | ORDER THAT THE APPLICATION OF FRANCIS A. DIGIACCO, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b) IS GRANTED.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 2/24/10. 2/24/10 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 02/24/2010) |
| 03/01/2010 | 42 | REPLY to Response to Motion re 31 MOTION to Dismiss *Amended Complaint* filed by NOORUDDIN S. KARSAN, KENEXA CORPORATION, DONALD VOLK. (Attachments: # 1 Exhibit 41, # 2 Exhibit 42, # 3 Exhibit 43, # 4 Exhibit 44, # 5 Exhibit 45-1, # 6 Exhibit 45- cont, # 7 Exhibit 46, # 8 Exhibit 47, # 9 Exhibit 48, # 10 Exhibit 49, # 11 Exhibit 50)(HICKOK, ROBERT) (Entered: 03/01/2010) |
| 03/01/2010 | 43 | RESPONSE in Opposition re 33 MOTION to Strike *Defendants'Extrinsic evidence or in the alternative to convert Defendants' motion to dismiss into a motion for summary judgment* filed by NOORUDDIN S. KARSAN, KENEXA CORPORATION, DONALD VOLK. (Attachments: # 1 Exhibit A)(HICKOK, ROBERT) (Entered: 03/01/2010) |
| 03/02/2010 | 44 | AMENDED DOCUMENT by NOORUDDIN S. KARSAN, KENEXA CORPORATION, DONALD VOLK. Amendment to 42 Reply to Response to Motion, *(Amended Certificate Of Service)*. (RAINVILLE, GAY) (Entered: 03/02/2010) |
| 03/05/2010 | 45 | Minute Entry for proceedings held before HONORABLE JUAN R. SANCHEZ: Omnibus Hearing held on 3/5/2010. (dp, ) (Entered: 03/05/2010) |
| 03/26/2010 | 46 | NOTICE by BUILDING TRADES UNITED PENSION TRUST FUND *of Firm Name Change* (MUELLER, MAUREEN) (Entered: 03/26/2010) |
| 04/06/2010 | 47 | ORDER THAT THE PARTIES SHALL PROPOSE A DISCOVERY AND CLASS CERTIFICATION BRIEFING SCHEDULE WITHIN 5 BUSINESS DAYS AFTER THE COURT RULES ON DEFENDANTS' MOTION TO DISMISS, ASSUMING THE COURT DENIES THE MOTION. THE DATES SET FORTH IN THIS COURT'S AMENDED ORDER OF THE 9/17/09, DOCKET 25, CONCERNING CLASS CERTIFICATION ARE HEREBY DEEMED MOOT.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 4/6/10. 4/6/10 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 04/06/2010) |
| 08/24/2010 | 48 | NOTICE of Change of Address by MAUREEN E. MUELLER(MUELLER, MAUREEN) (Entered: 08/24/2010) |
| 09/27/2010 | 49 | MEMORANDUM. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/27/10. 9/27/10 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 09/27/2010) |
| 09/27/2010 | 50 | ORDER THAT PLAINTIFFS' MOTION TO STRIKE IS GRANTED. IT IS FURTHER ORDERED THAT DEFENDANTS' MOTION TO DISMISS IS GRANTED. THE CLERK OF COURT IS DIRECTED TO MARK THIS CASE CLOSED FOR STATISTICAL PURPOSES.. SIGNED BY HONORABLE JUAN R. SANCHEZ ON 9/27/10. 9/27/10 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 09/27/2010) |