# Exhibit 15

**United States District Court**
**District of Massachusetts (Boston)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-10479-IT**

Shash et al v. Biogen Inc. et al                                    Date Filed: 03/19/2021
Assigned to: Judge Indira Talwani                              Jury Demand: Plaintiff
related Case: 1:21-cv-10017-IT                                  Nature of Suit: 850 Securities/Commodities
Case in other court:  USCA - First Circuit, 22-01773      Jurisdiction: Federal Question
                      California Central, 2:20-cv-10399
Cause: 15:78m(a) Securities Exchange Act

**Plaintiff**

**Victor D. Menashe**                                     represented by    **Laurence M. Rosen**
*individually and on behalf of all others similarly situated*                   THE ROSEN LAW FIRM, PA
*TERMINATED: 06/23/2021*                                              609 W. South Orange Avenue
                                                                     Suite 2P
                                                                     SOUTH ORANGE, NJ 07079
                                                                     (973) 313-1887
                                                                     Email: lrosen@rosenlegal.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nadia Shash**                                          represented by    **Brian Burkons Alexander**
*Individually and On Behalf of All Others Similarly Situated*                    The Rosen Law Firm
                                                                     275 Madison Avenue
                                                                     Ste 40th Floor
                                                                     New York, NY 10016
                                                                     212-686-1060
                                                                     Email: balexander@rosenlegal.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jonathan R. Horne**
                                                                     The Rosen Law Firm, PA
                                                                     275 Madison Avenue
                                                                     Ste 40 Fl
                                                                     New York, NY 10016
                                                                     212-686-1060
                                                                     Fax: 212-202-3827
                                                                     Email: jhorne@rosenlegal.com
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Joshua Baker**
                                                                     The Rosen Law Firm, P.A.
                                                                     101 Greenwood Avenue
                                                                     Suite 440
                                                                     Jenkintown, PA 19046
                                                                     215-600-2817
                                                                     Email: jbaker@rosenlegal.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Laurence Rosen**
                                                                     The Rosen Law Firm
                                                                     275 Madison Ave.
                                                                     40th Floor
                                                                     New York, NY 10016
                                                                     212-686-1060
                                                                     Email: lrosen@rosenlegal.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Phillip Kim**
                                                                     The Rosen Law Firm PA
                                                                     275 Madison Avenue 40th Floor
                                                                     New York, NY 10016

Email: rschubert@sjk.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Alexander Bondarenko**
*TERMINATED: 06/23/2021*

represented by **Jennifer Pafiti**
Pomerantz LLP
468 North Camden Drive
Beverly Hills, CA 90210
818-532-6499
Fax: 917-463-1044
Email: jpafiti@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Igor Rabinovich**
*TERMINATED: 06/23/2021*

represented by **Jennifer Pafiti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Roman Suleymanov**
*TERMINATED: 06/23/2021*

