# Exhibit 16

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:19-cv-01013-DLC**

Birnbaum v. General Electric Company et al
Assigned to: Judge Denise L. Cote
Related Case: 1:19-cv-01244-DLC
Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 02/01/2019
Date Terminated: 05/08/2020
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Ezra Birnbaum**
*individually and on behalf of others similarly situated*

represented by **Ashley C. Keller**
Keller Lenkner LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
312-741-5220
Email: ack@kellerpostman.com
*ATTORNEY TO BE NOTICED*

**Marquel P Reddish**
Keller Lenkner
150 N Riverside Plaza
Suite 4100
Chicago, IL 60606
312-948-8468
Email: mrl@kellerpostman.com
*ATTORNEY TO BE NOTICED*

**Nicole Berg**
Keller Lenkner LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
312-948-8477
Email: ncb@kellerpostman.com
*ATTORNEY TO BE NOTICED*

**Uri Seth Ottensoser**
Keller Lenkner LLC
1330 Avenue of the Americas
New York, NY 10019
212-653-9715
Email: ottensoser@bernlieb.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Neil B Bettenhausen**

represented by **Mark Levine**
Levi& Korsinsky LLP
55 Broadway
Ste 10th Floor
New York, NY 10006
212-363-7500
Fax: 212-363-7171
Email: mlevine@zlk.com
*ATTORNEY TO BE NOTICED*

**Shannon Lee Hopkins**
Levi & Korsinsky, LLP
1111 Summer Street
Suite 403
Stamford, CT 06905
203-992-4523

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blake Thomas Denton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean M. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Mastrangelo**                                      represented by **Miles Norman Ruthberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Ann Tomkowiak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Trach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blake Thomas Denton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean M. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2019 | 1 | COMPLAINT against H. Lawrence Culp, Jr, General Electric Company. (Filing Fee $ 400.00, Receipt Number ANYSDC-16281487)Document filed by Ezra Birnbaum. (Attachments: # 1 Exhibit Certification of Named Plaintiff Pursuant to Federal Securities Laws)(Ottensoser, Uri) (Entered: 02/01/2019) |
| 02/01/2019 | 2 | CIVIL COVER SHEET filed. (Ottensoser, Uri) (Entered: 02/01/2019) |
| 02/01/2019 | 3 | **FILING ERROR – DEFICIENT SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to General Electric Company, re: 1 Complaint,. Document filed by Ezra Birnbaum. (Ottensoser, Uri) Modified on 2/4/2019 (pne). (Entered: 02/01/2019) |
| 02/01/2019 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to H. Lawrence Culp, Jr., re: 1 Complaint,. Document filed by Ezra Birnbaum. (Ottensoser, Uri) (Entered: 02/01/2019) |
| 02/04/2019 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Denise L. Cote. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pne) (Entered: 02/04/2019) |
| 02/04/2019 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pne) (Entered: 02/04/2019) |
| 02/04/2019 |  | Case Designated ECF. (pne) (Entered: 02/04/2019) |
| 02/04/2019 | 5 | ELECTRONIC SUMMONS ISSUED as to H. Lawrence Culp, Jr. (pne) (Entered: 02/04/2019) |
| 02/04/2019 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Uri Seth Ottensoser to RE-FILE Document No. 3 Request for Issuance of Summons,. The filing is deficient for the following reason(s): second party name in the 'To' field on the summons request PDF must include 'c/o', or 'attn'. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (pne)** (Entered: 02/04/2019) |
| 02/04/2019 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to General Electric Company, re: 1 Complaint,. Document filed by Ezra Birnbaum. (Ottensoser, Uri) (Entered: 02/04/2019) |
| 02/05/2019 | 7 | ELECTRONIC SUMMONS ISSUED as to General Electric Company. (dnh) (Entered: 02/05/2019) |

| | | |
|---|---|---|
