# Exhibit 17

# U.S. District Court
## Middle District of Tennessee (Nashville)
### CIVIL DOCKET FOR CASE #: 3:17-cv-01112

| | |
|---|---|
| Bettis v. Envision Healthcare Corporation et al | Date Filed: 08/04/2017 |
| Assigned to: Chief Judge William L. Campbell, Jr | Date Terminated: 03/21/2024 |
| Referred to: Magistrate Judge Jeffery S. Frensley | Jury Demand: Plaintiff |
| related Cases: 3:17-cv-01472 | Nature of Suit: 850 Securities/Commodities |
|               3:17-cv-01550 | Jurisdiction: Federal Question |
| Cause: 15:78m(a) Securities Exchange Act | |

**Plaintiff**

**Terry W. Bettis**
*Individually, and On Behalf of All Others Similarly Situated*

represented by **Ellen Gusikoff Stewart**
Robbins Geller Rudman & Dowd LLP (San Diego)
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: (619) 231-7423
Email: elleng@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood , II**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
212-661-1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy A. Lieberman**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Patrick V. Dahlstrom**
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Paul Kent Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com
*ATTORNEY TO BE NOTICED*

**Robert P. Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.

**Hillary B. Stakem**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Marco Janoski Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jerry E. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Shinnefield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Rigby**
(See above for address)
*TERMINATED: 09/08/2021*

**Laurie L. Largent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Spencer Alan Burkholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2017 | 1 | COMPLAINT against Envision Healthcare Corporation, Claire M. Gulmi, Christopher A. Holden, Randel G. Owen, William A. Sanger, filed by Terry W. Bettis. ($400 filing fee paid online) (Attachments: # 1 Attachment Certification, # 2 Attachment Stock Purchase List, # 3 Attachment Civil Cover Sheet)(ab) (Entered: 08/04/2017) |
| 08/04/2017 | 2 | NOTICE of Corporate Disclosure Statement filing requirement. (ab) (Entered: 08/04/2017) |
| 08/04/2017 | 3 | NOTICE/INFORMATION regarding Consent of the Parties to the Magistrate Judge. (ab) (Entered: 08/04/2017) |
| 08/04/2017 | 4 | NOTICE of Case Management Conference set for 10/5/2017 at 10:00 AM in Courtroom 661 before Magistrate Judge Jeffery S. Frensley. (ab) (Entered: 08/04/2017) |
| 08/04/2017 | 5 | Summons issued as to Envision Healthcare Corporation, Claire M. Gulmi, Christopher A. Holden, Randel G. Owen, William A. Sanger. (Service copies mailed to counsel) (ab) (Entered: 08/04/2017) |
| 08/04/2017 |  | State Bar status verified as active for Paul Kent Bramlett (TN), Robert P. Bramlett (TN), Jeremy A. Lieberman (NY), J. Alexander Hood (NY), II, Patrick V. Dahlstrom (IL). (ab) (Entered: 08/04/2017) |
| 08/04/2017 |  | NOTICE TO COUNSEL Jeremy A. Lieberman, J. Alexander Hood, II, Patrick V. Dahlstrom: WITHIN 21 DAYS, counsel shall file a Motion to Appear Pro Hac Vice, a Certificate of Good Standing signed by the Clerk of a United States District Court where admitted, and pay a fee of $75.00 (LR 83.01(d)). PHV due by 8/25/2017. (ab) (Entered: 08/04/2017) |
| 08/10/2017 | 6 | MOTION for attorney(s) Patrick Dahlstrom to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-2497196) by Terry W. Bettis. (Attachments: # 1 Attachment Certificate of Good Standing)(Dahlstrom, Patrick) (Entered: 08/10/2017) |
| 08/10/2017 | 7 | MOTION for attorney(s) J. Alexander Hood to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-2497255) by Terry W. Bettis. (Attachments: # 1 Attachment Certificate of Good Standing)(Hood, J.) (Entered: 08/10/2017) |
| 08/10/2017 |  | Note to Filer re DE# 7 6 Missing Certificate of Service : Pursuant to Local Rule 5.01, Certificates of Service shall identify by name the person served, what was served, the method of service, and date of service. Please FILE a conformed Certificate of Service for these documents. (ab) Modified on 8/10/2017 (ab). (Entered: 08/10/2017) |
| 08/10/2017 |  | NOTICE TO COUNSEL J. Alexander Hood, II, Patrick V. Dahlstrom: WITHIN 21 DAYS, counsel shall file a Certificate of Good Standing signed by the Clerk of a United States District Court where admitted, Certificate of Good Standing due by 8/31/2017. (ab) (Entered: 08/10/2017) |
| 08/10/2017 | 8 | CERTIFICATE OF GOOD STANDING of Attorney Patrick Dahlstrom from the United States District Court for the Northern of Illinois filed by Terry W. Bettis. (Dahlstrom, Patrick) (Entered: 08/10/2017) |
| 08/10/2017 | 9 | CERTIFICATE OF GOOD STANDING of Attorney J. Alexander Hood from the United States District Court for the Southern of New York filed by Terry W. Bettis. (Hood, J.) (Entered: 08/10/2017) |
| 08/10/2017 | 10 | MOTION for attorney(s) Jeremy Lieberman to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-2497710) by Terry W. Bettis. (Attachments: # 1 Attachment Certificate of Good Standing)(Lieberman, Jeremy) (Entered: 08/10/2017) |
| 08/11/2017 |  | NY State Bar status verified as active for Jeremy A. Lieberman. (ab) (Entered: 08/11/2017) |

