# Exhibit 18

CLOSED,CV,PROTO

**U.S. District Court**
**U.S. District of Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:14-cv-00786-ADM-TNL**

Beaver County Employees' Retirement Fund et al v. Tile Shop Holdings, Inc. et al
Assigned to: Judge Ann D. Montgomery
Referred to: Magistrate Judge Tony N. Leung
rel Case: 0:15-cv-01570-ADM-TNL
Case in other court: New York Southern, 1:13-cv-08331
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 03/21/2014
Date Terminated: 06/14/2017
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Craig Puerta**                                    represented by    **Bryan L. Bleichner**
*Individually and on Behalf of All Others Similarly Situated*         Chestnut Cambronne PA
*TERMINATED: 05/23/2014*                                             100 Washington Avenue South
                                                                     Suite 1700
                                                                     Minneapolis, MN 55401
                                                                     612-339-7300
                                                                     Fax: 612-336-2940
                                                                     Email: bbleichner@chestnutcambronne.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jeffrey D. Bores**
                                                                     Chestnut Cambronne PA
                                                                     100 Washington Avenue South
                                                                     Suite 1700
                                                                     Minneapolis, MN 55401
                                                                     612-339-7300
                                                                     Email: jbores@chestnutcambronne.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Joseph F Russello**
                                                                     Robbins Geller Rudman & Dowd LLP
                                                                     58 So. Service Road, Suite 200
                                                                     Melville, NY 11747
                                                                     631-367-7100
                                                                     Email: jrussello@rgrdlaw.com
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Karl L Cambronne**
                                                                     Chestnut Cambronne PA
                                                                     100 Washington Avenue South
                                                                     Suite 1700
                                                                     Minneapolis, MN 55401
                                                                     612-339-7300
                                                                     Email: kcambronne@chestnutcambronne.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Edward Y Kroub**
                                                                     Robbins Geller Rudman & Dowd LLP
                                                                     58 So. Service Road, Suite 200
                                                                     Melville, NY 11747
                                                                     631-367-7100
                                                                     Email: ekroub@rgrdlaw.com
                                                                     *TERMINATED: 04/23/2015*
                                                                     *PRO HAC VICE*

**Plaintiff**

**Beaver County Employees' Retirement Fund**       represented by    **Bryan L. Bleichner**
                                                                     (See above for address)

**Wendy Jo Wildung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Telsey Advisory Group LLC**                    represented by   **Daniel J. Supalla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank A Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jed M Schwartz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Edelman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wendy Jo Wildung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wedbush Securities, Inc.**                    represented by   **Daniel J. Supalla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank A Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jed M Schwartz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Edelman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wendy Jo Wildung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Darby Maclennan**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2013 | 1 | COMPLAINT against Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts. (Filing Fee $ 350.00, Receipt Number 465401081932)Document filed by Craig Puerta.(cde) [Transferred from New York Southern on 3/21/2014.] (Entered: 11/25/2013) |

| | | |
|---|---|---|
| 11/21/2013 | | SUMMONS ISSUED as to Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts. (cde) [Transferred from New York Southern on 3/21/2014.] (Entered: 11/25/2013) |
