# Exhibit 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

_____

# FORM 10-K

_____

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2023**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____.**

**Commission File Number 001-34584**

_____

# HARBOR DIVERSIFIED, INC.
**(Exact name of registrant as specified in its charter)**

_____

| | |
|---|---|
| **Delaware** | **13-3697002** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **W6390 Challenger Drive, Suite 203**<br>**Appleton, WI** | **54914-9120** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(920) 749-4188**
**(Registrant's telephone number, including area code)**
**N/A**
**(Former name, former address and former fiscal year, if changed since last report)**
**Securities registered pursuant to Section 12(b) of the Act: None.**
**Securities registered pursuant to Section 12(g) of the Act: None.**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **None** | **None** | **None** |

_____

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☐   No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☐   No ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "*large accelerated filer*," "*accelerated filer*," "*smaller reporting company*" and "*emerging growth company*" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | | Smaller reporting company | ☒ |
| | | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.).   ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements.   ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b).   ☐

Case 1:24-cv-00556-WCG   Filed 03/31/25   Page 2 of 5   Document 62-1

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐  No ☒

As of June 30, 2023, the last business day of the registrant's second fiscal quarter for the year ended December 31, 2023, the aggregate market value of the voting and non-voting stock held by non-affiliates of the registrant, based upon the closing price of the registrant's common stock as reported on the OTC Market, was approximately $53.4 million. The determination of affiliate status for this purpose does not reflect a determination that any of such persons shall be deemed to be an affiliate of the registrant for any other purpose.

As of September 30, 2024 the registrant had 58,534,309 shares of common stock outstanding (after giving effect to the June 2024 conversion and redemption of all of the outstanding shares of Series C Convertible Redeemable Preferred Stock). The registrant does not have any class of securities registered pursuant to Section 12(b) or Section 12(g) of the Act.

## DOCUMENTS INCORPORATED BY REFERENCE

**None.**

## EXPLANATORY NOTE

Harbor Diversified, Inc. ("Harbor," "Company," "we," "us," or "our") is filing this comprehensive Annual Report on Form 10-K for the year ended December 31, 2023 (this "Annual Report"). This Annual Report contains our audited financial statements for the year ended December 31, 2023, and restates our previously issued audited consolidated financial statements for the year ended December 31, 2022 contained in our Annual Report on Form 10-K for the year ended December 31, 2022 ("the 2022 Annual Report") and our unaudited interim consolidated financial statements contained in our Quarterly Reports on Form 10-Q as of and for the three months ended March 31, 2022 and March 31, 2023, the three and six months ended June 30, 2022 and June 30, 2023, and the three and nine months ended September 30, 2022 and September 30, 2023.

**Restatement Background**

As previously disclosed in our Current Report on Form 8-K filed with the Securities and Exchange Commission ("SEC") on March 29, 2024 (the "Current Report"), the audit committee (the "Audit Committee") of Harbor's board of directors concluded, after considering the recommendations of management, that the following previously issued consolidated financial statements should no longer be relied upon, due to misstatements contained in such financial statements, and that such financial statements should be restated:

(a) the audited consolidated financial statements as of and for the year ended December 31, 2022 contained in the 2022 Annual Report,

(b) the interim unaudited consolidated financial statements as of and for the first three quarters of the year ended December 31, 2022 contained in our Quarterly Reports on Form 10-Q (the "2022 Quarterly Reports"), and

(c) the interim unaudited consolidated financial statements as of and for the first three quarters of the year ended December 31, 2023 contained in our Quarterly Reports on Form 10-Q (the "2023 Quarterly Reports").

The reporting periods covered by the annual and quarterly reports described in clauses (a), (b) and (c) are collectively referred to as the "Non-Reliance Periods".

In February 2024, Harbor's subsidiary, Air Wisconsin Airlines LLC ("Air Wisconsin"), was subject to an unexpected outcome in the arbitrators' decision and award ("United Arbitration Award") relating to the arbitration with United Airlines, Inc. ("United") that commenced in October 2022. As described in the Current Report, the United Arbitration Award, among other things, denied Air Wisconsin's claim that United owed it certain amounts that were at issue in the arbitration. Following receipt of the United Arbitration Award, we conducted a detailed analysis of the complex accounting treatment leading to the recognition of certain disputed revenues and interest income under the United capacity purchase agreement (the "Disputed Amounts") in the audited consolidated financial statements and related disclosures prepared for the Non-Reliance Periods.

