# Exhibit 2

· · > Example 9—Unapproved Change in Scope and Price

**606-10-55-134**  An entity enters into a contract with a customer to construct a building on customer-owned land. The contract states that the customer will provide  ···
the entity with access to the land within 30 days of contract inception. However, the entity was not provided access until 120 days after contract
inception because of storm damage to the site that occurred after contract inception. The contract specifically identifies any delay (including force
majeure) in the entity's access to customer-owned land as an event that entitles the entity to compensation that is equal to actual costs incurred as
a direct result of the delay. The entity is able to demonstrate that the specific direct costs were incurred as a result of the delay in accordance with
the terms of the contract and prepares a claim. The customer initially disagreed with the entity's claim.

**606-10-55-135**  The entity assesses the legal basis of the claim and determines, on the basis of the underlying contractual terms, that it has enforceable rights.  ···
Consequently, it accounts for the claim as a contract modification in accordance with paragraphs 606-10-25-10 through 25-13. The modification
does not result in any additional goods and services being provided to the customer. In addition, all of the remaining goods and services after the
modification are not distinct and form part of a single performance obligation. Consequently, the entity accounts for the modification in accordance
with paragraph 606-10-25-13(b) by updating the transaction price and the measure of progress toward complete satisfaction of the performance
obligation. The entity considers the constraint on estimates of variable consideration in paragraphs 606-10-32-11 through 32-13 when estimating
the transaction price.