# United States District Court
EASTERN DISTRICT OF WISCONSIN

JON ARNE TOFT and VIRAL KOTHARI,
*individually and on behalf of all*
*others similarly situated*,

        Plaintiffs,

        v.

HARBOR DIVERSIFIED, INC.,
CHRISTINE R. DEISTER,
LIAM MACKAY, and
GREGG GARVEY,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 24-C-556

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs take nothing, and this action is DISMISSED for failure to state a claim.

Dated: December 3, 2025

        LINDA M. KLEMM
        CLERK OF COURT

        s/ Kyle W. Frederickson
        (By) Deputy Clerk