# EXHIBIT 1



833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615

TEL•414.273.3500 FAX•414.273.5198

GKLAW.COM

Harbor Diversified, Inc., et al.
c/o Jason de Bretteville
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, 1600
Newport Beach, CA 92660

Invoice No.   931370
Invoice Date:   July 29, 2024
Client ID:   302983
Matter ID:   0001
Billing Attorney:   Jeffrey Billings

RE: Securities Class Action

---

|  |  |  |
|---|---|---|
| Invoice Total: | $ | 15,203.50 |
| Previous Balance: | $ | 0.00 |
| **Total Amount Due:** | **$** | **15,203.50** |

PAYMENT DUE UPON RECEIPT
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE. THANK YOU.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #071000288 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291714 SWIFT CODE: HATRUS44 (FOR FOREIGN WIRES)

OFFICES IN APPLETON, EAU CLAIRE, GREEN BAY, MADISON, MILWAUKEE WI, AND WASHINGTON, DC

Harbor Diversified, Inc., et al.
c/o Jason de Bretteville
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, 1600
Newport Beach, CA  92660

| | |
|---|---|
| Invoice No. | 931370 |
| Invoice Date: | July 29, 2024 |
| Client ID: | 302983 |
| Matter ID: | 0001 |
| Billing Attorney: | Jeffrey Billings |

RE: Securities Class Action

For Legal Services Rendered Through June 30, 2024

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/31/24 | DRK | Review and analyze complaint against Harbor Diversified; review draft brief in support of motion to dismiss. | 1.30 | 773.50 |
| 06/03/24 | BSS | Correspondence with Messrs. de Bretteville and Horton regarding necessary steps for attorney admissions to the Eastern District of Wisconsin. | 0.20 | 59.00 |
| 06/03/24 | DRK | Review draft brief in support of motion to dismiss; conference with Mr. Kirtley regarding comments on same; correspondence with Mr. Horton regarding same. | 1.00 | 595.00 |
| 06/03/24 | JLK | Review class action complaint; review and revise draft dismissal brief, exchange emails with defense counsel team and Mr. Konkel. | 3.70 | 3,034.00 |
| 06/06/24 | JLK | Finalize motion to dismiss, including final revisions. | 2.70 | 2,214.00 |
| 06/07/24 | BSS | Correspondence with Mr. Horton and Ms. Hominick regarding declaration template for the Eastern District. | 0.20 | 59.00 |
| 06/07/24 | DRK | Review and finalize drafts of memorandum in support of motion to dismiss; draft motion and corporate disclosure statement; multiple correspondence with Mr. Horton regarding filing motion to dismiss. | 1.40 | 833.00 |
| 06/07/24 | JLK | Review multiple emails regarding dismissal motion filing and logistics. | 0.90 | 738.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/10/24 | DRK | Review correspondence from Mr. de Bretteville regarding Rule 11 draft motion. | 0.10 | 59.50 |
| 06/11/24 | DRK | Review and analyze draft brief in support of motion for sanctions. | 0.70 | 416.50 |
| 06/12/24 | DRK | Conference with Mr. Kirtley regarding brief in support of motion for sanctions. | 0.30 | 178.50 |
| 06/12/24 | JLK | Review draft Rule 11 motion. | 0.60 | 492.00 |
| 06/14/24 | DRK | Correspondence with Mr. de Bretteville regarding revisions to draft memorandum in support of motion for sanctions. | 0.50 | 297.50 |
| 06/14/24 | JLK | Continued review of draft Rule 11 motion and consult on strategy. | 1.20 | 984.00 |
| 06/17/24 | JLK | Review emails regarding Rule 11 motion. | 0.30 | 246.00 |
| 06/21/24 | DRK | Review revised draft of brief in support of motion for sanctions. | 0.60 | 357.00 |
| 06/21/24 | JLK | Review correspondence regarding Rule 11 motion being proposed. | 0.60 | 492.00 |
| 06/24/24 | JLK | Consult on strategy regarding Rule 11 motion; review Rule 11 draft motion. | 1.40 | 1,148.00 |
| 06/25/24 | DRK | Review and revise brief in support of motion for sanctions; correspondence and phone call with Mr. de Bretteville regarding brief in support of motion for sanctions; correspondence with Mr. Horton regarding conformity of brief with local rules. | 0.70 | 416.50 |
| 06/26/24 | JLK | Review final Rule 11 motion. | 0.70 | 574.00 |
| 06/28/24 | DRK | Correspondence with Messrs. de Bretteville and Horton regarding Plaintiff's brief in opposition to motion to dismiss. | 0.10 | 59.50 |
| 06/28/24 | JLK | Review plaintiff's opposition to dismissal motion. | 1.00 | 820.00 |
| 06/29/24 | DRK | Review and analyze opposition to motion to dismiss. | 0.60 | 357.00 |

|  |  | **Total Fees:** | **$** | **15,203.50** |

**GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS**

|  |  |  |
|---|---|---|
| **Total Disbursements:** | **$** | **0.00** |
| **Invoice Total:** | **$** | **15,203.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2024. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*

**GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS**