# EXHIBIT 2



GODFREY KAHN S.C.

833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615

TEL•414.273.3500 FAX•414.273.5198

GKLAW.COM

Harbor Diversified, Inc., et al.
c/o Jason de Bretteville
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, 1600
Newport Beach, CA  92660

Invoice No.   938965
Invoice Date:   November 4, 2024
Client ID:   302983
Matter ID:   0001
Billing Attorney:   Jeffrey Billings

RE: Securities Class Action

---

|  |  |  |
|---|---|---|
| Invoice Total: | $ | 20,655.50 |
| Previous Balance: | $ | 15,203.50 |
| **Total Amount Due:** | **$** | **35,859.00** |

**Prior Balance – Invoice Summary**

| Date | Invoice # | Billed | Credits | Balance |
|---|---|---|---|---|
| 07/29/24 | 931370 | 15,203.50 | 0.00 | 15,203.50 |
| **Total** | | | | **$15,203.50** |

PAYMENT DUE UPON RECEIPT
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE. THANK YOU.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #071000288 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291714 SWIFT CODE: HATRUS44 (FOR FOREIGN WIRES)

OFFICES IN APPLETON, EAU CLAIRE, GREEN BAY, MADISON, MILWAUKEE WI, AND WASHINGTON, DC

Harbor Diversified, Inc., et al.
c/o Jason de Bretteville
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, 1600
Newport Beach, CA  92660

|  |  |
|---|---|
| Invoice No. | 938965 |
| Invoice Date: | November 4, 2024 |
| Client ID: | 302983 |
| Matter ID: | 0001 |
| Billing Attorney: | Jeffrey Billings |

RE: Securities Class Action

For Legal Services Rendered Through October 31, 2024

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/24 | DRK | Review response to motion to dismiss. | 0.10 | 59.50 |
| 07/05/24 | DRK | Review draft reply in support of motion to dismiss. | 0.60 | 357.00 |
| 07/08/24 | DRK | Review draft reply in support of motion to dismiss; correspondence with Messrs. Kirtley and de Bretteville regarding draft reply. | 0.50 | 297.50 |
| 07/08/24 | JLK | Review various pleadings filed by plaintiff including motion to approve as class counsel; review draft reply brief and consult with Mr. Konkel. | 1.60 | 1,312.00 |
| 07/09/24 | DRK | Review and analyze motions to appoint lead plaintiffs and lead counsel and supporting documents. | 0.40 | 238.00 |
| 07/09/24 | JLK | Review multiple filings. | 1.00 | 820.00 |
| 07/10/24 | DRK | Review withdrawal of motion to appoint Mr. Kothari as lead plaintiff; review letter from Mr. Lieberman regarding status of motion to dismiss; correspondence with Messrs. de Bretteville and Horton regarding letter from Mr. Lieberman; conference with Mr. Kirtley regarding response to Mr. Lieberman's letter. | 0.50 | 297.50 |
| 07/10/24 | JLK | Review notice of withdrawal as lead plaintiff and letter brief filed with court. | 0.30 | 246.00 |
| 07/11/24 | JLK | Review court's ruling and multiple emails regarding possible reconsideration. | 0.70 | 574.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 07/12/24 | DRK | Review and revise reply in support of motion to dismiss and letter-brief requesting reconsideration; correspondence with Messrs. de Bretteville and Horton regarding same. | 0.50 | 297.50 |
| 07/12/24 | JLK | Multiple emails regarding reconsideration and review draft letter brief. | 0.50 | 410.00 |
| 07/16/24 | DRK | Correspondence with Mr. de Bretteville regarding motion for reconsideration. | 0.10 | 59.50 |
| 07/17/24 | JLK | Review plaintiff's response to reconsideration motion. | 0.20 | 164.00 |
| 07/18/24 | DRK | Review and revise memorandum in support of motion for sanctions; draft motion for sanctions; review and analyze Judge Griesbach's decision denying motion for reconsideration; multiple correspondence with lead counsel regarding motion for sanctions and Judge Griesbach's decision. | 1.40 | 833.00 |
| 07/18/24 | JLK | Review changes to Rule 11 motion and consult on strategy. | 0.70 | 574.00 |
| 07/19/24 | JLK | Review request for stipulation staying derivative request and forward same to Mr. Konkel. | 0.40 | 328.00 |
| 07/25/24 | DRK | Review correspondence from Messrs. Kim and Horton regarding request for extension on response to Rule 11 motion. | 0.10 | 59.50 |
| 08/16/24 | JLK | Review plaintiff's opposition to sanctions motion; consult on strategy. | 0.60 | 492.00 |
| 08/19/24 | DRK | Review and analyze response to opposition to motion for sanctions. | 0.60 | 357.00 |
| 08/28/24 | DRK | Review and respond to correspondence from Mr. de Bretteville regarding Judge Griesbach; conference with Mr. Kirtley regarding same. | 0.50 | 297.50 |
| 08/28/24 | JLK | Review inquiry from lead counsel regarding Judge Griesbach question and consult with Mr. Konkel regarding same. | 0.60 | 492.00 |
| 08/29/24 | DRK | Review and revise reply in support of motion for sanctions. | 1.70 | 1,011.50 |

**GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/30/24 | DRK | Revise and finalize reply in support of motion for sanctions; correspondence with Messrs. de Bretteville and Horton regarding reply. | 3.50 | 2,082.50 |
| 08/31/24 | DRK | Correspondence with Mr. de Bretteville regarding potential for hearing on motion for sanctions. | 0.10 | 59.50 |
| 09/11/24 | DRK | Review and analyze amended complaint; correspondence with Messrs. de Bretteville and Horton regarding same. | 0.50 | 297.50 |
| 09/13/24 | DRK | Review and revise draft stipulation to stay and proposed order; correspondence with Mr. Horton regarding same; phone call with Mr. Wagner regarding filing. | 0.50 | 297.50 |
| 09/16/24 | BSS | Correspondence with Messrs. de Bretteville and Horton regarding necessary steps for attorney admissions to the Eastern District of Wisconsin. | 0.10 | 29.50 |
| 09/17/24 | DRK | Review order from the Court staying derivative lawsuit; correspondence with Messrs. Horton and de Bretteville regarding same. | 0.20 | 119.00 |
| 09/18/24 | BSS | Telephone conference with Ms. Struck from Stradling Yocca Carlson & Rauth LLP regarding attorney admission applications. | 0.10 | 29.50 |
| 09/19/24 | BSS | Finalize affidavits in support of applications for admission of Messrs. de Bretteville and Horton and file admission requests with the court. | 0.70 | 206.50 |
| 09/19/24 | JLK | Review court's decision and amended complaint; consult on strategy. | 1.10 | 902.00 |
| 09/20/24 | DRK | Review and analyze new derivative lawsuit against Harbor Diversified. | 0.80 | 476.00 |
| 09/23/24 | DRK | Review and revise brief in support of renewed motion to dismiss; phone call with Mr. de Bretteville regarding brief in support of renewed motion to dismiss; correspondence with Messrs. de Bretteville and Horton regarding motion to dismiss. | 1.60 | 952.00 |
| 09/24/24 | DRK | Review and finalize brief in support of motion to dismiss amended complaint; draft motion to | 2.70 | 1,606.50 |

GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | dismiss; review declaration and exhibits in support of motion to dismiss amended complaint; correspondence with Messrs. de Bretteville and Horton regarding motion to dismiss. | | |
| 09/25/24 | DRK | Correspondence with Messrs. de Bretteville and Horton regarding filing error. | 0.10 | 59.50 |
| 10/01/24 | DRK | Review recent Kohl's class action decision; correspondence with Messrs. de Bretteville and Horton regarding recent Kohl's decision; review correspondence from Ms. Weinrib regarding acceptance of service. | 0.30 | 178.50 |
| 10/02/24 | DRK | Review correspondence regarding acceptance of service. | 0.10 | 59.50 |
| 10/15/24 | DRK | Review and analyze response to motion to dismiss; correspondence with Messrs. de Bretteville and Horton regarding same. | 0.80 | 476.00 |
| 10/28/24 | DRK | Review draft reply brief in support of motion to dismiss; revise introduction to reply brief. | 1.20 | 714.00 |
| 10/28/24 | JLK | Review draft brief; discuss motion with Mr. Konkel; review Mr. Konkel's re-write. | 0.70 | 574.00 |
| 10/29/24 | DRK | Review multiple correspondence from Messrs. Bartlett, Garvey, Philips, and Schimmelpfenning regarding revisions to reply brief; review and finalize revised reply briefs; correspondence with Messrs. Horton and de Bretteville regarding finalized reply brief and filing of same. | 1.90 | 1,130.50 |
| 10/31/24 | DRK | Phone call with Mr. de Bretteville regarding reply brief and possible follow up on sanctions motion. | 0.30 | 178.50 |

**Total Fees:** $ **20,005.50**

**Disbursements**

| Description | Amount |
|-------------|--------|
| OVERTIME-LEGAL EXECUTIVE ASSISTANT | 650.00 |

**Total Disbursements:** $ **650.00**

**Invoice Total:** $ **20,655.50**

GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2024. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*

GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS