# EXHIBIT 3



833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615

TEL·414.273.3500 FAX·414.273.5198

GKLAW.COM

Harbor Diversified, Inc., et al.
c/o Jason de Bretteville
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, 1600
Newport Beach, CA  92660

| | |
|---|---|
| Invoice No. | 952788 |
| Invoice Date: | April 16, 2025 |
| Client ID: | 302983 |
| Matter ID: | 0001 |
| Billing Attorney: | Jeffrey Billings |

RE: Securities Class Action

---

| | | |
|---|---|---|
| Invoice Total: | $ | 10,331.00 |
| Previous Balance: | $ | 1,508.00 |
| **Total Amount Due:** | **$** | **11,839.00** |

### Prior Balance – Invoice Summary

| Date | Invoice # | Billed | Credits | Balance |
|---|---|---|---|---|
| 02/07/25 | 947602 | 1,508.00 | 0.00 | 1,508.00 |
| **Total** | | | | **$1,508.00** |

PAYMENT DUE UPON RECEIPT
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE. THANK YOU.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #071000288 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291714 SWIFT CODE: HATRUS44 (FOR FOREIGN WIRES)

OFFICES IN APPLETON, EAU CLAIRE, GREEN BAY, MADISON, MILWAUKEE WI, AND WASHINGTON, DC

Case 1:24-cv-00556-WCG   Filed 01/02/26   Page 2 of 4   Document 70-3

Harbor Diversified, Inc., et al.
c/o Jason de Bretteville
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, 1600
Newport Beach, CA  92660

| | |
|---|---|
| Invoice No. | 952788 |
| Invoice Date: | April 16, 2025 |
| Client ID: | 302983 |
| Matter ID: | 0001 |
| Billing Attorney: | Jeffrey Billings |

RE: Securities Class Action

For Legal Services Rendered Through April 14, 2025

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/04/25 | JLK | Review court's decision on dismissal motion and sanctions; review Mr. de Bretteville's analysis of plaintiff's dismissal request; conference with Mr. Konkel regarding status and strategy. | 2.40 | 2,088.00 |
| 02/13/25 | DRK | Videoconference with Messrs. de Bretteville, Horton, and Kirtley regarding status, strategy, and sanctions. | 0.50 | 317.50 |
| 03/03/25 | DRK | Review, revise, and finalize brief in support of renewed motion for sanctions; draft and finalize renewed motion for sanctions; correspondence with Messrs. de Bretteville and Horton regarding brief and renewed motion. | 2.00 | 1,270.00 |
| 03/03/25 | JLK | Review notice filed by Pomerantz firm; review and revise draft sanctions motion; review multiple strategy emails and comment on draft brief. | 1.10 | 957.00 |
| 03/04/25 | DRK | Correspondence with Mr. de Bretteville regarding extension requested by Plaintiff's counsel. | 0.10 | 63.50 |
| 03/04/25 | JLK | Review motion for extension of time filed by plaintiff's counsel. | 0.20 | 174.00 |
| 03/10/25 | DRK | Review correspondence from opposing counsel regarding extension of response deadline. | 0.10 | 63.50 |
| 03/31/25 | DRK | Review and analyze responses to motion for | 2.40 | 1,524.00 |

**GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| | | sanctions; review and analyze brief in support of motion for sanctions; correspondence with Messrs. Horton and de Bretteville regarding same. | | |
| 04/01/25 | DRK | Review and analyze declarations and exhibits filed by Defendants regarding motions for sanctions. | 0.90 | 571.50 |
| 04/03/25 | DRK | Conference with Mr. Kirtley regarding cross-motions for sanctions. | 0.50 | 317.50 |
| 04/07/25 | DRK | Review and analyze brief in support of Plaintiffs' motions for sanctions. | 0.50 | 317.50 |
| 04/09/25 | DRK | Review draft reply in support of motions for sanctions. | 0.50 | 317.50 |
| 04/10/25 | DRK | Review and revise reply in support of motion for sanctions; review and revise response in opposition to Plaintiffs' motions for sanctions. | 2.40 | 1,524.00 |
| 04/11/25 | DRK | Conference with Mr. Kirtley regarding sanctions briefing. | 0.20 | 127.00 |
| 04/14/25 | DRK | Review, revise, and finalize response in opposition to Plaintiffs' motion for sanctions and reply in support of motion for sanctions. | 1.10 | 698.50 |

|  |  |
|---|---|
| **Total Fees:** | $ **10,331.00** |
| **Total Disbursements:** | $ **0.00** |
| **Invoice Total:** | $ **10,331.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in* 2025*. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*

**GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS**