# EXHIBIT 4



833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615

TEL • 414.273.3500  FAX • 414.273.5198

GKLAW.COM

Harbor Diversified, Inc., et al.
c/o Jason de Bretteville
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, 1600
Newport Beach, CA  92660

Invoice No.   958820
Invoice Date:   July 7, 2025
Client ID:   302983
Matter ID:   0001
Billing Attorney:   Jeffrey Billings

RE: Securities Class Action

---

|  |  |  |
|---|---|---|
| Invoice Total: | $ | 2,843.00 |
| Previous Balance: | $ | 1,508.00 |
| **Total Amount Due:** | **$** | **4,351.00** |

### Prior Balance – Invoice Summary

| Date | Invoice # | Billed | Credits | Balance |
|---|---|---|---|---|
| 02/07/25 | 947602 | 1,508.00 | 0.00 | 1,508.00 |
| **Total** |  |  |  | **$1,508.00** |

PAYMENT DUE UPON RECEIPT
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE. THANK YOU.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #071000288 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291714 SWIFT CODE: HATRUS44 (FOR FOREIGN WIRES)

OFFICES IN APPLETON, EAU CLAIRE, GREEN BAY, MADISON, MILWAUKEE WI, AND WASHINGTON, DC

Harbor Diversified, Inc., et al.
c/o Jason de Bretteville
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, 1600
Newport Beach, CA  92660

| | |
|---|---|
| Invoice No. | 958820 |
| Invoice Date: | July 7, 2025 |
| Client ID: | 302983 |
| Matter ID: | 0001 |
| Billing Attorney: | Jeffrey Billings |

RE: Securities Class Action

For Legal Services Rendered Through July 7, 2025

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/03/25 | JLK | Consult regarding sanctions motions. | 0.60 | 522.00 |
| 04/10/25 | JLK | Review draft brief on sanctions motions and provide feedback. | 0.50 | 435.00 |
| 04/14/25 | JLK | Review defendants' cross-sanctions motion and briefs. | 1.00 | 870.00 |
| 04/28/25 | DRK | Review and analyze replies in support of motions for sanctions. | 1.30 | 825.50 |
| 04/30/25 | DRK | Review second reply in support of sanctions. | 0.30 | 190.50 |

| | | |
|---|---|---|
| **Total Fees:** | $ | **2,843.00** |
| **Total Disbursements:** | $ | **0.00** |
| **Invoice Total:** | $ | **2,843.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in* 2025*. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*

GODFREY & KAHN IS A MEMBER OF TERRALEX ®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS