# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

JON ARNE TOFT, Individually and on behalf of all other similarly situated,

Plaintiff,

v.

HARBOR DIVERSIFIED, INC., CHRISTINE R. DEISTER, LIAM MACKAY, and GREGG GARVEY

Defendants.

Case No. 1:24-cv-00556-WCG

## DECLARATION OF WESLEY HORTON IN SUPPORT OF DEFENDANTS' FEE APPLICATION

I, Wesley Horton, declare under penalty of perjury as follows:

1. I am an adult resident of the State of California and make this Declaration based on my personal knowledge of the facts and circumstances set forth herein.

2. I am an associate attorney of Stradling Yocca Carlson & Rauth, LLP ("Stradling"). Stradling, along with Godfrey & Kahn, S.C. represented Defendants Harbor Diversified, Inc., Christine R. Deister, Liam Mackay and Gregg Garvey in the above-captioned matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of an invoice from Stradling to Defendants for work in response to the Rosen Law Firm's complaint, dated July 9, 2024. This invoice reflects a total billed amount of $79,342.65.

4. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of an invoice from Stradling to Defendants for work in response to the Rosen Law Firm's complaint, dated August 9, 2024. This invoice reflects a total billed amount of $206,528.50.

5. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of an invoice from Stradling to Defendants for work in response to the Rosen Law Firm's complaint, dated August 31, 2024. This invoice reflects a total billed amount of $57,970.80.

6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of an invoice from Stradling to Defendants for work in response to the Rosen Law Firm's complaint, dated September 16, 2024. This invoice reflects a total billed amount of $106,986.15.

7. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of an invoice from Stradling to Defendants for work directed to Defendants' renewed motion for sanctions and work defending against RLF's and Pomerantz's cross-motion for sanctions, dated June 11, 2025. This invoice reflects a total billed amount of $25,773.50 which includes $22,206.50 in fees and costs incurred drafting and preparing the renewed motion for sanctions and $3,567.00 in fees and costs incurred in defending against the cross motion for sanctions. Defendants seek 60% of the $22,206.50 incurred for the renewed motion for sanctions to account for the portion of the motion addressing Pomerantz's first amended complaint, which equals $13,323.90. Defendants seek 93.75% of the $3,567.00 incurred in responding to the cross-motions for sanctions, representing 100% of the cost of responding to the RLF cross-motion and 87.5% of the cost of responding to the Pomerantz cross-motion, equals $3,344.06. Defendants have excluded the 12.5% of the cost of responding to the Pomerantz cross-motion to account for the 1/8th (12.5%) of the cross-motion relating to Defendants' motion for sanctions directed to Pomerantz's first amended complaint. As a result. Defendants seek $16,667.96 of the $25,773.50 reflected on this invoice.

8.      Accordingly, Defendants are seeking $16,667.96 ($13,323.90 plus $3,344.06) from the June 11, 2025 invoice to reflect Stradling's work that directly relates to the Rosen Law Firm's complaint.

9.      Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of an invoice from Stradling to Defendants for work directed to Defendants' renewed motion for sanctions and work defending against RLF's and Pomerantz's cross-motion for sanctions, dated July 22, 2025. This invoice reflects a total billed amount of $56,943.00 incurred for work related to both Defendants' renewed motion for sanctions and the RLF and Pomerantz cross-motions for sanctions. Defendants seek 60% of these fees and costs to discount for the fees relating to Pomerantz's first amended complaint. Accordingly, Defendants seek only the $34,165.80 that relates directly to the Rosen Law Firm's complaint.

10.      Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of an invoice from Stradling to Defendants for work regarding Defendants' fee application in response to this Court's Order granting in part Defendants' motion for sanctions. This invoice reflects a total billed amount of $42,129.00.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 2nd day of January 2026.

/s/ Wesley Horton
Wesley Horton

3