# EXHIBIT 1

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/05/2024 | J. De Bretteville | Advise client re strategy | 0.20 | 248.00 |
| 05/10/2024 | R. Wilkins | Prepare for and attend call with working group re class action and related strategy; review complaint; review relevant portions of 10-K and audit report; correspond with J. de Bretteville re same | 1.60 | 1,912.00 |
| 05/10/2024 | Wesley Horton | Review and analyze complaint; research re motion to dismiss | 3.10 | 2,325.00 |
| 05/10/2024 | J. De Bretteville | Review complaint and cited SEC filings; outline MTD | 3.10 | 3,844.00 |
| 05/10/2024 | J. De Bretteville | Review complaint and referenced SEC filings | 0.80 | 992.00 |
| 05/13/2024 | R. Wilkins | Review complaint and prepare outline of legal arguments and factual issues; review portion of arbitration award; review 8-K disclosing restatement; attend call with client re status and strategy; correspond with J. de Bretteville re same | 2.60 | 3,107.00 |
| 05/13/2024 | Wesley Horton | Correspond with insurers re matter; research re motion to dismiss standards | 4.20 | 3,150.00 |
| 05/13/2024 | J. De Bretteville | Review arbitration award | 0.50 | 620.00 |
| 05/14/2024 | R. Wilkins | Review complaint and arbitration award; commence preparation of issues list; attend calls with client re status; attend strategy call with litigation team | 0.80 | 956.00 |
| 05/14/2024 | Wesley Horton | Draft and revise document hold memorandum; correspond with insurers re case issues | 2.20 | 1,650.00 |
| 05/14/2024 | J. De Bretteville | Edit litigation hold | 0.40 | 496.00 |
| 05/14/2024 | J. De Bretteville | Outline MTD and Rule 11 strategy (.7); brief client co-counsel re proposed strategy (.5); review scope of document hold in underlying litigation and revise document retention notice (.4) | 1.60 | 1,984.00 |
| 05/15/2024 | R. Wilkins | Review complaint and arbitration award; correspond with litigation team re strategy and open issues | 0.40 | 478.00 |
| 05/15/2024 | Wesley Horton | Draft and revise document hold notice; research re motion to dismiss | 3.50 | 2,625.00 |
| 05/16/2024 | Wesley Horton | Correspond with insurers re matter; research re same; research re motion to dismiss | 1.80 | 1,350.00 |

Case 1:24-cv-00556-WCG    Filed 01/02/26    Page 2 of 4    Document 71-1

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/16/2024 | J. De Bretteville | Prepare for and conduct call with Marsh re Kothari complaint | 0.70 | 868.00 |
| 05/17/2024 | Wesley Horton | Prepare for and participate in call with insurer; research re Rule 11 standards | 3.20 | 2,400.00 |
| 05/17/2024 | J. De Bretteville | Conduct client call re Rule 11 briefing and debrief re next steps (1.5); draft Rule 11 brief (6.7) | 8.20 | 10,168.00 |
| 05/23/2024 | R. Wilkins | Attention to status and strategy; correspond with J. de Bretteville; address conflict issues; correspond with client | 0.30 | 358.50 |
| 05/24/2024 | J. De Bretteville | Advice re drafting of MTD | 0.80 | 992.00 |
| 05/24/2024 | J. De Bretteville | Review cases and draft MTD | 8.10 | 10,044.00 |
| 05/27/2024 | Wesley Horton | Draft and revise motion to dismiss | 2.10 | 1,575.00 |
| 05/28/2024 | R. Wilkins | Attention to strategy for response; attend meeting with J. de Bretteville; attention to engagement letters and conflict waivers and related signatories | 0.50 | 597.50 |
| 05/28/2024 | Wesley Horton | Draft and revise motion to dismiss | 2.60 | 1,950.00 |
| 05/29/2024 | R. Wilkins | Attention to approval of engagement letters and conflict waivers; review bylaws; correspond with litigation team re strategy | 0.50 | 597.50 |
| 05/29/2024 | Wesley Horton | Draft and revise motion to dismiss | 3.00 | 2,250.00 |
| 05/29/2024 | J. De Bretteville | Revise MTD | 6.90 | 8,556.00 |
| 05/30/2024 | R. Wilkins | Attention to motion to dismiss; correspond with litigation team re strategy and factual considerations | 0.30 | 358.50 |
| 05/30/2024 | Wesley Horton | Research re Rule 11 standards | 1.80 | 1,350.00 |
| 05/30/2024 | J. De Bretteville | Revise MTD (4.8); legal research in support of MTD (1.4) | 6.20 | 7,688.00 |
| 05/31/2024 | R. Wilkins | Review and revise motion to dismiss; correspond with litigation team re factual issues and strategy | 2.30 | 2,748.50 |
| 05/31/2024 | J. De Bretteville | Attention to selection of local counsel (.5); review legal research re relevant 7th Circuit PSLRA cases and restatement cases (3.1); revise MTD (4.4) | 8.00 | 9,920.00 |
| **Total** | | | **82.30** | **$88,158.50** |

**Contracted/Agreed Discount**      **-$8,815.85**

**Total Fees**      **$79,342.65**

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. De Bretteville | Partner | 45.50 | 1,240.00 | 56,420.00 |
| R. Wilkins | Partner | 9.30 | 1,195.00 | 11,113.50 |
| Wesley Horton | Associate | 27.50 | 750.00 | 20,625.00 |
| **Total** | | **82.30** | | **$88,158.50** |