# EXHIBIT 2

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/2024 | Wesley Horton | Draft and revise motion to dismiss; research re same | 1.30 | 975.00 |
| 06/01/2024 | J. De Bretteville | Attention to engagement of local counsel (.3); revise motion to dismiss (7.6) | 7.90 | 9,796.00 |
| 06/02/2024 | R. Wilkins | Review and revise complaint; review comments from working group | 1.40 | 1,673.00 |
| 06/02/2024 | Wesley Horton | Research re motion to dismiss | 1.50 | 1,125.00 |
| 06/02/2024 | J. De Bretteville | Revise motion to dismiss | 2.70 | 3,348.00 |
| 06/03/2024 | Wesley Horton | Research re motion to dismiss; draft and revise same | 4.50 | 3,375.00 |
| 06/03/2024 | J. De Bretteville | Review case law and SEC filings and revise motion to dismiss in response to client and local counsel comments (5.9); attention to pro hac applications (.2) | 6.10 | 7,564.00 |
| 06/03/2024 | R. Wilkins | Review and revise motion to dismiss; address inquiries from litigation team re prior periodic report filings, share repurchase strategy, insider trading policy and OTC market; correspond with C. Deister and L. Mackay re status and timing; attend calls re same | 1.60 | 1,912.00 |
| 06/04/2024 | R. Wilkins | Attention to motion to dismiss; review comments from working group | 0.30 | 358.50 |
| 06/04/2024 | Wesley Horton | Research re motion to dismiss; draft and revise same | 3.50 | 2,625.00 |
| 06/04/2024 | J. De Bretteville | Respond to client questions and make revisions to motion to dismiss (.9) | 0.60 | 744.00 |
| 06/05/2024 | R. Wilkins | Review and revise motion to dismiss; review comments from client; correspond with litigation team re open issues | 0.80 | 956.00 |
| 06/05/2024 | Wesley Horton | Research re motion to dismiss; draft and revise same | 8.40 | 6,300.00 |
| 06/05/2024 | J. De Bretteville | Respond to client questions re motion to dismiss | 0.30 | 372.00 |
| 06/06/2024 | R. Wilkins | Review and revise motion to dismiss; correspond with litigation team re status | 0.30 | 358.50 |
| 06/06/2024 | Wesley Horton | Research re motion to dismiss; draft and revise same; research re motion for sanctions under FRCP 11; draft and revise same | 7.40 | 5,550.00 |
| 06/06/2024 | J. De Bretteville | Edit and finalize motion to dismiss | 4.10 | 5,084.00 |
| 06/07/2024 | R. Wilkins | Attention to motion to dismiss; address | 0.30 | 358.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | inquiries from litigation team re corporate structure and related certification requirements | | |
| 06/07/2024 | Wesley Horton | Draft and revise motion to dismiss in preparation for filing; draft and revise motion for sanctions under Rule 11 | 5.70 | 4,275.00 |
| 06/07/2024 | J. De Bretteville | Finalize motion to dismiss (4.8); review precedents and outline Rule 11 motion (6.1) | 8.90 | 11,036.00 |
| 06/08/2024 | R. Wilkins | Correspond with litigation counsel re motion to dismiss and Rule 11 motion and related strategy | 0.30 | 358.50 |
| 06/08/2024 | Wesley Horton | Research re motion for sanctions under Rule 11; draft and revise same | 3.50 | 2,625.00 |
| 06/08/2024 | J. De Bretteville | Draft Rule 11 motion | 5.50 | 6,820.00 |
| 06/09/2024 | R. Wilkins | Commence review of Rule 11 motion; correspond with litigation counsel re strategy | 0.50 | 597.50 |
| 06/09/2024 | J. De Bretteville | Draft Rule 11 motion | 8.70 | 10,788.00 |
| 06/10/2024 | R. Wilkins | Review and revise Rule 11 motion; attention to factual assertions in complaint and related responses; review trading volume calculations; attend multiple calls with litigation counsel; review correspondence | 1.90 | 2,270.50 |
| 06/10/2024 | Wesley Horton | Draft and revise motion for sanctions under Rule 11 | 2.80 | 2,100.00 |
| 06/10/2024 | S. Redmond | Review trading volume details and prepare average daily trading volume calculation; review OTC markets guide and disclosure guidelines and correspondence with R. Wilkins and J. de Bretteville re same | 1.10 | 605.00 |
| 06/10/2024 | J. De Bretteville | Research Rule 11 in the PSLRA context and revise Rule 11 brief | 8.70 | 10,788.00 |
| 06/11/2024 | R. Wilkins | Attention to Rule 11 motion; correspond with counsel re strategy | 0.50 | 597.50 |
| 06/11/2024 | Wesley Horton | Research re Rule 11 motion; draft and revise re same | 3.70 | 2,775.00 |
| 06/11/2024 | J. De Bretteville | Revise Rule 11 motion | 5.90 | 7,316.00 |
| 06/12/2024 | R. Wilkins | Attention to Rule 11 motion; review comments from working group; correspond with client and counsel re strategy | 0.80 | 956.00 |
| 06/12/2024 | Wesley Horton | Draft and revise Rule 11 motion | 1.60 | 1,200.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/12/2024 | J. De Bretteville | Address client comments and revise Rule 11 motion | 4.90 | 6,076.00 |
| 06/13/2024 | R. Wilkins | Review and revise Rule 11 motion; review comments from working group; attention to strategy | 0.40 | 478.00 |
| 06/13/2024 | J. De Bretteville | Revise Rule 11 motion | 5.10 | 6,324.00 |
| 06/14/2024 | R. Wilkins | Attention to timing and strategy re Rule 11 motion; review comments from working group; attend multiple calls with litigation team re strategy; correspond with client | 1.30 | 1,553.50 |
| 06/14/2024 | Wesley Horton | Research re motion for sanctions under Rule 11 | 1.50 | 1,125.00 |
| 06/14/2024 | J. De Bretteville | Revise Rule 11 motion | 4.70 | 5,828.00 |
| 06/16/2024 | R. Wilkins | Review and revise Rule 11 motion; correspond with litigation team re strategy; prepare for meeting with client | 0.80 | 956.00 |
| 06/17/2024 | R. Wilkins | Attention to timing and strategy re Rule 11 motion; review and revise motion; attend drafting call with client; attend follow-up calls with litigation team | 2.70 | 3,226.50 |
| 06/17/2024 | E. Vescance | Search for and pull dockets for: Valdes v. Kandi Techs. Grp., Inc., 2024 LEXIS 58238 (E.D.N.Y. 2024) and Mei Pang v. Levitt, 2023 LEXIS 227786 (W.D. Tex. 2023)   In re Supreme Indus. Sec. Litig., 2018 LEXIS 87243 (N.D. Ind. 2018) | 0.20 | 83.00 |
| 06/17/2024 | Wesley Horton | Research re Rule 11 motion; draft and revise same | 2.10 | 1,575.00 |
| 06/17/2024 | J. De Bretteville | Revise Rule 11 motion | 6.20 | 7,688.00 |
| 06/18/2024 | R. Wilkins | Review changes to Rule 11 motion based on feedback from client; review and revise motion; attend calls with litigation team | 0.90 | 1,075.50 |
| 06/18/2024 | Wesley Horton | Research re Rule 11 motion; draft and revise same | 1.60 | 1,200.00 |
| 06/18/2024 | J. De Bretteville | Revise Rule 11 motion | 3.80 | 4,712.00 |
| 06/19/2024 | R. Wilkins | Attention to Rule 11 motion; review and address comments from working group; attend meeting with J. de Bretteville | 0.40 | 478.00 |
| 06/19/2024 | J. De Bretteville | Revise Rule 11 brief | 3.30 | 4,092.00 |
| 06/20/2024 | R. Wilkins | Attention to Rule 11 motion; review client comments; attend call with litigation team | 0.30 | 358.50 |
| 06/20/2024 | J. De Bretteville | Incorporate client comments and finalize | 2.40 | 2,976.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | Rule 11 motion | | |
| 06/21/2024 | Wesley Horton | Draft and revise Rule 11 motion | 1.50 | 1,125.00 |
| 06/21/2024 | J. De Bretteville | Revise rule 11 brief and submit to local counsel | 4.50 | 5,580.00 |
| 06/25/2024 | R. Wilkins | Attention to Rule 11 motion and related status and approach; correspond with counsel | 0.30 | 358.50 |
| 06/25/2024 | Wesley Horton | Draft and revise Rule 11 motion | 1.70 | 1,275.00 |
| 06/25/2024 | J. De Bretteville | Review changes by local counsel and edit Rule 11 motion | 2.70 | 3,348.00 |
| 06/26/2024 | J. De Bretteville | Incorporate client comments to Rule 11 motion | 1.10 | 1,364.00 |
| 06/28/2024 | R. Wilkins | Review opposition to motion to dismiss; correspond with litigation team re strategy | 0.30 | 358.50 |
| 06/28/2024 | J. De Bretteville | Review opposition to motion to dismiss and draft reply | 4.40 | 5,456.00 |
| 06/29/2024 | J. De Bretteville | Draft reply motion to dismiss brief | 6.70 | 8,308.00 |
| 06/30/2024 | Wesley Horton | Research re reply in support of motion to dismiss | 2.40 | 1,800.00 |
| 06/30/2024 | J. De Bretteville | Draft reply motion to dismiss brief | 8.20 | 10,168.00 |
| **Total** | | | **189.50** | **$206,528.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. De Bretteville | Partner | 117.40 | 1,240.00 | 145,576.00 |
| R. Wilkins | Partner | 16.10 | 1,195.00 | 19,239.50 |
| S. Redmond | Associate | 1.10 | 550.00 | 605.00 |
| Wesley Horton | Associate | 54.70 | 750.00 | 41,025.00 |
| E. Vescance | Paralegal | 0.20 | 415.00 | 83.00 |
| **Total** | | **189.50** | | **$206,528.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Lexis Research/SCOST | 33.37 |
| **Total** | **$33.37** |