# EXHIBIT 3

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2024 | J. De Bretteville | Draft reply in support of motion to dismiss | 6.90 | 8,556.00 |
| 07/02/2024 | R. Wilkins | Review and revise reply to motion to dismiss; correspond with litigation team | 1.40 | 1,673.00 |
| 07/02/2024 | W. Horton | Draft and revise reply in support of motion to dismiss; research re same | 3.20 | 2,400.00 |
| 07/02/2024 | J. De Bretteville | Revise reply brief in support of motion to dismiss | 5.30 | 6,572.00 |
| 07/03/2024 | R. Wilkins | Review and revise reply to motion to dismiss; review client comments; correspond with litigation team re strategy | 1.20 | 1,434.00 |
| 07/03/2024 | W. Horton | Research re reply in support of motion to dismiss | 2.70 | 2,025.00 |
| 07/03/2024 | J. De Bretteville | Finalize reply in support of motion to dismiss | 3.90 | 4,836.00 |
| 07/04/2024 | J. De Bretteville | Revise reply in support of motion to dismiss to reflect comments and additional research | 4.60 | 5,704.00 |
| 07/05/2024 | R. Wilkins | Review comments to latest version of reply to motion to dismiss; correspond with litigation team | 0.80 | 956.00 |
| 07/05/2024 | W. Horton | Research re reply in support of motion to dismiss | 2.10 | 1,575.00 |
| 07/05/2024 | J. De Bretteville | Revise reply in support of motion to dismiss | 2.80 | 3,472.00 |
| 07/08/2024 | J. De Bretteville | Revise reply in support of motion to dismiss | 0.80 | 992.00 |
| 07/09/2024 | R. Wilkins | Attention to reply to motion to dismiss; correspond with litigation team re strategy | 0.50 | 597.50 |
| 07/09/2024 | W. Horton | Review and analyze lead plaintiff applications; draft and revise reply in support of motion to dismiss | 1.70 | 1,275.00 |
| 07/09/2024 | J. De Bretteville | Review lead plaintiff applications | 0.40 | 496.00 |
| 07/10/2024 | W. Horton | Research re reply in support of motion to dismiss; draft and revise same in light of lead plaintiff application | 4.10 | 3,075.00 |
| 07/10/2024 | J. De Bretteville | Review withdrawal by Rosen firm an analyze implications for Rule 11 motion; review letter brief re deferral of motion to dismiss and revise reply in support of motion to dismiss | 1.10 | 1,364.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/11/2024 | R. Wilkins | Attention to strategy in light of court ruling on motion; review reply to motion to dismiss and letter response to court; correspond with litigation team re strategy | 0.80 | 956.00 |
| 07/11/2024 | W. Horton | Draft and revise reply in support of motion to dismiss; prepare same for filing | 2.90 | 2,175.00 |
| 07/11/2024 | J. De Bretteville | Review court deferral of motion to dismiss and draft responsive letter brief; review and revise reply in response to deferral | 1.30 | 1,612.00 |
| 07/12/2024 | R. Wilkins | Attention to motion to dismiss and letter response; correspond with litigation team re strategy | 0.30 | 358.50 |
| 07/12/2024 | J. De Bretteville | Respond to question and comments from local counsel re motion to dismiss letter brief | 0.70 | 868.00 |
| 07/14/2024 | J. De Bretteville | Draft client update | 0.50 | 620.00 |
| 07/15/2024 | J. De Bretteville | Review response to letter brief | 0.30 | 372.00 |
| 07/17/2024 | J. De Bretteville | Review response from Rosen firm to letter brief; review and finalize Rule 11 brief | 2.40 | 2,976.00 |
| 07/18/2024 | R. Wilkins | Attention to strategy re response to court ruling; correspond with litigation counsel | 0.30 | 358.50 |
| 07/18/2024 | W. Horton | Draft and revise motion for sanctions; prepare same for filing | 2.40 | 1,800.00 |
| 07/18/2024 | J. De Bretteville | Review denial of letter brief; update client | 0.40 | 496.00 |
| 07/19/2024 | R. Wilkins | Attention to strategy re response to court ruling in light of class action and derivative claim; attend call with litigation counsel; address relevant disclosures in 10-K | 0.60 | 717.00 |
| 07/19/2024 | J. Owens | Confer with J. de Bretteville re: strategy for obtaining ruling on motion to dismiss plaintiff's class action complaint. | 0.50 | 475.00 |
| 07/22/2024 | R. Wilkins | Attention to strategy re response to class action; attend call with client and litigation counsel; review relevant disclosures in 10-K | 1.80 | 2,151.00 |
| 07/24/2024 | R. Wilkins | Attention to communications to management re class action | 0.30 | 358.50 |
| 07/25/2024 | J. De Bretteville | Respond to request for extension of time to oppose Rule 11 motion | 0.30 | 372.00 |
| 07/26/2024 | J. De Bretteville | Draft client update | 0.60 | 744.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **Total** | | | **59.90** | **$64,412.00** |
| **Contracted/Agreed Discount** | | | | **-$6,441.20** |
| **Total Fees** | | | | **$57,970.80** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. De Bretteville | Partner | 32.30 | 1,240.00 | 40,052.00 |
| J. Owens | Partner | 0.50 | 950.00 | 475.00 |
| R. Wilkins | Partner | 8.00 | 1,195.00 | 9,560.00 |
| W. Horton | Associate | 19.10 | 750.00 | 14,325.00 |
| **Total** | | **59.90** | | **$64,412.00** |