# EXHIBIT 4

**Time Detail**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/13/2024 | R. Wilkins | Attention to new complaint filed in Delaware; correspond with litigation team re strategy and local counsel | 0.30 | 358.50 |
| 08/19/2024 | W. Horton | Review and analyze opposition to motion for sanctions; research re same | 4.20 | 3,150.00 |
| 08/19/2024 | J. De Bretteville | Review and analyze opposition to motion for sanctions; review legal research | 4.00 | 4,960.00 |
| 08/20/2024 | J. De Bretteville | Draft reply brief in support of Rule 11 sanctions | 4.40 | 5,456.00 |
| 08/21/2024 | J. De Bretteville | Draft rule 11 sanction motion reply brief | 7.80 | 9,672.00 |
| 08/22/2024 | J. Owens | Confer with J. de Bretteville re Rule 11 Motion, and review of background materials related to same. | 1.50 | 1,425.00 |
| 08/22/2024 | J. De Bretteville | Attention to strategy and potential revisions to Rule 11 reply brief; revise Rue 11 reply brief | 5.90 | 7,316.00 |
| 08/23/2024 | R. Wilkins | Attention to status and timing re class action matter; correspond with client re same | 0.30 | 358.50 |
| 08/23/2024 | J. De Bretteville | Review legal research and revise reply brief in support of Rule 11 sanctions | 5.10 | 6,324.00 |
| 08/25/2024 | J. De Bretteville | Revise Rule 11 reply brief | 7.70 | 9,548.00 |
| 08/26/2024 | J. Owens | Review Rule 11 motion against Rosen Firm, and opposition to same (2.4); analysis of briefing and draft summary of key themes and arguments to be included in in reply brief | 3.70 | 3,515.00 |
| 08/26/2024 | W. Horton | Research re reply in support of motion for sanctions | 2.50 | 1,875.00 |
| 08/26/2024 | J. De Bretteville | Revise Rule 11 reply brief | 6.80 | 8,432.00 |
| 08/27/2024 | R. Wilkins | Review and revise Rule 11 motion; address strategy with litigation counsel | 0.50 | 597.50 |
| 08/27/2024 | W. Horton | Draft and revise reply in support of motion for sanctions; research re same | 3.60 | 2,700.00 |
| 08/27/2024 | W. Horton | Research re matter status and associated deadlines | 0.80 | 600.00 |
| 08/27/2024 | J. De Bretteville | Revise reply brief | 4.40 | 5,456.00 |
| 08/28/2024 | J. Owens | Review draft reply brief in support of Rule 11 motion and assist with revisions; confer with J. de Bretteville re same | 2.80 | 2,660.00 |
| 08/28/2024 | R. Wilkins | Attention to reply to Rule 11 motion; review portions of same; attend call with | 0.50 | 597.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | litigation counsel | | |
| 08/28/2024 | W. Horton | Research re reply in support of motion for sanctions; draft and revise same | 3.20 | 2,400.00 |
| 08/28/2024 | J. De Bretteville | Revise Rule 11 reply brief | 7.70 | 9,548.00 |
| 08/29/2024 | R. Wilkins | Review Rule 11 motion; correspond with litigation counsel | 0.60 | 717.00 |
| 08/29/2024 | J. Owens | Legal research re availability of Rule 11 sanctions prior to final adjudication in PSLRA cases; review and revise Reply brief in support of Rule 11 sanctions | 3.40 | 3,230.00 |
| 08/29/2024 | W. Horton | Research re reply in support of motion for sanctions; draft and revise same | 3.50 | 2,625.00 |
| 08/29/2024 | J. De Bretteville | Revise reply brief in support of rule 11 sanctions | 4.90 | 6,076.00 |
| 08/30/2024 | R. Wilkins | Review and provide comment on Rule 11 motion; correspond with litigation counsel | 1.90 | 2,270.50 |
| 08/30/2024 | W. Horton | Draft and revise reply in support of motion for sanctions; prepare same for filing | 3.00 | 2,250.00 |
| 08/30/2024 | J. De Bretteville | Revise and finalize reply brief in support of Rule 11 sanctions | 11.90 | 14,756.00 |
| **Total** | | | **106.90** | **$118,873.50** |

| | | |
|---|---|---|
| **Contracted/Agreed Discount** | | **-$11,887.35** |
| **Total Fees** | | **$106,986.15** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| J. De Bretteville | Partner | 70.60 | 1,240.00 | 87,544.00 |
| J. Owens | Partner | 11.40 | 950.00 | 10,830.00 |
| R. Wilkins | Partner | 4.10 | 1,195.00 | 4,899.50 |
| W. Horton | Associate | 20.80 | 750.00 | 15,600.00 |
| **Total** | | **106.90** | | **$118,873.50** |

**Cost Summary**

| Description | Amount |
|-------------|--------|
| Lexis Research/SCOST | 118.05 |
| **Total** | **$118.05** |