# EXHIBIT 5

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/2025 | J. De Bretteville | Revise argument re implausibility of fraud theory (1.7); review false allegations from Kothari complaint and incorporate into Rule 11 brief (.4); revise summary of defects in Toft complaint (.6) | 2.70 | 3,753.00 |
| 03/01/2025 | J. Suiter | Review and revise proposed sanctions motions (1.2); Telephone conference and emails with J. de Bretteville (0.2) | 1.40 | 1,456.00 |
| 03/01/2025 | W. Horton | Research re motion for sanctions | 2.40 | 1,956.00 |
| 03/02/2025 | J. De Bretteville | Research substantial violation precedents under PSLRA and draft paragraph for inclusion in reply brief | 1.10 | 1,529.00 |
| 03/02/2025 | J. Suiter | Emails with J. de Bretteville | 0.10 | 104.00 |
| 03/02/2025 | W. Horton | Research re motion for sanctions; draft and revise correspondence with opposing counsel re same | 1.90 | 1,548.50 |
| 03/03/2025 | R. Wilkins | Review and revise Rule 11 motion; review comments from client; coordinate changes with working group | 0.60 | 777.00 |
| 03/03/2025 | J. De Bretteville | Review and incorporate client comments and finalize Rule 11 brief | 3.40 | 4,726.00 |
| 03/03/2025 | W. Horton | Draft and revise motion for sanctions; research re same | 3.30 | 2,689.50 |
| 03/04/2025 | W. Horton | Research re timelines for motion for sanctions; correspondence re same | 0.80 | 652.00 |
| 03/07/2025 | W. Horton | Draft and revise correspondence re motion for sanctions; research re same | 0.50 | 407.50 |
| 03/11/2025 | W. Horton | Research re update submission concerning motion to dismiss; correspondence with local counsel re same | 1.70 | 1,385.50 |
| 03/19/2025 | W. Horton | Draft and revise update for Department of Transportation re securities litigation | 1.50 | 1,222.50 |
| 03/31/2025 | R. Wilkins | Commence review of motion for sanctions; correspond with litigation team and local counsel | 0.30 | 388.50 |
| 03/31/2025 | W. Horton | Review and analyze oppositions to motion for sanctions; and cross-motions for sanctions | 3.90 | 3,178.50 |
| **Total** | | | **25.60** | **$25,773.50** |

**Contracted/Agreed Discount**  -$2,577.35

**Total Fees**                   **$23,196.15**

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| J. De Bretteville | Partner | 7.20 | 1,390.00 | 10,008.00 |
| J. Suiter | Partner | 1.50 | 1,040.00 | 1,560.00 |
| R. Wilkins | Partner | 0.90 | 1,295.00 | 1,165.50 |
| W. Horton | Associate | 16.00 | 815.00 | 13,040.00 |
| **Total** | | **25.60** | | **$25,773.50** |