# EXHIBIT 6

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/2025 | R. Wilkins | Review motion for sanctions; prepare for and attend strategy meeting with litigation team | 0.80 | 1,036.00 |
| 04/01/2025 | J. De Bretteville | Review oppositions to motion for sanctions and cross-motion for sanctions | 1.30 | 1,807.00 |
| 04/01/2025 | W. Horton | Research re motion for sanctions and opposition to plaintiff's motion for sanctions | 3.60 | 2,934.00 |
| 04/02/2025 | W. Horton | Research re reply in support of motion for sanctions and opposition to cross-motions for sanctions; draft and revise same | 4.20 | 3,423.00 |
| 04/03/2025 | W. Horton | Research re reply in support of motion for sanctions and opposition to cross-motions for sanctions; draft and revise same | 3.70 | 3,015.50 |
| 04/04/2025 | W. Horton | Research re reply in support of motion for sanctions and opposition to cross-motions for sanctions; draft and revise same | 4.80 | 3,912.00 |
| 04/04/2025 | J. De Bretteville | Advice re reply in support of motion for sanctions and opposition to crossmotions for sanctions | 0.80 | 1,112.00 |
| 04/06/2025 | W. Horton | Research re reply in support of motion for sanctions and opposition to cross-motions for sanctions; draft and revise same | 2.80 | 2,282.00 |
| 04/07/2025 | W. Horton | Research re reply in support of motion for sanctions and opposition to cross-motions for sanctions; draft and revise same | 3.40 | 2,771.00 |
| 04/08/2025 | W. Horton | Research re reply in support of motion for sanctions and opposition to cross-motions for sanctions; draft and revise same | 5.40 | 4,401.00 |
| 04/09/2025 | W. Horton | Research re opposition to motion for sanctions and reply in support of motion for sanctions; draft and revise same | 2.70 | 2,200.50 |
| 04/10/2025 | W. Horton | Research re opposition to motion for sanctions; draft and revise same | 3.40 | 2,771.00 |
| 04/10/2025 | J. De Bretteville | Review research re reply in support of motion for sanctions and opposition to crossmotions for sanctions (2.6); revise ply in support of motion for sanctions and | 7.70 | 10,703.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | opposition to crossmotions for sanctions (5.1) | | |
| 04/11/2025 | R. Wilkins | Review and provide comments on motions for sanctions; attend meeting with litigation team re strategy and proposed changes | 1.40 | 1,813.00 |
| 04/11/2025 | W. Horton | Research re opposition to motion for sanctions; draft and revise reply in support of motion for sanctions | 2.10 | 1,711.50 |
| 04/12/2025 | W. Horton | Research re cross motions for sanctions; draft and revise same | 3.30 | 2,689.50 |
| 04/13/2025 | J. De Bretteville | revise opposition to motion to sanctions (2.2); revise reply in support of motion for sanctions (2.6) | 4.80 | 6,672.00 |
| 04/14/2025 | R. Wilkins | Review and revise motions for sanctions; correspond with litigation team; review comments from client | 0.80 | 1,036.00 |
| 04/14/2025 | W. Horton | Draft and revise opposition to motion to sanctions; draft and revise reply in support of motion for sanctions; coordinate filing of same | 5.80 | 4,727.00 |
| 04/29/2025 | W. Horton | Review and analyze plaintiffs' replies in support of motions for sanctions | 1.40 | 1,141.00 |
| 04/29/2025 | J. De Bretteville | Review plaintiffs' reply briefs in support of motions for sanctions (.8) | 0.80 | 1,112.00 |
| **Total** | | | **65.00** | **$63,270.00** |

| **Contracted/Agreed Discount** | **-$6,327.00** |
|---|---|
| **Total Fees** | **$56,943.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. De Bretteville | Partner | 15.40 | 1,390.00 | 21,406.00 |
| R. Wilkins | Partner | 3.00 | 1,295.00 | 3,885.00 |
| W. Horton | Associate | 46.60 | 815.00 | 37,979.00 |
| **Total** | | **65.00** | | **$63,270.00** |

**Cost Summary**

| Description | Amount |
|---|---|
| Lexis Research/SCOST | 0.00 |
| **Total** | **$0.00** |