# EXHIBIT 7



STRADLING YOCCA CARLSON & RAUTH LLP
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA 92660-6441
TELEPHONE (949) 725-4000

| | |
|---|---|
| HARBOR DIVERSIFIED, INC. | Invoice Date: January 02, 2026 |
| Christine Deister, President & CEO | Invoice Num.: 427214 |
| W6390 Challenger Drive | Client Number: 101468 |
| Suite 203 | Billing Attorney: R. Wilkins |
| Appleton, WI 54914-9120 | |

Client: HARBOR DIVERSIFIED, INC.

For professional services rendered through December 31, 2025

Currency: USD

| | |
|---|---|
| Fees | 46,810.00 |
| Contracted/Agreed Discount | -4,681.00 |
| **Total Due This Invoice** | **$42,129.00** |
| Previous Balance Due | 1,760.40 |
| **Total Amount Due** | **$43,889.40** |

| WIRE INSTRUCTIONS | | CHECK |
|---|---|---|
| City National Bank<br>18111 Von Karman Avenue, Suite 450<br>Irvine, CA 92612<br>▪ Routing: 122 016 066<br>▪ Account: 0239-98343<br>▪ Acct Name: Stradling Yocca Carlson & Rauth LLP | | Please mail to:<br>Stradling Yocca Carlson & Rauth LLP<br>Attn: Client Services<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660 |

Client Name: HARBOR DIVERSIFIED, INC.

Invoice Date: January 02, 2026

Client Number: 101468

Invoice Num.: 427214

## Group Bill Summary

| Matter | Description | Fees | Costs | Total |
|--------|-------------|------|-------|-------|
| 101468-0015 | SECURITIES CLASS ACTION | 42,129.00 | 0.00 | 42,129.00 |
| | | 42,129.00 | 0.00 | $42,129.00 |

| | | |
|--|--|--|
| Previous Balance Due | | 1,760.40 |
| **Total Amount Due** | | $43,889.40 |

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/2025 | R. Wilkins | Review court decision on Rule 11 motion; address strategy with litigation team; attend call re same | 0.70 | 906.50 |
| 12/04/2025 | W. Horton | Review and analyze order granting motion for sanctions; research regarding application for fees | 2.30 | 1,874.50 |
| 12/04/2025 | J. De Bretteville | Review court decision on Rule 11 motion and advise client re same | 0.80 | 1,112.00 |
| 12/06/2025 | W. Horton | Research regarding application for fees; draft and revise same | 3.60 | 2,934.00 |
| 12/08/2025 | R. Wilkins | Review court order; attention to strategy; correspond with client and litigation team | 0.30 | 388.50 |
| 12/09/2025 | W. Horton | Research regarding application for fees; draft and revise same | 3.40 | 2,771.00 |
| 12/16/2025 | M. Small | Conference and communciations with J. de Bretteville re: background and strategy for fee application (0.3); analyze and review Court's Order on motion for sanctions, sanctions briefing (1.3) | 1.60 | 1,400.00 |
| 12/16/2025 | W. Horton | Research regarding application for fees; draft and revise same | 2.80 | 2,282.00 |
| 12/16/2025 | J. De Bretteville | Advise M. Small re strategy for fee application (0.3); review record and outline methodology for distinguishing fees directly related to RLF complaint (1.9) | 2.20 | 3,058.00 |
| 12/18/2025 | M. Small | Analyze and review draft fee petition and supporitng declarations and exhibits; draft additional analysis re policy reasons to impose fees, including those incurred after the filing of the amended complaint; conference and communications with W. Horton re: same. | 2.60 | 2,275.00 |
| 12/23/2025 | M. Small | Analyze and review revised petition for fees; draft revised petition for fees; analyze and review invoices post filing of FAC. | 5.60 | 4,900.00 |
| 12/24/2025 | M. Small | Analyze and review cout's orders re motion to dismiss, motion for reconsideration and cross-motions for sanctions, analyze and review sanctions briefing, revise petition for fees; outline calculations to allocate fees related to different plaintiffs' firms and complaints. | 2.50 | 2,187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/26/2025 | M. Small | Analyze, review and revise petition for fees; analyze and reviews invoices to allocate fees. | 4.40 | 3,850.00 |
| 12/27/2025 | M. Small | Revise updated draft of petition for fees communciations re: same. | 3.30 | 2,887.50 |
| 12/29/2025 | M. Small | Revise fee petition; research re: comparable market fees. | 1.80 | 1,575.00 |
| 12/29/2025 | W. Horton | Research regarding application for fees; draft and revise same | 2.50 | 2,037.50 |
| 12/30/2025 | J. De Bretteville | Review order awarding sanctions and revise fee petition | 4.20 | 5,838.00 |
| 12/30/2025 | W. Horton | Research regarding application for fees; draft and revise same | 3.20 | 2,608.00 |
| 12/31/2025 | M. Small | Conferences re strategy and revisions to fee petition; analyze, review and revise updated fee applications, declarations and exhibits ISO an all related invoices. | 2.20 | 1,925.00 |
| **Total** | | | **50.00** | **$46,810.00** |
| **Contracted/Agreed Discount** | | | | **-$4,681.00** |
| **Total Fees** | | | | **$42,129.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| M. Small | Counsel | 24.00 | 875.00 | 21,000.00 |
| J. De Bretteville | Partner | 7.20 | 1,390.00 | 10,008.00 |
| R. Wilkins | Partner | 1.00 | 1,295.00 | 1,295.00 |
| W. Horton | Associate | 17.80 | 815.00 | 14,507.00 |
| **Total** | | **50.00** | | **$46,810.00** |

**Aged A/R**

| **0-30** | **31-60** | **61-90** | **91-120** | **Over 120** |
|---:|---:|---:|---:|---:|
| 1,760.40 | 0.00 | 0.00 | 0.00 | 0.00 |

**Total**                                                                                    **$1,760.40**



STRADLING YOCCA CARLSON & RAUTH LLP
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA 92660-6441
TELEPHONE (949) 725-4000

| | |
|---|---|
| HARBOR DIVERSIFIED, INC. | Invoice Date: January 02, 2026 |
| Christine Deister, President & CEO | Invoice Num.: 427214 |
| W6390 Challenger Drive | Client Number: 101468 |
| Suite 203 | |
| Appleton, WI 54914-9120 | |

**REMITTANCE COPY**

**HARBOR DIVERSIFIED, INC.**

| Invoice Date | Invoice Number | Invoice Total | Payments | Balance Due |
|---|---|---|---|---|
| Outstanding Invoice(s) | | | | |
| 11/20/2025 | 426058 | 1,320.30 | 0.00 | $1,320.30 |
| 12/05/2025 | 426371 | 440.10 | 0.00 | $440.10 |
| **Prior Balance Due** | | | | $1,760.40 |
| Current Invoice | | | | |
| 1/2/2026 | 427214 | | | $42,129.00 |
| **Balance Due** | | | | $43,889.40 |

| WIRE INSTRUCTIONS | | CHECK |
|---|---|---|
| City National Bank<br>18111 Von Karman Avenue, Suite 450<br>Irvine, CA 92612<br>▪ Routing: 122 016 066<br>▪ Account: 0239-98343<br>▪ Acct Name: Stradling Yocca Carlson & Rauth LLP | | Please mail to:<br>Stradling Yocca Carlson & Rauth LLP<br>Attn: Client Services<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660 |