# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JON ARNE TOFT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR DIVERSIFIED, INC., CHRISTINE R. DEISTER, LIAM MACKAY, and GREGG GARVEY,<br><br>Defendants, | Case No. 1:24-cv-00556-WCG<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' PETITION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiff Viral Kothari ("Mr. Kothari") and his counsel, The Rosen Law Firm, P.A. ("Rosen Law") respectfully request a one week extension to respond to the Petition of Harbor Diversified, Inc. Christine R. Deister, Liam Mackay and Gregg Garvey For an Attorneys' Fees and Costs Award Pursuant to Court Order Granting Their Motion for Sanctions ("Fee Petition"), Dkt. No. 69. Rosen Law conferred with counsel for Defendants Harbor Diversified, Inc., Christine R. Deister, Liam Mackay, and Gregg Garvey (collectively, the "Defendants") via email. Defense counsel stated that they do not object to the extension.

Currently, Mr. Kothari and Rosen Law's response to the Sanctions Motion is due on February 2, 2026. Mr. Kothari and Rosen Law submit, pursuant to Federal Rule of Civil Procedure 6(b), that there is good cause for the one week extension to February 9, 2026, given upcoming personal issues, and the size of the Fee Petition (including all declarations and exhibits filed with it).

Dated: January 23, 2026                                             Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Plaintiff Viral Khotari*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Phillip Kim*
Phillip Kim

## CERTIFICATE OF COMPLIANCE WITH CIVIL L. R. 7(a)(2),

In compliance with Civil L. R. 7(a)(2), I hereby certify that no memorandum or other supporting papers will be filed herewith.

*/s/ Phillip Kim*
Phillip Kim