**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| JON ARNE TOFT and VIRAL KOTHARI, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HARBOR DIVERSIFIED, INC., CHRISTINE R. DEISTER, LIAM MACKAY, and GREGG GARVEY, <br><br> Defendants. | Case No: 1:24-cv-00556-WCG <br><br> Judge: William C. Griesbach |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF THE ROSEN LAW FIRM'S RESPONSE TO DEFENDANTS' FEE PETITION**

I, Phillip Kim, declare;

1.      I am a Partner at The Rosen Law Firm, P.A. ("Rosen Law"), counsel for Viral Kothari ("Plaintiff"). I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein.

2.      I make this declaration in support of the Rosen Law Firm's Response to Defendants' Fee Petition.

3.      Attached hereto as Exhibit 1 is a true and correct copy of a chart documenting time spent by Defendants' counsel related to a separate derivative action filed in Delaware.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a chart documenting time spent by Defendants' counsel on their reconsideration letter (Dkt. No. 25).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2026.

1

<u>*/s/ Phillip Kim*</u>
Phillip Kim

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 9, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Phillip Kim*
Phillip Kim

3