# Exhibit 1

**Defense Counsel Time Spent Related to Separate Derivative Matter[1]**

**A. Stradling Yocca Carlson & Rauth, LLP**

| Date | Timekeeper | Line Item Description | Time | Fee | Dkt. Citation |
|---|---|---|---|---|---|
| 7/19/2024 * | R. Wilkins | "Attention to strategy re response to court ruling in light of class action and derivative claim; **attend call with litigation counsel**; address relevant disclosures in 10-K[.]" | 0.6 | $717 | Dkt. 71-3, at Page 8. |
| 8/13/2024 | R. Wilkins | "Attention to new complaint filed in Delaware; correspond with litigation team re strategy and local counsel[.]" | 0.3 | $358.50 | Dkt. 71-4, at Page 7 |

**B. Godfrey & Kahn, S.C. Time Spent on Separate Derivative Matter**

| Date | Timekeeper | Line Item Description | Time | Fee | Dkt. Citation |
|---|---|---|---|---|---|
| 7/19/2024 | JLK | "Review request for stipulation staying derivative request and forward same to Mr. Konkel | 0.4 | $328 | Dkt. No. 70-2, at Page 3. |

---

[1] * Denotes time entry split between time spent on derivative matter, as well as other tasks which may be within the scope of the Court's sanctions order, Dkt. No. 67.