represented by **Jennifer Pafiti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2020 | 1 | COMPLAINT Receipt No: ACACDC-28998405 - Fee: $400, filed by Plaintiff Victor D. Menashe. (Attachments: # 1 PSLRA Certification) (Attorney Laurence M Rosen added to party Victor D. Menashe(pty:pla))(Rosen, Laurence) (Entered: 11/13/2020) |
| 11/13/2020 | 2 | CIVIL COVER SHEET filed by Plaintiff Victor D. Menashe. (Rosen, Laurence) (Entered: 11/13/2020) |
| 11/13/2020 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Victor D. Menashe. (Rosen, Laurence) (Entered: 11/13/2020) |
| 11/13/2020 | 4 | *Certification and* NOTICE of Interested Parties filed by Plaintiff Victor D. Menashe, (Rosen, Laurence) (Entered: 11/13/2020) |
| 11/16/2020 | 5 | NOTICE OF ASSIGNMENT to District Judge James V. Selna and Magistrate Judge Karen L. Stevenson. (lh) (Entered: 11/16/2020) |
| 11/16/2020 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (lh) (Entered: 11/16/2020) |
| 11/16/2020 | 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Biogen Inc., Jeffrey D. Capello, Michael R. McDonnell, Michel Vounatsos. (lh) (Entered: 11/16/2020) |
| 01/12/2021 | 8 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Movant Nadia Shash. Motion set for hearing on 2/22/2021 at 01:30 PM before Judge James V. Selna. (Attachments: # 1 Proposed Order) (Attorney Laurence M Rosen added to party Nadia Shash(pty:mov)) (Rosen, Laurence) (Entered: 01/12/2021) |
| 01/12/2021 | 9 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 8 filed by Movant Nadia Shash. (Rosen, Laurence) (Entered: 01/12/2021) |
| 01/12/2021 | 10 | DECLARATION of Laurence M. Rosen in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 8 filed by Movant Nadia Shash. (Attachments: # 1 Exhibit 1 - PSLRA Early Notice, # 2 Exhibit 2 - PSLRA Certification, # 3 Exhibit 3 - Loss Chart, # 4 Exhibit 4 - Firm Resume)(Rosen, Laurence) (Entered: 01/12/2021) |
| 01/12/2021 | 11 | *Certification and* NOTICE of Interested Parties filed by Movant Nadia Shash, (Rosen, Laurence) (Entered: 01/12/2021) |
| 01/12/2021 | 12 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Movant Leonard Shapiro. Motion set for hearing on 2/22/2021 at 01:30 PM before Judge James V. Selna. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion for Lead Plaintiff, # 2 Declaration of Uriel Rabinoitz in Support of Motion for Appointment of Lead Plaintiff, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Proposed Order) (Attorney Robert C Schubert added to party Leonard Shapiro(pty:mov)) (Schubert, Robert) (Entered: 01/12/2021) |
| 01/12/2021 | 13 | NOTICE of Interested Parties filed by Lead Plaintiff Movants Alexander Bondarenko, Igor Rabinovich, Roman Suleymanov, (Attorney Jennifer Pafiti added to party Alexander Bondarenko(pty:mov), Attorney Jennifer Pafiti added to party Igor Rabinovich(pty:mov), Attorney Jennifer Pafiti added to party Roman Suleymanov(pty:mov))(Pafiti, Jennifer) (Entered: 01/12/2021) |
| 01/12/2021 | 14 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF THE BIOGEN INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* filed by Lead Plaintiff Movants |