| 02/07/2019 | 8 | ORDER: On February 1, 2019, plaintiff Ezra Birnbaum (Birnbaum) filed a class action lawsuit on behalf of all persons other than defendants who purchased General Electric Company (GE) securities from October 12, 2018 through October 29, 2018. The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act (PSLRA), 15 U.S.C. § 78u-4(a)(3)(A), requires that: Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class--.....Plaintiffs counsel published the required notice on February 1, 2019. Members of the purported class therefore have until April 2, 2019 to move the Court to serve as lead plaintiffs. Accordingly, it is hereby ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by April 12, 2019. IT IS FURTHER ORDERED that a conference shall be held at 2:00 P.M. on April 19, 2019 in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation. IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the defendants. (Signed by Judge Denise L. Cote on 2/7/2019) (gr) (Entered: 02/07/2019) |
| 02/21/2019 | 9 | NOTICE OF APPEARANCE by Miles Norman Ruthberg on behalf of H. Lawrence Culp, Jr, General Electric Company. (Ruthberg, Miles) (Entered: 02/21/2019) |
| 02/21/2019 | 10 | NOTICE OF APPEARANCE by Blake Thomas Denton on behalf of H. Lawrence Culp, Jr, General Electric Company. (Denton, Blake) (Entered: 02/21/2019) |
| 02/21/2019 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by H. Lawrence Culp, Jr, General Electric Company.(Ruthberg, Miles) (Entered: 02/21/2019) |
| 02/21/2019 | 12 | LETTER MOTION for Extension of Time / *Entry of Scheduling Order* addressed to Judge Denise L. Cote from Miles N. Ruthberg dated February 21, 2019. Document filed by H. Lawrence Culp, Jr, General Electric Company. (Attachments: # 1 Text of Proposed Order - Proposed Scheduling Order)(Ruthberg, Miles) (Entered: 02/21/2019) |
| 02/22/2019 | 13 | STIPULATION AND ORDER.... Extension of Time / Entry of Scheduling Order (Signed by Judge Denise L. Cote on 2/22/2019) (gr) (Entered: 02/22/2019) |
| 03/21/2019 | 14 | ORDER: IT IS HEREBY ORDERED that the April 19, 2019 conference scheduled in the above-captioned matters is adjourned to April 25 at 11 a.m. in Courtroom 18B, 500 Pearl Street. IT IS FURTHER ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants. (Signed by Judge Denise L. Cote on 3/21/2019) (gr) (Entered: 03/21/2019) |
| 04/02/2019 | 15 | MOTION to Consolidate Cases 1:19-cv-01244 ., MOTION to Appoint Counsel ., MOTION to Appoint Neil B. Bettenhausen, Richard S, Karplus, Douglass S. Heckman, and George Bonheur to serve as lead plaintiff(s) . Document filed by Neil B Bettenhausen, Richard S Karplus, Douglass S Heckman, George Bonheur. (Attachments: # 1 Text of Proposed Order)(Hopkins, Shannon) (Entered: 04/02/2019) |
| 04/02/2019 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION to Consolidate Cases 1:19-cv-01244 . MOTION to Appoint Counsel . MOTION to Appoint Neil B. Bettenhausen, Richard S, Karplus, Douglass S. Heckman, and George Bonheur to serve as lead plaintiff(s) . . Document filed by Neil B Bettenhausen, George Bonheur, Douglass S Heckman, Richard S Karplus. (Hopkins, Shannon) (Entered: 04/02/2019) |
| 04/02/2019 | 17 | DECLARATION of Shannon L. Hopkins in Support re: 15 MOTION to Consolidate Cases 1:19-cv-01244 . MOTION to Appoint Counsel . MOTION to Appoint Neil B. Bettenhausen, Richard S, Karplus, Douglass S. Heckman, and George Bonheur to serve as lead plaintiff(s) .. Document filed by Neil B Bettenhausen, George Bonheur, Douglass S Heckman, Richard S Karplus. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hopkins, Shannon) (Entered: 04/02/2019) |
| 04/02/2019 | 18 | MOTION to Consolidate Cases 19-cv-1013 and 19-cv-1244 *Appointment as Lead Plaintiff and Approval of Their Selection of Counsel*. Document filed by City of Baltimore Fire and Police Employees' Retirement System, City of Baltimore Employees' Retirement System.(Singer, Steven) (Entered: 04/02/2019) |
| 04/02/2019 | 19 | PROPOSED ORDER. Document filed by City of Baltimore Employees' Retirement System, City of Baltimore Fire and Police Employees' Retirement System. Related Document Number: 18 . (Singer, Steven) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/02/2019) |