| | | |
|---|---|---|
| 08/11/2017 | | NOTICE TO COUNSEL Patrick V. Dahlstrom: WITHIN 21 DAYS, counsel shall file a CURRENT Certificate of Good Standing signed by the Clerk of a United States District Court where admitted, Certificate of Good Standing due by 8/31/2017. (ab) (Entered: 08/11/2017) |
| 08/11/2017 | 11 | CERTIFICATE OF GOOD STANDING of Attorney Patrick Dahlstrom from the United States District Court for the Southern of New York filed by Terry W. Bettis. (Dahlstrom, Patrick) (Entered: 08/11/2017) |
| 08/14/2017 | 12 | ORDER granting 6 Motion for Patrick V. Dahlstrom to Appear Pro Hac Vice. Signed by Magistrate Judge Jeffery S. Frensley on 8/14/2017. (ab) (Entered: 08/14/2017) |
| 08/14/2017 | 13 | ORDER granting 7 Motion for J. Alexander Hood to Appear Pro Hac Vice. Signed by Magistrate Judge Jeffery S. Frensley on 8/14/2017. (ab) (Entered: 08/14/2017) |
| 08/14/2017 | 14 | ORDER granting 10 Motion for Jeremy A. Lieberman to Appear Pro Hac Vice. Signed by Magistrate Judge Jeffery S. Frensley on 8/14/2017. (ab) (Entered: 08/14/2017) |
| 08/21/2017 | 15 | SUMMONS returned executed by Terry W. Bettis. Envision Healthcare Corporation served on 8/8/2017. (Bramlett, Paul) (Entered: 08/21/2017) |
| 08/21/2017 | 16 | SUMMONS returned executed by Terry W. Bettis. Claire M. Gulmi served on 8/8/2017. (Bramlett, Paul) (Entered: 08/21/2017) |
| 08/21/2017 | 17 | SUMMONS returned executed by Terry W. Bettis. Christopher A. Holden served on 8/8/2017. (Bramlett, Paul) (Entered: 08/21/2017) |
| 08/21/2017 | 18 | SUMMONS returned executed by Terry W. Bettis. Randel G. Owen served on 8/8/2017. (Bramlett, Paul) (Entered: 08/21/2017) |
| 08/21/2017 | 19 | SUMMONS returned executed by Terry W. Bettis. William A. Sanger served on 8/8/2017. (Bramlett, Paul) (Entered: 08/21/2017) |
| 08/23/2017 | 20 | ORDER: This case is REFERRED to the Magistrate Judge for customized case management in accordance with Local Rule 16.01. Signed by Chief Judge Waverly D. Crenshaw, Jr on 8/23/2017. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(ab) (Entered: 08/23/2017) |
| 08/29/2017 | 21 | NOTICE of Appearance by Joseph B. Crace, Jr on behalf of Envision Healthcare Corporation, Claire M. Gulmi, Christopher A. Holden, Randel G. Owen, William A. Sanger (Crace, Joseph) (Entered: 08/29/2017) |
| 08/29/2017 | 22 | NOTICE of Appearance by Britt K. Latham on behalf of Envision Healthcare Corporation, Claire M. Gulmi, Christopher A. Holden, Randel G. Owen, William A. Sanger (Latham, Britt) (Entered: 08/29/2017) |
| 08/29/2017 | 23 | NOTICE of Appearance by W. Brantley Phillips, Jr on behalf of Envision Healthcare Corporation, Claire M. Gulmi, Christopher A. Holden, Randel G. Owen, William A. Sanger (Phillips, W.) (Entered: 08/29/2017) |
| 08/29/2017 | 24 | CORPORATE DISCLOSURE STATEMENT filed by Envision Healthcare Corporation. (Latham, Britt) (Entered: 08/29/2017) |
| 08/29/2017 | 25 | STIPULATION *and Proposed Order* by Envision Healthcare Corporation, Claire M. Gulmi, Christopher A. Holden, Randel G. Owen, William A. Sanger. (Latham, Britt) (Entered: 08/29/2017) |
| 08/29/2017 | 26 | Joint MOTION to Postpone Initial Case Management Conference by Envision Healthcare Corporation, Claire M. Gulmi, Christopher A. Holden, Randel G. Owen, William A. Sanger. (Attachments: # 1 Attachment - Proposed Order)(Latham, Britt) (Entered: 08/29/2017) |
| 08/30/2017 | | TN State Bar status verified as active for Joseph B. Crace, Jr, Britt K. Latham, W. Brantley Phillips, Jr. (ab) (Entered: 08/30/2017) |
| 08/31/2017 | 27 | ORDER granting 26 Motion to Postpone the Intial Case Managment Conference. Signed by Magistrate Judge Jeffery S. Frensley on 8/31/2017. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(ab) (Entered: 08/31/2017) |
| 09/20/2017 | 28 | STIPULATION AND ORDER signed by Magistrate Judge Jeffery S. Frensley on 9/20/2017. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(ab) (Entered: 09/20/2017) |
| 10/03/2017 | 29 | MOTION to Consolidate Cases */ Related Actions*, MOTION to Substitute Party *by Appointment as Lead Plaintiff, and*, MOTION for Approval of Its Selection of Counsel by Automotive Industries Pension Trust Fund. (Elbert, Philip) (Entered: 10/03/2017) |
| 10/03/2017 | 30 | MEMORANDUM in Support of 29 MOTION to Consolidate Cases */ Related Actions* MOTION to Substitute Party *by Appointment as Lead Plaintiff, and* MOTION for Approval of Its Selection of Counsel filed by Automotive Industries Pension Trust Fund . (Attachments: # 1 Attachment Unpublished Cases)(Elbert, Philip) (Entered: 10/03/2017) |
| 10/03/2017 | 31 | DECLARATION of Timothy J. MacFall filed by Automotive Industries Pension Trust Fund re: 30 Memorandum in Support, 29 MOTION to Consolidate Cases */ Related Actions* MOTION to Substitute Party *by Appointment as Lead Plaintiff, and* MOTION for Approval of Its Selection of Counsel . (Attachments: # 1 Exhibit A: New Amethyst Corp. Registration Statement, # 2 Exhibit B: AIPTF Certification, # 3 Exhibit C: Press Release, # 4 Exhibit D: Firm Resume, # 5 Exhibit E: Elbert Bio)(Elbert, Philip) (Entered: 10/03/2017) |
| 10/03/2017 | 32 | MOTION to Appoint Counsel *and Lead Plaintiff* by Michael Avenia. (Attachments: # 1 Attachment Proposed Order)(Holifield, James) (Entered: 10/03/2017) |
| 10/03/2017 | 33 | MEMORANDUM in Support of 32 MOTION to Appoint Counsel *and Lead Plaintiff* filed by Michael Avenia . (Attachments: # 1 Attachment Unpublished Case - Blitz v. AgFeed Industries, Inc., # 2 Attachment Unpublished Case - In Re Regions Morgan Keegan Closed-End Fund Litig.)(Holifield, James) (Entered: 10/03/2017) |