| 11/21/2013 | | Magistrate Judge Kevin Nathaniel Fox is so designated. (cde) [Transferred from New York Southern on 3/21/2014.] (Entered: 11/25/2013) |
| 11/21/2013 | | Case Designated ECF. (cde) [Transferred from New York Southern on 3/21/2014.] (Entered: 11/25/2013) |
| 11/21/2013 | 2 | STANDING ORDER IN RE PILOT PROJECT REGARDING CASE MANAGEMENT TECHNIQUES FOR COMPLEX CIVIL CASES IN THE SOUTHERN DISTRICT OF NEW YORK (See M-10-468 Order filed November 1, 2011). This case is hereby designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the Pilot Project), unless the judge to whom this case is assigned determines otherwise. This case is designated for inclusion in the Pilot Project because it is a class action, an MDL action, or is in one of the following Nature of Suit categories: 160, 245, 315, 355, 365, 385, 410, 830, 840, 850, 893, or 950. The presiding judge in a case that does not otherwise qualify for inclusion in the Pilot Project may nevertheless designate the case for inclusion in the Pilot Project by issuing an order directing that the case be included in the Pilot Project. The description of the Pilot Project, including procedures to be followed, is attached to this Order. (Signed by Judge Loretta A. Preska on 10/31/2011) (cde) [Transferred from New York Southern on 3/21/2014.] (Entered: 11/25/2013) |
| 12/06/2013 | 3 | ORDER: It is hereby ORDERED that no later than December 12, 2013, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice. (Signed by Judge Jesse M. Furman on 12/5/2013) (lmb) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/06/2013) |
| 12/06/2013 | 4 | NOTICE OF APPEARANCE by Bruce S. Sperling on behalf of Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts. (Sperling, Bruce) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/06/2013) |
| 12/10/2013 | 5 | RESPONSE re: 3 Order. Document filed by Craig Puerta. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rudman, Samuel) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/10/2013) |
| 12/10/2013 | 6 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for defendants, as follows: 1. Undersigned counsel for the defendants are authorized to accept, and hereby do accept, service of the summons and complaint in the above-captioned action on behalf of each of the defendants, without prejudice and without waiver of any of the defendants' defenses, objections or arguments in this matter or any other matter, except as to sufficiency of service of process. 2. The defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the complaint, subject to the provisions of paragraph 3 below. 3. Within 10 days after the entry of an order appointing, pursuant to the PSLRA, lead plaintiff(s) and lead counsel in the above-captioned action (or a consolidated action encompassing the above-captioned action), lead counsel and counsel for the defendants shall confer and propose to the Court dates by which (1) lead plaintiff(s) shall either (a) serve and file a consolidated class action complaint which shall serve as the operative complaint in the action and shall supersede any other complaints filed and/or transferred to this Court or (b) notify counsel for defendants that the original complaint filed herein will be the operative complaint in the action; and (2) each of the defendants (or group of defendants represented by the same counsel) shall answer or otherwise respond to the operative complaint. 4. There have been no requests for an extension of time previously made in this matter. (Signed by Judge Jesse M. Furman on 12/9/2013) (lmb) Modified on 12/11/2013 (lmb). [Transferred from New York Southern on 3/21/2014.] (Entered: 12/10/2013) |
| 12/12/2013 | | NOTICE OF CASE REASSIGNMENT to Judge Katherine Polk Failla. Judge Jesse M. Furman is no longer assigned to the case. (pgu) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/12/2013) |
| 12/12/2013 | | Magistrate Judge Sarah Netburn is so redesignated. (pgu) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/12/2013) |
| 12/12/2013 | | CASE ACCEPTED AS RELATED. Create association to 1:13-cv-08160-KPF. (pgu) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/12/2013) |
| 12/18/2013 | 7 | MOTION for Greg Shinall to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9190481. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts. (Attachments: # 1 Certificate of Good Standing, # 2 Text of Proposed Order)(Shinall, Greg) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/18/2013) |
| 12/18/2013 | 8 | MOTION for Eugene J. Frett to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9190486. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts. (Attachments: # 1 Certificate of Good Standing, # 2 Text of Proposed Order)(Frett, Eugene) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/18/2013) |
| 12/19/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7 MOTION for Greg Shinall to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9190481. Motion and supporting papers to be reviewed by Clerk's Office staff., 8 MOTION for Eugene J. Frett to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9190486. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** [Transferred from New York Southern on 3/21/2014.] (Entered: 12/19/2013) |