In connection with the preparation of our consolidated financial statements for the year ended December 31, 2023, and following extensive discussions among Company management, the Audit Committee and the Company's independent registered public accounting firm, Grant Thornton LLP ("Grant Thornton"), as well as consultation between management and multiple additional accounting and legal advisors over a period of several months, the Company concluded that its prior determination to recognize all of the Disputed Amounts was inconsistent with the technical requirements of Accounting Standards Codification Topic 606, *Revenue from Contracts with Customers* ("ASC 606"). Specifically, the Company determined that, contrary to the prior conclusion it reached in consultation with knowledgeable third-party advisors regarding the correct application of a complex standard to a complex agreement, it should have constrained a portion of the Disputed Amounts. This determination was based on additional guidance received from additional third-party advisors as to the manner in which ASC 606 should be applied to the recognition of revenue under the agreement, irrespective of the actual outcome of the dispute with United. This led to a determination that the previously issued financial statements for the Non-Reliance Periods should no longer be relied upon and that such financial statements should be restated.

We have not filed, and do not intend to file, any amendments to the previously filed 2022 Annual Report, 2022 Quarterly Reports or 2023 Quarterly Reports. The financial information that has been previously issued or otherwise reported as of and for each of the Non-Reliance Periods is being replaced and superseded by the information contained in this Annual Report. Accordingly, investors should rely only on the financial information and other disclosures regarding

the Non-Reliance Periods contained in this Annual Report or in our future filings with the SEC, and should not rely on any previously issued or filed reports regarding our financial results for any of the Non-Reliance Periods.

**Material Weakness in Internal Control Over Financial Reporting**

Management has reassessed the effectiveness of our internal control over financial reporting and disclosure controls and procedures. As a result of the determination that the previously issued consolidated financial statements for the Non-Reliance Periods should no longer be relied upon and that such financial statements should be restated, we concluded that we had a material weakness in our internal control over financial reporting. Due to the material weakness, our principal executive officer and principal financial officer concluded that our internal control over financial reporting, as well as our disclosure controls and procedures, were not effective as of December 31, 2023.

For a discussion of management's evaluation of our internal control over financial reporting and disclosure controls and procedures, the identified material weakness, and the related remediation measures, please refer to Part II, Item 9A, *Controls and Procedures,* in this Annual Report.

**Restatement Impact Summary**

The restatement of our financial statements resulted in the following summarized impacts to our previously issued consolidated statements of operations for each of the Non-Reliance Periods:

**2022 Annual Restatement Impact Summary (in thousands, except per share values)**

|  | Year Ended December 31, 2022 |
|---|---|
| Contract revenues (decrease) | $ (41,135) |
| Interest and dividend income (decrease) | (334) |
| Income tax (expense) benefit | 9,861 |
| Net income (decrease) | $ (31,608) |
|  |  |
| Basic earnings per share (decrease) | $ (0.69) |
| Diluted earnings per share (decrease) | $ (0.50) |

**2023 Quarterly Restatement Impact Summary (in thousands, except per share values)**

|  | Three Months Ended | | | Six Months Ended | Nine Months Ended |
|---|---|---|---|---|---|
|  | September 30, 2023 | June 30, 2023 | March 31, 2023 | June 30, 2023 | September 30, 2023 |
| Contract revenues (decrease) | $ — | $ (2,161) | $ (6,518) | $ (8,679) | $ (8,679) |
| Interest and dividend income (decrease) | (244) | (239) | (216) | (455) | (699) |
| Income tax (expense) benefit | (217) | (419) | 937 | 518 | 301 |
| Net income (decrease) | $ (461) | $ (2,819) | $ (5,797) | $ (8,616) | $ (9,077) |
|  |  |  |  |  |  |
| Basic and diluted earnings per share (decrease) | $ (0.01) | $ (0.07) | $ (0.12) | $ (0.19) | $ (0.21) |

3