| | | |
|---|---|---|
| | | Alexander Bondarenko, Igor Rabinovich, Roman Suleymanov. Motion set for hearing on 2/22/2021 at 01:30 PM before Judge James V. Selna. (Attachments: # 1 Proposed Order) (Pafiti, Jennifer) (Entered: 01/12/2021) |
| 01/12/2021 | 15 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF THE BIOGEN INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* 14 filed by Movants Alexander Bondarenko, Igor Rabinovich, Roman Suleymanov. (Pafiti, Jennifer) (Entered: 01/12/2021) |
| 01/12/2021 | 16 | DECLARATION of Jennifer Pafiti in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF THE BIOGEN INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* 14 filed by Movants Alexander Bondarenko, Igor Rabinovich, Roman Suleymanov. (Attachments: # 1 Exhibit A - Loss Chart, # 2 Exhibit B - Press Release, # 3 Exhibit C - Certifications, # 4 Exhibit D - Joint Declaration, # 5 Exhibit E - Firm Resume)(Pafiti, Jennifer) (Entered: 01/12/2021) |
| 01/13/2021 | 17 | INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA (lb) (Entered: 01/13/2021) |
| 01/19/2021 | 18 | PROOF OF SERVICE Executed by Plaintiff Nadia Shash, upon Defendant Biogen Inc. served on 1/13/2021, answer due 2/3/2021. Service of the Summons and Complaint were executed upon Curt Sweltz (managing agent of defendant's registered agent) in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. (Rosen, Laurence) (Entered: 01/19/2021) |
| 01/22/2021 | 19 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 12 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF THE BIOGEN INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* 14 filed by Movant Nadia Shash. (Rosen, Laurence) (Entered: 01/22/2021) |
| 01/27/2021 | 20 | APPLICATION of Non-Resident Attorney Phillip Kim to Appear Pro Hac Vice on behalf of Movant Nadia Shash (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-30262917) filed by plaintiff Nadia Shash. (Attachments: # 1 Proposed Order) (Attorney Phillip Kim added to party Nadia Shash(pty:mov)) (Kim, Phillip) (Entered: 01/27/2021) |
| 01/27/2021 | 21 | NOTICE OF NON-OPPOSITION to NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF THE BIOGEN INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* 14 filed by Movants Alexander Bondarenko, Igor Rabinovich, Roman Suleymanov. (Pafiti, Jennifer) (Entered: 01/27/2021) |
| 01/27/2021 | 22 | ORDER by Judge James V. Selna: Granting 20 Non-Resident Attorney Phillip Kim APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff(s) Nadia Shash, designating Laurence M. Rosen as local counsel. (es) (Entered: 01/27/2021) |
| 02/01/2021 | 23 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 8 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF THE BIOGEN INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* 14 filed by Movant Leonard Shapiro. (Attachments: # 1 Declaration in Support of his Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel)(Schubert, Robert) (Entered: 02/01/2021) |
| 02/03/2021 | 24 | STIPULATION Extending Time to Answer the complaint as to All Defendants, re Complaint (Attorney Civil Case Opening) 1 , STIPULATION for Extension of Time to File Answer re Complaint (Attorney Civil Case Opening) 1 filed by Defendants Biogen Inc.. (Attachments: # 1 Proposed Order Proposed Oder Granting Stipulation Regarding Service of Operative Complaint and Time to Respond Thereto)(Attorney Robert E Dugdale added to party Biogen Inc.(pty:dft))(Dugdale, Robert) (Entered: 02/03/2021) |
| 02/04/2021 | 25 | Notice of Appearance or Withdrawal of Counsel: for attorney Shauna E Woods counsel for Defendant Biogen Inc.. Adding Shauna E. Woods as counsel of record for Biogen Inc., Michel Vounatsos, Jeffrey D. Capello, and Michael R. McDonnell for the reason indicated in the G-123 Notice. Filed by Defendants Defendants. (Attorney Shauna E Woods added to party Biogen Inc.(pty:dft))(Woods, Shauna) (Entered: 02/04/2021) |
| 02/04/2021 | 26 | ORDER GRANTING STIPULATION REGARDING SERVICE OF OPERATIVE COMPLAINT AND TIME TO RESPOND THERETO 24 by Judge James V. Selna. IT IS HEREBY ORDERED THAT: 1. Defendants' time to answer, move, or otherwise respond to the Complaint is extended until after the Court appoints the lead plaintiff for the putative class, and the lead plaintiff serves an amended complaint or designates a Complaint as the operative complaint (the "Operative Complaint');[see document for details.] (es) (Entered: 02/04/2021) |
| 02/08/2021 | 27 | REPLY in Support NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 12 filed by Movant Leonard Shapiro. (Schubert, Robert) (Entered: 02/08/2021) |
| 02/08/2021 | 28 | REPLY in Further Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 8 filed by Movant Nadia Shash. (Rosen, Laurence) (Entered: 02/08/2021) |
| 02/08/2021 | 29 | DECLARATION of Laurence M. Rosen re Reply (Motion related) 28 filed by Movant Nadia Shash. (Attachments: # 1 Exhibit Shash Declaration)(Rosen, Laurence) (Entered: 02/08/2021) |
| 02/24/2021 | 30 | MINUTES [IN CHAMBERS] Order Regarding Plaintiff's Motion for Appointment as Lead Plaintiff and Appointment of Counsel by Judge James V. Selna granting 8 MOTION for Appointment of Counsel; denying 12 MOTION for Appointment of Counsel; denying 14 MOTION for Appointment of Counsel: For the foregoing reasons, the Court GRANTS Shash's motion, and DENIES Shapiro's and the Biogen Investor Group's. (see document for further details) (bm) (Entered: 02/24/2021) |
| 03/08/2021 | 31 | APPLICATION of Non-Resident Attorney Jonathan R. Horne to Appear Pro Hac Vice on behalf of Movant Nadia Shash (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-30876259) filed by plaintiff Nadia Shash. (Attachments: # 1 Proposed Order) (Rosen, Laurence) (Entered: 03/08/2021) |