| 04/02/2019 | 20 | MEMORANDUM OF LAW in Support re: 18 MOTION to Consolidate Cases 19-cv-1013 and 19-cv-1244 *Appointment as Lead Plaintiff and Approval of Their Selection of Counsel*. . Document filed by City of Baltimore Employees' Retirement System, City of Baltimore Fire and Police Employees' Retirement System. (Singer, Steven) (Entered: 04/02/2019) |
| 04/02/2019 | 21 | DECLARATION of Steven B. Singer in Support re: 18 MOTION to Consolidate Cases 19-cv-1013 and 19-cv-1244 *Appointment as Lead Plaintiff and Approval of Their Selection of Counsel*.. Document filed by City of Baltimore Employees' Retirement System, City of Baltimore Fire and Police Employees' Retirement System. (Attachments: # 1 Exhibit A Press Release of Keller Lenkner LLC, # 2 Exhibit B Press Release of Saxena White P.A., # 3 Exhibit C Certifications, # 4 Exhibit D Loss Charts, # 5 Exhibit E Transcript from Masih v. Perrigo Company PLC et al., # 6 Exhibit F Resume)(Singer, Steven) (Entered: 04/02/2019) |
| 04/02/2019 | 22 | MOTION to Consolidate Cases 19-cv-01244 ., MOTION to Appoint Peter Morrissette and Jonathan Hartzler to serve as lead plaintiff(s) ., MOTION to Approve Counsel . Document filed by Peter Morrissette, Jonathan Hartzler.(Lieberman, Jeremy) (Entered: 04/02/2019) |
| 04/02/2019 | 23 | PROPOSED ORDER. Document filed by Jonathan Hartzler, Peter Morrissette. Related Document Number: 22 . (Lieberman, Jeremy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/02/2019) |
| 04/02/2019 | 24 | MEMORANDUM OF LAW in Support re: 22 MOTION to Consolidate Cases 19-cv-01244 . MOTION to Appoint Peter Morrissette and Jonathan Hartzler to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Jonathan |

| | | |
|---|---|---|
| | | Hartzler, Peter Morrissette. (Lieberman, Jeremy) (Entered: 04/02/2019) |
| 04/02/2019 | 25 | DECLARATION of Jeremy A. Lieberman in Support re: 22 MOTION to Consolidate Cases 19-cv-01244 . MOTION to Appoint Peter Morrissette and Jonathan Hartzler to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Jonathan Hartzler, Peter Morrissette. (Attachments: # 1 Exhibit A - Press Release, # 2 Exhibit B - Certifications, # 3 Exhibit C - Loss Chart, # 4 Exhibit D - Firm Resume)(Lieberman, Jeremy) (Entered: 04/02/2019) |
| 04/02/2019 | 26 | MOTION to Appoint Ezra Birnbaum to serve as lead plaintiff(s) , *appoint lead counsel, and oppose consolidation*. Document filed by Ezra Birnbaum. (Attachments: # 1 Text of Proposed Order)(Ottensoser, Uri) (Entered: 04/02/2019) |
| 04/02/2019 | 27 | MEMORANDUM OF LAW in Support re: 26 MOTION to Appoint Ezra Birnbaum to serve as lead plaintiff(s) , *appoint lead counsel, and oppose consolidation*. . Document filed by Ezra Birnbaum. (Ottensoser, Uri) (Entered: 04/02/2019) |
| 04/02/2019 | 28 | DECLARATION of U. Seth Ottensoser in Support re: 26 MOTION to Appoint Ezra Birnbaum to serve as lead plaintiff(s) , *appoint lead counsel, and oppose consolidation*.. Document filed by Ezra Birnbaum. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Ottensoser, Uri) (Entered: 04/02/2019) |
| 04/02/2019 | 29 | MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s) . Document filed by Teachers' Retirement System of Oklahoma. (Attachments: # 1 Text of Proposed Order)(Eisenkraft, Michael) (Entered: 04/02/2019) |
| 04/02/2019 | 30 | MOTION to Consolidate Cases 1:19-cv-01013-DLC; 1:19-cv-01244-DLC ., MOTION to Appoint DeKalb County Pension Fund to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by DeKalb County Pension Fund.(Wilson, James) (Entered: 04/02/2019) |
| 04/02/2019 | 31 | MEMORANDUM OF LAW in Support re: 29 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s) . . Document filed by Teachers' Retirement System of Oklahoma. (Eisenkraft, Michael) (Entered: 04/02/2019) |
| 04/02/2019 | 32 | MEMORANDUM OF LAW in Support re: 30 MOTION to Consolidate Cases 1:19-cv-01013-DLC; 1:19-cv-01244-DLC . MOTION to Appoint DeKalb County Pension Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by DeKalb County Pension Fund. (Wilson, James) (Entered: 04/02/2019) |
| 04/02/2019 | 33 | DECLARATION of Michael B. Eisenkraft in Support re: 29 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s) .. Document filed by Teachers' Retirement System of Oklahoma. (Attachments: # 1 Exhibit A - PSLRA Notice, # 2 Exhibit B - PSLRA Certification, # 3 Exhibit C - TRS Loss Chart, # 4 Exhibit D - Cohen Milstein Sellers & Toll LLC Resume)(Eisenkraft, Michael) (Entered: 04/02/2019) |