| 10/03/2017 | 34 | DECLARATION of Al Holifield filed by Michael Avenia re: 32 MOTION to Appoint Counsel *and Lead Plaintiff*, 33 Memorandum in Support,. (Attachments: # 1 Exhibit A - Notice, # 2 Exhibit B - Certification, # 3 Exhibit C - Loss Chart, # 4 Exhibit D - LK Firm Resume, # 5 Exhibit E - HJR Firm Resume)(Holifield, James) (Entered: 10/03/2017) |
|---|---|---|
| 10/03/2017 | 35 | NOTICE of Appearance by Mark P. Chalos on behalf of Carpenters Pension Fund of Illinois, CFG Custom Portfolio Corporation (Chalos, Mark) (Entered: 10/03/2017) |
| 10/03/2017 | 36 | NOTICE of Appearance by Kenneth S. Byrd on behalf of CFG Custom Portfolio Corporation, Carpenters Pension Fund of Illinois (Byrd, Kenneth) (Entered: 10/03/2017) |
| 10/03/2017 | 37 | MOTION to Consolidate Cases *and for Appointment as Lead Plaintiff and Approval of Selection of Counsel* by CFG Custom Portfolio Corporation, Carpenters Pension Fund of Illinois. (Attachments: # 1 Attachment Memorandum of Law, # 2 Attachment Declaration of Joseph E. White, III, # 3 Exhibit A to the Declaration of Joseph E. White, III, # 4 Exhibit B to the Declaration of Joseph E. White, III, # 5 Exhibit C to the Declaration of Joseph E. White, III, # 6 Exhibit D to the Declaration of Joseph E. White, III, # 7 Exhibit E to the Declaration of Joseph E. White, III, # 8 Exhibit F to the Declaration of Joseph E. White, III, # 9 Exhibit G to the Declaration of Joseph E. White, III, # 10 Exhibit H to the Declaration of Joseph E. White, III, # 11 Exhibit I to the Declaration of Joseph E. White, III, # 12 Attachment Proposed Order)(Chalos, Mark) (Entered: 10/03/2017) |
| 10/03/2017 | 38 | NOTICE of Appearance by Lisa A. White on behalf of Wayne County Employees' Retirement System (White, Lisa) (Entered: 10/03/2017) |
| 10/03/2017 | 39 | NOTICE of Appearance by Gregory F. Coleman on behalf of Wayne County Employees' Retirement System (Coleman, Gregory) (Entered: 10/03/2017) |
| 10/03/2017 | 40 | MOTION to Consolidate Cases , *APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL* by PLYMOUTH COUNTY CONTRIBUTORY RETIREMENT SYSTEM. (Attachments: # 1 Attachment Proposed Order)(Stranch, James) (Entered: 10/03/2017) |
| 10/03/2017 | 41 | MEMORANDUM in Support of 40 MOTION to Consolidate Cases , *APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL* filed by PLYMOUTH COUNTY CONTRIBUTORY RETIREMENT SYSTEM . (Stranch, James) (Entered: 10/03/2017) |
| 10/03/2017 | 42 | DECLARATION of THOMAS L. LAUGHLIN, IV filed by PLYMOUTH COUNTY CONTRIBUTORY RETIREMENT SYSTEM re: 40 MOTION to Consolidate Cases , *APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL*. (Attachments: # 1 Exhibit A - Certification, # 2 Exhibit B - Loss Chart, # 3 Exhibit C - Notices, # 4 Exhibit D - S+S Resume, # 5 Exhibit E - BSJ Resume)(Stranch, James) (Entered: 10/03/2017) |
| 10/03/2017 | 43 | MOTION to Appoint Counsel *Motion for Appointment as Lead Plaintiff and Approval of Choice of Counsel* by Wayne County Employees' Retirement System. (Attachments: # 1 Exhibit A: [Proposed] Order)(Coleman, Gregory) (Entered: 10/03/2017) |
| 10/03/2017 | 44 | MEMORANDUM in Support of 43 MOTION to Appoint Counsel *Motion for Appointment as Lead Plaintiff and Approval of Choice of Counsel* filed by Wayne County Employees' Retirement System . (Attachments: # 1 Exhibit A: Unpublished Cases) (Coleman, Gregory) (Entered: 10/03/2017) |
| 10/03/2017 | 45 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. (Attachments: # 1 Attachment Text of Proposed Order)(Martin, Jerry) (Entered: 10/03/2017) |
| 10/03/2017 | 46 | DECLARATION of Gregory F. Coleman filed by Wayne County Employees' Retirement System re: 43 MOTION to Appoint Counsel *Motion for Appointment as Lead Plaintiff and Approval of Choice of Counsel*, 44 Memorandum in Support,. (Attachments: # 1 Exhibit 1: Wayne County Certification, # 2 Exhibit 2: PSLRA Loss Calculations, # 3 Exhibit 3: Globe Newswire Press Release, # 4 Exhibit 4: Miller Law Firm Resume, # 5 Exhibit 5: Greg Coleman Law Resume)(Coleman, Gregory) (Entered: 10/03/2017) |
| 10/03/2017 | 47 | MEMORANDUM in Support of 45 MOTION to Consolidate Cases MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* filed by LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California . (Attachments: # 1 Attachment Blitz v. AgFeed, # 2 Attachment Burges v. BancorpSouth, # 3 Attachment French v. CBL & Associates, # 4 Attachment Garden City Emps. Ret. Sys. v. Psychiatric Solutions (2010), # 5 Attachment Garden City Emps. Ret. Sys. v. Psychiatric Solutions (2012), # 6 Attachment Norfolk Cty Ret. Sys. v. Cmty. Health)(Martin, Jerry) (Entered: 10/03/2017) |
| 10/03/2017 | 48 | DECLARATION of Jerry E. Martin filed by LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California re: 45 MOTION to Consolidate Cases MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff*. (Attachments: # 1 Exhibit A - PSLRA Notice, # 2 Exhibit B - Certifications, # 3 Exhibit C - Estimate of losses, # 4 Exhibit D - Joint Declaration in Support, # 5 Exhibit E - Robbins Geller Rudman & Dowd LLP firm resume)(Martin, Jerry) (Entered: 10/03/2017) |
| 10/03/2017 | 49 | NOTICE of Appearance by James Gerard Stranch, IV on behalf of PLYMOUTH COUNTY CONTRIBUTORY RETIREMENT SYSTEM (Stranch, James) (Entered: 10/03/2017) |
| 10/03/2017 | 50 | NOTICE by CFG Custom Portfolio Corporation, Carpenters Pension Fund of Illinois re 37 MOTION to Consolidate Cases *and for Appointment as Lead Plaintiff and Approval of Selection of Counsel of Corrected Filing of Exhibit B [37-4] to Declaration of Joseph E. WHITE, III* (Attachments: # 1 Exhibit B to the Declaration of Joseph E. White, III)(Chalos, Mark) (Entered: 10/03/2017) |
| 10/04/2017 | | TN State Bar status verified as active for Mark P. Chalos, Kenneth S. Byrd, James Gerard Stranch, IV, Lisa A. White, Gregory F. Coleman. (ab) (Entered: 10/04/2017) |