| 12/19/2013 | | Minute Entry Telephone Conference set for 12/23/2013 at 2:30pm. (Lopez, Jose) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/19/2013) |

| | | |
|---|---|---|
| 12/20/2013 | 9 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Matthew H. Rice to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9200365. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts. (Attachments: # 1 Certificates of Good Standing, # 2 Text of Proposed Order)(Rice, Matthew) Modified on 12/23/2013 (wb). [Transferred from New York Southern on 3/21/2014.] (Entered: 12/20/2013) |
| 12/23/2013 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 9 MOTION for Matthew H. Rice to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9200365. Motion and supporting papers to be reviewed by Clerk's Office staff.. Certificate of Good Standing Must be issued from Supreme Court of California with a Clerk of Court Signature. Re-file the document as a Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days. (wb)** [Transferred from New York Southern on 3/21/2014.] (Entered: 12/23/2013) |
| 12/23/2013 | 10 | NOTICE OF APPEARANCE by David Avi Rosenfeld on behalf of Craig Puerta. (Rosenfeld, David) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/23/2013) |
| 12/23/2013 | 11 | ORDER. Members of the purported class in both actions have until January 14, 2014 to move the Court to serve as lead plaintiffs. Accordingly, it is hereby ORDERED that a conference shall be held on February 13, 2014, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation. It is further ORDERED that any opposition to said motions shall be served and filed by January 31, 2014, and any reply shall be served and filed by February 6, 2014. It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants. It is further ORDERED that the initial pretrial conference scheduled in Lagendyk for January 28, 2014, at 3:45 p.m., is adjourned sine die. (Motions due by 1/14/2014. Responses due by 1/31/2014. Replies due by 2/6/2014.), (Conference set for 2/13/2014 at 03:00 PM in Courtroom 618, U.S. Courthouse, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla.) (rjm) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/26/2013) |
| 12/23/2013 | 12 | ORDER granting 7 Motion for Greg Shinall to Appear Pro Hac Vice. The Clerk of Court is directed to terminate Docket Entry No. 7. (Signed by Judge Katherine Polk Failla on 12/23/2013) (rjm) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/26/2013) |
| 12/23/2013 | 13 | ORDER granting 8 Motion for Eugene J. Frett to Appear Pro Hac Vice. The Clerk of Court is directed to terminate Docket Entry No. 8. (Signed by Judge Katherine Polk Failla on 12/23/2013) (rjm) [Transferred from New York Southern on 3/21/2014.] (Entered: 12/26/2013) |
| 01/14/2014 | 14 | MOTION for Matthew H. Rice to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts. (Attachments: # 1 Certificates of Good Standing, # 2 Text of Proposed Order)(Rice, Matthew) [Transferred from New York Southern on 3/21/2014.] (Entered: 01/14/2014) |
| 01/14/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 14 MOTION for Matthew H. Rice to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** [Transferred from New York Southern on 3/21/2014.] (Entered: 01/14/2014) |
| 01/14/2014 | 15 | MOTION to Consolidate Cases 1:13-cv-8160., MOTION to Appoint Darby Mclennan to serve as lead plaintiff(s)., MOTION to Appoint Counsel. Document filed by Darby Maclennan. (Attachments: # 1 Text of Proposed Order Proposed Order)(Porritt, Nicholas) [Transferred from New York Southern on 3/21/2014.] (Entered: 01/14/2014) |
| 01/14/2014 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION to Consolidate Cases 1:13-cv-8160. MOTION to Appoint Darby Mclennan to serve as lead plaintiff(s). MOTION to Appoint Counsel.. Document filed by Darby Maclennan. (Porritt, Nicholas) [Transferred from New York Southern on 3/21/2014.] (Entered: 01/14/2014) |
| 01/14/2014 | 17 | DECLARATION of Nicholas I. Porritt in Support re: 15 MOTION to Consolidate Cases 1:13-cv-8160. MOTION to Appoint Darby Mclennan to serve as lead plaintiff(s). MOTION to Appoint Counsel.. Document filed by Darby Maclennan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Porritt, Nicholas) [Transferred from New York Southern on 3/21/2014.] (Entered: 01/14/2014) |
| 01/24/2014 | 18 | NOTICE of Withdrawal of Motion re: 15 MOTION to Consolidate Cases 1:13-cv-8160. MOTION to Appoint Darby Mclennan to serve as lead plaintiff(s). MOTION to Appoint Counsel.. Document filed by Darby Maclennan. (Porritt, Nicholas) [Transferred from New York Southern on 3/21/2014.] (Entered: 01/24/2014) |
| 01/28/2014 | 19 | ORDER granting 14 Motion for Matthew H. Rice to Appear Pro Hac Vice, as further set forth. The Clerk of Court is directed to terminate Docket Entry No. 14. (Signed by Judge Katherine Polk Failla on 1/28/2014) (rjm) [Transferred from New York Southern on 3/21/2014.] (Entered: 01/28/2014) |
| 02/05/2014 | 20 | NOTICE OF APPEARANCE by Joseph Frank Russello on behalf of Craig Puerta. (Russello, Joseph) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/05/2014) |
| 02/05/2014 | 21 | NOTICE OF APPEARANCE by Edward Y. Kroub on behalf of Craig Puerta. (Kroub, Edward) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/05/2014) |