| | | |
|---|---|---|
| 03/11/2021 | 32 | ORDER by Judge James V. Selna: Granting 31 Non-Resident Attorney Jonathan R. Horne APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff(s) Nadia Shash, designating Laurence M. Rosen as local counsel. (es) (Entered: 03/11/2021) |
| 03/16/2021 | 33 | NOTICE OF MOTION AND MOTION to Transfer Case to District of Massachusetts filed by plaintiff Nadia Shash. Motion set for hearing on 4/13/2021 at 01:30 PM before Judge James V. Selna. (Attachments: # 1 Proposed Order) (Rosen, Laurence) (Entered: 03/16/2021) |
| 03/16/2021 | 34 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION to Transfer Case to District of Massachusetts 33 filed by Movant Nadia Shash. (Rosen, Laurence) (Entered: 03/16/2021) |
| 03/17/2021 | 35 | [IN CHAMBERS] SCHEDULING NOTICE: On the Court's own motion the MOTION to Transfer Case to District of Massachusetts 33 set by counsel for 4/13/2021 at 1:30 pm is conitnued to 4/19/2021 at 1:30 PM before Judge James V. Selna, the day and time Judge Selna hears motions. Counsel shall review Judge Selna's Procedures and Schedule page.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lb) TEXT ONLY ENTRY (Entered: 03/17/2021) |
| 03/17/2021 | 36 | MINUTES [IN CHAMBERS] Order Regarding Motion to Transfer by Judge James V. Selna: Plaintiff Victor D. Menashe ("Menashe")1 filed a motion to transfer the action to the District of Massachusetts. Dkt. Nos. 33, 34. Biogen Inc. ("Biogen") and the named defendants do not oppose the motion. For the following reasons, the Court GRANTS the motion. (See document for details.) MD JS-6. Case Terminated. (es) (Entered: 03/18/2021) |
| 03/19/2021 | 37 | Case transferred in from District of California Central; Case Number 2:20-cv-10399. (Entered: 03/19/2021) |
| 03/19/2021 | 38 | ELECTRONIC NOTICE of Case Assignment. Judge Indira Talwani assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Danieli, Chris) (Entered: 03/19/2021) |
| 03/26/2021 | 39 | STIPULATION *Regarding Filing of Amended Complaint and Motion to Dismiss* by Nadia Shash. (Attachments: # 1 Text of Proposed Order)(Baker, Joshua) (Entered: 03/26/2021) |
| 03/29/2021 | 40 | Judge Indira Talwani: ORDER entered. Order Regarding Scheduling Filing of Amended Complaint and Motion to Dismiss. (Kelly, Danielle) (Entered: 03/29/2021) |
| 03/30/2021 | 41 | Judge Indira Talwani: ELECTRONIC ORDER: As requested in the letter from Lead Plaintiff Nadia Shash in the related action, Shapiro v. Biogen Inc. et al., No. 21-cv-10017, ECF No. 40, Laurence Rosen, Jonathan Horne, Sara Fuks, and Joshua Baker are substituted for the Rosen Law Firm as Lead Counsel in this action pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). (Kelly, Danielle) (Entered: 03/30/2021) |
| 04/26/2021 | 42 | AMENDED COMPLAINT against All Defendants, filed by Nadia Shash, Amjad Khan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rosen, Laurence) (Main Document 42 replaced on 4/27/2021 - removed blank pages) (Kelly, Danielle). (Entered: 04/26/2021) |
| 06/15/2021 | 43 | NOTICE of Appearance by William J. Trach on behalf of Biogen Inc., Michel Vounatsos, Alfred W. Sandrock, Jr, Samantha Budd Haeberlein (Trach, William) (Entered: 06/15/2021) |
| 06/15/2021 | 44 | MOTION for Leave to File Excess Pages *Regarding Memorandum in Support of Forthcoming Motion to Dismiss* by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos.(Trach, William) (Entered: 06/15/2021) |
| 06/15/2021 | 45 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Audra J. Soloway Filing fee: $ 100, receipt number 0101-8822572 by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos. (Attachments: # 1 Certification of Audra J. Soloway)(Trach, William) (Entered: 06/15/2021) |
| 06/16/2021 | 46 | Judge Indira Talwani: ELECTRONIC ORDER **ALLOWING** 45 Assented to Motion for Leave to Appear Pro Hac Vice Added Audra J. Soloway.<br><br>**Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Kelly, Danielle) (Entered: 06/16/2021) |
| 06/16/2021 | 47 | Judge Indira Talwani: ELECTRONIC ORDER allowing Motion for Leave to File a Memorandum of Law in Excess of Twenty Pages 44 . Good cause shown, Defendants may file a Memorandum of Law of not to exceed thirty-three pages. The memorandum shall include a table of contents and table of authorities (not included in the page count). (Kelly, Danielle) (Entered: 06/16/2021) |
| 06/22/2021 | 48 | Joint MOTION to Amend *Case Caption* by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos. (Trach, William) (Entered: 06/22/2021) |
| 06/22/2021 | 49 | NOTICE of Withdrawal of Appearance Attorney Robert E Dugdale and Shauna E Woods terminated. (Attachments: # 1 Proof of Service, # 2 Cover Letter)(Kelly, Danielle) (Entered: 06/22/2021) |
| 06/23/2021 | 50 | Judge Indira Talwani: ELECTRONIC ORDER **ALLOWING** 48 Joint Motion to Amend Case Caption. (Kelly, Danielle) (Entered: 06/23/2021) |
| 06/23/2021 | 51 | ELECTRONIC NOTICE of Scheduling Conference. Scheduling Conference set for 8/2/2021 02:45 PM in Remote Proceeding : Boston before Judge Indira Talwani.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. |