| 04/02/2019 | 34 | DECLARATION of James M. Wilson, Jr. in Support re: 30 MOTION to Consolidate Cases 1:19-cv-01013-DLC; 1:19-cv-01244-DLC . MOTION to Appoint DeKalb County Pension Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by DeKalb County Pension Fund. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Wilson, James) (Entered: 04/02/2019) |
| 04/02/2019 | 35 | PROPOSED ORDER. Document filed by DeKalb County Pension Fund. Related Document Number: 30 . (Wilson, James) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/02/2019) |
| 04/03/2019 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 35 Proposed Order was reviewed and approved as to form. (km)** (Entered: 04/03/2019) |
| 04/03/2019 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 23 Proposed Order was reviewed and approved as to form. (km)** (Entered: 04/03/2019) |
| 04/08/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Michael Benjamin Eisenkraft. The party information for the following party/parties has been modified: Teachers' Retirement System of Oklahoma. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly;. (wb)** (Entered: 04/08/2019) |
| 04/10/2019 | 36 | NOTICE of Non-Opposition by the Baltimore Funds re: 18 MOTION to Consolidate Cases 19-cv-1013 and 19-cv-1244 *Appointment as Lead Plaintiff and Approval of Their Selection of Counsel*.. Document filed by City of Baltimore Employees' Retirement System, City of Baltimore Fire and Police Employees' Retirement System. (Singer, Steven) (Entered: 04/10/2019) |
| 04/10/2019 | 37 | MOTION for Ashley Conrad Keller to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16666044. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ezra Birnbaum. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order, # 3 Exhibit Certificate of Good Standing)(Keller, Ashley) (Entered: 04/10/2019) |
| 04/10/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 37 MOTION for Ashley Conrad Keller to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16666044. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 04/10/2019) |
| 04/11/2019 | 38 | MOTION for Nicole Corinne Berg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16674554. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ezra Birnbaum. (Attachments: # 1 Affidavit Affidavit of Nicole Berg in Support of Motion for Admission of Nicole Berg Pro Hac Vice, # 2 Text of Proposed Order Proposed Order for Admission of Nicole Berg Pro Hac Vice, # 3 Exhibit Certificate of Good Standing)(Berg, Nicole) (Entered: 04/11/2019) |
| 04/12/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 38 MOTION for Nicole Corinne Berg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16674554. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 04/12/2019) |

| 04/12/2019 | 39 | ORDER granting 37 Motion for Ashley Conrad Keller to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 04/12/2019) |
|---|---|---|
| 04/12/2019 | 40 | ORDER granting 38 Motion for Nicole Corinne Berg to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 04/12/2019) |
| 04/12/2019 | 41 | NOTICE of NON-OPPOSITION OF THE GE INVESTOR GROUP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL re: 22 MOTION to Consolidate Cases 19-cv-01244 . MOTION to Appoint Peter Morrissette and Jonathan Hartzler to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Jonathan Hartzler, Peter Morrissette. (Lieberman, Jeremy) (Entered: 04/12/2019) |
| 04/12/2019 | 42 | NOTICE of DeKalb County Pension Fund's Non-Opposition to Competing Lead Plaintiff Motion re: 29 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s) .. Document filed by DeKalb County Pension Fund. (Wilson, James) (Entered: 04/12/2019) |
| 04/12/2019 | 43 | MOTION for Julie Goldsmith Reiser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16683113. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Teachers' Retirement System of Oklahoma. (Attachments: # 1 Exhibit A Certificates of Good Standing, # 2 Affidavit, # 3 Text of Proposed Order)(Reiser, Julie) (Entered: 04/12/2019) |