| 10/11/2017 | 51 | NOTICE of Withdrawal of Motion by Michael Avenia re 32 MOTION to Appoint Counsel *and Lead Plaintiff*, 33 Memorandum in Support, 34 Declaration, (Holifield, James) Modified on 10/12/2017 (ab). (Entered: 10/11/2017) |
|---|---|---|
| 10/12/2017 | 52 | NOTICE by CFG Custom Portfolio Corporation, Carpenters Pension Fund of Illinois re 37 MOTION to Consolidate Cases *and for Appointment as Lead Plaintiff and Approval of Selection of Counsel OF WITHDRAWAL OF MOTION* (Chalos, Mark) (Entered: 10/12/2017) |
| 10/16/2017 | 53 | NOTICE by Automotive Industries Pension Trust Fund re 29 MOTION to Consolidate Cases */ Related Actions* MOTION to Substitute Party *by Appointment as Lead Plaintiff, and* MOTION for Approval of Its Selection of Counsel - *Withdrawal of Motion* (Elbert, Philip) (Entered: 10/16/2017) |
| 10/17/2017 | 54 | NOTICE of Appearance by Christopher M. Wood on behalf of LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California (Wood, Christopher) (Entered: 10/17/2017) |
| 10/17/2017 | 55 | NOTICE by PLYMOUTH COUNTY CONTRIBUTORY RETIREMENT SYSTEM re 40 MOTION to Consolidate Cases , *APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL* (Stranch, James) (Entered: 10/17/2017) |
| 10/17/2017 | 56 | RESPONSE in Opposition re 37 MOTION to Consolidate Cases *and for Appointment as Lead Plaintiff and Approval of Selection of Counsel*, 32 MOTION to Appoint Counsel *and Lead Plaintiff*, 29 MOTION to Consolidate Cases */ Related Actions* MOTION to Substitute Party *by Appointment as Lead Plaintiff, and* MOTION for Approval of Its Selection of Counsel , 43 MOTION to Appoint Counsel *Motion for Appointment as Lead Plaintiff and Approval of Choice of Counsel*, 40 MOTION to Consolidate Cases , *APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL* filed by LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California. (Attachments: # 1 Attachment Blitz v. AgFeed, # 2 Attachment Francisco v. Abengoa, # 3 Attachment Garden City Emps. Ret. Sys. v. Psychiatric Solutions, # 4 Attachment In re Regions Morgan Keegan Closed-End Fund Litig.)(Martin, Jerry) (Entered: 10/17/2017) |
| 10/19/2017 | | TN State Bar status verified as active for Christopher M. Wood. (ab) (Entered: 10/19/2017) |
| 10/25/2017 | 57 | NOTICE by LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California re 45 MOTION to Consolidate Cases MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff Notice of Unopposed Motion* (Attachments: # 1 Attachment Text of Amended [Proposed] Order)(Martin, Jerry) (Entered: 10/25/2017) |
| 10/27/2017 | 58 | ORDER: The Laborers Pension Funds Motion to Appoint Counsel and to Consolidate Cases (Doc. No. 45) is GRANTED. The competing Motions to Appoint Counsel (Doc. Nos. 40, 43) are DENIED. Case Number 3:17-cv-01112 shall be the lead case, and all future filings shall be made in that case. Signed by Chief Judge Waverly D. Crenshaw, Jr on 10/27/2017. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(ab) (Entered: 10/27/2017) |
| 11/03/2017 | 59 | STIPULATION *and Proposed Order Regarding Schedule for Pleading and Briefing* by Terry W. Bettis. (Martin, Jerry) (Entered: 11/03/2017) |
| 11/06/2017 | 60 | STIPULATION AND ORDER REGARDING SCHEDULE FOR PLEADING AND BRIEFING signed by Magistrate Judge Jeffery S. Frensley on 11/6/2017. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(ab) (Entered: 11/06/2017) |
| 11/07/2017 | 61 | ORDER: Pursuant to Magistrate Judge Frensley's November 6, 2017 Order (Doc. No. 60 ), Case Number 3:17-cv-1397 is CONSOLIDATED with the two cases in this action, with 3:17-cv-1112 serving as the lead case. Defendants signed the Stipulation (Doc. No. 59 ), and the parties obtained the consent of the plaintiffs in case number 3:17-cv-1397. All future filings shall be made in the lead case. Signed by Chief Judge Waverly D. Crenshaw, Jr on 11/7/2017. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(ab) (Entered: 11/07/2017) |
| 11/14/2017 | 62 | MOTION for attorney(s) John T. Long to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-2555787) by Central Laborers' Pension Fund. (Attachments: # 1 Attachment Certificate of Good Standing)(Bobbitt, Jonathan) (Entered: 11/14/2017) |
| 11/15/2017 | 63 | ORDER granting 62 Motion for John T. Long to Appear Pro Hac Vice. Signed by Magistrate Judge Jeffery S. Frensley on 11/15/2017. (ab) (Entered: 11/15/2017) |
| 11/15/2017 | | IL State Bar status verified as active for John T. Long. (ab) (Entered: 11/15/2017) |
| 11/15/2017 | | Notice to Filer re DE 62 : Pursuant to Local Rule 5.01, all filings shall include a Certificate of Service and it shall identify by name the person served, what was served, the method of service, and date of service. Counsel SHALL FILE a conformed Certificate of Service for this document using the Certificate event located under Other Documents (ab) (Entered: 11/15/2017) |
| 11/15/2017 | 64 | CERTIFICATE of Service filed by Central Laborers' Pension Fund re 62 MOTION for attorney(s) John T. Long to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-2555787) filed by Central Laborers' Pension Fund. (Bobbitt, Jonathan) (Entered: 11/15/2017) |
| 11/21/2017 | 65 | **DISREGARD, ENTERED IN ERROR**NOTICE of Corporate Disclosure Statement filing requirement. (ab) Modified on 11/21/2017 (ab). (Entered: 11/21/2017) |
| 11/21/2017 | | DISREGARD DE# 65 NOTICE: Entered in error. (ab) (Entered: 11/21/2017) |
| 11/29/2017 | 66 | Joint MOTION to Postpone the Initial Case Management Conference by Carol J. Burt, Central Laborers' Pension Fund, Envision Healthcare Corporation, Claire M. Gulmi, Christopher A. Holden, Mark V. Mactas, Randel G. Owen, Leonard M. Riggs, Jr, William A. Sanger, Richard J. Schnall, James D. Shelton, Michael L. Smith, Ronald A. Williams. (Attachments: # 1 Attachment - Proposed Order)(Latham, Britt) (Entered: 11/29/2017) |