| 02/06/2014 | 22 | NOTICE OF APPEARANCE by Matthew Leo Mustokoff on behalf of Beaver County Employees' Retirement Fund, Erie County Employees Retirement System. (Mustokoff, Matthew) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/06/2014) |

| | | |
|---|---|---|
| 02/11/2014 | 23 | **FILING ERROR - DEFICIENT DOCKET ENTRY –** MOTION for Justin P. Krypel to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9349138. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Tile Shop Holdings, Inc..(Krypel, Justin) Modified on 2/11/2014 (wb). [Transferred from New York Southern on 3/21/2014.] (Entered: 02/11/2014) |
| 02/11/2014 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 23 MOTION for Justin P. Krypel to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9349138. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Missing Proposed Order. Re-file the document as a Corrected Motion to Appear Pro Hac Vice and attach a Proposed Order. (wb)** [Transferred from New York Southern on 3/21/2014.] (Entered: 02/11/2014) |
| 02/11/2014 | 24 | **FILING ERROR - DEFICIENT DOCKET ENTRY –** MOTION for Wendy J. Wildung to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9349244. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Tile Shop Holdings, Inc..(Wildung, Wendy) Modified on 2/11/2014 (wb). [Transferred from New York Southern on 3/21/2014.] (Entered: 02/11/2014) |
| 02/11/2014 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 24 MOTION for Wendy J. Wildung to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9349244. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Missing Proposed Order. Re-file the document as a Corrected Motion to Appear Pro Hac Vice and attach a Proposed Order. (wb)** [Transferred from New York Southern on 3/21/2014.] (Entered: 02/11/2014) |
| 02/11/2014 | 25 | MOTION for Justin P. Krypel to Appear Pro Hac Vice *[Corrected]*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Tile Shop Holdings, Inc.. (Attachments: # 1 Text of Proposed Order)(Krypel, Justin) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/11/2014) |
| 02/11/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Justin P. Krypel to Appear Pro Hac Vice *[Corrected]*. Motion and supporting papers to be reviewed by Clerk's Office staff. MOTION for Justin P. Krypel to Appear Pro Hac Vice *[Corrected]*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** [Transferred from New York Southern on 3/21/2014.] (Entered: 02/11/2014) |
| 02/11/2014 | 26 | MOTION for Wendy J. Wildung to Appear Pro Hac Vice *[Corrected]*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Tile Shop Holdings, Inc.. (Attachments: # 1 Text of Proposed Order)(Wildung, Wendy) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/11/2014) |
| 02/11/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 26 MOTION for Wendy J. Wildung to Appear Pro Hac Vice *[Corrected]*. Motion and supporting papers to be reviewed by Clerk's Office staff. MOTION for Wendy J. Wildung to Appear Pro Hac Vice *[Corrected]*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** [Transferred from New York Southern on 3/21/2014.] (Entered: 02/11/2014) |
| 02/12/2014 | 27 | LETTER addressed to Judge Katherine Polk Failla from Wendy J. Wildung dated 2/12/2014 re: conference scheduled for 2/13/2014. Document filed by Tile Shop Holdings, Inc..(Wildung, Wendy) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/12/2014) |
| 02/13/2014 | 28 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Tile Shop Holdings, Inc.. (Rice, Matthew) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/13/2014) |
| 02/13/2014 | 29 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Tile Shop, Inc..(Rice, Matthew) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/13/2014) |
| 02/13/2014 | 30 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by JWTS, Inc..(Rice, Matthew) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/13/2014) |
| 02/13/2014 | 31 | MEMO ENDORSEMENT on re: 27 Letter filed by Tile Shop Holdings, Inc. ENDORSEMENT: Application GRANTED. SO ORDERED. (Signed by Judge Katherine Polk Failla on 2/13/2014) (mro) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/13/2014) |
| 02/13/2014 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Telephone Conference held on 2/13/2014. (Lopez, Jose) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/14/2014) |
| 02/13/2014 | 32 | ORDER FOR ADMISSION PRO HAC VICE granting 26 Motion for Wendy J. Wildung to Appear Pro Hac Vice. (Signed by Judge Katherine Polk Failla on 2/13/2014) (rjm) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/14/2014) |
| 02/13/2014 | 33 | ORDER FOR ADMISSION PRO HAC VICE granting 25 Motion for Justin P. Krypel to Appear Pro Hac Vice. (Signed by Judge Katherine Polk Failla on 2/13/2014) (rjm) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/14/2014) |
| 02/13/2014 | 34 | ORDER FOR ADMISSION PRO HAC VICE. The motion of Ryan T. Degnan (doc. no. 42 in 13-8160), for admission to practice Pro Hac Vice in the above captioned actions is granted, and as further set forth. (Signed by Judge Katherine Polk Failla on 2/13/2014) (rjm) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/14/2014) |
| 02/13/2014 | | CONSOLIDATED MEMBER CASE: Create association to 1:13-cv-08160-KPF. (rjm) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/14/2014) |