| | | |
|---|---|---|
| | | For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. |
| | | (MacDonald, Gail) (Entered: 06/23/2021) |
| 06/25/2021 | 52 | MOTION to Dismiss by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos.(Soloway, Audra) (Entered: 06/25/2021) |
| 06/25/2021 | 53 | MEMORANDUM in Support re 52 MOTION to Dismiss filed by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos. (Soloway, Audra) (Entered: 06/25/2021) |
| 06/25/2021 | 54 | AFFIDAVIT in Support re 52 MOTION to Dismiss filed by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R)(Soloway, Audra) (Entered: 06/25/2021) |
| 08/02/2021 | 55 | ELECTRONIC NOTICE Canceling Hearing. Scheduling Conference set for 08/02/2021 is canceled and may be reset by the clerk. (MacDonald, Gail) (Entered: 08/02/2021) |
| 08/02/2021 | 56 | STIPULATION *and [Proposed] Order Regarding Amending Operative Complaint and Setting Briefing Schedule on Motion to Dismiss* by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos. (Trach, William) (Entered: 08/02/2021) |
| 08/02/2021 | 57 | Judge Indira Talwani: ELECTRONIC ORDER adopting Stipulation and Proposed Order Regarding Amending Operative Complaint 56 and briefing schedule set forth therein. (Kelly, Danielle) (Entered: 08/02/2021) |
| 08/04/2021 | 58 | AMENDED COMPLAINT *, Second* against Samantha Budd Haeberlein, Michel Vounatsos, Biogen Inc., Alfred W. Sandrock, Jr, filed by Amjad Khan, Nadia Shash. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Rosen, Laurence) (Entered: 08/04/2021) |
| 08/10/2021 | 59 | Judge Indira Talwani: ELECTRONIC ORDER denying without prejudice Motion to Dismiss 52 as moot in light of filing of an Amended Complaint 58 . (Kelly, Danielle) (Entered: 08/10/2021) |
| 09/20/2021 | 60 | MOTION to Dismiss *the Second Amended Complaint* by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos.(Soloway, Audra) (Entered: 09/20/2021) |
| 09/20/2021 | 61 | MEMORANDUM in Support re 60 MOTION to Dismiss *the Second Amended Complaint* filed by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos. (Soloway, Audra) (Entered: 09/20/2021) |
| 09/20/2021 | 62 | AFFIDAVIT in Support re 60 MOTION to Dismiss *the Second Amended Complaint* filed by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)(Soloway, Audra) (Entered: 09/20/2021) |
| 11/04/2021 | 63 | MEMORANDUM in Opposition re 60 MOTION to Dismiss *the Second Amended Complaint* filed by Amjad Khan, Nadia Shash. (Rosen, Laurence) (Entered: 11/04/2021) |
| 11/04/2021 | 64 | DECLARATION re 63 Memorandum in Opposition to Motion *, in Support* by Amjad Khan, Nadia Shash. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Rosen, Laurence) (Entered: 11/04/2021) |
| 11/04/2021 | 65 | MOTION to Strike by Amjad Khan, Nadia Shash.(Rosen, Laurence) (Entered: 11/04/2021) |
| 11/04/2021 | 66 | Proposed Document(s) submitted by Amjad Khan, Nadia Shash. Document received: Proposed Order. (Rosen, Laurence) (Entered: 11/04/2021) |
| 11/04/2021 | 67 | MEMORANDUM in Support re 65 MOTION to Strike filed by Amjad Khan, Nadia Shash. (Rosen, Laurence) (Entered: 11/04/2021) |
| 11/18/2021 | 68 | MEMORANDUM in Opposition re 65 MOTION to Strike filed by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos. (Soloway, Audra) (Entered: 11/18/2021) |
| 12/06/2021 | 69 | REPLY to Response to 60 MOTION to Dismiss *the Second Amended Complaint* filed by Biogen Inc., Samantha Budd Haeberlein, Alfred W. Sandrock, Jr, Michel Vounatsos. (Soloway, Audra) (Entered: 12/06/2021) |
| 04/07/2022 | 70 | ELECTRONIC NOTICE Setting Hearing on Motion 60 MOTION to Dismiss *the Second Amended Complaint:* Motion Hearing set for 5/10/2022 03:00 PM in Courtroom 9 (Remote only) before Judge Indira Talwani. This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. |