| 04/12/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 43 MOTION for Julie Goldsmith Reiser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16683113. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 04/12/2019) |
| 04/12/2019 | 44 | MOTION for Steven J. Toll to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16685094. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Teachers' Retirement System of Oklahoma. (Attachments: # 1 Exhibit A Certificates of Good Standing, # 2 Affidavit, # 3 Text of Proposed Order)(Toll, Steven) (Entered: 04/12/2019) |
| 04/12/2019 | 45 | RESPONSE to Motion re: 26 MOTION to Appoint Ezra Birnbaum to serve as lead plaintiff(s) , *appoint lead counsel, and oppose consolidation.*, 22 MOTION to Consolidate Cases 19-cv-01244 . MOTION to Appoint Peter Morrissette and Jonathan Hartzler to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 18 MOTION to Consolidate Cases 19-cv-1013 and 19-cv-1244 *Appointment as Lead Plaintiff and Approval of Their Selection of Counsel.*, 30 MOTION to Consolidate Cases 1:19-cv-01013-DLC; 1:19-cv-01244-DLC . MOTION to Appoint DeKalb County Pension Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 29 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s) . . Document filed by Neil B Bettenhausen, George Bonheur, Douglass S Heckman, Richard S Karplus. (Hopkins, Shannon) (Entered: 04/12/2019) |
| 04/12/2019 | 46 | DECLARATION of Shannon L. Hopkins in Support re: 15 MOTION to Consolidate Cases 1:19-cv-01244 . MOTION to Appoint Counsel . MOTION to Appoint Neil B. Bettenhausen, Richard S, Karplus, Douglass S. Heckman, and George Bonheur to serve as lead plaintiff(s) .. Document filed by Neil B Bettenhausen, George Bonheur, Douglass S Heckman, Richard S Karplus. (Attachments: # 1 Exhibit A)(Hopkins, Shannon) (Entered: 04/12/2019) |
| 04/12/2019 | 47 | LETTER addressed to Judge Denise L. Cote from Miles N. Ruthberg dated April 12, 2019 re: Defendants' support for consolidation. Document filed by H. Lawrence Culp, Jr, General Electric Company.(Ruthberg, Miles) (Entered: 04/12/2019) |
| 04/12/2019 | 48 | MEMORANDUM OF LAW in Opposition re: 26 MOTION to Appoint Ezra Birnbaum to serve as lead plaintiff(s) , *appoint lead counsel, and oppose consolidation.*, 22 MOTION to Consolidate Cases 19-cv-01244 . MOTION to Appoint Peter Morrissette and Jonathan Hartzler to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 15 MOTION to Consolidate Cases 1:19-cv-01244 . MOTION to Appoint Counsel . MOTION to Appoint Neil B. Bettenhausen, Richard S, Karplus, Douglass S. Heckman, and George Bonheur to serve as lead plaintiff(s) ., 18 MOTION to Consolidate Cases 19-cv-1013 and 19-cv-1244 *Appointment as Lead Plaintiff and Approval of Their Selection of Counsel.*, 30 MOTION to Consolidate Cases 1:19-cv-01013-DLC; 1:19-cv-01244-DLC . MOTION to Appoint DeKalb County Pension Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Teachers' Retirement System of Oklahoma. (Attachments: # 1 Exhibit A - The Sheet Metal Workers and Birnbaum Actions Are Extensions of the Same Fraud)(Eisenkraft, Michael) (Entered: 04/12/2019) |
| 04/12/2019 | 49 | MEMORANDUM OF LAW in Opposition re: 18 MOTION to Consolidate Cases 19-cv-1013 and 19-cv-1244 *Appointment as Lead Plaintiff and Approval of Their Selection of Counsel.*, 30 MOTION to Consolidate Cases 1:19-cv-01013-DLC; 1:19-cv-01244-DLC . MOTION to Appoint DeKalb County Pension Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 29 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s) ., 22 MOTION to Consolidate Cases 19-cv-01244 . MOTION to Appoint Peter Morrissette and Jonathan Hartzler to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 15 MOTION to Consolidate Cases 1:19-cv-01244 . MOTION to Appoint Counsel . MOTION to Appoint Neil B. Bettenhausen, Richard S, Karplus, Douglass S. Heckman, and George Bonheur to serve as lead plaintiff(s) . . Document filed by Ezra Birnbaum. (Ottensoser, Uri) (Entered: 04/12/2019) |