| | | |
|---|---|---|
| 11/29/2017 | 67 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. Carol J. Burt waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 68 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. Christopher A. Holden waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 69 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. Claire M. Gulmi waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 70 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. Envision Healthcare Corporation waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 71 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. James D. Shelton waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 72 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. Leonard M. Riggs, Jr waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 73 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. Mark V. Mactas waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 74 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. Michael L. Smith waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 75 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. Randel G. Owen waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 76 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. Richard J. Schnall waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 77 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. Ronald A. Williams waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/29/2017 | 78 | WAIVER OF SERVICE Returned Executed by Central Laborers' Pension Fund. William A. Sanger waiver sent on 11/17/2017. (Bobbitt, Jonathan) (Entered: 11/29/2017) |
| 11/30/2017 | 79 | ORDER granting 66 Motion to Postpone the Initial Case Management Conference. Signed by Magistrate Judge Jeffery S. Frensley on 11/30/2017. (ab) (Entered: 11/30/2017) |
| 12/12/2017 | | NOTICE TO COUNSEL Joseph E. White, III, Lester R. Hooker, Maya Susan Saxena, Steven B. Singer: WITHIN 21 DAYS, counsel shall file a Motion to Appear Pro Hac Vice, a Certificate of Good Standing signed by the Clerk of a United States District Court where admitted, and pay a fee of $75.00 (LR 83.01(d)). PHV due by 1/2/2018. (ab) (Entered: 12/12/2017) |
| 12/15/2017 | 80 | STIPULATION *AND [PROPOSED] ORDER AMENDING SCHEDULE FOR PLEADING AND BRIEFING* by Terry W. Bettis. (Martin, Jerry) (Entered: 12/15/2017) |
| 12/19/2017 | 81 | ORDER: Chief Judge Waverly D. Crenshaw, Jr recused. (Case reassigned to District Judge Aleta A. Trauger for all further proceedings). Signed by Chief Judge Waverly D. Crenshaw, Jr. on 12/19/2017. (ab) (Entered: 12/19/2017) |
| 01/03/2018 | 82 | STIPULATION AND ORDER AMENDING SCHEDULE FOR PLEADING AND BRIEFING signed by Magistrate Judge Jeffery S. Frensley on 1/3/2018. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(ab) (Entered: 01/03/2018) |
| 01/19/2018 | 83 | MOTION for attorney(s) Spencer A. Burkholz to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-2593988) by LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California. (Attachments: # 1 Attachment Certificate of Good Standing)(Wood, Christopher) (Entered: 01/19/2018) |
| 01/19/2018 | 84 | MOTION for attorney(s) Eric I. Niehaus to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-2593998) by LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California. (Attachments: # 1 Attachment Certificate of Good Standing)(Wood, Christopher) (Entered: 01/19/2018) |
| 01/23/2018 | 85 | MOTION for attorney(s) Darren J. Robbins to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-2596173) by LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California. (Attachments: # 1 Attachment Certificate of Good Standing)(Wood, Christopher) (Entered: 01/23/2018) |
| 01/23/2018 | 86 | NOTICE of Appearance by Christopher Hamp Lyons on behalf of LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California (Lyons, Christopher) (Entered: 01/23/2018) |
| 01/25/2018 | 87 | ORDER: I hereby recuse myself from this action. The file shall be returned to the Clerk for reassignment to another judge. (Case reassigned to District Judge William L. Campbell, Jr for all further proceedings). Signed by District Judge Aleta A. Trauger on 1/25/2018. (ab) (Entered: 01/26/2018) |
| 01/26/2018 | 88 | AMENDED COMPLAINT *Consolidated Class Action Complaint for Violation of the Federal Securities Laws* against Carol J. Burt, Envision Healthcare Corporation, Claire M. Gulmi, Christopher A. Holden, Mark V. Mactas, Randel G. Owen, Leonard M. Riggs, Jr, William A. Sanger, Richard J. Schnall, James D. Shelton, Michael L. Smith, Ronald A. Williams, Craig A. Wilson, Todd G. Zimmerman, Kevin D. Eastridge, Thomas G. Cigarran, James A. Deal, John T. Gawaluck, Steven I. Geringer, Henry D. Herr, Joey A. Jacobs, Kevin D. Lavender, Cynthia S. Miller, John W. Popp, Jr, Clayton, Dubilier & Rice, LLC, CD&R Associates VIII Ltd., Clayton, Dubilier & Rice Fund VIII, L.P., CD&R EMS Co-Investor, L.P., CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., filed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. (Attachments: # 1 Attachment Certification of Laborers |