| 02/13/2014 | 35 | ORDER. Plaintiff's Motion to Consolidate Cases No. 13 Civ. 8160 and No. 13 Civ. 8331 is GRANTED. The Clerk of Court is directed to terminate Docket Entry 20 in No. 13 Civ. 8160. Plaintiff's Motion to Appoint the Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, and Luc De Wulf as co-lead Plaintiffs is also GRANTED, as is Plaintiff's Motion to Appoint Robbins Geller Rudman & Dowd LLP and Kessler Topaz Meltzer & Check LLP to serve as Co- |

| | | |
|---|---|---|
| | | Lead Counsel. The Clerk of Court is directed to terminate Docket Entries 14 and 17 in No. 13 Civ. 8160, as they have been withdrawn (Dkt. #23, 24). The Clerk of Court is further directed to terminate Docket Entry 15 in No. 13 Civ. 8331, as it has also been withdrawn (Dkt. #18). It is further ORDERED that the parties shall adhere to the following briefing schedule: Defendants' Motion to Transfer Venue is due February 21, 2014; Plaintiffs' Opposition is due February 28, 2014; and Defendants' Reply is due March 5, 2014. Granting (20) Motion to Consolidate Cases; Granting (20) Motion to Appoint; Granting (20) Motion to Appoint Counsel in case 1:13-cv-08160-KPF. (Signed by Judge Katherine Polk Failla on 2/13/2014) Filed In Associated Cases: 1:13-cv-08160-KPF, 1:13-cv-08331-KPF (rjm) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/14/2014) |
| 02/13/2014 | | Set/Reset Deadlines: Motions due by 2/21/2014. Responses due by 2/28/2014. Replies due by 3/5/2014. Associated Cases: 1:13-cv-08160-KPF, 1:13-cv-08331-KPF (rjm) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/14/2014) |
| 02/21/2014 | 36 | MOTION to Change Venue. Document filed by Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts, Timothy Clayton. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:13-cv-08160-KPF, 1:13-cv-08331-KPF(Wildung, Wendy) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/21/2014) |
| 02/21/2014 | 37 | MEMORANDUM OF LAW in Support re: (36 in 1:13-cv-08331-KPF, 48 in 1:13-cv-08160-KPF) MOTION to Change Venue.. Document filed by Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts, Timothy Clayton. Filed In Associated Cases: 1:13-cv-08160-KPF, 1:13-cv-08331-KPF(Wildung, Wendy) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/21/2014) |
| 02/21/2014 | 38 | DECLARATION of Timothy C. Clayton in Support re: (36 in 1:13-cv-08331-KPF, 48 in 1:13-cv-08160-KPF) MOTION to Change Venue.. Document filed by Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts, Timothy Clayton. Filed In Associated Cases: 1:13-cv-08160-KPF, 1:13-cv-08331-KPF(Wildung, Wendy) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/21/2014) |
| 02/27/2014 | 39 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/13/2014 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Sonya Ketter Huggins, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/24/2014. Redacted Transcript Deadline set for 4/3/2014. Release of Transcript Restriction set for 6/2/2014.(Rodriguez, Somari) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/27/2014) |
| 02/27/2014 | 40 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/13/14 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/27/2014) |
| 02/28/2014 | 41 | RESPONSE to Motion re: (36 in 1:13-cv-08331-KPF, 48 in 1:13-cv-08160-KPF) MOTION to Change Venue. *Lead Plaintiffs' Statement of Non-Opposition to Defendants' Motion to Transfer Venue*. Document filed by Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Luc De Wulf. Filed In Associated Cases: 1:13-cv-08160-KPF, 1:13-cv-08331-KPF(Mustokoff, Matthew) [Transferred from New York Southern on 3/21/2014.] (Entered: 02/28/2014) |
| 03/13/2014 | 42 | ORDER ON DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. 1404 (a) granting 36 Motion to Change Venue. Accordingly, it is hereby ORDERED that Lagendyk v. Rucker, et al., No. 13 Civ. 8160, and Puerta v. Tile Shop Holdings, Inc., et al., No. 13 Civ. 8331, are transferred to the United States District Court for the District of Minnesota for such further proceedings in that court as might be necessary. The Clerk of Court is directed to (i) transfer the case files for Case Nos. 13 Civ. 8160 and 13 Civ. 8331 to the Clerk for the United States District Court for the District of Minnesota; (ii) terminate Docket Entry No. 48 in Case No. 13 Civ. 8160; (iii) terminate Docket Entry No. 36 in Case No. 13 Civ. 8331; (iv) and mark these cases as closed. (Signed by Judge Katherine Polk Failla on 3/13/2014) (tro) [Transferred from New York Southern on 3/21/2014.] (Entered: 03/13/2014) |
| 03/13/2014 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court - District of Minnesota. (tn) [Transferred from New York Southern on 3/21/2014.] (Entered: 03/20/2014) |
| 03/21/2014 | 43 | Case transferred in from District of New York Southern; Case Number 1:13-cv-08331. Original file certified copy of transfer order and docket sheet received. Case assigned to Judge Richard H. Kyle and referred to Magistrate Judge Tony N. Leung per Securities List. (Entered: 03/21/2014) |