| 04/15/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 44 MOTION for Steven J. Toll to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16685094. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 04/15/2019) |
| 04/15/2019 | 50 | ORDER granting 43 Motion for Julie Goldsmith Reiser to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 04/15/2019) |
| 04/15/2019 | 51 | ORDER granting 44 Motion for Steven J. Toll to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 04/15/2019) |

| | | |
|---|---|---|
| 04/16/2019 | 52 | MOTION for Marquel P. Reddish to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16702753. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ezra Birnbaum. (Attachments: # 1 Affidavit Affidavit of Marquel P. Reddish in Support of Motion for Admission of Marquel P. Reddish Pro Hac Vice, # 2 Text of Proposed Order Proposed Order for Admission of Marquel P. Reddish Pro Hac Vice, # 3 Exhibit Certificate of Admission to the Bar of Illinois - (Marquel P. Reddish), # 4 Exhibit Certificate of Admission to the Bar of New York - (Marquel P. Reddish)) (Reddish, Marquel) (Entered: 04/16/2019) |
| 04/16/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 52 MOTION for Marquel P. Reddish to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16702753. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 04/16/2019) |
| 04/19/2019 | 53 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Robert W. Killorin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16735688. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by DeKalb County Pension Fund. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing)(Wilson, James) Modified on 4/19/2019 (ma). (Entered: 04/19/2019) |
| 04/19/2019 | 54 | PROPOSED ORDER. Document filed by DeKalb County Pension Fund. Related Document Number: 53 . (Wilson, James) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/19/2019) |
| 04/19/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 53 MOTION for Robert W. Killorin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16735688. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): missing Proposed Order;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (ma)** (Entered: 04/19/2019) |
| 04/19/2019 | 55 | MOTION for Robert W. Killorin to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by DeKalb County Pension Fund. (Attachments: # 1 Affidavit, # 2 Exhibit A - Certificate of Good Standing, # 3 Text of Proposed Order)(Killorin, Robert) (Entered: 04/19/2019) |
| 04/22/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 55 MOTION for Robert W. Killorin to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 04/22/2019) |
| 04/22/2019 | | ORDER granting 55 Motion for Robert W. Killorin to Appear Pro Hac Vice. (Signed by Judge Denise L. Cote on 4/22/2019) (gr) (Entered: 04/22/2019) |
| 04/23/2019 | 56 | MOTION for William Trach to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16748831. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by H. Lawrence Culp, Jr, General Electric Company. (Attachments: # 1 Declaration of William Trach in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing, # 3 Text of Proposed Order)(Trach, William) (Entered: 04/23/2019) |
| 04/23/2019 | 57 | MOTION for Sean M. Berkowitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16748992. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by H. Lawrence Culp, Jr, General Electric Company. (Attachments: # 1 Declaration of Sean M. Berkowitz in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing, # 3 Text of Proposed Order)(Berkowitz, Sean) (Entered: 04/23/2019) |
| 04/23/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 57 MOTION for Sean M. Berkowitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16748992. Motion and supporting papers to be reviewed by Clerk's Office staff., 56 MOTION for William Trach to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-16748831. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 04/23/2019) |
| 04/23/2019 | 58 | ORDER granting 56 Motion for William Trach to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 04/23/2019) |