| | | |
|---|---|---|
| | | Pension Trust Fund for Northern California, # 2 Attachment Certification of Central Laborers' Pension Fund, # 3 Attachment Certification of United Food and Commercial Workers Union Local 655 Food Employers Joint Pension Fund)(Wood, Christopher) (Entered: 01/26/2018) |
| 01/29/2018 | 89 | ORDER granting 83 Motion for Spencer Burkholz to Appear Pro Hac Vice. Signed by Magistrate Judge Jeffery S. Frensley on 1/29/2018. (ab) (Entered: 01/29/2018) |
| 01/29/2018 | 90 | ORDER granting 84 Motion for Eric I. Niehaus to Appear Pro Hac Vice. Signed by Magistrate Judge Jeffery S. Frensley on 1/29/2018. (ab) (Entered: 01/29/2018) |
| 01/29/2018 | 91 | ORDER granting 85 Motion for Darren J. Robbins to Appear Pro Hac Vice. Signed by Magistrate Judge Jeffery S. Frensley on 1/29/2018. (ab) (Entered: 01/29/2018) |
| 02/06/2018 | 92 | Summons issued as to CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Associates VIII Ltd., CD&R EMS Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., Thomas G. Cigarran, Clayton, Dubilier & Rice Fund VIII, L.P., Clayton, Dubilier & Rice, LLC, James A. Deal, Kevin D. Eastridge, John T. Gawaluck, Steven I. Geringer, Henry D. Herr, Joey A. Jacobs, Kevin D. Lavender, Cynthia S. Miller, John W. Popp, Jr, Craig A. Wilson, Todd G. Zimmerman.(Service copies to be up in Clerk's Office) (ab) (Entered: 02/06/2018) |
| 02/07/2018 | 93 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Thomas G. Cigarran waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 94 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. James A. Deal waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 95 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Kevin D. Eastridge waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 96 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. John T. Gawaluck waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 97 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Steven I. Geringer waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 98 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Henry D. Herr waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 99 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Joey A. Jacobs waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 100 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Kevin P. Lavender waiver sent on 2/6/2018. (Wood, Christopher) Modified Text on 2/8/2018 (am). (Entered: 02/07/2018) |
| 02/07/2018 | 101 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Cynthia S. Miller waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 102 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. John W. Popp, Jr waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 103 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Craig A. Wilson waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 104 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Todd G. Zimmerman waiver sent on 2/6/2018. (Wood, Christopher) (Entered: 02/07/2018) |
| 02/12/2018 | 105 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Clayton, Dubilier & Rice, LLC waiver sent on 2/7/2018. (Wood, Christopher) (Entered: 02/12/2018) |
| 02/12/2018 | 106 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. Clayton, Dubilier & Rice Fund VIII, L.P. waiver sent on 2/7/2018. (Wood, Christopher) (Entered: 02/12/2018) |
| 02/12/2018 | 107 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. CD&R Advisor Fund VIII Co-Investor, L.P. waiver sent on 2/7/2018. (Wood, Christopher) (Entered: 02/12/2018) |

| | | |
|---|---|---|
| 02/12/2018 | 108 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. CD&R Associates VIII Ltd. waiver sent on 2/7/2018. (Wood, Christopher) (Entered: 02/12/2018) |
| 02/12/2018 | 109 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. CD&R EMS Co-Investor, L.P. waiver sent on 2/7/2018. (Wood, Christopher) (Entered: 02/12/2018) |
| 02/12/2018 | 110 | WAIVER OF SERVICE Returned Executed by Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) and Staff & Affiliates Pension Funds. CD&R Friends and Family Fund VIII, L.P. waiver sent on 2/7/2018. (Wood, Christopher) (Entered: 02/12/2018) |
| 02/19/2018 | 111 | STIPULATION *and [Proposed] Order Amending Briefing Schedule* by Carol J. Burt, Thomas G. Cigarran, James A. Deal, Kevin D. Eastridge, Envision Healthcare Corporation, John T. Gawaluck, Steven I. Geringer, Claire M. Gulmi, Henry D. Herr, Christopher A. Holden, Joey A. Jacobs, Kevin P. Lavender, Mark V. Mactas, Cynthia S. Miller, Randel G. Owen, John W. Popp, Jr, Leonard M. Riggs, Jr, William A. Sanger, Richard J. Schnall, James D. Shelton, Michael L. Smith, Ronald A. Williams, Craig A. Wilson, Todd G. Zimmerman. (Latham, Britt) (Entered: 02/19/2018) |
| 02/21/2018 | 112 | STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE. Signed by Magistrate Judge Jeffery S. Frensley on 2/21/2018. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)** (am) (Entered: 02/21/2018) |
| 02/26/2018 | 113 | ORDER: Case Management Conference set for 9/11/2018 at 10:30 AM in Courtroom 661 before Magistrate Judge Jeffery S. Frensley. Signed by Magistrate Judge Jeffery S. Frensley on 2/26/2018. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(am) (Main Document 113 replaced on 2/27/2018) (am). (Entered: 02/26/2018) |
| 03/26/2018 | 114 | MOTION for attorney(s) Elliot Greenfield, Shannon Rose Selden, and Rachel A. Shanies to Appear Pro Hac Vice (paid $225 PHV fee; receipt number 0650-2638637) by CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Associates VIII Ltd., CD&R EMS Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., Clayton, Dubilier & Rice Fund VIII, L.P., Clayton, Dubilier & Rice, LLC. (Hicks, John) (Entered: 03/26/2018) |
| 03/26/2018 | 115 | CERTIFICATE OF GOOD STANDING of Attorney Elliot Greenfield from the United States District Court for the Southern District of New York filed by CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Associates VIII Ltd., CD&R EMS Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., Clayton, Dubilier & Rice Fund VIII, L.P., Clayton, Dubilier & Rice, LLC. (Hicks, John) (Entered: 03/26/2018) |
| 03/26/2018 | 116 | CERTIFICATE OF GOOD STANDING of Attorney Shannon Rose Selden from the United States District Court for the Southern District of New York filed by CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Associates VIII Ltd., CD&R EMS Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., Clayton, Dubilier & Rice Fund VIII, L.P., Clayton, Dubilier & Rice, LLC. (Hicks, John) (Entered: 03/26/2018) |
| 03/26/2018 | 117 | CERTIFICATE OF GOOD STANDING of Attorney Rachel A. Shanies from the United States District Court for the Southern District of New York filed by CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Associates VIII Ltd., CD&R EMS Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., Clayton, Dubilier & Rice Fund VIII, L.P., Clayton, Dubilier & Rice, LLC. (Hicks, John) (Entered: 03/26/2018) |
| 03/26/2018 | 118 | MOTION to Exceed Page Limit by Carol J. Burt, Thomas G. Cigarran, James A. Deal, Kevin D. Eastridge, Envision Healthcare Corporation, John T. Gawaluck, Steven I. Geringer, Claire M. Gulmi, Henry D. Herr, Christopher A. Holden, Joey A. Jacobs, Kevin P. Lavender, Mark V. Mactas, Cynthia S. Miller, Randel G. Owen, John W. Popp, Jr, Leonard M. Riggs, Jr, William A. Sanger, Richard J. Schnall, James D. Shelton, Michael L. Smith, Ronald A. Williams, Craig A. Wilson, Todd G. Zimmerman. (Attachments: # 1 Attachment - Proposed Order)(Latham, Britt) (Entered: 03/26/2018) |
| 03/27/2018 | | NY State Bar status verified as active for Elliot Greenfield, Shannon Rose Selden, Rachel A. Shanie. (am) (Entered: 03/27/2018) |
| 03/27/2018 | 119 | ORDER granting 118 Motion to Exceed Page Limit. Signed by District Judge William L. Campbell, Jr on 3/27/2018. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(am) (Entered: 03/27/2018) |
| 03/29/2018 | 120 | ORDER granting 114 Motion for Elliot Greenfield, Shannon Rose Selden, and Rachel A. Shanies to Appear Pro Hac Vice. Signed by Magistrate Judge Jeffery S. Frensley on 3/29/2018. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(am) (Entered: 03/29/2018) |
| 04/03/2018 | 121 | CORPORATE DISCLOSURE STATEMENT filed by CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Associates VIII Ltd., CD&R EMS Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., Clayton, Dubilier & Rice Fund VIII, L.P., Clayton, Dubilier & Rice, LLC. (Selden, Shannon) (Entered: 04/03/2018) |
| 04/03/2018 | 122 | MOTION to Dismiss */ Motion of the CD&R Defendants to Dismiss the Consolidated Amended Complaint* by CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Associates VIII Ltd., CD&R EMS Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., Clayton, Dubilier & Rice Fund VIII, L.P., Clayton, Dubilier & Rice, LLC. (Selden, Shannon) (Entered: 04/03/2018) |
| 04/03/2018 | 123 | MEMORANDUM in Support of 122 MOTION to Dismiss */ Motion of the CD&R Defendants to Dismiss the Consolidated Amended Complaint* filed by CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Associates VIII Ltd., CD&R EMS Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., Clayton, Dubilier & Rice Fund VIII, L.P., Clayton, Dubilier & Rice, LLC */ Memorandum of Law in Support of the CD&R Defendants' Motion to Dismiss the Consolidated Amended Complaint.* (Selden, Shannon) (Entered: 04/03/2018) |