| 03/21/2014 | 44 | TEXT ONLY ENTRY: Notice re: Non-Admitted Attorney<br><br>We have received documents listing **Matthew Mustokoff, Ryan Degnan, David Rosenfeld, Edward Kroub, Joseph Russello, Samuel Rudman, Nicholas Porritt, Bruce Sperling, Eugene Frett, Greg Shinall, Justin Krypel, Matthew Rice** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at href=http://www.mnd.uscourts.gov/FORMS/court_forms.shtml#attorneyforms. CC: Matthew Mustokoff, Ryan Degnan, David Rosenfeld, Edward Kroub, Joseph Russello, Samuel Rudman, Nicholas Porritt, Bruce Sperling, Eugene Frett, Greg Shinall, Justin Krypel, Matthew Rice, . (kt) Modified on 3/21/2014 (kt). (Entered: 03/21/2014) |
| 03/24/2014 | 45 | ORDER for disqualification and for reassignment. Signed by Judge Richard H. Kyle on 03/24/14. (KLL) (Entered: 03/24/2014) |

| 03/24/2014 | 46 | TEXT ONLY ENTRY: CLERK'S NOTICE OF REASSIGNMENT. This case is reassigned to Judge Ann D. Montgomery. Judge Richard H. Kyle no longer assigned to the case. **NOTE:** the new case number is **14-cv-786 ADM/TNL.** Please use this case number for all subsequent pleadings. (kt) (Entered: 03/24/2014) |
|---|---|---|
| 03/25/2014 | 47 | LETTER TO DISTRICT JUDGE by Tile Shop Holdings, Inc. . (Wildung, Wendy) (Entered: 03/25/2014) |
| 03/28/2014 | 48 | ORDER of Reassignment of Related Cases that 14-cv-789 PJS/SER be assigned to Judge Ann D. Montgomery and Magistrate Judge Tony N. Leung. Signed by Judge Ann D. Montgomery on 3/28/14 and by Judge Patrick J. Schiltz on 3/27/14. (kt) (Entered: 03/28/2014) |
| 04/01/2014 | 49 | NOTICE of Appearance by Jeffrey D Bores on behalf of Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Craig Puerta. (Bores, Jeffrey) (Entered: 04/01/2014) |
| 04/01/2014 | 50 | NOTICE of Appearance by Karl L Cambronne on behalf of Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Craig Puerta. (Cambronne, Karl) (Entered: 04/01/2014) |
| 04/01/2014 | 51 | NOTICE of Appearance by Bryan L Bleichner on behalf of Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Craig Puerta. (Bleichner, Bryan) (Entered: 04/01/2014) |
| 04/01/2014 | 52 | STIPULATION by Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Craig Puerta. Jointly Signed by Tile Shop Holdings, Inc., Robert A. Rucker, The Tile Shop, Inc., Timothy C. Clayton, Peter J. Jacullo, III, JWTS, Inc., Peter H. Kamin, Todd Krasnow, Adam L. Suttin, and William E. Watts. (Bores, Jeffrey) (Entered: 04/01/2014) |
| 04/02/2014 | 53 | TEXT ONLY ENTRY: Notice re: Non-Admitted Attorney<br><br>We have received documents listing **Kimberly A. Justice, Margaret E. Onasch** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at href=http://www.mnd.uscourts.gov/FORMS/court_forms.shtml#attorneyforms. (las) (Entered: 04/02/2014) |
| 04/17/2014 | 54 | NOTICE of Appearance by Justin P Krypel on behalf of Tile Shop Holdings, Inc.. (Krypel, Justin) (Entered: 04/17/2014) |
| 04/18/2014 | 55 | ORDER ON STIPULATION REGARDING SCHEDULING: re 52 Stipulation. Signed by Magistrate Judge Tony N. Leung on 04/18/2014. (lmb) (Entered: 04/18/2014) |
| 04/21/2014 | 56 | MOTION for Admission Pro Hac Vice for Attorney Joseph F.Russello. Filing fee $ 100, receipt number 0864-3949729 by Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Craig Puerta. (Bores, Jeffrey) (Entered: 04/21/2014) |
| 04/21/2014 | 57 | MOTION for Admission Pro Hac Vice for Attorney Edward Y. Kroub. Filing fee $ 100, receipt number 0864-3949737 by Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Craig Puerta. (Bores, Jeffrey) (Entered: 04/21/2014) |
| 04/21/2014 | 58 | MOTION for Admission Pro Hac Vice for Attorney Margaret E. Onasch. Filing fee $ 100, receipt number 0864-3949739 by Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Craig Puerta. (Bores, Jeffrey) (Entered: 04/21/2014) |
| 04/21/2014 | 59 | MOTION for Admission Pro Hac Vice for Attorney Kimberly A. Justice. Filing fee $ 100, receipt number 0864-3949745 by Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Craig Puerta. (Bores, Jeffrey) (Entered: 04/21/2014) |
| 04/21/2014 | 60 | MOTION for Admission Pro Hac Vice for Attorney Matthew L. Mustokoff. Filing fee $ 100, receipt number 0864-3949754 by Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Craig Puerta. (Bores, Jeffrey) (Entered: 04/21/2014) |
| 04/22/2014 | 61 | TEXT ONLY ENTRY: ORDER granting 56 Motion for Admission Pro Hac Vice of Attorney Joseph F Russello for Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Luc De Wulf, and Craig Puerta. Approved by Magistrate Judge Tony N. Leung on 4/22/14. (KMM) (Entered: 04/22/2014) |
| 04/22/2014 | 62 | TEXT ONLY ENTRY: ORDER granting 57 Motion for Admission Pro Hac Vice of Attorney Edward Y Kroub for Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Luc De Wulf, and Craig Puerta. Approved by Magistrate Judge Tony N. Leung on 4/22/14. (KMM) (Entered: 04/22/2014) |
| 04/22/2014 | 63 | TEXT ONLY ENTRY: ORDER granting 58 Motion for Admission Pro Hac Vice of Attorney Margaret E Onasch for Beaver County Employees' Retirement Fund, and Erie County Employees Retirement System. Approved by Magistrate Judge Tony N. Leung on 4/22/14. (KMM) (Entered: 04/22/2014) |
| 04/22/2014 | 64 | TEXT ONLY ENTRY: ORDER granting 59 Motion for Admission Pro Hac Vice of Attorney Kimberly A Justice for Beaver County Employees' Retirement Fund and Erie County Employees Retirement System. Approved by Magistrate Judge Tony N. Leung on 4/22/14. (KMM) (Entered: 04/22/2014) |