| 04/23/2019 | 59 | ORDER granting 57 Motion for Sean M. Berkowitz to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote) (Text Only Order) (gr) (Entered: 04/23/2019) |
| 04/23/2019 | 60 | ORDER granting 52 Motion for Marquel P. Reddish to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote) (Text Only Order) (gr) (Entered: 04/23/2019) |
| 04/24/2019 | 61 | NOTICE OF APPEARANCE by Mark Levine on behalf of Neil B Bettenhausen, George Bonheur, Douglass S Heckman, Richard S Karplus. (Levine, Mark) (Entered: 04/24/2019) |
| 04/25/2019 | | Minute Entry for proceedings held before Judge Denise L. Cote: Pretrial Conference held on 4/25/2019. (Court Reporter Eve Giniger) (gr) Modified on 4/25/2019 (gr). (Entered: 04/25/2019) |
| 04/25/2019 | 62 | CASE MANAGEMENT ORDER: The Court having conducted a pretrial conference on April 25, 2019 to address the motions for appointment of lead plaintiff and lead counsel in the class action brought against General Electric Company ("GE") et al., it is herebyORDERED as follows: Lead Plaintiff shall file an amended complaint for this action and any actions subsequently consolidated with it on or before June 21, 2019. Defendants shall file an answer to the amended complaint or a motion to dismiss the amended complaint by August 2, 2019. 2. Pending filing and service of the amended complaint, defendants shall have no obligation to move, answer, or otherwise respond to any complaints in any actions subsequently consolidated with this action. 3. If a motion to dismiss the amended complaint is filed, any amended complaint must be filed by August 30, 2019. It is unlikely that Lead Plaintiff will be granted any further opportunities to amend. If Lead Plaintiff elects not to further amend, it shall file its opposition to the motion to dismiss on or before August 30, 2019. Defendants shall file their reply to the |

| | | |
|---|---|---|
| | | opposition(s) to the motion to dismiss on or before September 20, 2019. (And as further set forth in this Order). Amended Pleadings due by 6/21/2019. Responses due by 8/30/2019, Replies due by 9/20/2019. (Signed by Judge Denise L. Cote on 4/25/2019) (jca) (Entered: 04/25/2019) |
| 04/25/2019 | 63 | ORDER OF CONSOLIDATION: Having received motions for consolidation, and finding that the actions involve common questions of law and fact, it is hereby ORDERED that the Clerk of Court shall consolidate the above actions under the docket number of the lead case 19cv1013. SO ORDERED. (Signed by Judge Denise L. Cote on 4/25/2019) (jca) Modified on 4/25/2019 (jca). (Entered: 04/25/2019) |
| 05/08/2019 | 64 | NOTICE of Withdrawal as Counsel of Record. Document filed by City of Baltimore Employees' Retirement System, City of Baltimore Fire and Police Employees' Retirement System. (Singer, Steven) (Entered: 05/08/2019) |
| 05/10/2019 | 65 | NOTICE of Withdrawal of Counsel of Record. Document filed by Neil B Bettenhausen, George Bonheur, Douglass S Heckman, Richard S Karplus. (Hopkins, Shannon) (Entered: 05/10/2019) |
| 05/10/2019 | 66 | MEMO ENDORSEMENT on re: 64 Notice (Other) filed by City of Baltimore Employees' Retirement System, City of Baltimore Fire and Police Employees' Retirement System. ENDORSEMENT: Granted. Attorney Steven B. Singer terminated. (Signed by Judge Denise L. Cote on 5/10/2019) (jca) (Entered: 05/10/2019) |
| 05/10/2019 | 67 | MEMO ENDORSEMENT on re: 65 Notice (Other) filed by George Bonheur, Richard S Karplus, Neil B Bettenhausen, Douglass S Heckman. ENDORSEMENT: Granted. Attorney Shannon Lee Hopkins terminated. (Signed by Judge Denise L. Cote on 5/10/2019) (jca) (Entered: 05/10/2019) |
| 05/13/2019 | 68 | TRANSCRIPT of Proceedings re: conference held on 4/25/2019 before Judge Denise L. Cote. Court Reporter/Transcriber: Eve Giniger, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/3/2019. Redacted Transcript Deadline set for 6/13/2019. Release of Transcript Restriction set for 8/12/2019.(McGuirk, Kelly) (Entered: 05/13/2019) |
| 05/13/2019 | 69 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 4/25/19 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 05/13/2019) |