| | | |
|---|---|---|
| 04/03/2018 | 124 | DECLARATION of Elliot Greenfield filed by CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Associates VIII Ltd., CD&R EMS Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., Clayton, Dubilier & Rice Fund VIII, L.P., Clayton, Dubilier & Rice, LLC re: 122 MOTION to Dismiss / *Motion of the CD&R Defendants to Dismiss the Consolidated Amended Complaint*. (Attachments: # 1 Exhibit A - Envision Stockholders Agreement, # 2 Exhibit B - Envision IPO Prospectus Excerpts, # 3 Exhibit C - 2-5-14 Prospectus Excerpts, # 4 Exhibit D - 7-10-14 Prospectus Excerpts, # 5 Exhibit E - 9-23-14 Prospectus Excerpts, # 6 Exhibit F - 3-5-15 Prosepectus Excerpts, # 7 Exhibit G - CD&R EMS Co-Investor, LP Certificate of Dissolution)(Greenfield, Elliot) (Entered: 04/03/2018) |
| 04/03/2018 | 125 | MOTION to Dismiss *the Consolidated Amended Complaint* by Carol J. Burt, Thomas G. Cigarran, James A. Deal, Kevin D. Eastridge, Envision Healthcare Corporation, John T. Gawaluck, Steven I. Geringer, Claire M. Gulmi, Henry D. Herr, Christopher A. Holden, Joey A. Jacobs, Kevin P. Lavender, Mark V. Mactas, Cynthia S. Miller, Randel G. Owen, John W. Popp, Jr, Leonard M. Riggs, Jr, William A. Sanger, Richard J. Schnall, James D. Shelton, Michael L. Smith, Ronald A. Williams, Craig A. Wilson, Todd G. Zimmerman. (Latham, Britt) (Entered: 04/03/2018) |
| 04/03/2018 | 126 | MEMORANDUM in Support of 125 MOTION to Dismiss *the Consolidated Amended Complaint* filed by Carol J. Burt, Thomas G. Cigarran, James A. Deal, Kevin D. Eastridge, Envision Healthcare Corporation, John T. Gawaluck, Steven I. Geringer, Claire M. Gulmi, Henry D. Herr, Christopher A. Holden, Joey A. Jacobs, Kevin P. Lavender, Mark V. Mactas, Cynthia S. Miller, Randel G. Owen, John W. Popp, Jr, Leonard M. Riggs, Jr, William A. Sanger, Richard J. Schnall, James D. Shelton, Michael L. Smith, Ronald A. Williams, Craig A. Wilson, Todd G. Zimmerman . (Attachments: # 1 Attachment - Compendium of Unreported Cases)(Latham, Britt) (Entered: 04/03/2018) |
| 04/03/2018 | 127 | DECLARATION of Joseph B. Crace, Jr. filed by Carol J. Burt, Thomas G. Cigarran, James A. Deal, Kevin D. Eastridge, Envision Healthcare Corporation, John T. Gawaluck, Steven I. Geringer, Claire M. Gulmi, Henry D. Herr, Christopher A. Holden, Joey A. Jacobs, Kevin P. Lavender, Mark V. Mactas, Cynthia S. Miller, Randel G. Owen, John W. Popp, Jr, Leonard M. Riggs, Jr, William A. Sanger, Richard J. Schnall, James D. Shelton, Michael L. Smith, Ronald A. Williams, Craig A. Wilson, Todd G. Zimmerman re: 125 MOTION to Dismiss *the Consolidated Amended Complaint*. (Attachments: # 1 Exhibit 1 - Forward-Looking and Cautionary Language Excerpts, # 2 Exhibit 2 - Envision Prospectus filed February 5, 2014, # 3 Exhibit 3 - Envision Form 10-K (for period ended December 31, 2015) filed February 29, 2016, # 4 Exhibit 4 - Envision Schedule 14A filed October 21, 2016, # 5 Exhibit 5 - Envision Exhibit 99 (Exhibit to Form 8-K) filed October 31, 2017, # 6 Exhibit 6 - Envision Exhibit 99.1 (Exhibit to Form 8K) filed November 13, 2017, # 7 Exhibit 7 - Carol J. Burt Form 4s, # 8 Exhibit 8 - James A. Deal Form 4s, # 9 Exhibit 9 - Kevin D. Eastridge Form 4s, # 10 Exhibit 10 - John T. Gawaluck Form 4s, # 11 Exhibit 11 - Steven I. Geringer Form 4s, # 12 Exhibit 12 - Claire M. Gulmi Form 4s, # 13 Exhibit 13 - Christopher A. Holden Form 4s, # 14 Exhibit 14 - Joey A. Jacobs Form 4s, # 15 Exhibit 15 - Kevin P. Lavender Form 4s, # 16 Exhibit 16 - Mark V. Mactas Form 4s, # 17 Exhibit 17 - Cynthia S. Miller Form 4s, # 18 Exhibit 18 - Randel G. Owen Form 4s, # 19 Exhibit 19 - William A. Sanger Form 4s, # 20 Exhibit 20 - Richard J. Schnall Form 4s, # 21 Exhibit 21 - James D. Shelton Form 4s, # 22 Exhibit 