| 04/22/2014 | 65 | TEXT ONLY ENTRY: ORDER granting 60 Motion for Admission Pro Hac Vice of Attorney Matthew L Mustokoff for Beaver County Employees' Retirement Fund and Erie County Employees Retirement System. Approved by Magistrate Judge Tony N. Leung on 4/22/14. (KMM) (Entered: 04/22/2014) |
| 05/23/2014 | 66 | AMENDED COMPLAINT *CONSOLIDATED FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS* against All Defendants. Filed by Luc De Wulf, Erie County Employees Retirement System, Beaver County Employees' Retirement Fund, |

| | | |
|---|---|---|
| 05/27/2014 | 67 | Amended Summons Issued as to Timothy C. Clayton, JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Robert A. Rucker, Adam L. Suttin, The Tile Shop, Inc., Tile Shop Holdings, Inc., William E. Watts. (AKL) (Entered: 05/27/2014) |
| 05/27/2014 | 68 | Amended Summons Issued as to CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC, Wedbush Securities, Inc.. (AKL) (Entered: 05/27/2014) |
| 06/26/2014 | 69 | NOTICE of Appearance by Frank A Taylor on behalf of CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC, Wedbush Securities, Inc.. (Taylor, Frank) (Entered: 06/26/2014) |
| 06/26/2014 | 70 | STIPULATION re 66 Amended Complaint, by CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC, Wedbush Securities, Inc.. Jointly Signed by Beaver County Employees' Retirement Fund, Erie County Employees' Retirement System, Luc de Wulf, Tile Shop Holdings, Inc. and all Non-Underwriter Defendants, and Underwriter Defendants. (Taylor, Frank) (Entered: 06/26/2014) |
| 06/27/2014 | 71 | TEXT ONLY ENTRY: Notice re: Non-Admitted Attorney<br><br>We have received documents listing **Scott A. Edelman, Jed M. Schwartz** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at href=http://www.mnd.uscourts.gov/FORMS/court_forms.shtml#attorneyforms. (AKL) (Entered: 06/27/2014) |
| 06/27/2014 | 72 | TEXT ONLY ENTRY: Notice re: Non-Admitted Attorney<br><br>We have received documents listing **Bruce S. Sperling, Greg Shinall, Matthew E. Rice** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at href=http://www.mnd.uscourts.gov/FORMS/court_forms.shtml#attorneyforms. (AKL) (Entered: 06/27/2014) |
| 07/02/2014 | 73 | ORDER ON SECOND STIPULATION REGARDING SCHEDULING: the Second Stipulation Regarding Scheduling (ECF No. 70 ) is ADOPTED and the following provisions shall be entered: 1. Defendants shall answer, move to dismiss, or otherwise respond to the Consolidated Amended Complaint on or before July 25, 2014; 2. Lead Plaintiffs shall file and serve any response to such motion to dismiss from Defendants on or before September 26, 2014; and 3. Defendants shall file and serve any reply papers in further support of such motion to dismiss on or before October 27, 2014. Signed by Magistrate Judge Tony N. Leung on 07/02/2014. (lmb) (Entered: 07/02/2014) |
| 07/10/2014 | 74 | NOTICE of Appearance by Daniel J Supalla on behalf of CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC, Wedbush Securities, Inc.. (Supalla, Daniel) (Entered: 07/10/2014) |
| 07/10/2014 | 75 | MOTION for Admission Pro Hac Vice for Attorney Jed Schwartz. Filing fee $ 100, receipt number 0864-4053843 by CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC, Wedbush Securities, Inc.. (Supalla, Daniel) (Entered: 07/10/2014) |
| 07/10/2014 | 76 | MOTION for Admission Pro Hac Vice for Attorney Scott Edelman. Filing fee $ 100, receipt number 0864-4053881 by CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC, Wedbush Securities, Inc.. (Supalla, Daniel) (Entered: 07/10/2014) |
| 07/11/2014 | 77 | TEXT ONLY ENTRY: ORDER granting 75 Motion for Admission Pro Hac Vice of Attorney Jed M Schwartz for CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC and Wedbush Securities, Inc.; granting 76 Motion for Admission Pro Hac Vice of Attorney Scott A Edelman for CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC and Wedbush Securities, Inc. Approved by Magistrate Judge Tony N. Leung on 7/11/14. (AKL) (Entered: 07/11/2014) |
| 07/23/2014 | 78 | NOTICE of Appearance by David P Pearson on behalf of JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Adam L. Suttin, William E. Watts. (Pearson, David) (Entered: 07/23/2014) |
| 07/23/2014 | 79 | NOTICE of Appearance by Matthew C Robinson on behalf of JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Adam L. Suttin, William E. Watts. (Robinson, Matthew) (Entered: 07/23/2014) |
| 07/24/2014 | 80 | NOTICE of Withdrawal as Attorney *And Substitution of Counsel* (Wildung, Wendy) (Entered: 07/24/2014) |
| 07/25/2014 | 81 | MOTION to Dismiss/General by Timothy C. Clayton, Robert A. Rucker, The Tile Shop, Inc., Tile Shop Holdings, Inc.. (Wildung, Wendy) (Entered: 07/25/2014) |
| 07/25/2014 | 82 | NOTICE OF HEARING ON MOTION 81 MOTION to Dismiss/General : Motion Hearing set for 11/18/2014 01:30 PM in Courtroom 13W (MPLS) before Judge Ann D. Montgomery. (Wildung, Wendy) (Entered: 07/25/2014) |

| | | |
|---|---|---|
| 07/25/2014 | 83 | MEMORANDUM in Support re 81 MOTION to Dismiss/General filed by Timothy C. Clayton, Robert A. Rucker, The Tile Shop, Inc., Tile Shop Holdings, Inc.. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Wildung, Wendy) (Entered: 07/25/2014) |