| 06/21/2019 | 70 | FIRST AMENDED COMPLAINT amending 1 Complaint, against General Electric Company, John L. Flannery, Jamie S. Miller, Jan R. Hauser, Russell Stokes, Chuck Nugent, Scott Strazik, Joe Mastrangelo with JURY DEMAND.Document filed by Teachers' Retirement System of Oklahoma. Related document: 1 Complaint,. (Attachments: # 1 Exhibit Certification and Schedule A)(Eisenkraft, Michael) (Entered: 06/21/2019) |
| 07/25/2019 | 71 | CONSENT LETTER MOTION for Leave to File Excess Pages addressed to Judge Denise L. Cote from Miles N. Ruthberg dated July 25, 2019. Document filed by John L. Flannery, General Electric Company, Jan R. Hauser, Joe Mastrangelo, Jamie S. Miller, Chuck Nugent, Russell Stokes, Scott Strazik.(Ruthberg, Miles) (Entered: 07/25/2019) |
| 07/25/2019 | 72 | ORDER granting 71 Letter Motion for Leave to File Excess Pages. (Signed by Judge Denise L. Cote on 7/25/2019) (gr) (Entered: 07/25/2019) |
| 08/02/2019 | 73 | NOTICE OF APPEARANCE by Sean M. Berkowitz on behalf of John L. Flannery, Jan R. Hauser, Joe Mastrangelo, Jamie S. Miller, Chuck Nugent, Russell Stokes, Scott Strazik. (Berkowitz, Sean) (Entered: 08/02/2019) |
| 08/02/2019 | 74 | NOTICE OF APPEARANCE by William J. Trach on behalf of John L. Flannery, Jan R. Hauser, Joe Mastrangelo, Jamie S. Miller, Chuck Nugent, Russell Stokes, Scott Strazik. (Trach, William) (Entered: 08/02/2019) |
| 08/02/2019 | 75 | NOTICE OF APPEARANCE by Blake Thomas Denton on behalf of John L. Flannery, Jan R. Hauser, Joe Mastrangelo, Jamie S. Miller, Chuck Nugent, Russell Stokes, Scott Strazik. (Denton, Blake) (Entered: 08/02/2019) |
| 08/02/2019 | 76 | MOTION to Dismiss *the Amended Complaint*. Document filed by John L. Flannery, General Electric Company, Jan R. Hauser, Joe Mastrangelo, Jamie S. Miller, Chuck Nugent, Russell Stokes, Scott Strazik.(Ruthberg, Miles) (Entered: 08/02/2019) |
| 08/02/2019 | 77 | DECLARATION of Blake C. Denton in Support re: 76 MOTION to Dismiss *the Amended Complaint*.. Document filed by John L. Flannery, General Electric Company, Jan R. Hauser, Joe Mastrangelo, Jamie S. Miller, Chuck Nugent, Russell Stokes, Scott Strazik. (Attachments: # 1 Exhibit 1- Amended Complaint, # 2 Exhibit 2 - Appendix of Alleged Misstatements, # 3 Exhibit 3 - ASC 350-20 (Excerpt), # 4 Exhibit 4 - ASC 805-30 (Excerpt), # 5 Exhibit 5 GE Historical Stock Price, # 6 Exhibit 6 - GER-3620M (Excerpt), # 7 Exhibit 7 - GE 2014 Form 10-K (Excerpt), # 8 Exhibit 8 - GE 2015 Form 10-K (Excerpt), # 9 Exhibit 9 - Technical Information Letter 2024, # 10 Exhibit 10 - GE Q4 2016 Earnings Call Transcript, # 11 Exhibit 11 - GE 2016 Form 10-K (Excerpt), # 12 Exhibit 12 - 6/12/2017 GE Press Release, # 13 Exhibit 13 - GE Q3 2017 Form 10-Q (Excerpt), # 14 Exhibit 14 - 11/13/2017 GE Update Call Transcript, # 15 Exhibit 15 - 12/4/2017 GE Press Release, # 16 Exhibit 16 12/27/2017 Reuters Article, # 17 Exhibit 17 - 1/3/2018 Power Mag Article, # 18 Exhibit 18 - GE Q4 2017 Earnings Call Transcript, # 19 Exhibit 19 - GE Q4 2017 Earnings Press Release, # 20 Exhibit 20 - GE 2017 Form 10-K (Excerpt), # 21 Exhibit 21 - 3/28/2018 Power Mag Article, # 22 Exhibit 22 - GE Q1 2018 Earnings Call Transcript, # 23 Exhibit 23 - GE Q1 2018 Form 10-Q (Excerpt), # 24 Exhibit 24 - 6/26/2018 GE Update Call Transcript, # 25 Exhibit 25 - 6/26/2018 GE Press Release, # 26 Exhibit 26 - GE Q2 2018 Earnings Call Transcript, # 27 Exhibit 27 - GE Q2 2018 Form 10-Q (Excerpt), # 28 Exhibit 28 - 9/12/2018 GE Press Release, # 29 Exhibit 29 - 9/20/2018 Reuters Article, # 30 Exhibit 30 - 9/20/2018 WSJ Article, # 31 Exhibit 31 - 9/20/2018 JP Morgan Analyst Report, # 32 Exhibit 32 - 9/20/2018 Bloomberg Article, # 33 Exhibit 33 - 9/21/2018 GE Press Release, # 34 Exhibit 34 - 9/24/2018 Gabelli Analyst Report, # 35 Exhibit 35 - 9/25/2018 Motley Fool Article, # 36 Exhibit 36 - 9/27/2018 RBC Analyst Report, # 37 Exhibit 37 - 9/28/2018 GE Press Release, # 38 Exhibit 38 - 10/1/2018 GE Press Release, # 39 Exhibit 39 - GE Q3 2018 Form 10-Q (Excerpt), # 40 Exhibit 40 - GE Q3 2018 Earnings Call Transcript, # 41 Exhibit 41 - 12/3/2018 Diesel & Gas Article, # 42 Exhibit 42 - 12/7/2018 Reuters Article, # 43 Exhibit 43 - 1/25/2019 Reuters Article, # 44 |