22 - Michael L. Smith Form 4s, # 23 Exhibit 23 - Ronald A. Williams Form 4s, # 24 Exhibit 24 - Craig A. Wilson Form 4s, # 25 Exhibit 25 - Todd G. Zimmerman Form 4s, # 26 Exhibit 26 - Piper Jaffray Healthcare Conference Transcript (December 2, 2015), # 27 Exhibit 27 - Envision First Quarter 2016 Earnings Conference Call Transcript (May 5, 2016), # 28 Exhibit 28 - Citi Global Healthcare Conference Transcript (December 7, 2016), # 29 Exhibit 29 - Envision Fourth Quarter 2016 Earnings Conference Call Transcript (February 28, 2017), # 30 Exhibit 30 - Barclays Global Healthcare Conference Transcript (March 14, 2017), # 31 Exhibit 31 - Oppenheimer Healthcare Conference Transcript (March 21, 2017), # 32 Exhibit 32 - Bank of America Merrill Lynch Health Care Conference Transcript (May 16, 2017), # 33 Exhibit 33 - Jefferies Healthcare Conference Transcript (June 7, 2017), # 34 Exhibit 34 - Envision Second Quarter 2017 Earnings Conference Call Transcript (August 8, 2017), # 35 Exhibit 35 - Robert W. Baird Global Healthcare Conference Transcript (September 6, 2017), # 36 Exhibit 36 - Wells Fargo Healthcare Conference Transcript (September 7, 2017), # 37 Exhibit 37 - Envision Third Quarter 2017 Earnings Conference Call Transcript (November 1, 2017), # 38 Exhibit 38 - Surprise Out-of-Network Billing for Emergency Care in the United States, NBER Working Paper 23623, July 2017, # 39 Exhibit 39 - The Company Behind Many Surprise Emergency Room Bills, The New York Times, July 24, 2017)(Crace, Joseph) (Entered: 04/03/2018) |
| 04/20/2018 | 128 | ORDER: On April 3, 2018, the CD&R Defendants and Envision Healthcare and the Individual Defendants each filed a Motion to Dismiss the Consolidated Amended Complaint with supporting documents. Docket Nos. 122-124 and 125-127. According to the Case Management Order filed on February 21, 2018, any Response is due on or before June 11, 2018, and any Reply is due on or before July 13, 2018. Docket No. 112. Any filings made related the Motions to Dismiss (for extensions of time, exceed the page limits, seal documents, or make manual filings) shall be considered by the Honorable William L. Campbell, Jr., District Judge. Signed by Magistrate Judge Jeffery S. Frensley on 4/20/2018. (am) (Entered: 04/20/2018) |
| 06/06/2018 | 129 | Plaintiffs' Unopposed Motion to Exceed Page Limit by LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California. (Attachments: # 1 Attachment Proposed Order)(Wood, Christopher) Modified Text on 6/7/2018 (am). (Entered: 06/06/2018) |
| 06/08/2018 | 130 | ORDER granting 129 Motion for Leave to File Excess Pages. Signed by District Judge William L. Campbell, Jr on 6/8/2018. **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(am) (Entered: 06/08/2018) |
| 06/11/2018 | 131 | RESPONSE in Opposition re 125 MOTION to Dismiss *the Consolidated Amended Complaint*, 122 MOTION to Dismiss / *Motion of the CD&R Defendants to Dismiss the Consolidated Amended Complaint* filed by LIUNA National (Industrial) and Staff & Affiliates Pension Funds, Laborers Pension Trust Fund for Northern California. (Attachments: # 1 Attachment Compendium of Unreported Cases)(Wood, Christopher) (Entered: 06/11/2018) |
| 07/13/2018 | 132 | REPLY Memorandum of Law in Support of re 122 MOTION to Dismiss / *Motion of the CD&R Defendants to Dismiss the Consolidated Amended Complaint / Reply Memorandum of Law in Support of the CD&R Defendants' Motion to Dismiss the Consolidated Amended Complaint* filed by CD&R Advisor Fund VIII Co-Investor, L.P., CD&R Associates VIII Ltd., CD&R EMS Co-Investor, L.P., CD&R Friends and Family Fund VIII, L.P., Clayton, Dubilier & Rice Fund VIII, L.P., Clayton, Dubilier & Rice, LLC. (Selden, Shannon) Modified Text on 7/16/2018 (am). (Entered: 07/13/2018) |