| 07/25/2014 | 84 | AFFIDAVIT of Wendy J. Wildung in SUPPORT OF 81 MOTION to Dismiss/General filed by Timothy C. Clayton, Robert A. Rucker, The Tile Shop, Inc., Tile Shop Holdings, Inc.. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2 (Part 1 of 2), # 3 Exhibit(s) 2 (Part 2 of 2), # 4 Exhibit(s) 3 (Part 1 of 2), # 5 Exhibit(s) 3 (Part 2 of 2), # 6 Exhibit(s) 4, # 7 Exhibit(s) 5, # 8 Exhibit(s) 6, # 9 Exhibit(s) 7, # 10 Exhibit(s) 8, # 11 Exhibit(s) 9, # 12 Exhibit(s) 10, # 13 Exhibit(s) 11, # 14 Exhibit(s) 12, # 15 Exhibit(s) 13, # 16 Exhibit(s) 14)(Wildung, Wendy) (Entered: 07/25/2014) |
| 07/25/2014 | 85 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by Timothy C. Clayton, Robert A. Rucker, The Tile Shop, Inc., Tile Shop Holdings, Inc. re 81 MOTION to Dismiss/General (Wildung, Wendy) (Entered: 07/25/2014) |
| 07/25/2014 | 86 | MOTION to Dismiss/General by JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Adam L. Suttin, William E. Watts. (Pearson, David) (Entered: 07/25/2014) |
| 07/25/2014 | 87 | NOTICE OF HEARING ON MOTION 86 MOTION to Dismiss/General : Motion Hearing set for 11/18/2014 01:30 PM in Courtroom 13W (MPLS) before Judge Ann D. Montgomery. (Pearson, David) (Entered: 07/25/2014) |
| 07/25/2014 | 88 | MEMORANDUM in Support re 86 MOTION to Dismiss/General filed by JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Adam L. Suttin, William E. Watts. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate) (Pearson, David) (Entered: 07/25/2014) |
| 07/25/2014 | 89 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by JWTS, Inc., Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Adam L. Suttin, William E. Watts re 86 MOTION to Dismiss/General (Pearson, David) (Entered: 07/25/2014) |
| 07/25/2014 | 90 | MOTION to Dismiss/General *Consolidated Amended Complaint* by CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC, Wedbush Securities, Inc. (Taylor, Frank) Modified text on 7/28/2014 (lmb). (Entered: 07/25/2014) |
| 07/25/2014 | 91 | NOTICE OF HEARING ON MOTION 90 MOTION to Dismiss/General *Consolidated Amended Complaint* : Motion Hearing set for 11/18/2014 01:30 PM in Courtroom 13W (MPLS) before Judge Ann D. Montgomery. (Taylor, Frank) Modified text on 7/28/2014 (lmb). (Entered: 07/25/2014) |
| 07/25/2014 | 92 | MEMORANDUM in Support re 90 MOTION to Dismiss/General *Consolidated Amended Complaint* filed by CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC, Wedbush Securities, Inc. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Taylor, Frank) Modified text on 7/28/2014 (lmb). (Entered: 07/25/2014) |
| 07/25/2014 | 93 | DECLARATION of Jed M. Schwartz re 90 MOTION to Dismiss/General *Consolidated Amended Complaint* by CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC, Wedbush Securities, Inc. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit 4). (Taylor, Frank) Modified text on 7/28/2014 (lmb). Modified on 7/28/2014 (kt). (Entered: 07/25/2014) |
| 07/29/2014 | 94 | CERTIFICATE OF SERVICE by CJS Securities, Inc., Citigroup Global Markets Inc., Houlihan Lokey Capital, Inc., Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Sidoti & Company, LLC, Telsey Advisory Group LLC, Wedbush Securities, Inc. *[Proposed] Order* (Supalla, Daniel) (Entered: 07/29/2014) |
| 08/01/2014 | 95 | ORDER re 86 MOTION to Dismiss/General, 81 MOTION to Dismiss/General and 90 MOTION to Appoint Receiver MOTION to Dismiss/General *Consolidated Amended Complaint*. Signed by Magistrate Judge Tony N. Leung on 8/1/14. (AKL) (Entered: 08/04/2014) |
| 09/19/2014 | 96 | LETTER to Request Permission to Exceed Word/Line Limits . (Bores, Jeffrey) (Entered: 09/19/2014) |
| 09/22/2014 | 97 | LETTER from Judge Ann D. Montgomery granting Plaintiff's 96 Request for Permission to Exceed Word/Line Limit, not to exceed 18,000 words. (JME) (Entered: 09/22/2014) |
| 09/23/2014 | 98 | MOTION for Admission Pro Hac Vice for Attorney Stacey M. Kaplan. Filing fee $ 100, receipt number 0864-4134309 by Beaver County Employees' Retirement Fund, Erie County Employees Retirement System. (Bores, Jeffrey) (Entered: 09/23/2014) |
| 09/24/2014 | 99 | TEXT ONLY ENTRY: ORDER granting 98 Motion for Admission Pro Hac Vice of Attorney Stacey M. Kaplan for Beaver County Employees' Retirement Fund,Erie County Employees Retirement System. Approved by Magistrate Judge Tony N. Leung on 9/24/2014. (MAP) (Entered: 09/24/2014) |
| 09/26/2014 | 100 | MEMORANDUM in Opposition re 86 MOTION to Dismiss/General , 81 MOTION to Dismiss/General , 90 MOTION to Appoint Receiver MOTION to Dismiss/General *Consolidated Amended Complaint* filed by Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Luc De Wulf. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Mustokoff, Matthew) (Entered: 09/26/2014) |
| 09/26/2014 | 101 | Declaration of Matthew L. Mustokoff in Opposition re 86 MOTION to Dismiss/General , 81 MOTION to Dismiss/General , 90 MOTION to Appoint Receiver MOTION to Dismiss/General Consolidated Amended Complaint filed by Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, Luc De Wulf. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2)(Mustokoff, Matthew) Modified on 9/29/2014 (kt). (Entered: 09/26/2014) |
| 10/27/2014 | 102 | MEMORANDUM in Support re 81 MOTION to Dismiss/General filed by Timothy C. Clayton, The Tile Shop, Inc., Tile Shop Holdings, Inc.. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Wildung, Wendy) (Entered: 10/27/2014) |